Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE             FORM 4

| THE STATE OF OREGON, et al |
|---|
| Plaintiff, |
| v. |
| DONALD J. TRUMP, et al |
| Defendant. |

SUMMONS   1:25-cv-00077-N/A

TO:   The Above-Named Defendant:   Donald J. Trump

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ **Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

*s/ Brian Simmonds Marshall*
Signature of Plaintiff's Attorney

Brian Simmonds Marshall
100 SW Market Street
Portland, OR 97201
(971) 673-5027
Brian.S.Marshall@doj.oregon.gov

*April 23, 2025*
Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 4

| THE STATE OF OREGON, et al |
|---|
| Plaintiff, |
| v. |
| DONALD J. TRUMP, et al |
| Defendant. |

SUMMONS   1:25-cv-00077-N/A

**TO:**   The Above-Named Defendant: Department of Homeland Security

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ Mario Toscano
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

_s/ Brian Simmonds Marshall_
Signature of Plaintiff's Attorney

Brian Simmonds Marshall
100 SW Market Street
Portland, OR 97201
(971) 673-5027
Brian.S.Marshall@doj.oregon.gov

_April 23, 2025_
Date

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

UNITED STATES COURT OF INTERNATIONAL TRADE               FORM 4

| THE STATE OF OREGON, et al |
| Plaintiff, |
| v. |
| DONALD J. TRUMP, et al |
| Defendant. |

SUMMONS   1:25-cv-00077-N/A

**TO:**   The Above-Named Defendant: Kristi Noem

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



*/s/ Mario Toscano*
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

Brian Simmonds Marshall
100 SW Market Street
Portland, OR 97201
(971) 673-5027
Brian.S.Marshall@doj.oregon.gov

 *s/ Brian Simmonds Marshall*
Signature of Plaintiff's Attorney

 *April 23, 2025*
Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 4

| THE STATE OF OREGON, et al |
| Plaintiff, |
| v. |
| DONALD J. TRUMP, et al |
| Defendant. |

**SUMMONS**   1:25-cv-00077-N/A

**TO:** The Above-Named Defendant: United States Customs and Border Protection

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



*/s/* **Mario Toscano**
Clerk of the Court

_s/ Brian Simmonds Marshall_
Signature of Plaintiff's Attorney

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Brian Simmonds Marshall
100 SW Market Street
Portland, OR 97201
(971) 673-5027
Brian.S.Marshall@doj.oregon.gov

_April 23, 2025_
Date

\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 4

| THE STATE OF OREGON, et al |
| Plaintiff, |
| v. |
| DONALD J. TRUMP, et al |
| Defendant. |

**SUMMONS**  1:25-cv-00077-N/A

**TO:** The Above-Named Defendant: Peter R. Flores

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ **Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

_s/ Brian Simmonds Marshall_
Signature of Plaintiff's Attorney

Brian Simmonds Marshall
100 SW Market Street
Portland, OR 97201
(971) 673-5027
Brian.S.Marshall@doj.oregon.gov

_April 23, 2025_
Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 4

| THE STATE OF OREGON, et al |
| Plaintiff, |
| v. |
| DONALD J. TRUMP, et al |
| Defendant. |

**SUMMONS**   1:25-cv-00077-N/A

**TO:**   The Above-Named Defendant: The United States

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ **Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

_s/ Brian Simmonds Marshall_
Signature of Plaintiff's Attorney

Brian Simmonds Marshall
100 SW Market Street
Portland, OR 97201
(971) 673-5027
Brian.S.Marshall@doj.oregon.gov

_April 23, 2025_
Date

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)