IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
*State of Oregon, et al. v. Trump, et al.*, Case No. 1:25-cv-00077-GSK-TMR-JAR

**Index of Attachments**

| Number | Attachment | State |
|---|---|---|
| 1 | Index of Attachments | n/a |
| 2 | Prof. James Hines Declaration | n/a |
| 3 | Brian Simmonds Marshall Declaration | n/a |
| 4 | Hanna Emerson Declaration | OR |
| 5 | Elizabeth Hayes Declaration | MN |
| 6 | Robert Jaros Declaration | CO |
| 7 | Jenifer Johnson Declaration | IL |
| 8 | Jeanette Moy Declaration | NY |
| 9 | Amy Ramsdell Declaration | OR |
| 10 | Joshua Root Declaration | MN |
| 11 | Gregory Shabram Declaration | OR |
| 12 | Todd Strole Declaration | IL |
| 13 | Kristine Ward Declaration | AZ |
| 14 | Jake Zelenka Declaration | OR |

Page 1 -   INDEX OF ATTACHMENTS – *Oregon, et al. v. Trump, et al.*
BM2/sv3/987663638

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000