IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,

        Plaintiffs,

        v.

DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,

        Defendants.

Case No.  1:25-cv-00077-GSK-TMR-JAR

DECLARATION OF BRIAN SIMMONDS MARSHALL

I, Brian Simmonds Marshall, declare under penalty of perjury as follows:

        1.      I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

        2.      Each of the exhibits to this declaration were downloaded on May 6, 2025. Exhibit A to this declaration is the cover page and pages 1-4 of Federal Reserve System, *The Beige Book: Summary of Commentary on Current Economic Conditions by Federal Reserve District* (Apr. 2, 2025) , which was downloaded from

https://www.federalreserve.gov/monetarypolicy/files/BeigeBook_20250423.pdf.

Page 1 -   DECLARATION OF BRIAN SIMMONDS MARSHALL – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attachment 3 to Plaintiffs' Motion
for Preliminary Injunction
Page 1 of 3

3.      Exhibit B to this declaration is Reciprocal Tariff Calculations, Office of the

United States Trade Representative, which was downloaded

from  https://ustr.gov/sites/default/files/files/Issue_Areas/Presidential%20Tariff%20Action/Reci

procal%20Tariff%20Calculations.pdf

4.      Exhibit C to this declaration is Alan Cole, "Trump's Reciprocal Tariff

Calculations Are Nonsense, Will Punish Mutually Beneficial Trade," *Tax Foundation Blog*,

which was downloaded from https://taxfoundation.org/blog/trump-reciprocal-tariffs-

calculations/.

5.      Exhibit D to this declaration is Brent Neiman, "The Trump White House Cited

My Research to Justify Tariffs. It Got It All Wrong." N.Y. Times (Apr. 7, 2025), which was

downloaded from https://www.nytimes.com/2025/04/07/opinion/trump-tariff-math-

formula.html.

6.      Exhibit E to this declaration is Remarks By President Trump at the World

Economic Forum (Jan. 23, 2025), which was downloaded from

https://www.whitehouse.gov/remarks/2025/01/remarks-by-president-trump-at-the-world-

economic-forum/.

7.      Exhibit F to this declaration is Transcript of U.S. Treasury Secretary Scott

Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Impact

on the Middle Class (Apr. 7, 2025), which was downloaded from

https://home.treasury.gov/news/press-releases/sb0073.

Page 2 -   DECLARATION OF BRIAN SIMMONDS MARSHALL – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attachment 3 to Plaintiffs' Motion
for Preliminary Injunction
Page 2 of 3

8.       Exhibit G to this declaration is a post of @realDonaldTrump on Truth Social (Apr. 27, 2025), which was downloaded from

https://truthsocial.com/@realDonaldTrump/posts/114410073592204291.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 7, 2025, at Portland, Oregon.**

_s/ Brian Simmonds Marshall_
BRIAN SIMMONDS MARSHALL
Senior Assistant Attorney General

Page 3 -   DECLARATION OF BRIAN SIMMONDS MARSHALL – _Oregon, et al. v. Trump, et al._

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attachment 3 to Plaintiffs' Motion
for Preliminary Injunction
Page 3 of 3



# The Beige Book

Summary of Commentary on
Current Economic Conditions by
Federal Reserve District

April 2025



FEDERAL RESERVE SYSTEM

# National Summary

## Overall Economic Activity

Economic activity was little changed since the previous report, but uncertainty around international trade policy was pervasive across reports. Just five Districts saw slight growth, three Districts noted activity was relatively unchanged, and the remaining four Districts reported slight to modest declines. Non-auto consumer spending was lower overall; however, most Districts saw moderate to robust sales of vehicles and of some nondurables, generally attributed to a rush to purchase ahead of tariff-related price increases. Both leisure and business travel were down, on balance, and several Districts noted a decline in international visitors. Home sales rose somewhat, and many Districts continued to note low inventory levels. Commercial real estate (CRE) activity expanded slightly as multifamily propped up the industrial and office sectors. Loan demand was flat to modestly higher, on net. Several Districts saw a deterioration in demand for non-financial services. Transportation activity expanded modestly, on balance. Manufacturing was mixed, but two-thirds of Districts said activity was little changed or had declined. The energy sector experienced modest growth. Agricultural conditions were fairly stable across multiple Districts. Cuts to federal grants and subsidies along with declines in philanthropic donations caused gaps in services provided by many community organizations. The outlook in several Districts worsened considerably as economic uncertainty, particularly surrounding tariffs, rose.

## Labor Markets

Employment was little changed to up slightly in most Districts, with one District reporting a modest increase, four reporting a slight increase, four reporting no change, and three reporting a slight decline. This is a slight deterioration from the previous report with a few more Districts reporting declines. Hiring was generally slower for consumer-facing firms than for business-to-business firms. The most notable declines in headcount were in government roles or roles at organizations receiving government funding. Several Districts reported that firms were taking a wait-and-see approach to employment, pausing or slowing hiring until there is more clarity on economic conditions. In addition, there were scattered reports of firms preparing for layoffs. Most Districts and markets reported an improvement in overall labor availability, although there were some reports of constraints on labor supply resulting from shifting immigration policies in certain sectors and regions. Wages generally grew at a modest pace, as wage growth slowed from the previous report in multiple Districts.

---

Note: This report was prepared at the Federal Reserve Bank of Atlanta based on information collected on or before April 14, 2025. This document summarizes comments received from contacts outside the Federal Reserve System and is not a commentary on the views of Federal Reserve officials.

## Prices

Prices increased across Districts, with six characterizing price growth as modest and six characterizing it as moderate, similar to the previous report. Most Districts noted that firms expected elevated input cost growth resulting from tariffs. Many firms have already received notices from suppliers that costs would be increasing. Firms reported adding tariff surcharges or shortening pricing horizons to account for uncertain trade policy. Most businesses expected to pass through additional costs to customers. However, there were reports about margin compression amid increased costs, as demand remained tepid in some sectors, especially for consumer-facing firms.

## Highlights by Federal Reserve District

### Boston

Economic activity increased slightly, as the outlook became more pessimistic on tariff-related concerns. Prices rose modestly, but contacts perceived new upside risks to inflation. Employment edged up, although hiring plans became more cautious in response to increased uncertainty. IT services contacts experienced strong revenue growth and were expected to be relatively unaffected by tariffs.

### New York

Economic activity contracted modestly as heightened uncertainty weighed on businesses and consumers. Employment was steady to up slightly. Price increases picked up to the higher end of the moderate range. Businesses expressed significant concern about tariffs. Outlooks darkened, with many businesses anticipating declining activity and rising prices.

### Philadelphia

Business activity declined modestly during the current Beige Book period after a slight decrease in the last period. Nonmanufacturing activity fell moderately. Employment declined slightly; wages and prices again grew modestly. Generally, sentiment fell, and firms grew less optimistic about future growth amid rising economic uncertainty.

### Cleveland

Reports suggested that Fourth District business activity continued to be flat in recent weeks, and contacts expected activity to remain flat in the months ahead. Consumer spending declined, though some auto dealers noted customers pulling forward purchases ahead of potential tariffs. Employment levels increased slightly, and wage pressures remained moderate.

### Richmond

The regional economy grew slightly in recent weeks despite some pockets of weakness tied to federal staffing and contract spending. Consumer spending was flat. Residential and commercial real estate activity picked up slightly. Non-financial service providers reported a modest decline in demand and hesitation from customers to make investment decisions. Employment was little changed and price growth remained moderate amid upward price pressures from tariffs.

### Atlanta

The Sixth District economy grew slightly. Employment was flat. Wages, nonlabor costs, and firms' prices increased modestly. Retail sales fell slightly, and travel and tourism declined modestly. Home sales rose modestly. Commercial real estate conditions softened. Transportation activity grew slowly. Loan growth was moderate. Manufacturing declined. Energy activity rose slowly.

### Chicago

Economic activity was little changed. Consumer spending increased modestly; employment and construction and real estate activity were up slightly; manufacturing was flat; business spending declined slightly; and nonbusiness contacts saw a slight decline in activity. Prices increased modestly, wages rose slightly, and financial conditions tightened. Prospects for 2025 farm income were unchanged.

### St. Louis

Economic activity has remained unchanged, but the outlook has slightly deteriorated. Heavy rains negatively impacted neighborhoods, farms, and businesses. Contacts expressed a lot of uncertainty and an elevated effort in estimating the impact of tariffs and ways to reduce cost increases and supply disruptions.

### Minneapolis

District economic activity was lower. Employment declined and labor demand continued to soften. Wage growth was modest, and price increases were moderate. Consumer spending was lower with some exceptions. Manufacturing experienced modest improvements. Construction activity fell overall. Commercial real estate was mostly unchanged, and home sales declined. Agricultural conditions remained weak.

### Kansas City

Economic activity in the Tenth District grew slightly, but expectations about business activity and consumer spending weakened considerably. Amid shifting conditions, businesses indicated they were most likely to adjust pricing to adapt. Expectations of price growth rose at a robust rate, most pronounced in goods sectors. Employment levels were stable but hiring stalled.

4     The Beige Book

## Dallas

Growth in the Eleventh District economy slowed to a slight pace. Nonfinancial services activity stalled. Retail sales dipped while manufacturing and oil field activity rose modestly. Lending growth moderated. Commercial real estate activity was steady, while housing demand remained tepid. Employment increased, and input cost pressures accelerated. Outlooks deteriorated as heightened uncertainty surrounding domestic and trade policy hindered firms' ability to plan.

## San Francisco

Economic activity slowed slightly. Employment fell slightly. Wages grew slightly, and prices rose modestly. Demand for business and consumer services and for retail goods weakened. Activity in manufacturing and residential and commercial real estate markets softened slightly. Lending activity and conditions in agriculture were stable. The economic outlook worsened materially.

## Reciprocal Tariff Calculations

### Executive Summary

Reciprocal tariffs are calculated as the tariff rate necessary to balance bilateral trade deficits between the U.S. and each of our trading partners. This calculation assumes that persistent trade deficits are due to a combination of tariff and non-tariff factors that prevent trade from balancing. Tariffs work through direct reductions of imports.

Reciprocal tariff rates range from 0 percent to 99 percent, with unweighted and import-weighted averages of 20 percent and 41 percent.

### Introduction

To conceptualize reciprocal tariffs, the tariff rates that would drive bilateral trade deficits to zero were computed. While models of international trade generally assume that trade will balance itself over time, the United States has run persistent current account deficits for five decades, indicating that the core premise of most trade models is incorrect.

The failure of trade deficits to balance has many causes, with tariff and non-tariff economic fundamentals as major contributors. Regulatory barriers to American products, environmental reviews, differences in consumption tax rates, compliance hurdles and costs, currency manipulation and undervaluation all serve to deter American goods and keep trade balances distorted.  As a result, U.S. consumer demand has been siphoned out of the U.S. economy into the global economy, leading to the closure of more than 90,000 American factories since 1997, and a decline in our manufacturing workforce of more than 6.6 million jobs, more than a third from its peak.

*While individually computing the trade deficit effects of tens of thousands of tariff, regulatory, tax and other policies in each country is complex, if not impossible, their combined effects can be proxied by computing the tariff level consistent with driving bilateral trade deficits to zero. If trade deficits are persistent because of tariff and non-tariff policies and fundamentals, then the tariff rate consistent with offsetting these policies and fundamentals is reciprocal and fair.*

### Basic Approach

Consider an environment in which the U.S. levies a tariff of rate $\tau\_i$ on country i and $\Delta\tau\_i$ reflects the change in the tariff rate. Let $\varepsilon<0$ represent the elasticity of imports with respect to import prices, let $\varphi>0$ represent the passthrough from tariffs to import prices, let $m\_i>0$ represent total imports from country i, and let $x\_i>0$ represent total exports. Then the decrease in imports due to a change in tariffs equals $\Delta\tau\_i*\varepsilon*\varphi*m\_i<0$. Assuming that offsetting exchange rate and general equilibrium effects are small enough to be ignored, the reciprocal tariff that results in a bilateral trade balance of zero satisfies:

$$\Delta\tau_i = \frac{x_i - m_i}{\varepsilon * \varphi * m_i}.$$

## Parameter Selection

To calculate reciprocal tariffs, import and export data from the U.S. Census Bureau for 2024. Parameter values for ε and φ were selected. The price elasticity of import demand, ε, was set at 4.

Recent evidence suggests the elasticity is near 2 in the long run (Boehm et al., 2023), but estimates of the elasticity vary. To be conservative, studies that find higher elasticities near 3-4 (e.g., Broda and Weinstein 2006; Simonovska and Waugh 2014; Soderbery 2018) were drawn on.  The elasticity of import prices with respect to tariffs, φ, is 0.25. The recent experience with U.S. tariffs on China has demonstrated that tariff passthrough to retail prices was low (Cavallo et al, 2021).

## Findings

The reciprocal tariffs were left-censored at zero. Higher minimum rates might be necessary to limit heterogeneity in rates and reduce transshipment. Tariff rates range from 0 to 99 percent. The unweighted average across deficit countries is 50 percent, and the unweighted average across the entire globe is 20 percent. Weighted by imports, the average across deficit countries is 45 percent, and the average across the entire globe is 41 percent. Standard deviations range from 20.5 to 31.8 percentage points.

## References

Boehm, Christoph E., Andrei A. Levchenko, and Nitya Panalai-Nayar (2023), "The long and short of (run) of trade elasticities, American Economic Review, 113(4), 861-905.

Broda, Christian and David E. Weinstein (2006). "Globalization and the gains from variety," Quarterly Journal of Economics, 121(2), 541-585.

Pujolas, Pau and Jack Rossbach (2024). "Trade deficits with trade wars." SSRN.

Simonovska, Ina and Michael E. Waugh (2014). "The elasticity of trade: Estimates and evidence," Journal of International Economics, 92(1), 34-50.

Soderberry, Anson (2018). "Trade elasticities, heterogeneity, and optimal tariffs," Journal of International Economics, 114, 44-62.

 **TAX FOUNDATION**

# Trump's Reciprocal Tariff Calculations Are Nonsense, Will Punish Mutually Beneficial Trade

April 3, 2025  •  7 min read

By: **Alan Cole**

Yesterday, the Trump administration announced a series of tariffs it characterized as "reciprocal," ranging from 10 percent to 50 percent and calculated for every country on Earth. The country-specific rates were made public at the press conference announcing the tariffs, as well as on White House social media.

However, despite the characterization of the tariffs as "reciprocal," and despite the accompanying graphics referring to foreign "tariffs charged to the USA including currency manipulation and trade barriers," the White House did not actually measure tariffs, currency manipulation, or trade barrier policies employed by other countries. Instead, it drew its estimates from something else entirely: bilateral trade deficits in goods.

Specifically, the White House documents appear to allege the "tariffs charged to the USA" are the greater of two different quantities: (a) 10 percent, and (b) the 2024 US trade deficit in goods with a given country, divided by the total quantity of US imports from that country.

Set aside, for now, the damage to economic growth these tariffs will cause, or the distributional impact of one of the largest tax hikes in US history. Other Tax Foundation work will cover that. (We currently estimate the cumulative amount of Trump tariffs at $3.1 trillion over 10 years, amounting to a roughly $2,100 tax increase per household in 2025 alone.)

The method for calculating other countries' so-called "tariffs" for reciprocal purposes is nonsense. Bilateral deficits are not tariffs, nor are they meaningful anyway; trade in services is relevant; and tariffs cannot be used to target overall trade deficits. The overall result is an

Exhibit C to Declaration of Brian Simmonds Marshall
Page 1 of 6

extraordinary policy error that will severely damage the economy while failing to reduce the US trade deficit.

# The Formula Is Unrelated to Actual Policy

First, the formula. The alleged "tariff rate" from each trading partner is fully a function of trade aggregates, specifically, the deficit divided by US imports, with a minimum of 10 percent. No factors discussed by the administration in these documents or anywhere else (like tariffs, digital services taxes, value-added taxes, or monetary policy) play any role.

For example, Singapore is a relatively free-trade-oriented country, while Brazil makes considerably more use of tariffs and other trade manipulations. However, both end up with the 10 percent rate because of their goods trade balances with the US. By contrast, Vietnam, which exports a great deal to the US but has also worked to make its policies amenable to the US, gets no credit for the effort.

The US response is generally half the alleged rate from other countries, though in some cases it appears to round up an extra percentage point beyond a simple halving.

## Bilateral Trade Balances (2024) and Trump's Tariff Rates, Selected Countries

| Country | Trade Surplus (Deficit) in Goods | US Exports in Goods | US Imports in Goods | Alleged "Tariff Rate" | US response |
|---|---|---|---|---|---|
| China | -295,401.6 | 143,545.7 | 438,947.4 | 67% | 34% |
| European Union | -235,571.2 | 370,189.20 | 605,760.4 | 39% | 20% |
| Japan | -68,467.7 | 79,740.80 | 148,208.6 | 46% | 24% |
| Vietnam | -123,463.0 | 13,098.20 | 136,561.2 | 90% | 46% |
| South Korea | -66,007.4 | 65,541.80 | 131,549.2 | 50% | 25% |

Exhibit C to Declaration of Brian Simmonds Marshall
Page 2 of 6

| Country | Trade Surplus (Deficit) in Goods | US Exports in Goods | US Imports in Goods | Alleged "Tariff Rate" | US response |
|---|---|---|---|---|---|
| Taiwan | -73,927.2 | 42,336.90 | 116,264.0 | 64% | 32% |
| India | -45,663.8 | 41,752.70 | 87,416.4 | 52% | 26% |
| United Kingdom | 11,856.9 | 79,941.30 | 68,084.5 | 10% | 10% |
| Singapore | 2,828.9 | 46,032.60 | 43,203.7 | 10% | 10% |
| Brazil | 7,350.7 | 49,667.00 | 42,316.3 | 10% | 10% |

Note: Selected trading partners only; all figures in millions of dollars.
Source: White House, https://x.com/WhiteHouse/status/1907533090559324204; Census Bureau, "U.S. International Trade in Goods and Services, December 2024," Feb. 5, 2025, https://www.census.gov/foreign-trade/Press-Release/ft900/ft900_2412.pdf.

# The Truth About Tariffs—Fact-Che

The Deduction

00:00 | 23:16

 1×    More Info    Share

The 10 percent minimum number is completely arbitrary and has no derivation. However, the higher numbers are explained in a brief economic policy document published on the website of the US Trade Representative (USTR). The document makes questionable assumptions, but it ultimately derives an expression for how tariffs impact bilateral trade balances.

The alleged tariff rates for other countries flow from this expression with a kind of logic. The USTR document seems to imply that bilateral trade among countries would balance unless there exists a "combination of tariff and non-tariff factors that prevent trade from balancing." This could be true (in a sense, every factor in the universe is either a tariff or non-tariff factor) but it is not particularly useful unless one believes that bilateral trade *should* be balanced.

Exhibit C to Declaration of Brian Simmonds Marshall
Page 3 of 6

Given that bilateral trade isn't balanced, the logic goes, that is evidence of tariffs or tariff-like factors that deserve retaliation and characterization as "tariffs charged to the USA including currency manipulation and trade barriers."

The USTR document is primarily focused on what the US should do to make bilateral trade balance, but its expression seems to be used to quantify the alleged tariff rates of other countries as well.

The full expression is slightly more complex than the reduced form discussed thus far; there are actually two parameters: $\phi$ and $\varepsilon$, representing the pass-through of tariffs to domestic prices and the elasticity of demand for imports, respectively, but with values of ¼ and 4, respectively, these parameters happen to cancel out perfectly. These parameters are likely difficult to estimate and we will not dwell on them too much, but one point deserves mention: the low value for pass-through is justified with a sentence declaring that "the recent experience with U.S. tariffs on China has demonstrated that tariff passthrough to retail prices was low (Cavallo et al., 2021)." This is not Tax Foundation's overall read of the literature on tariff pass-through to retail prices, and it is not how we would characterize the results of Cavallo et al., which are considerably more nuanced.

More importantly, this is an equivocation: the foreign "tariff rates" are invented numbers derived from no explicit policies, based on the dubious theoretical assumption that unspecified but retaliation-worthy factors conspired to "prevent trade from balancing." The US responses are actual tariffs.

## Bilateral Trade Balances in Goods Are Not a Good Measure for Tariff Application

Bilateral trade balances are not evidence of malfeasance. Even when they fully reflect economic substance, they should not necessarily balance. And sometimes they do not even reflect economic substance.

Consider a hypothetical example with three countries and three goods:

Exhibit C to Declaration of Brian Simmonds Marshall
Page 4 of 6
4/6

- Tropical Country produces a surplus of sugar, an adequate amount of lumber, and little wheat.
- Farm Country produces a surplus of wheat, an adequate amount of sugar, and little lumber.
- Forest Country produces a surplus of lumber, an adequate amount of wheat, and little sugar.

Each country would have a strong bilateral imbalance with each other country; Tropical Country would import wheat from Farm Country and export sugar to Forest Country. Farm Country would import lumber from Forest Country and export wheat to Tropical Country. And Forest Country would import sugar from Tropical Country and export lumber to Farm Country. These three countries would be ill-served by creating balanced bilateral trade.

For a real-life example, consider the US trade relationships with the UK and with Indonesia. The UK has a similar climate to many parts of the US, and the US has little need to import many UK goods because it is good at making domestic substitutes. By contrast, Indonesia is a large archipelago of tropical islands, a climate suitable for growing rubber, coconuts, coconut oils, palm oils, coffee, spices, and other goods for which few sites in the US suffice. Are US high imports from Indonesia an indicator of some artificial de-balancing of trade, or a natural consequence of the US having more to gain from Indonesian goods imports?

Moreover, in many cases, bilateral trade does not reflect real economic substance. Sometimes an import or export simply passes through another country before reaching its final destination. A Taiwanese-made lithium-ion battery, for example, might be counted as an exclusively Taiwanese import, but made of expensive materials created in other countries with more mineral resources. In effect, the US is importing from third countries with Taiwan as a layover. On the flipside, many US goods exports nominally destined for Singapore are in fact headed to other final customers throughout the Asia Pacific region.

Finally, there is no good reason to exclude services from the calculation. Foreign payments for aircraft repair or software licenses or restaurant branding rights are legitimate sources of income for Americans.

Exhibit C to Declaration of Brian Simmonds Marshall
Page 5 of 6
5/6

# Tariffs Do Not Close Aggregate Trade Deficits

But even setting aside the specifics of the calculation, and the thorny issues with country-by-country policy, there's a big-picture problem for those who hope these tariffs will close the US trade deficit. Tariffs tend to fail at this goal because they reduce exports over the long run, either through currency effects or through foreign retaliation.

This is borne out by empirical experience, but it is admittedly unintuitive. In general, one expects that "if you tax something, you get less of it." Taxing a trade deficit, one might think, would reduce trade deficits. But imports and exports are more symbiotic than that, and their prospects tend to move together. If you tax trade, you get less of it—both imports and exports alike. Even a less-flawed version of Trump's tariff plan would be unlikely to achieve its goals.

LAUNCH TARIFF TRACKER



Fighting Tariffs with Tariffs: Does It Work?

Exhibit C to Declaration of Brian Simmonds Marshall
Page 6 of 6

5/6/25, 9:54 AM                          Opinion | Why Trump's Tariff Math Is a Joke - The New York Times

**The New York Times**

https://www.nytimes.com/2025/04/07/opinion/trump-tariff-math-formula.html

GUEST ESSAY

# The Trump White House Cited My Research to Justify Tariffs. It Got It All Wrong.

April 7, 2025

 **Listen to this article · 5:41 min**  Learn more

**By Brent Neiman**

Mr. Neiman was a Biden administration Treasury official who co-wrote trade-related academic research cited by the Trump White House.

> **Sign up for Your Places: Global Update.**  All the latest news for any part of the world you select. Get it sent to your inbox.

My first question, when the White House unveiled its tariff regime, was: How on earth did it calculate such huge rates? Reciprocal tariffs, after all, are supposed to treat other countries the way they treat us, and foreign tariffs on American goods are nowhere near these levels.

The next day it got personal. The Office of the U.S. Trade Representative released its methodology and cited an academic paper produced by four economists, including me, seemingly in support of its numbers. But it got it wrong. Very wrong. I disagree fundamentally with the government's trade policy and approach. But even taking it at face value, our findings suggest the calculated tariffs should be dramatically smaller — perhaps one-fourth as large.

Let's start with the biggest mistake. The office said it calculated its reciprocal tariffs at a level that would theoretically eliminate trade deficits with "each of our trading partners," one by one. Is that a reasonable goal?

It is not. Trade imbalances between two countries can emerge for many reasons that have nothing to do with protectionism. Americans spend more on clothing made in Sri Lanka than Sri Lankans spend on American pharmaceuticals and gas turbines. So what? That pattern reflects differences in natural resources, comparative advantage and development levels. The deficit numbers don't suggest, let alone prove, unfair competition.

There are some reasonable arguments in favor of reducing the overall trade deficit, such as to reduce risks from our debt. But these arguments don't apply country by country. The Nobel laureate Robert Solow explained why when he quipped, "I have a chronic deficit with my barber, who doesn't buy a darned thing from me." Mr. Solow also surely ran a chronic surplus with his students, and these imbalances reveal nothing about trade barriers in hair care or higher education, nor would they speak to his financial health.

> **Sign up for the Opinion Today newsletter**  Get expert analysis of the news and a guide to the big ideas shaping the world every weekday morning. Get it sent to your inbox.

For the sake of argument, let's grant President Trump his goal of eliminating all trade deficits, no matter how destructive that would be. Could these reciprocal tariffs succeed?

Again, no. The administration's tariff formula assumes that a tariff placed on one country won't affect imports from any others and ignores any implications for exports. These assumptions may work for an action against one small trade partner, but not for the broad salvo announced last week. A large tariff on Japanese

auto parts could cause an increase in demand for imports from Mexico and vice versa. And the tariffs clearly invite retaliation and may over time increase the dollar's value, both factors that would most likely depress U.S. exports.

Let's keep going. Not only will we grant the government its goal, but we will also ignore flaws in its tariff formula. Do the computed tariffs then look right?

Guess what? They do not. The government's formula uses four different numbers to calculate tariffs, including imports and exports for each trading partner. The part that directly relates to our research is an estimate of how much import prices change in response to the additional costs imposed by tariffs.

The value of that term, known as the rate of pass-through, isn't obvious and depends on how companies behave. If foreign exporters cut prices to fully offset the tariffs, leaving import prices unchanged, the pass-through would be zero. Alternatively, it could equal 100 percent if exporters don't budge, which means import prices would rise in step with the tariffs.

Alberto Cavallo, Gita Gopinath, Jenny Tang and I studied the tariffs placed on Chinese exports in 2018 and 2019. (This is the "Cavallo et al." reference in the government's methodology.) We found that tariffs of, say, 20 percent caused domestic importers to pay nearly 19 percent more. This represents a pass-through into import prices of about 95 percent, which is the value I would have plugged into the government's tariff formula. In simple terms, that implies that the price paid for U.S. imports would rise almost as much as the tariff rate.

The administration's trade office cites our work, but mentions a different result from the paper, which found a low pass-through rate to the listed prices at two retailers. The Trump administration then plugs a rate of 25 percent into its formula. Where does 25 percent come from? Is it related to our work? I don't know. The reciprocal tariffs have enormous implications for workers, firms, consumers and stock markets around the globe. But the methodology note offers shockingly few details.

Had the trade office instead used a value closer to the 95 percent number from our work, as I believe it should have done, the computed tariffs would have been as little as one-fourth of what they are.

As a result of these and other methodological choices, Wednesday's reciprocal tariffs will bring average tariff rates to their highest level in over 100 years. Their breadth is striking, hitting large economies such as China and Europe, and also small developing and emerging-market countries including Jordan and Zambia. And despite being billed as a "do unto others" trade policy, they are not calculated in line with the Bible's golden rule.

I would strongly prefer that the policy and methodology be scrapped entirely. But barring that, the administration should divide its results by four.

Brent Neiman is an economics professor at the University of Chicago's Booth School of Business. From 2022 to earlier this year he served at the U.S. Treasury as a counselor to the secretary and the deputy under secretary for international finance.

*The Times is committed to publishing a diversity of letters to the editor. We'd like to hear what you think about this or any of our articles. Here are some tips. And here's our email: letters@nytimes.com.*

*Follow the New York Times Opinion section on Facebook, Instagram, TikTok, Bluesky, WhatsApp and Threads.*

A version of this article appears in print on , Section A, Page 21 of the New York edition with the headline: The White House Mangled My Research to Justify Those Insane Tariffs



REMARKS

Remarks By President Trump at the World Economic Forum

The White House

January 23, 2025

REMARKS BY PRESIDENT TRUMP AT THE WORLD ECONOMIC FORUM
Via Teleconference

11:06 A.M. EST

THE PRESIDENT:  Well, thank you very much, Klaus.  And hello to everyone in beautiful Davos.

This has been a truly historic week in the United States.  Three days ago, I took the oath of office, and we began the golden age of America.  The recent presidential election was won by millions of votes and all seven — every one of them — all seven swing states. It was a massive mandate from the American people like hasn't been seen in many years.  And some of the political pundits, even some of my so-called enemies, said it was the most consequential election victory in 129 years.  That's quite nice.

What the world has witnessed in the past 72 hours is nothing less than a revolution of common sense.  Our country will soon be stronger, wealthier, and more united than ever before, and the entire planet will be more peaceful and prosperous as a result of this incredible momentum and what we're doing and going to do.

My administration is acting with unprecedented speed to fix the disasters we've inherited from a totally inept group of people and to solve every single crisis facing our country.

This begins with confronting the economic chaos caused by the failed policies of the last administration.  Over the past four years, our government racked up $8 trillion in

Exhibit E to Declaration of Brian Simmonds Marshall
Page 1 of 20

wasteful deficit spending and inflicted nation-wrecking energy restrictions, crippling regulations, and hidden taxes like never before.  The result is the worst inflation crisis in modern history and sky-high interest rates for our citizens and even throughout the world.  Food prices and the price of almost every other thing known to mankind went through the roof.

President Biden totally lost control of what was going on in our country but, in particular, with our high-inflation economy and at our border.  Because of these ruinous policies, total government spending this year is $1.5 trillion higher than was projected to occur when I left office just four years ago.  Likewise, the cost of servicing the debt is more than 230 percent higher than was projected in 2020.

The inflation rate we are inheriting remains 50 percent higher than the historic target.  It was the highest inflation probably in the history of our country.  That's why, from the moment I took office, I've taken rapid action to reverse each and every one of these radical left policies that created this calamity — in particular, with immigration, crime, and inflation.

On day one, I signed an executive order directing every member of my Cabinet to marshal all powers at their disposal to defeat inflation and reduce the cost of daily life.  I imposed a federal hiring freeze, a federal regulation freeze, a foreign aid freeze, and I created the new Department of Government Efficiency.

I terminated the ridiculous and incredibly wasteful Green New Deal — I call it the "Green New Scam"; withdrew from the one-sided Paris Climate Accord; and ended the insane and costly electric vehicle mandate.  We're going to let people buy the car they want to buy.

I declared a national em- — energy emergency — and it's so important — national energy emergency to unlock the liquid gold under our feet and pave the way for rapid approvals of new energy infrastructure.  The United States has the largest amount of oil and gas of any country on Earth, and we're going to use it.

Not only will this reduce the cost of virtually all goods and services, it will make the United States a manufacturing superpower and the world capital of artificial intelligence

Exhibit E to Declaration of Brian Simmonds Marshall
Page 2 of 20

and crypto.

My administration has also begun the largest deregulation campaign in history, far exceeding even the record-setting efforts of my last term.

In total, the Biden administration imposed $50,000 in additional regulatory costs on the average American household over the last four years.  I have promised to eliminate 10 old regulations for every new regulation, which will soon put many thousands of dollars back in the pockets of American families.

To further unleash our economy, our majorities in the House and Senate — which we also took, along with the presidency — are going to pass the largest tax cut in American history, including massive tax cuts for workers and family and big tax cuts for domestic producers and manufacturers.  And we're working with the Democrats on getting an extension of the original Trump tax cuts, as you probably know by just reading any paper.

My message to every business in the world is very simple: Come make your product in America, and we will give you among the lowest taxes of any nation on Earth.  We're bringing them down very substantially, even from the original Trump tax cuts.  But if you don't make your product in America, which is your prerogative, then, very simply, you will have to pay a tariff — differing amounts, but a tariff — which will direct hundreds of billions of dollars and even trillions of dollars into our Treasury to strengthen our economy and pay down debt.

Under the Trump administration, there will be no better place on Earth to create jobs, build factories, or grow a company than right here in the good old USA.

Already, American's economic — and you can see this, I think, maybe even in your — in your wonderful, wonderful room that you're all gathered together — so many of my friends — but, Americans, the economic confidence is soaring like we haven't seen in many, many decades, maybe not at all.

Upon my election, it was just announced that small-business optimism skyrocketed by 41 points in a single month.  That's the highest ever.  There's never been anything

like that.

SoftBank has announced between a $100 and $200 billion investment in the U.S. economy because of the election result.  And just two days ago, Oracle, SoftBank, and OpenAI announced a $500 billion investment in AI infrastructure.  Other companies, likewise, have announced billions and billions and billions — adding up to trillions — of investment in America, in the United States.

And it's also reported today in the papers that Saudi Arabia will be investing at least $600 billion in America.  But I'll be asking the crown prince, who's a fantastic guy, to round it out to around $1 trillion.  I think they'll do that because we've been very good to them.  And I'm also going to ask Saudi Arabia and OPEC to bring down the cost of oil.  You got to bring it down, which, frankly, I'm surprised they didn't do before the election.  That didn't show a lot of love by them not doing it.  I was a little surprised by that.

If the price came down, the Russia–Ukraine war would end immediately.  Right now, the price is high enough that that war will continue.  You got to bring down the oil price; you're going to end that war.  They should have done it long ago.  They're very responsible, actually, to a certain extent, for what's taking place — millions of lives are being lost.

With oil prices going down, I'll demand that interest rates drop immediately.  And, likewise, they should be dropping all over the world.  Interest rates should follow us.

All over, the progress that you're seeing is happening because of our historic victory in a recent presidential election, one that has become quite well known throughout the world.
I think a lot of things are happening to a lot of countries.  They say that there's light shining all over the world since the election.  And even countries that we aren't particularly friendly with are happy because they understand what — there is a future and th- — how great the future will be.
Under our leadership, America is back and open for business.  And this week, I'm also taking swift action to stop the invasion at our southern border.  They allowed people to come in at levels that nobody has ever seen before.  It was ridiculous.  I decided a — and

Exhibit E to Declaration of Brian Simmonds Marshall
Page 4 of 20

declared to dec- — to — to do — and very, very importantly — a national emergency on our border; immediately halted all entry of illegal border crossers, of which there were many; and began properly returning the illegal trespassers back to the place from which they came.

That action, as you've probably seen, has already started very strongly.  I have deployed active-duty U.S. military and National Guard troops to the border to assist in repelling the invasion.  It was really an invasion.  We will not allow our territory to be violated.

After four long years, the United States is strong and sovereign and a beautiful nation once again. It's a strong, sovereign nation.

In addition, I'm pleased to report that America is also a free nation once again.  On day one, I signed an executive order to stop all government censorship.  No longer will our government label the speech of our own citizens as misinformation or disinformation, which are the favorite words of censors and those who wish to stop the free exchange of ideas and, frankly, progress.  We have saved free speech in America, and we've saved it strongly.

With another historic executive order this week, I also ended the weaponization of law enforcement against the American people — and, frankly, against politicians — and restored the fair, equal, and impartial rule of law.

My administration has taken action to abolish all discriminatory diversity, equity, and inclusion nonsense — and these are policies that were absolute nonsense — throughout the government and the private sector.  With the recent, yet somewhat unexpected, great Supreme Court decision just made, America will once again become a merit-based country.  You have to hear that word: merit-based country.

And I've made it official — an official policy of the United States that there are only two genders, male and female, and we will have no men participating in women's sports, and transgender operations, which became the rage, will occur very rarely.

Finally, as we restore common sense in America, we're moving quickly to bring back strength and peace and stability abroad.  I'm also going to ask all NATO nations to increase defense spending to 5 percent of GDP, which is what it should have been years ago — it was only at 2 percent, and most nations didn't pay until I came along; I insisted that they pay, and they did — because the United States was really paying the difference at that time, and it's — it was unfair to the United States.  But many, many things have been unfair for many years to the United States.

Remarks By President Trump at the World Economic Forum – The White House

Before even taking office, my team negotiated a ceasefire agreement in the Middle East, which wouldn't have happened without us, as I think most of the people in the room know.  Earlier this week, the hostages began to return to their families.  They are returning, and it's a beautiful sight.  And they'll be coming in more and more.  They started coming back on Sunday.

Our efforts to secure a peace settlement between Russia and Ukraine are now, hopefully, underway.  It's so important to get that done.  That is an absolute killing field.

Millions of soldiers are being killed.  Nobody has seen anything like it since World War II.  They're laying dead all over the flat fields.  It's a flat field — farmland, and there's millions of Russians and millions of Ukrainians.  Nobody's seen anything like it since World War II.  It's time to end it.

And here in America, we have big events coming up.  Next year we have the 250th anniversary of America's founding.  I'm so honored to be president during that.  That's been a big event.  They've been talking about it for 10 years.  We also have the World Cup, and I understand Gianni — Gianni is in the room — Infantino.  He was very instrumental in helping us get it — he's there with you someplace, I think — and I want to thank him for that.

And then we have the Olympics coming up, which I was instrumental in getting, also, in my first term.  And who would have known that by skipping a term, I would get the Olympics?  I was upset.  I said, "You know, I got the Olympics to come and I won't be president."  But it turned out, through a stroke of luck or whatever you might call it, that I'm going to be president during the World Cup and the Olympics and the 250th anniversary.  So, that's going to be three big events.

And we've accomplished more in less than four days — we have really been working — four days — than other administrations have accomplished in four years, and we're just getting started.  It's really an amazing thing to see, and the spirit and the light over our country has been incredible.

Under the last administration, our nation has suffered greatly, but we are going to bring it back and make it greater, bigger, stronger, better than ever before.

I want to thank everybody for being with you.  I would have been there myself, except the inauguration was two days ago.  I thought it might be a little bit quick to make it the first stop, but we'll get there one day.  We hope to get there.

But I — I do appreciate — I heard the audience is fantastic, and many of my friends are in the audience.  And I will be taking questions now from some very distinguished people.

Thank you all very much.  (Applause.)

MR. BRENDE:  Thank you.  Thank you very much, Mr.  President, for that very powerful speech, and I think you could hear the applause all the way from Davos to the White House.  But next year, it will be even better, because then you can get the applause here in Davos.  So, we wish you welcome to our village next year.  We hope to see you.

THE PRESIDENT:  Thank you very much.

MR. BRENDE:  So, we also know, Mr. President, that you open up for interaction here.  We have a great panel with some of the most distinguished businesspeople in the world.

Let me start with someone that you know really well, that I think is almost a neighbor of you in Mal-a- — in — in Florida, Mr. Steve Schwarzman, chairman, CEO, and cofounder of Blackstone Group.

So, Steve, floor is yours.

MR. SCHWARZMAN:  Well, Mr. President —

THE PRESIDENT:  Hello, Steve.

MR. SCHWARZMAN:  — I'm sure the crown prince of Saudi Arabia will be really glad you gave this speech today.  (Laughter.)

THE PRESIDENT:  I hope so.

MR. SCHWARZMAN:  You've had the busiest four days that anybody can imagine, and congratulations for that.

And my question is — is about some of the things I've observed here at Davos.  It's a terrific forum.  I've met lots of people, as usual.  I think I've been here 30 years.  And a lot of the European businesspeople have expressed enormous frustration with the regulatory regime in the EU, and they attribute slower growth rates here because of numerous factors, but especially because of regulations.

And you've taken a completely different approach in this area.  And if you could explain the theory of what you're doing, how you're going to do it, and what you expect the outcome to be, I'd appreciate it.

THE PRESIDENT:  Well, thank you very much.  And congratulations, Steve — you're a friend of mine — but on a great career.  You have had an amazing career and continues.  So, I just want to congratulate you.  Very inspirational to a lot of people.

I want to talk about the EU, because you mentioned specifically that I've also had a lot of friends and leaders of countries.  I've gotten to know them all my first term and a little bit during this period of four years and know them well, like them a lot, but they're very frustrated because of the time everything seems to take to get approved —

environmental impact statements for things that you shouldn't even have to do that, and many, many other ways that it takes.

And I'm going to give you a quick little example. I w- — in the private life, my beautiful private life — before I had all these things happening — the world is a little different — I had a nice, simple life. You knew that.

But when I had that simple life, I did projects, and I had a big project in Ireland, and it had to get approval on something that would have made it even better. And I got the approval from Ireland in a period of a week, and it was a very, very, very efficient, good approval.

And they informed me, though, "The problem is you're going to have to get it from the EU, and we think that'll take five to six years." And I said, "You have to be kidding." And this was before politics. And I said, "Wait a minute. It's not that important. I don't want to go five or six years." But it would have been a big investment. It would have been nice, and it would have been good for the project.

And I sent the people to the EU to see if they could speed it up, and basically it was a five- or six-year wait just to get a simple approval that Ireland gave me in a period of, literally, not much more than a week.

And I realized right then — that was the first time I really was involved with the EU, but I realized right then, that's a problem, and I didn't even bother applying to do it, and — or if I did, I pulled it very quickly. I don't wa- — I have to be very accurate, because I don't want to be criticized. "He did apply, actually." No, I want to be very accurate. So, I don't think I did, but if I did, I pulled it very quickly. It was just something you — you couldn't wait five years or six years to get an approval.

So, a lot of — in a very big business sense, a lot of people are — are claiming that's the problem.

From the standpoint of America, the EU treats us very, very unfairly, very badly. They have a large tax that we know about and — a VAT tax — and it's a very substantial one. They don't take our far- — essentially, don't take our farm products and they don't take our cars. Yet, they send cars to us by the millions.

They put tariffs on things that we want to do, like, for instance, I think they actually — in terms of these are noneconomic or nonmonetary tariffs, and — and those are very bad, and they make it very difficult to bring products into Europe, and yet they expect to be selling and they do sell their products in the United States.

So, we have, you know, hundreds of billions of dollars of deficits with the EU, and nobody is happy with it.  And we're going to do something about it, but nobody is happy with it.  So, I think the EU has to speed up their process.

Friends of mine that are in some of the nations within the EU, great people, they — they want to be able to compete better, and you can't compete when you can't get — go through the approval process fast.  There's no reason why it can't go faster.

So, you know, I'm — I'm trying to be constructive, because I love Europe.  I love the countries of Europe.  But the process is a very cumbersome one, and th- — and they do treat the United States of America very, very unfairly with the VAT taxes and all of the other taxes they impose.

One other — just to finish up, I got a call from the head of a major airline, one of the biggest airlines in the world.  And he said, "Sir, could you help us?"  "What?"  "Landing in Europe is brutal.  They charge us fees for everything, and it's so unfair."  I said, "How does it compare to China?"  He said, "It's — it's much worse."

And the other thing, as you know, they took court cases with Apple, and they supposedly won a case that most people didn't think was much of a case.  They won $15 or $16 billion from Apple.  They won billions from Google.  I think they're after Facebook for billions and billions.

These are American companies.  Whether you like them or not, they're — they're American companies, and they shouldn't be doing that.  And that's — as far as I'm concerned, it's a form of taxation.

So, we have some very big complaints with the EU.

Thank you.

MR. BRENDE:  Tha- — thank you very much, Mr. President.  We'll now go to one of your friends in the EU, Patrick Pouyanné.  He's the chairman and CEO of TotalEnergies.

I guess you have a question ready, Patrick, for the president.

MR. POUYANNÉ:  Mr. President, as we understand, energy is at the top of your agenda, and it's an honor for me to represent the energy industry tonight in this panel.  TotalEnergies is indeed the fourth largest oil and gas and electricity company in the world.

I will not ask you a question about the oil price.  It's quite clear what you expect from us.  I will more go to gas more.  And we, our company, is the largest, number one exporter

LNG from the U.S. company. We are a strong contributor to and we invest in mammoth LNG projects in Texas, $20 billion. It's far from $200, but it's $20 billion. And we contribute with that to security of supply to Europe as we export this LNG to Europe. Some experts fear that if there are too many projects developed in the U.S. on LNG, this could have an inflat- — inflationary impact on the U.S. domestic gas price, and they recommend a pause on these projects.

I would ask you the following question: What are your views on — about such a pause on investments on LNG in the U.S.? What would happen if you would observe an increased domestic gas price because of these exports? And final question, which is important for Europe: Would you agree to guarantee security of supplies of U.S. LNG to Europe?

THE PRESIDENT: Well, on the last part of your question, yes, I would. I would make sure that you get it. If we make a deal, we make a deal; you'll get it. Because a lot of people do have that problem. They make a deal, and then it can't get supplied because of war-type problems and other problems. So, we would absolutely do that.

LNG is very interesting, because when I took office for the first term, one of the first things I looked at was two — there were two very massive plants in Louisiana, a state that has been very good to me. I won it by many, many points, and
I felt strongly indebted to it, actually.

And they said there are two plants that have been under environmental consideration for more than 10 years, and they were costing — as you say, you know how expensive those plants are — but they were costing like $12 billion and, I think, $14 or $15 billion. But they couldn't get their permits. It was — they were in review for years — many, many years — like a decade or more.

And I said, "So ridiculous." I know so much about that, because in the construction industry, I had to go through it too, but I got good at it after a while.

But I — I went — I saw the projects, and you're talking about a total investment of $25 to $30 billion, and it looked like it was going to end. They couldn't get their permits, and I got them done in less than a week. It was done, completed.

In fact, when they called them to announce that it was done, the countries — largely countries — Japan was involved and — and another country and some very big investors — they couldn't believe it. They actually couldn't believe it.

And I said, "Just do yourself one favor. Don't pay any consultants, because the only one that got it done was me." I got it done because it was the right thing to do for the U.S. and for the world, but the consultants had nothing to do with it, you know? The consultants

go in and they say, "Give us millions of dollars because Trump did it." Nobody called me about it. I just heard it was a problem for years, and I got it done because it was the right thing to do for the U.S. and the right thing to do for beyond. It had to do with energy — very important.

So, I think it's very important. I think the — the — you know, I disagree with one. I think the more that you do, the lower the price is going to go. And what I'd like to see is rapid approvals.

We're going to give very rapid approvals in the United States, like with the AI plants, talking to — many people want to build them. That's going to be a very big thing. We're going to build electric generating facilities — they are going to build. I'm going to get them the approval. Under emergency declaration, I can get the approvals done myself without having to go through years of waiting.

And the big problem is we need double the energy we currently have in the United States — can you imagine? — for AI to really be as big as we want to have it. Because it's a very competitive — it will be very competitive with China and others.

So, I'm going to give emergency declarations so that they can start building them almost immediately.

And I'm — I'm — I think it was largely my idea, because nobody thought this was possible. It wasn't that they were not smart, because they're the smartest, but I told them that what I want you to do is build your electric generating plant right next to your plant as a separate building, connected. And they said, "Wow, you're kidding." And I said, "No, no. I'm not kidding." You don't have to hook into the grid, which is old and, you know, could be taken out. If it's taken out, they wouldn't have any way to get any electricity.

So, we are going to allow them to go on a very rapid bas- — basis to build their plant — build the electric generating plant. They can fuel it with anything they want, and they may have coal as a backup. Good, clean coal.

You know, if there were a problem with a — with a pipe coming in — as an example, you're going with gas — oil or gas — and a pipe gets blown up or, for some reason, doesn't work, there are some companies in the U.S. that have coal sitting right by the plant so that if there's an emergency, they can go to that short-term basis and use our very clean coal. So, that's something else that a lot of people didn't even know about. But nothing can destroy coal — not the weather, not a bomb — nothing. It might make it a little smaller,

Exhibit E to Declaration of Brian Simmonds Marshall
Page 11 of 20

might make it a little different shape.  But coal is very strong as a backup.  It's a great backup to have that facility, and it wouldn't cost much more — more money.

And we have more coal than anybody.  We also have more oil and gas than anybody.  So, we're going to make it so that the plants will have their own electric generating facilities attached right to their plant.  They don't have to worry about a utility.  They don't have to worry about anything.  And we're going to get very rapid approvals.

MR. BRENDE:  Thank you.  Thank you so much, Mr. President.  We'll now go to another CEO that you know very well: Brian Moynihan, the CEO and chair of Bank of America.

MR. MOYNIHAN:  Good afternoon, Mr. President, and congratulations — an obviously eventful week for you and your family.

If you remember, five years ago, you came here and we walked among 150 CEOs from all over the world, and you engaged with them about your policies and your procedures.  This year, you're not here.  And yet this week was eventful, from the orders that you mentioned earlier — literally a wave of orders coming out on immigration, on trade, and many other matters.

And so, as a representative of the United States here,

we got a lot of questions about what does all this mean and how would the president square this with his clear focus on growth, prosperity, market gro- — stock market growth, a good bond market, and bringing down prices.

So, how do you think about the impact of all these orders and how fast they come out and how you're going to balance them with that scorecard of being successful on both contan- — continuing GDP growth, bringing down inflation, and also having a good stock price appreciation for the American citizen?

THE PRESIDENT: Well, I think it's going to actually bring down inflation.  It's going to bring up jobs.  We're going to have a lot of jobs.  We're going to have a lot of companies moving in.

You know, Brian, we're at 21 percent.  It was at 40 percent, and I got it down to 21 percent — the corporate tax.  And it was — actually, if you look at state and city, it was, in many cases, much higher than 40 percent.  I got it down to 21 percent.  And now we're going to bring it down from 21 to 15 percent if — this is a big "if" — if you make your product in the U.S.

So, we're going to have the lowest — just about the lowest rate.  It will be — the 21 is on the low side worldwide; the 15 is about as low as it gets, and by far the lowest of a large country — a large, you know, rich, powerful country — by far, not even a contest.

So, we're going to bring it down to 15 percent if you make your product in the USA.  So, that's going to create a — a tremendous buzz.

We're also probably going back to the one-year deduction, where we deduct — you know, we — we did that originally, and that was amazing what — the impact that that had, the one-year deduction, which built up over a period of time and then it expires.  But we're going to go back to that when we do the renewal of the Trump tax plan.

We have to get Democrats to approve it.  But, you know, if the Democrats didn't approve it, I don't know how they can survive with about a 45 percent tax increase, because that's what it would be.  And so, I think they're going to b- — w- — we've been working along with them pretty well.

I think it's very hard for a political group to say, "Let's charge people 45 percent more."  So, I think we're in good shape.

But we're actually doing a reduction for business and small businesses, where you're going to b- — bring it down to 15 percent, which is really something.

And, by the way, speaking of you — and you've done a fantastic job — but I hope you start opening your bank to conservatives, because many conservatives complain that the banks are not allowing them to do business within the bank, and that included a place called Bank of America.  This conserve- — they don't take conservative business.  And I don't know if the regulators mandated that because of Biden or what, but you and Jamie and everybody, I hope you're going to open your banks to conservatives, because what you're doing is wrong.

   MR. MOYNIHAN:  Mr. President —

   MR. BRENDE:  (Inaudible.)

   MR. MOYNIHAN:  — I'll say that your friend Gianni was — said hello — told me tell you hello, and we look forward to sponsoring the World Cup when it comes, both this summer for the club and next year.  So, thank you for getting that for the United States.

THE PRESIDENT:  Thank you very much, Brian.

MR. BRENDE:  Thank you, Mr. President.  We'll now go to Ana Botín.  She's the executive chairman of Banco Santander, one of the big European banks and also in the U.S.  So, Ana.

MS. BOTÍN:  Mr. President, congratulations on a historic victory.

THE PRESIDENT:  Thank you.

MS. BOTÍN:  I believe you don't know me as well as my fellow panelists, so a few words. Santander is one of the largest banks in the world by number of customers, 170 million. That's more than my friend Brian or my friend Jamie have.  (Laughter.)

THE PRESIDENT:  Wow.

MS. BOTÍN:  And those — (applause) —

MR. MOYNIHAN:  If they fix the regulation (inaudible).

MS. BOTÍN:  That's coming.  That's coming.

MR. BRENDE:  That was cheeky.  (Laughter.)

MS. BOTÍN:  We are — we are a big investor in the United States.  We have many million customer, 12,000 employees.  We're one of the largest auto lenders, and we recently launched a fully digital bank called Openbank.

We strongly believe banks have a pivotal role in the economy, and we can accelerate growth and help many more customers.  That's what we do in the United States.

So, as Brian pointed out, we very much welcome your focus on deregulation and reducing bureaucracy.

So, my question is: What are your priorities in this regard, and how fast is this going to happen?  Thank you very much.

THE PRESIDENT:  Well, I think it's going to — thank you and congratulations.  I know very much about your bank, and you've done a fantastic job.  Congratulations.

We are going to move very quickly.  We've moved very quickly.  We've done things in the last three days that nobody thought were possible to do in years.  And it's all taken — it's all taken effect.  It's going to have a huge impact on the economy, a huge positive impact.  Money was being wasted on crazy things.

I mean, the Green New Deal was such a total disgrace — what — what — how that was perpetrated.  And it was conceived of by people that were average students — less than average students, I might add — and never even took a course in energy or the environment.  It was just a game.  Remember, the world was going to end in 12 years? Remember that?  Well, the 12 years has come and gone.  It was going to end.  It was going to all foam into earth.  But, you know, the time has come.

The — these people — and they — they really — they really scared the Democrats large– — I can't say the Republicans.  Republicans maybe could have fought harder to stop it, but it's been a tremendous waste of — a tremendous waste of money.

You know, during my four years, we had the cleanest air, we had the cleanest water, and yet we had the most productive economy in the history of our country.  We had the most

productive economy.  Until COVID came, we had the most productive in the history of our country, by far.

And — and actually, you could look worldwide, we — we're — we were beating everybody from China to everybody else.  So — and we think we really — now, with what we have learned and all of the other things that have taken place, we think we can even far surpass that — a- — actually, far, far surpass it.  But we do — one thing we're going to be demanding is we're going to — be demanding respect from other nations.

Canada.  We have a tremendous deficit with Canada.  We're not going to have that anymore.  We can't do it.  It's — it's — I don't know if it's good for them.  As you probably know, I say, "You can always become a state, and if you're a state, we won't have a deficit.  We won't have to tariff you, et cetera, et cetera."

But Canada has been very tough to deal with over the years, and it's not fair that we should have a $200 billion or $250 billion deficit.  We don't need them to make our cars, and they make a lot of them.  We don't need their lumber because we have our own forests, et cetera, et cetera.  We don't need their oil and gas.  We have our — we have more than anybody.

So, you know, just as an example, with Mexico — we're dealing with Mexico, I think, very well.  And we're just — you know, w- — we just want to be treated fairly with other nations, because there's hardly a nation in the world — and I blame this on us, and I blame it on politicians that for some reason — and probably mostly it's stupidity, but you could also say other reasons, but mostly stupidity — they've allowed other nations to take advantage of the U.S.  And w- — we can't allow that to happen anymore.

You know, we have debt.  It's a very small debt when you compare it to value — the value of the assets that we have, but we don't want to do that.  We want to just have debt be obliterated, and we'll be able to do that fairly rapidly.  And a lot of good things are going to happen.

And — and honestly, good things are going to happen for the world, and good things are going to happen for the people that are dealing with us — allies and beyond allies.

One thing — very important — I really would like to be able to meet with President Putin soon and get that war end — ended, and — and that's not from the standpoint of economy or anything else.  It's from the standpoint of millions of lives are being wasted.  Beautiful, young people are being shot in the battlefield.  You know, the bullet — a very flat land, as I said, and the bullet goes — there's no — there's no hiding.  And a bullet —

the only thing going to stop the bullet is a human body.  And you have to see — I've seen pictures of what's taken place.  It's a carnage.

And we really have to stop that war.  That war is horrible.  And I'm not talking economy, I'm not talking economics, I'm not talking about natural resource.  I'm just talking about: There's so many young people being killed in this war, and that's not including the people that have been killed as the cities are being, you know, knocked down building by building.  So, we really should get that stopped.

Likewise, in the Middle East, I think we've made a lot of progress in the Middle East, and I think that's going to — that's going to come along pretty well.

Thank you very much.

MR. BRENDE:  Thank you, Mr. President.  We know that most consequential relationship in the world is between the U.S. and China.  U.S., 28 percent of the global economy; China close to 20.  That's almost half of the global GDP.

And we know that you called President Xi Jinping last Friday.  We heard that you had a good discussion.

How do you see the relationship between the U.S. and China in the next four years under your leadership?

THE PRESIDENT:  He called me.  But I see it very good.  I think that we're going to have a very good relationship.  All we want is fairness.  We just want a level playing field.  We don't want to take advantage.  We've been having massive deficits with China.  Biden allowed it to get out of hand.  He's — $1.1 trillion deficit.  It's ridiculous, and it's just an unfair relationship.

And we have to make it just fair.  We don't have to make it phenomenal.  We have to make it a fair relationship.  Right now, it's not a fair relationship.  The deficit is massive, as it is with other countries — a lot of Asian countries, actually.  But we have deficits that are very big, and we can't keep doing that, so we're not going to keep doing that.

But I like President Xi very much.  I've always liked him.  We always had a very good relationship.  It was very strained with COVID coming out of Wuhan.  Obviously, that strained it.  I'm sure it strained it with a lot of people, but that strained our relationship.  But we always had a great relationship, I would say, and we look forward to doing very well with China and getting along with China.

Hopefully, China can help us stop the war with, in particular, Russia–Ukraine.  And they have a great deal of power over that situation, and we'll work with them.

And I mentioned that with — during our phone conversation with President Xi, and hopefully we could work together and get that stopped.

We'd like to see denuclearization.  In fact, with President Putin, prior to a — an election result, which was, frankly, ridiculous, we were talking about denuclearization of our two countries, and China would have come along.  China has a — a much smaller, right now, nuclear armament than us or field than us, but they're — they're going to be catching it at some point over the next four or five years.

And I will tell you that President Putin really liked the idea of — of cutting way back on nuclear.  And I think the rest of the world, we would have gotten them to follow.  And China would have come along too.  China also liked it.

Tremendous amounts of money are being spent on nuclear, and the destructive capability is something that we don't even want to talk about today, because you don't want to hear it.  It's too depressing.

So, we want to see if we can denuclearize, and I think that's very possible.  And I can tell you that President Putin wanted to do it.  He and I wanted to do it.  We had a good conversation with China.  They would have been involved, and that would have been an unbelievable thing for the planet.

And I hope —

MR. BRENDE:  Mr. President, when you're —

THE PRESIDENT:  — it can be started up again.

MR. BRENDE:  — back here in Davos next year, will — will there be then a peace agreement with — with Ukraine and Russia by then?

THE PRESIDENT:  Well, you're going to have to ask Russia.  Ukraine is ready to — to make a deal.

Just so you understand, this is a war that should have never started.  If I were president, it would never have started.  This is a war that should have never, ever been started.  And — and it wasn't started during my — there was never even talk about it.  I knew that it was the apple of President Putin's eye, but I also knew that there was no way he was going in, and he wasn't going to go in.

And then, when I was out, bad things happened, bad things were said, a lot of stupidity all around, and you end up with what you have.  Now you have all these bombed-out cities — they look like demolition sites — with many people killed.

I think the — the thing that you'll see about Ukraine is that far — far more people have died than is being reported.  And I've seen that.  But far, far more people have died.

When you look at a city that's become a demolition site, where big buildings have been collapsed by missiles hitting them and everything else, and they say, "One person was slightly injured." No, no, many people were killed. Those are big buildings. I was surprised at how — that was my business. These are buildings that go two and three blocks long. They're 20 stories high. They're big, powerful buildings. Then they were knocked down, and there were a lot of people in those buildings. They had announced that two people were injured. That's not true. So, I think you're going to find that there were many more people killed in Ukraine and the Ukraine war than anybody has any idea.

But if you look now, so many of the — the people being killed are soldiers just facing each other with guns, rifles, and drones — the new form of warfare — drones. And it's a very sad thing to see.

And when you see pictures of the fields that I see, nobody wants to see it. You'll never be the same.

MR. BRENDE: Thank you very much, Mr. President. On behalf of all the 3,000 participants here in Davos, we really, really underline that joining us, the third day in your presidency, live, taking questions here, it's so appreciated. And we are already ready for receiving you next year in person.

So, thank you very much, and all the best from Davos. (Applause.)

THE PRESIDENT: Thank you. Thank you very much. Thank you. (Applause.)

END          11:49 A.M. EST

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



Subscribe to The White House newsletter

| Your email | SIGN UP |
| --- | --- |

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

  

WH.GOV

Exhibit E to Declaration of Brian Simmonds Marshall
Page 19 of 20



Copyright

Privacy

5/6/25, 9:56 AM    Transcript of U.S. Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

Case 1:25-cv-00077-GSK-TMR-AR  Document 143  Filed 05/07/25  Page 41 of 58

🇺🇸 An official website of the United States government  Here's how you know ⌄

# U.S. DEPARTMENT OF THE TREASURY

## Transcript of U.S. Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Impact on the Middle Class

April 7, 2025

**Watch the interview on YouTube here.**

**Tucker Carlson:** Mr. Secretary, thank you very much for joining us. So, the Treasury Department—President Trump had a press conference yesterday, next door, in which he announced a whole new global tariff regime. He'd been promising to do this, well, for 40 years, really. It came not out of nowhere, but it was clearly his intent all along, as stated. But it did rattle people, including some of his supporters. So I just wanted to ask you, big picture: where do you think this leads?

**Sec. Scott Bessent:** Well, Tucker, thank you for having me. And as you said, the President's been talking about this for four decades. Yes. And this is transformational for the American economy, for the American worker, and for the new Republican alignment. And it's a combination of the old and new ideas. Some of the old ideas were put away. You know, I always tell everyone—and they don't want to hear it—the original tariff man was Alexander Hamilton. Yes. And he used tariffs to fund the new nation and to protect American industry. President Trump has added a third leg to the stool—he uses tariffs to negotiate. But I think this is not unlike... I was a freshman in college when Ronald Reagan came in, in 1980. A new day in America. And when I talk to people now, and they look back and they look at the Reagan years so fondly—yes, I remember what it was like. And it was choppy. The President? Very choppy. Very choppy. But President Reagan stood the course. And look F, this is not an invitation—but at one point in the early '80s, a farmer showed up with a shotgun at the Federal Reserve to kill Paul Volcker for raising rates. So like I said, that's not an invitation for any action. But it was a tough time. And then in 1984, President Reagan won reelection with 49 states. I think they may have even let Mondale win Minnesota just so it wasn't a skunk. Just to be nice. Yeah. And that's what President Trump is doing now. For years, the American worker—the middle class—has been eviscerated. American workers have taken it on the chin. And, you know, we're just starting to see some of the research now—like we're seeing research on what's called the China Shock

from 2004. It's just coming out now. And it's what you know. It's what I know. But finally, academics are saying, "Oh gosh, the American workers never recovered from the China Shock. What a surprise." President Trump sensed it 40 years ago. But out on the campaign trail—starting in 2015 up until last year—he has promised the American workers that the old standard of living can come back. Because what we've seen over the past at least 20 years since the China Shock—but more like the past 30—are these massive distributional problems, where the coasts have done great, yes, and the middle of the country has just seen quality of life, life expectancy, decline. They don't think their children are going to do better than they are. And a lot of people don't care. And President Trump cares. This administration cares. And this is the first step towards realigning that. A lot of our trading partners, including some of our allies, have not been good partners. If tariffs are so bad, why do they have them? Quick question. Why do they have them, right? Or if the American consumer is going to pay all the tariff, then why do they care about the tariff? Right? Because they're going to eat them. So I think that this is the beginning of a process. We're going to reindustrialize. We've gone to a highly financialized economy. We've stopped making things—especially a lot of things that are relevant for national security. I think one of the few good outcomes from COVID was we had a beta test for what maybe a kinetic war with a large adversary could look like. And it turned out that these highly efficient supply chains were not strategically secure. So we don't make our own medicines. We don't make our own semiconductors. We don't make our own ships anymore. So I think if I were to say, "Was there any good outcome from COVID?" it was—it woke the world up to these supply chain problems. So economic security is national security. President Trump and I have talked about that a lot. Okay, so this is a national security issue that we're seeing here. But it's also an economic security issue. And it's to—I don't want to say redistribute—but it is to give working Americans real wage gains and enhance their lives. And I've said out on the campaign trail—one of my most frequent mottos was: Wall Street's done great. It can continue doing well. But it's Main Street's turn. It's Main Street's turn. And that's what we saw yesterday: it's Main Street's turn.

**Carlson:** So over the course of my life—55 years—Wall Street really has been the commonly recognized measure of economic health. Like, how's the Dow doing? We've got entire TV channels devoted to tracking its progress, which has mostly been up during the course of my life. So if the average of the equity averages falls—if the stock market falls—that's seen by a lot of people as a measure that the economy itself is in decline. Do you think that's a fair measure?

**Sec. Bessent:** Look, the market goes up and down. Warren Buffett has a saying: in the short run, the market's a voting machine; in the long run, it's a weighing machine. And in the long run, it's

Exhibit F to Declaration of Brian Simmonds Marshall
Page 2 of 17

5/6/25, 9:56 AM
Case 1:25-cv-00077-GSK-TMR-AR Document 143 Filed 05/07/25 Page 43 of 58
Secretary Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

going to weigh: do we have good policies? Yes. And I—in my former business—I commented on market structure, market ups and downs a lot. I'm trying not to do that now. Yes. But for everyone who thinks that these market declines are all based on the President's economic policies, I can tell you: this market decline started with the Chinese AI announcement of DeepSeek. So the so-called "Mag Seven"—the tech stocks—have been doing very well for about 18 months. They led the market. And I think there was kind of a real dose of reality in what was going on in AI. And I think the U.S. is going to remain the leader in AI. But the AI-related stocks started coming down. So, like, if I were to analyze this in my old hat—and this is the only time I'm going to talk about my old hat—what's happening with the market? I'd say it's more of a "Mag Seven" problem, not a "Magnet" problem, right?

**Carlson:** So it's deeper. So actually, the markets are—you're saying in this specific case, with tech stocks—taking a real measure of the value of companies relative to foreign companies?

**Sec. Bessent:** Well, it's that. But if we look at the equal-weighted S&P—even after today's moves —it's down 4% on the year. On a long-term chart, you wouldn't even notice that. Yeah. And I think the most important thing that we can do—that I can do as Treasury Secretary, and that President Trump wants to do—is put in sound fundamentals for the underlying economy. And if the underlying economy is good—if taxes are stable, businesses have predictability, we have cheap and plentiful energy, if we deregulate, if we treat our workforce well—then we're going to have a great stock market.

**Carlson:** Fair. The President suggested, in describing his plan for tariffs—he said, "Look, you could conceivably fund a lot of government with tariffs," and that would suggest that taxpayers fund less of the burden. So do you expect that these will be accompanied by a congressionally approved tax cut for the middle class?

**Sec. Bessent:** I just want to go back for a moment to that—one of the things that the tariffs are doing is we are pushing back against other economic systems. So the Chinese have a very different economic system. They have low costs—some would call it literally slave labor. They subsidize industry with subsidized loans. They have a lot of non-tariff barriers. Your show can't be shown there. Yes. So, we're pushing back against that. And with the tariff income—it can be substantial. And if we think like a classical model of tariff income: let's say there's a 10% tariff. Then the currency would appreciate about 40% of that—so 4%. Then the producer in the other country would eat about 4%, and then the U.S. consumer might have a one-time price adjustment of 2%. So in a 10% tariff, maybe the consumer pays 2%. We saw a study out recently —from a group at MIT—that shows with President Trump's first China tariffs, which were

approximately 20%, the price level went up 0.7%. So to answer your question: if we could put on a 20% tariff, have the foreigners pay that, and use that money to bring down our government deficit and keep taxes low? That's a very unique formula that hasn't been tried in this country for a long time.

**Carlson:** Do you think—but it would require congressional participation to get there, right? To move tax rates? Of course, those are set by the Congress.

**Sec. Bessent:** Well, what we're going to have now—we are in this very odd, what I would call "betwixt and between"—between the tariff income and what DOGE is doing in terms of cutting government expenses. So, CBO scoring—and for 35 years I was on the other side of the wall, and I would always say, "Oh, well, CBO says this"—I didn't really realize that CBO scoring is a lot like Enron accounting. It's not real. And when you actually look at the rules…

**Carlson:** But you assumed it was real on the outside—sure, "Well, they're experts." Congressional Budget Office.

**Sec. Bessent:** It's the Congressional Budget Office, and they're well-intentioned people. They just have nonsensical rules. Think about this: when all the scoring is done over a 10-year window, they just assume 1.7 or 1.8% economic growth over the 10 years—and that never moves. Whether you raise taxes or cut taxes—it doesn't move. So that's why, like during the campaign, when Vice President Harris was announcing all these big tax increases she wanted to do and things like that, the CBO was scoring her very well. And President Trump wants to make the 2017 tax cuts permanent—that was kind of a blowout number. Because obviously, growth is going to go up a lot when you cut taxes. So, that was a long way of saying: we will not get credit for the tariffs in any bill, because Congress is not going to legislate it. The President's doing it with executive authority. But the money will be coming in. We've already taken in several hundred million dollars on the China tariffs from his first term. We've taken in about $35 billion a year just on the old tariffs—not the new ones. So in the CBO window, that's about $350 billion, which pays for a lot of the President's promises: no tax on tips, no tax on Social Security, no tax on overtime, making interest deductibility available on autos made in the U.S. And think what the President is doing here: he is backing into an affordability solution for the bottom 50% of wage earners. Because they are the ones who will benefit from all four of those programs.

**Carlson:** So looking at, say, a year from now—so next, beginning of next April—do you have any sense of how much the U.S. government anticipates bringing in from the tariffs announced yesterday?

Exhibit F to Declaration of Brian Simmonds Marshall
Page 4 of 17

**Sec. Bessent:** It's going to be a moving target, sure. But could it be anywhere from $300 billion to $600 billion a year? Sure.

**Carlson:** That's—that's meaningful revenue.

**Sec. Bessent:** Very meaningful. But what will happen with tariffs over time—the ultimate goal of the tariffs, and the President says it all the time: bring your factory here. That's the best solution for getting away from a tariff wall. So move your factory from China, from Mexico, from Vietnam —bring it here. What will happen over time is: we'll have substantial tariff income in the beginning. Manufacturers will build their factories here. The tariffs will drop. But the revenue from the factories—from income taxes, from all the new jobs—will go up. So we'll be taking it in domestically as the tariffs drop. And why are the tariffs dropping? Because we're making it here. And our trade deficits are dropping.

**Carlson:** So you've obviously thought this through. Do you think the United States has the necessary labor force for this transition?

**Sec. Bessent:** I think we do. I think with AI, with automation, with so many of these factories going be new—they're going to be smart factories—I think we've got all the labor force we need. And what we're doing on the other side—one of the reasons, other than my support for President Trump, that I came out from behind my desk—I had a pretty good life—and I wanted to come out and really tell people that I was worried about an impending financial calamity, given the high levels of government spending that were leading to high levels of government debt. So what we are doing: on one side, the President is reordering trade. On the other side, we are shedding excess labor in the federal government and bringing down federal borrowings. And then on the other side of that, we will have the labor we need for new manufacturing. We're going to re-lever the private sector. So the private sector, in essence, has been in recession during the Biden years. This is an opportunity to right-size the federal government and unleash the private sector again, because it's been hemmed down by excessive regulation and it's been crowded out by the government.

**Carlson:** Here's a fact of life you may not learn till you're older, but I'm going to tell you now: it's very hard to have a good time if you're wearing bad boots. In fact, it may be impossible, and that's why you need Tecovas. As a matter of fact, you don't just need them—you owe them to yourself. So let me ask you—since your job is, in part, to forecast the effects of these policies— do you ever think: we've got probably one out of six people in this country here illegally, maybe 50 million illegal aliens, and the President says he wants to deport them. Then you have AI, and the projections there are massive labor market disruption—fewer people needed, you alluded

to that a minute ago. Then you have the tariffs. And we can guess at their effect, but we don't really know, because we've never done it. And then you have the reaction from the rest of the world to those tariffs. There are so many huge factors that are effectively unknown—that are black boxes. Do you ever think, "Wow, it's kind of hard to know what's going to happen"?

**Sec. Bessent:** Look, it is. And I always think—you can never be 100% sure. But you can stay within some guardrails and keep moving forward. I can't remember which Sunday morning show I was on a few weeks ago, but the commentator asked me, "Can you guarantee me there won't be a recession?" And I said, "I can't guarantee you anything. There's nothing that tells me there should be one." So I believe this is going to work, just like President Reagan believed supply-side economics was going to work. What I do know is that the old system wasn't working. I think that's right. And if you look at a system that's not working, you've got to be brave to change it. So what wasn't working? Would it have been really fun for me to come in and just keep issuing a lot of debt? It's almost like a bodybuilder taking steroids—outside, looks great, muscular. Inside, you're killing your vital organs. That's what was going on here. It would've been easy to keep pumping up the economy, borrowing a lot of money, creating a lot of government jobs—there's no controversy when you're doing all that. But you were going to end up in a calamity. Go back and look at the financial crisis in '07–'08. The economy looked great right up until it didn't. Look at the end of the dot-com bubble, then the whole credit problem, the fraud at WorldCom, Enron—some other companies. The economy looked great… until it didn't. And I think one of the things we won't get credit for—but that this administration will have done—is avoiding a financial calamity. Think about it: there's an analysis that one of the reasons 9/11 happened was because the airlines didn't want to pay for reinforced cockpit doors. They kept pushing back, FAA didn't push hard enough. Well now we've got the reinforced doors. So I look at it this way: we're putting on the reinforced doors before the crash.

**Carlson:** What's the lobbying scramble by foreign governments going to be like over the next three months? Because the President said yesterday, "I'm putting a universal tariff,"—you know, one standard. But then of course, each country is adjusted according to a lot of different factors: trade deficit, currency manipulation, regulation, tariffs. But this is all, as you said, a moving picture. So like—if I'm a country like Vietnam, or China—I mean, I'm going to try really hard to bring pressure to bear on this administration to adjust those numbers. What's that going to be like?

**Sec. Bessent:** It's going to be the President's decision. And I think his view is: this has been going on for a long time—for friends and foes—and we're going to see where this plays out. I

Exhibit F to Declaration of Brian Simmonds Marshall
Page 6 of 17

think what's going to be more important than the discussions with countries is the discussions with companies. What do companies want to do? As President Trump said yesterday, the best way to get around the tariff is: build your factory here. And what can we do here at Treasury to help that? We're pushing to get the tax bill done so we can guarantee the low taxes, full depreciation within the first year. We're working with Secretaries Burgum and Wright on energy security. We're working on getting the regulations down. The President—I don't know whether he talked about it yesterday or the day before—but Taiwan Semi, the biggest semiconductor manufacturer in the world, needs permits. Lee Zeldin, the EPA commissioner, is working to push through all the permits they need. Because we've just gone into this regulatory morass where it takes so long to get things done in this country. So I think what will be more interesting are the individual company announcements—more than the country announcements.

**Carlson:** You want to sell to Americans? You've got to make it in America. Sure. Or pay the tariff. So how is China, as a nation, going to respond? I mean, this is such a big challenge—it's directly in their face. It's about every country on the globe, but it's really, more than any other country, about China. I think that's fair to say. How are they going to respond? What's the retaliation look like?

**Sec. Bessent:** Well, I don't know if they can retaliate—for a couple of reasons. If you look at the history—and I used to teach economic history—when you look at it, we are the debtor nation. Yes, we have the trade deficits. The surplus nation is in the weaker position. Because the Chinese business model—and by the way, the Chinese business model and economy are the most imbalanced in the history of the modern world. We've never seen anything like this in terms of their export level relative to GDP, relative to population. So I think it is going to be very difficult for them to try to change the model. They're trying. They're in a deflationary recession —slash depression—right now. They're trying to export their way out of it. And we can't let them do that. But when you think about it, the Chinese manufacturing system is like that old Disney movie with the brooms carrying the buckets. There's nothing you can do—it just keeps going. That's their business model. It's not going to stop. Now, what could happen—if you were to say, "Scott, what's the dream scenario?"—it's that somehow there could be a deal where the U.S. and China… We want more manufacturing, which would mean a smaller part of the economy is consumption. The Chinese have this imbalanced economy with too much manufacturing. And actually, Chinese consumers really get the short end of the stick. Chinese households—they're caught in what's called the middle-income trap. Could we do something together where they rebalance—consume more, manufacture less? We consume less, manufacture more? We'll still be military rivals. There'll still be economic rivalry. But we'd level the playing field by a lot. Now,

5/6/25, 9:56 AM        Confronting U.S.-China by Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

Case 1:25-cv-00077-GSK-TMR-JAR    Document 143    Filed 05/07/25    Page 48 of 58

that's not going to happen tomorrow. That's not going to happen in a month. But over the next few years, they may have to come around. Because I think their business model is broken. I think President Trump has broken their business model with these tariffs.

**Carlson:** So you're describing, you know, the famous scenario where—if you take out a bank loan, the bank is in charge. But if you take a big enough loan, you're kind of in charge of the bank.

**Sec. Bessent:** Exactly. And they've just got such a big deficit with us that they need our markets. They can't survive without them.

**Carlson:** Are you confident that there's a clear enough channel of communication between the two governments—that the details can be worked out and nothing will go crazy in the meantime?

**Sec. Bessent:** I think what gives me a lot of confidence is the relationship between President Trump and Chairman Xi. When you have a direct line of communication at the very top, then I think it's very difficult for things to go haywire.

**Carlson:** What about the rest of the world? What about Europe?

**Sec. Bessent:** Look, the Europeans—go back to that famous meeting where President Trump told the Europeans: "You're insane for building Nord Stream 2. What are you doing? You already get most of your energy from Russia and you're going to double down on it?" And they did. And look what happened.

**Carlson:** So we blew it up.

**Sec. Bessent:** Putin. Some Norwegian fisherman bumped into it is what I read. But the Europeans go kicking and screaming—but I think they're going to have to rebalance too. Germany has a very imbalanced export economy. They were on the verge of deindustrialization. They were the opposite of us: they had expensive energy, they were depending on Italy and the countries in the south to keep the euro suppressed, and they were selling into China. Now China is becoming their competitor.

**Carlson:** So you said at the outset—the first example, the analogy you used—was President Reagan's first term. Big win in '80, recession in '82, wipeout, and then the biggest landslide in history in '84. So you're suggesting, by saying that, that the fruits were obvious within the first term—within four years?

**Sec. Bessent:** They were. Only difference now is, there was a lot of competition back then—but there was a level of civility. The real danger here—if there were a midterm loss, and I don't think there has to be—you know what's going to happen. I know what's going to happen. Democratic House is going immediately to impeachment for something, of course. The lawfare is going to start again. And I think the American people are going to hate it—again. Einstein's definition of insanity: doing the same thing again and expecting a different result.

**Carlson:** Do you think that—and this is really aimed at the people who support President Trump and who agree with you wholeheartedly that the current system was really bad. And, like, drive across the country, you'll see how bad it has been—horrible. It lowered life expectancy. But the people who are hoping that yesterday's move will lead to a demonstrably brighter future within four years— Is it your sincere prediction that within four years, we'll say, "Actually, that kind of worked"?

**Sec. Bessent:** I believe that it's going to work. And I know that what we were doing wasn't working. Yes. So I think we have to try this. And I have a high confidence ratio it's going to work. And I have a very high confidence ratio… The good news is, we have President Trump's previous term, when everyone said none of this was going to work: "Oh, the China tariffs are going to do this. They're going to cause inflation." They didn't. "This is going to hurt working-class Americans." Well, guess what? Working-class Americans—hourly workers—did better than supervisory workers. The bottom 50% of households—their net worth increased faster than the top 10% of households. I'm not happy with what's going on in the market today, but the distribution of equities across households? The top 10% of Americans own 88% of equities. Eighty-eight percent of the stock market. The next 40% owns 12%. The bottom 50% has debt. They have credit card bills. They rent their homes. They have auto loans. And we've got to give them some relief.

**Carlson:** That's the message right there. Just as a bystander, I'm like, "Wow. Okay. All right. Heard that."

**Sec. Bessent:** I like the examples. And I was really struck by two different statistics last year— summer of 2024: Americans took more European vacations than they had in history. Summer of 2024—more Americans were using food banks than they ever have in history. I went into two food banks near my hometown to ask, "What's the story?" And they said, "You know, for a lot of people, it really takes a loss of dignity to walk into a food bank." Of course. But they were seeing a new phenomenon: it wasn't their traditional clientele. It wasn't people who lost their homes. It wasn't people out on the street. These were working families who could no longer afford $100

at the grocery store. That basket of groceries every week—they were missing five, six, seven things. And they were coming to the food bank to top up. So that's not a great America. Record European vacations. Record food bank usage. No reason we can't keep the record European vacations going—but we've got to take care of these other people. And you know what? They don't want handouts. The Democrats had this strategy called "compensate the loser." First of all, the name of that strategy? I don't think the bottom 50% of Americans are losers. I think the system hasn't worked for them. I think they are winners—it's just a bad system. So we are going to fix the system. And look—they want good jobs. They want their kids to do better than they do. They want to own a home. They want to pay down their debt. This isn't hard. And I think we can do this in the next four years.

**Carlson:** It used to be only crazy people thought they were being watched all the time—surveilled—the guy mumbling next to you on the bus. But now, anyone who knows what's going on thinks that, because it's true. Your phones are listening to you. Tech companies are tracking all your online activity in order to profit off what ought to be private information. Governments are watching too. It's a corrupt system. It's frightening. And the worst part is—it's all legal. Government certainly will not help stop this. Of course, the intel agencies love it. So it's up to you to protect yourself. And that's where ExpressVPN comes in. So—you grew up in a middle-class, working-class background. You were very successful. Lived in rich-person world for a long time while this was all going on. And I just have to ask you candidly: were you ever at dinner with people who were like, "Wow, we're doing great"? I live in rich-person world too. I'm not criticizing you at all. But did anyone at dinner ever say, "Wow, I just drove 100 miles—this country doesn't look good. People are not thriving." Was there any sense of that among the people you knew?

**Sec. Bessent:** No. They were more like, "My NetJets was an hour late. I had the worst day. I'm switching charter companies." Look, Tucker, I'm especially attuned to what I think is going on with the United States because—I'll tell you, my family was very affluent. Early settlers. We were very affluent for about 250 years. My dad made a lot of bad financial choices. So when I was born—the first six, seven, eight years—we were affluent. He lost everything. So I've seen what that's like. I've seen both sides. I was fortunate enough to be able to make it back. I know what economic insecurity is like. And I don't think people should have to have that. If you want to work hard—and people want to work hard—you were out on the campaign trail with President Trump. I was out on the campaign trail. And I've got to say—one of the most moving things for me was at the final two stops: Pittsburgh and Grand Rapids, Michigan. In Pittsburgh—in the Duquesne arena—I walk in, and there are the union workers. The steel workers. They've got on

5/6/25, 9:56 AM   Scott Bessent: U.S. Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

Case 1:25-cv-00077-GSK-TMR-AR   Document 143   Filed 05/07/25   Page 51 of 58

their hats. They've got on their vests. They're there with their children. It was very moving. They just want a better life. They want their communities to be sound. They want their kids to do better. They want Little League baseball. They don't care what's going on on Madison Avenue. They don't know what the hot new restaurant is in Paris. And President Trump has somehow assembled this incredible coalition—Elon Musk, the richest man in the world, the folks who were in the Rose Garden yesterday, and the people I saw at the Duquesne arena. I think it's unbelievable.

**Carlson:** Interesting. What do you worry about as Treasury Secretary? I mean, obviously— probably lying in bed at night, thinking about all the things that could go wrong with the U.S. economy. What are your—if you could be honest—what are your biggest worries?

**Sec. Bessent:** So, to the extent that in my business career I had a strong point, I think it was risk management. I view myself as the United States' leading bond salesman. Yep. And I think that with what's going on, I'm going to have a better and better story to tell as we get our economic health and fiscal house in order. Then I try to imagine what could go very wrong. What would we do if there were another outbreak similar to COVID? You can't worry about things like that—but I worry about a kinetic war somewhere. What would we do in the event of something happening? What I try to do is create the situation where I can worry a little less every day. So I'll tell you: I came in—I was confirmed on January 28—and during the month of January, 10-year interest rates—which is probably the most important rate in the country, since mortgages and capital formation are based on it—had almost spiked to 5%. And I think 5% can be an uncomfortable area for the economy, for Treasury, for issuing bonds. Now that I've gotten in, I worry a little less. But I still worry. We've got a tremendous amount of debt to roll. And I worry that we won't do the smart cuts and focus on waste, fraud, and abuse. I worry that that gets sidelined. Then on the other side, I worry that the tax bill somehow gets bogged down. We could have the largest tax increase in history. Or I worry about the usual geopolitical things—whether it's Iran, Taiwan —that something goes haywire between Russia and Ukraine.

**Carlson:** So you began your job description by saying you're a bond salesman. You're selling America's debt to the world. And I know that was a big part of the portfolio as the transition was envisioning it—"Who can make the case for American bonds to the world?" How is your case? Are you confident you can do that? And how is your pitch changing after yesterday?

**Sec. Bessent:** Right now we're in this strange "betwixt and between," because we're going to take in substantial tariff revenue. And what DOGE is doing is substantially cutting expenses. But we're not getting credit for it right now. I think the market's starting to get a hint of it. The 10-

year bond, which had almost peaked at 5%, is now through 4%. A way to think about it is: every 100 basis points is about $1 trillion in savings. So we've saved $100 billion. That's probably not going to happen that quickly again. But I think we are setting the sails for a much better fiscal time. People don't have to say, "The U.S. is out of control. The U.S. is going to default." We're not. And I think every day, my case gets better.

**Sec. Bessent:** And like, if we were to just imagine a very reductionist formula for government— G equals S minus T—government spending minus taxes. For "spending," our side—the Republicans—likes to spend, but less than the Democrats. But both sides like to spend. Then you have "minus T"—taxes. Democrats like higher taxes. We like lower taxes. What if the "S" actually went down? To me, that's the exciting part. That's been unthinkable in everybody's calculation.

**Carlson:** No one's even seriously raised it—including Ronald Reagan, by the way.

**Sec. Bessent:** Right. And look, I think President Reagan had a different agenda. He ramped up defense spending. And remember—"Oh, he's crazy. It's going to break the budget. Star Wars is crazy. He's a madman." And then the Iron Curtain went down. So it's actually a Soviet term. He used the Soviet strategy on themselves—on the Russians. Escalate to de-escalate. We escalated military spending. They tried to keep up. And then they collapsed. Everything's easy in hindsight. But I think here, what we're doing—bringing down these incredible levels of spending —but more importantly… I tell anyone who will listen: DOGE is the Office of Government Efficiency. Not Elimination. Not Extinction. So what if we can actually do a better job with less? Seems inconceivable—but when I see what's going on in a lot of these government agencies, it's unbelievable. Like, I've lived in Manhattan, I've lived in Florida. Roughly, the state of New York and the state of Florida have the same number of people. Actually, Florida has a few more now. New York's budget is about $235 billion. Florida's is $125 billion. How do they do that? Oh yeah— and there's no income tax in Florida. Oh yeah—and the roads are better. You go to get your driver's license—it takes 15 minutes, not five hours. So can we make the rest of America look more like Florida—and less like New York?
Or one day, is New York going to look more like Florida?

**Carlson:** So do you think after four years, we will see an actual net reduction in government spending—thanks to DOGE?

**Sec. Bessent:** Inflation-adjusted? Yes.

**Carlson:** How long do you think Elon is in for?

**Sec. Bessent:** Day to day? I don't know. But I think his imprint is going to be with us a long time. And I think the mainstream media has tried to demonize DOGE and all the folks who work with him. And we've got a couple of Treasury—a couple of IRS—employees who I hired, who I interviewed. I'll tell you—there's one fellow, Tom Kraus. He was on TV with Bret Baier the other night. Tom's incredible. He's done $100 billion of tech mergers. With my investment business, I would've hired him. I don't think I could have afforded him. He is doing this for the good of his country. He came in without touching any of the payment systems—contrary to what the Washington Post falsely reported. He analyzed the system, and within six weeks, pointed at all the vulnerabilities. There's a young man named Sam Kirkos, who was on Laura Ingraham with me the other night. That was my idea—bring him out of the shadows. Let's make this demonization stop. This young man—other than the fact that he only owns one pair of pants, which he likes telling everyone—I'd be happy if our daughter brought him home. He's a patriot. He's working hard for the country. He's analytical. And the things he's seen at the IRS—just in their tech systems—and that's all he does. You know, Elon has a shirt that he wears under his jacket. He flashes it every once in a while. It says "Tech Support." That's what we're getting. We've got a Blockbuster-style government in a Netflix world. We're hailing cabs in an Uber economy. Why can't the government be in the gig economy? Not hard.

**Carlson:** We're not positive that cryptocurrency is the future of finance—but we do know that what we have now is broken and dangerous. Can I ask you a weird question? Who runs the Federal Reserve, exactly? How can you have this pivotal institution that has the most direct effect on markets—but it seems outside of political control?

**Sec. Bessent:** Well, look—I was at a dinner Jerome Powell attended last night. During my confirmation hearing, I said: I'm only going to talk about the mistakes the Fed has made in the past. I won't talk about the ones they're going to make in the future. But I think it is important that monetary policy be walled off. Some of the other things they've done—like DEI, like climate—they impinge on their monetary credibility. I think the Fed should focus on monetary policy—doing the best they can for the American economy, the American people. Keeping inflation low. There are a lot of other banking agencies to do the rest.

**Carlson:** The Fed controls the weather now too. What were they doing with climate?

**Sec. Bessent:** Well, Treasury chairs something called the Financial Stability Oversight Council. It's all the financial regulators. Two weeks before Silicon Valley Bank went under, FSOC issued a report. They said the biggest risk to the financial system was climate. Really? Not that a large bank in California was having a slow-motion run on its assets? They failed. The regulators failed.

5/6/25, 9:56 AM    Scott Bessent on US Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

Case 1:25-cv-00077-GSK-TMR-AR    Document 143    Filed 05/07/25    Page 54 of 58

People are getting sick of that. And it goes back to one of my favorite Trump phrases: common sense. It's just common sense. If your deposits can leave with a click—you shouldn't have all these long-term assets. But the regulators were too busy worrying about the weather. And there was also some degree of regulatory capture. The CEO of Silicon Valley Bank was on the board of the San Francisco Fed—his chief regulator. They're going to tell that guy what to do.

**Carlson:** Why is gold moving around the world in such huge quantities right now?

**Sec. Bessent:** A couple of reasons. It's moving physically. Uncertainty about whether gold would be exempt from tariffs. I believe we have exempted it. But there was a big move out of vaults in Switzerland and London to get it into New York. Gold has always been a store of value. We're seeing huge demand from China. They're in an economic recession or depression. Their people don't trust the yuan. There are capital controls. 1.4 billion people want to get their money out—and they can't. But they can buy gold.

**Carlson:** Do you find it interesting that even now—in 2025—when everything is abstract and digital, gold is still believed to be reliable?

**Sec. Bessent:** Gold has history going for it. A friend of mine's grandmother, during Russia's financial crisis in '98, bought 18 bicycles. That was her store of value.

**Carlson:** How'd she do on the bike investment?

**Sec. Bessent:** Great. I wish I'd done that well. Gold can't run a deficit. It can't default. It can't go to war. It's isolated from government failure. That's why people trust it.

**Carlson:** So you're not anti-gold?

**Sec. Bessent:** Oh no. When I had my fund, people would've called me a gold bug.

**Carlson:** How did you wind up interacting with Zelensky?

**Sec. Bessent:** The President asked me to go to Kyiv. He actually asked me to lead the economic agreement that was part of his peace plan. It's important to understand the arc of President Trump's peace plan. He sequenced it well:

1. Sign a deal with the Ukrainians to link the U.S. and Ukraine closer together.
2. Signal to Russian leadership that we're not abandoning Ukraine.
3. Show the American people that we have an economic stake in Ukraine—this isn't just about massive grants.

So if Ukraine succeeds, we succeed. It could be a long-term partnership. I thought it was important to take the agreement to Kyiv and present it to President Zelensky. Everyone was telling me, "Oh no, meet him in Vienna. He'll be at the Munich Security Conference." I said no—I want to go there and discuss it with him. So that's how I ended up in Kyiv. Very interesting trip: fly to Poland, then get on this 10-hour night train and arrive in Kyiv at 8:30 in the morning. And for everyone who said, "President Trump is selling out to the Russians"—he's not. The Russians bombed Kyiv four hours before I got there. They hadn't bombed since November. They didn't like the look of this deal—it was durable for both the American and Ukrainian people. President Zelensky was in the mood to sign the deal that day. We had a spirited discussion. I said, "You've got 50 reporters out there. I'm here to show there's no daylight between our two peoples, our two governments. You've opened up daylight the size of the Grand Canyon." He said, "Tell them I'm going to sign the deal in Munich." I said, "So when you see Vice President Vance and Secretary of State Rubio, you'll sign it?" "Yes." He didn't sign it there. Then the following week, his team begged to come to the White House. We said: sign the deal first. He got to the Oval Office and blew up what should have been the easiest thing to do in the world. He was supposed to show up, have a press conference, then we'd have a private lunch. If he had anything to air, that was the time. There's a famous photo in the East Room—everything laid out, ready to be signed. It never got signed.

**Carlson:** So this is an unelected president of a client state, whose bureaucrats are being paid directly by American taxpayers—including retirement accounts?

**Sec. Bessent:** Yes. And they have the lowest retirement age in Europe—60. France is 62. Italy is 67. We're paying for that.

**Carlson:** And yet—this man is in a precarious position—and he acts high-handed, sniffs a lot, berates American officials. How do you account for that arrogance?

**Sec. Bessent:** Well, a couple things. He was a performer—a vaudevillian. An ordinary person thrown into a fraught time. He rose to the occasion. He was heroic. But now he's stuck. Some in his cabinet are good. Some of the people around him—not so much. He's not getting the best advice. And here's the thing: the agreement made sure the money came to the American people and the Ukrainian people. Let me tell you what it wasn't:
–It wasn't one of these rapacious Chinese deals—"Sign over your mine, your port…"
– It wasn't a loan-to-own scheme—"Here's a loan you'll never pay back so we take your asset." It was a real economic partnership. They put in assets. We put in loans through our development banks. We put in American know-how. We don't make any money unless they make money. You

5/6/25, 9:56 AM    Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

Case 1:25-cv-00077-GSK-TMR-AR   Document 143   Filed 05/07/25   Page 56 of 58

know who didn't like that? People with their hands in the till. Because we were regulating the flow of money. That's part of the glitch. I'm hopeful that it was a bug, not a feature. We're expecting a Ukrainian technical team next week. I'm hopeful we can get it signed and return to a win-win. President Trump's plan was: Sign with Ukraine. Show Russia we stand with Ukraine economically. Bring Russia to the table. The sequencing's been thrown off—but I think we can fix it.

**Carlson:** Are we ever going to get an audit of where all of our billions went? The weapons? The cash? The pallets of $100 bills? Why is that so hard?

**Sec. Bessent:** I don't know. I always try to look forward. If this deal works, that money could end up being small change. Think about this: in 1991, when the Iron Curtain fell, Poland and Ukraine had economies of similar size. Today, Poland's economy is 3.5x or 4x bigger—and growing. Ukraine? Held back by kleptocracy. With U.S. assistance and a Trump-brokered peace, the Ukrainian people could finally move forward.

**Carlson:** For a Treasury Secretary, you're a very capable diplomat, I must say—very diplomatic language. Last question: because this is all so new—just going back to the tariff announcement —how do you keep message discipline in the administration? Who decides how to explain this? How do you keep everyone on the same page?

**Sec. Bessent:** We all take President Trump's lead. We had a meeting yesterday morning. Then a meeting after the Rose Garden announcement before we went out on media. He's his own best spokesman. No one does it better. Then we fan out—and we are all unified behind his vision. That's why we're here. If you don't want to be part of it—you shouldn't be here.

**Carlson:** Do you ever say, "Hey, this person reassures markets; that person scares them—let's send the right person out?"

**Sec. Bessent:** The one thing I'll say: no one should listen to anyone in the markets talk about the U.S. dollar other than President Trump or myself. We're the only ones who speak for this administration on dollar policy. We have a strong dollar policy. And we're putting in all the ingredients to make sure the dollar is strong over the long run. Can it go up and down in the short run? Sure. Can there be bilateral moves between the dollar and other currencies? Sure— that's what I made a living doing. But over time, if we put in sound fundamentals and follow through on this transformation, the dollar will do great—and so will the American people.

**Carlson:** Secretary, thank you very much. Appreciate it.

Exhibit F to Declaration of Brian Simmonds Marshall
Page 16 of 17

5/6/25, 9:56 AM
Transcript of U.S. Treasury Secretary Scott Bessent Interview with Tucker Carlson on President Donald Trump's Tariff Plan and Its Im…

Case 1:25-cv-00077-GSK-TMR-JAR   Document 14-3   Filed 05/07/25   Page 57 of 58



## ← Truth Details
7008 replies

 **Donald J. Trump** ✓
@realDonaldTrump

When Tariffs cut in, many people's Income Taxes will be substantially reduced, maybe even completely eliminated. Focus will be on people making less than $200,000 a year. Also, massive numbers of jobs are already being created, with new plants and factories currently being built or planned. It will be a BONANZA FOR AMERICA!!! THE EXTERNAL REVENUE SERVICE IS HAPPENING!!!

**18.1k** ReTruths  **78.3k** Likes                    Apr 27, 2025, 6:06 AM