IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>                Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>                Defendants. | Case No. 1:25-cv-00077-GSK- TMR-JAR<br><br>DECLARATION OF HANNA EMERSON |

I, Hanna Emerson, declare as follows:

    1.    I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at Oregon State University ("OSU"), and information I learned from OSU personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

    2.    I am the Director & Chief Procurement Officer in OSU's Office of Procurement, Contracts and Material Management. In this role, I lead the team that is responsible for stewarding OSU's many resources. This includes the Procurement team, which manages the competitive processes and establishment of contracts and purchases and goods and services that are critical to OSU's ability to fulfill its mission of teaching, research, outreach and engagement.

Page 1 -   DECLARATION OF HANNA EMERSON – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attachment 4 to Plaintiff's Motion
for Preliminary Injunction
Page 1 of 3

3. Oregon State University is a public land grant institution committed to teaching, research, outreach and engagement that promotes economic, social, cultural, and environmental progress for the people of Oregon, the nation and the World. OSU enrolls more than 37,000 students and employs more than 6,000 individuals on a full-time equivalent basis. OSU has two campuses, 11 colleges, 12 experimental stations, and extension programs in all 36 Oregon counties. OSU receives the most research funding of Oregon's public research universities and specializes in cutting edge research in fields such as engineering, earth, ocean and atmospheric sciences, and agriculture.

4. On average, OSU spends approximately $400M annually ($403.6M for the fiscal year ending on June 30, 2024) on goods and services that are critical to fulfilling its teaching, research, outreach and engagement mission.

### A. The IEEPA Tariff Orders have increased costs on goods that OSU procures for its students and researchers.

5. In the regular course of its operations, OSU routinely purchases many goods that originate from sources outside the United States. The IEEPA Tariff Orders have already increased costs for OSU. As one example, one of OSU's vendors for scientific supplies that are used by its students and researchers notified OSU that because of the U.S. Government's tariffs on materials imported from China, as well as a tariff on imported steel and aluminum, the vendor was forced to implement a surcharge of 2.3% on products that was passed on directly to OSU.

6. In the past 12 months, OSU has spent approximately $18.1M on scientific supplies. Even a 2.3% surcharge (which is significantly lower than any of the IEEPA tariff rates) would significantly increase the costs to OSU of purchasing needed scientific supplies. If implemented as written, the increased costs resulting from the IEEPA Tariff Orders are likely to put OSU in the difficult position of having to forego purchasing goods and services that are critical to its mission. These surcharges and cost increases have a direct adverse impact on Oregon State University and, in turn, impose financial harm to the State of Oregon.

Page 2 -   DECLARATION OF HANNA EMERSON – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attachment 4 to Plaintiff's Motion
for Preliminary Injunction
Page 2 of 3

**B.     The IEEPA Tariff Orders have created procurement uncertainty for OSU**

7.     The IEEPA Tariff Orders have also created budgeting uncertainty for Oregon State University.  OSU regularly issues requests for proposals or solicitations and receives proposals from across the country and internationally. Because of the price uncertainty caused by the IEEPA Tariff Orders, many of the solicitations received are conditional and indicate that costs may change depending on cost fluctuations. For example, in response to a solicitation, OSU recently received a proposal for a robotics system needed for research from a Swiss manufacturer that stated the total price but with the condition that "[p]ricing is based on current US tariff regulations for imports from Switzerland. In the event that new or increased tariffs are imposed on the quoted products or their components prior to delivery, [vendor] reserves the right to adjust the prices accordingly." These conditional solicitation responses necessitated by the IEEPA Tariff Orders make it impossible for Oregon State University to evaluate which solicitation response is the lowest bid and budget accordingly.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 5, 2025, at Corvallis, Oregon**

Hanna W. Emerson
Digitally signed by Hanna W. Emerson
Date: 2025.05.05 12:14:18 -07'00'

Hanna Emerson
Director & Chief Procurement Officer
Procurement, Contracts & Materials Management
Oregon State University

Page 3 -   DECLARATION OF HANNA EMERSON – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attachment 4 to Plaintiff's Motion
for Preliminary Injunction
Page 3 of 3