IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, AND THE STATE OF VERMONT<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>DECLARATION OF ELIZABETH HAYES, ASSISTANT COMMISSIONER FOR THE MINNESOTA DEPARTMENT OF ADMINISTRATION AND CHIEF PROCUREMENT OFFICER FOR THE STATE OF MINNESOTA<br><br>(In support of Plaintiffs' Motion for Preliminary Injunction) |

I, ELIZABETH Hayes, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records received and kept in the ordinary course of business at the Minnesota Department of Administration, and information I learned from Minnesota Department of Administration personnel whose work I rely upon and who have assisted me in gathering this information from our department.

2.      I work as the Chief Procurement Officer for the Minnesota Department of Administration and as an Assistant Commissioner for Procurement and Community Services. Within those roles, I manage and oversee the Office of State Procurement (an Office within the

Page 1 -    DECLARATION OF ELIZABETH HAYES

Department of Administration comprised of lawyers, and other personnel responsible for procurement oversight and assisting state agencies as they go through the solicitation and contracting process) as well as other teams within the Department of Administration.

3.  The Office of State Procurement oversees approximately $2.1 billion in annual purchases of goods and services by the State of Minnesota through its various executive agencies. The Office of State Procurement manages approximately 1,600 goods and general service contracts. These contracts focus on serving the executive branch of state government.

4.  In addition to State of Minnesota agencies using these contracts for their direct purchasing needs, many cities and other political subdivisions located within the State of Minnesota also rely on the Office of Procurement's contracts for their purchases of goods and services.  Though this cooperative primarily consists of other governmental entities within State of Minnesota, it also includes other entities from across the country.

5.  In addition to the Office of State Procurement, the Minnesota Department of Administration is tasked with overseeing and managing a number of other administrative functions for the State of Minnesota, including, but not limited to:

   a.  Maintaining and operating 21 state-owned buildings, including the State Capitol, plus parking facilities, monuments, and associated grounds;

   b.  Managing more than 320 construction projects and 650 property leases annually;

   c.  Managing fleet services related to vehicles leased or acquired for official state business; and

   d.  A variety of other functions related to data practices, grants, strategic planning, disability access, and more.

6.  In the regular course of its operations, the Department of Administration routinely negotiates enterprise contracts on behalf of other Minnesota state agencies and for its cooperative

Page 2 -  DECLARATION OF ELIZABETH HAYES

purchasing venture members to purchase goods that originate from sources outside the United States.

7.     The range of goods purchased pursuant to contracts falling under the Department of Administration's oversight is broad, and includes but is not limited to: raw materials related to roadway projects (such as salt, sand and aggregates); fire suppression products; a broad range of vehicles, including boats, helicopters, and planes for use in state public safety and law enforcement; plow blades and other vehicle attachments; furniture, office supplies, cables, copiers, audio visual equipment, and information technology including desktop/laptop computers, server/storage, and networking equipment for governmental activities; dental products, electrical supplies, fencing, filters, fuel, medical products and supplies, paint, radio communication equipment, repair parts, equipment and containers related to waste and recycling management, safety equipment to respond to fire management and pollution events; body-worn cameras, body armor, and other equipment used by state law enforcement and public safety officials; highway traffic counters and related accessories for state highway management; lab equipment to support labs within the Minnesota Department of Health, Minnesota Pollution Control Agency air laboratory, Minnesota Department Agriculture, and the Minnesota Department of Natural Resources; and numerous other types of goods that may originate in whole or in part from sources outside the United States.

8.     The full impact of the President's tariffs on pricing for goods purchased by the State of Minnesota is still emerging, and it may be difficult to ever fully capture: some suppliers and vendors may have sourced their materials or goods sufficiently in advance as to delay the impact of the tariffs on their direct consumers; other vendors and suppliers may increase their pricing without expressly explaining what percentage of the price increase is attributable to tariffs. However, in recent weeks, the Office of Procurement has already begun receiving notice from some vendors and suppliers indicating that they are increasing their prices or adding surcharges due to tariffs. The paragraphs and accompanying exhibits highlight several examples

Page 3 -    DECLARATION OF ELIZABETH HAYES

of these types of notifications, or contract amendments which have already been initiated by suppliers as a result of increased costs attributable to tariffs:

9.      Attached as **Exhibit A** is a true and correct copy of e-mail correspondence received by the Office of Procurement indicating a tariff-related price increase on traffic monitoring equipment. Continuing to purchase a compliant product that meets the agency's business needs will be important to compatibility with existing investments and infrastructure. Moreover, in this instance, the vendor was the only respondent to a related competitive bid process. In the correspondence, the vendor indicates, "These increases are directly related to current tariffs."

10.     Attached as **Exhibit B** is a true and correct copy of e-mail correspondence received by the Office of Procurement and a record attached to that e-mail correspondence which appears to be a Customs and Border Protection record. The correspondence relates to a supplier requesting to amend the State's contract to pass through a $2,500 tariff surcharge added to the price of each school bus.

11.     Attached as **Exhibit C** is a true and correct copy of a contract amendment which was initiated by a vendor for air quality and sound monitoring safety equipment. Pursuant to the amendment, the vendor may add a tariff surcharge of up to 5% of the original negotiated pricing.

12.     Attached as **Exhibit D** is a true and correct copy of a contract amendment which was initiated by a vendor for waste recycling and sorting containers. Pursuant to the amendment, the vendor may pass through all increased tariff costs, up to 25% of the original negotiated pricing.

13.     Attached as **Exhibit E** is a true and correct copy of a contract amendment which was initiated by a vendor for playground equipment. Pursuant to the amendment, the vendor may add a tariff surcharge of up to 9% of the original negotiated pricing.

14.     Attached as **Exhibit F** is a true and correct copy of e-mail correspondence received by the Office of Procurement from a supplier of network technology. The e-mail

Page 4 -    DECLARATION OF ELIZABETH HAYES

provided notice that, "Effective today, HPE has implemented a price increase due to the impact of U.S. tariffs." The vendor acknowledged that the precise extent of the increase was under review and that the situation created by the tariffs was "fluid."

15. Based on my experience and familiarity with the Department of Administration's contracting activities, I expect that additional vendors and suppliers will pursue amendments to existing contracts or will announce price increases and surcharges similar to those highlighted in the examples attached hereto. Particularly where tariff price increases affect entire industries of goods, or affect instances where there is a need to purchase specific products, the Department of Administration does not anticipate being able to find alternate sources for goods to mitigate against the price increases attributable to tariffs.

16. The President's tariffs accordingly impose a financial harm to the State of Minnesota by increasing the cost of procurement.

17. With regard to all of the purchasing made by the State of Minnesota, the vendors and suppliers or their subcontractors would most typically be the importers of record, rather than the State of Minnesota. Accordingly, the State of Minnesota would not be entitled to reimbursement from U.S. Customs and Border Protection if the vendors were to successfully challenge the tariff imposed.

18. If the Plaintiff States were to prevail in this case, it would not be administratively feasible for the Department of Administration to re-review every single purchase made under every agreement since the imposition of tariffs to determine whether the purchases were affected by tariffs, what the amount of the applicable tariff was, and what amount should be reimbursed to the purchasing agencies. Although that may be more feasible for certain agreements where vendors are transparent and precise in their own communication of tariff costs and their relationship to price increases, it is highly unlikely that will be the case in every instance considering the state's broad purchasing and procurement. By way of example, I am aware of at least one supplier which has announced a forthcoming surcharge to be passed on to downstream

Page 5 -   DECLARATION OF ELIZABETH HAYES

purchasers, but has asked its suppliers to keep the specific calculations related to tariff-attributable amounts of that surcharge confidential.

19.    Further, because different vendors will pass along the additional cost of the new tariffs in different ways, it is highly unlikely that the State of Minnesota will be able to engage in negotiations with each vendor for each purchase to determine an appropriate amount of reimbursement if the Plaintiff States were to prevail in this case.

20.    Accordingly, the State of Minnesota is unlikely to be able to recoup additional amounts paid due to tariffs directly from vendors, or precisely calculate the extent of those costs after the fact for recovery in damages.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 6, 2025, at Saint Paul, Minnesota**

Elizabeth Hayes
Digitally signed by Elizabeth Hayes
Date: 2025.05.06 16:49:57 -05'00'

Elizabeth Hayes

Page 6 -    DECLARATION OF ELIZABETH HAYES

| | |
|---|---|
| **From:** | Youngquist, Allyson (She/Her/Hers) (ADM) |
| **To:** | Jannett, Luke (ADM) |
| **Subject:** | FW: Mn State Contract 244144 Traffic Counters, Software, and Accessories |
| **Date:** | Tuesday, April 22, 2025 12:52:19 PM |

I wanted to share this message from vendor since they reference tariffs as one of the causes for increase in pricing. This is for T-795(5), Contract 244144, with High Leah Electronics, Inc., dba Diamond Traffic Products.

Let me know if you have any questions.

Thank you,

*Allyson*

**From:** Beth Ritz <beth@diamondtraffic.com>
**Sent:** Friday, April 18, 2025 10:54 AM
**To:** Youngquist, Allyson (She/Her/Hers) (ADM) <allyson.youngquist@state.mn.us>
**Subject:** RE: Mn State Contract 244144 Traffic Counters, Software, and Accessories

> **This message may be from an external email source.**
> Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

The price for the Omega G 2RT will be $665.00.  The price for the Omega X3A-4RT will be $890.00.  These increases are directly related to current tariffs.
The price for each CENT-CC license will be reduced to $450.00.
Please advise if you require any additional information.

Beth Ann Ritz, Vice President of Sales
Diamond Traffic Products
a division of High Leah Electronics, Inc.
P.O. Box 1455
76433 Alder St
Oakridge, OR 97463
Office: 541.782.3903
beth@diamondtraffic.com
http://diamondtraffic.com

**From:** Youngquist, Allyson (She/Her/Hers) (ADM) <allyson.youngquist@state.mn.us>
**Sent:** Wednesday, April 16, 2025 11:01 AM
**To:** Beth Ritz <beth@diamondtraffic.com>
**Subject:** Mn State Contract 244144 Traffic Counters, Software, and Accessories

Good afternoon, Beth,

My name is Allyson Youngquist. I work with Bonnie Lundgren and assisting her with this contract. It looks like it expired at the end of March. The State would like to extend if you agree. I can process the paperwork to extend the contract. Can you let me know if there will be any changes to the price schedule (included below). If you could let me know as soon as possible, that would be greatly appreciated.

### EXHIBIT D, SUPPLEMENT 2, PRICE SCHEDULE

| Item | Description | Contract Pricing |
|------|-------------|------------------|
| CV2-CC | Centurion City/County Software License | $650.00/license |
| OMEGA G 2RT | Omega G 2RT Traffic Counter/Classifier | $650.00/ea. |
| OMEGA X3A | Omega X3A Traffic Counter/Classifier | $875.00/ea. |
| 700-C-Lith | C Cell Lithium, 3.6 Volt Battery | $17.00/ea. |
| 700-D-Lith | D Cell Lithium, 3.6 Volt Battery | $24.00/ea. |
| 600-X3-BRASS | Omega G Air Switches, Brass Nozzle ONLY* | $6.00/ea. |
| 600-MEGA G FIN | Finished OMEGA G Air Switch | $35.00/ea. |
| 706-OMEGA G | Finished Omega G Case | $27.00/ea. |
| | Annual Maintenance or support costs. | $0.00 |
| CV2-CC | Centurion City/County Software License ("Additional Licenses") | $650.00/ea. |

Best,
Allyson



**Allyson Youngquist | Buyer II**
50 Sherburne Avenue, Suite 112
Saint Paul, MN 55155

| | |
|---|---|
| **From:** | Burns, Dustin (ADM) |
| **Sent:** | Wednesday, April 23, 2025 3:35 PM |
| **To:** | Jannett, Luke (ADM) |
| **Subject:** | FW: School Bus Contract-Tariff |
| **Attachments:** | 7501_MCC_Canada_031825 Sample.pdf |

Hello Luke,

Attached and below is a Tariff/surcharge request from Northcentral regarding the B-346 School bus contract.

We can discuss in our 1:1 next week.

Dustin

---

**From:** Sandy Kiehm <sandyk@northcentralinc.com>
**Sent:** Friday, April 11, 2025 3:18 PM
**To:** McIntyre, Karen (ADM) <karen.mcintyre@state.mn.us>
**Subject:** School Bus Contract-Tariff

> **This message may be from an external email source.**
> Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

---

Hi Karen...below is an email and attachment North Central received from Blue Bird after the State of Minnesota asked for more information to help better understand and clarify the $2,500 tariff charge Blue Bird is adding to all Blue Bird buses with delivery dates of March 17, 2025, and later.

Based on units ordered, we have a total of 22 buses that have been ordered via the State School Bus Contract and will have the $2,500 tariff charge assessed. Blue Bird has already invoiced these specific tariff charges as a separate line item. Many of these buses have been ordered, but have not been built yet, so they will definitely contain materials impacted by the increased tariffs.

We have two requests:

1. NC is requesting that the contract be amended to allow us to charge a $2,500 tariff charge on the 22 School Buses that have been ordered off the State School Bus Contract. We can provide a list of the entity who ordered the bus, the order date, and the expected completion date at Blue Bird.
2. NC is requesting that going forward on all new orders that we can pass through the $2,500 tariff charge on all School Buses ordered until the tariff is either rescinded or the contract expires.

We understand these are volatile times and this is a highly unusual request. We greatly appreciate your consideration of this request. Please let us know if you have any questions or would like to set up a call to discuss further.

Thanks,
Sandy


**From:** Burleigh, Albert <albert.burleigh@blue-bird.com>
**Sent:** Thursday, April 10, 2025 11:08 AM
**To:** Paul Gauerke <paulg@northcentralinc.com>
**Cc:** Gordon, Tim <Tim.Gordon@blue-bird.com>; Murphy, Richard <Richard.Murphy@blue-bird.com>
**Subject:** Customs invoice


Attached you will see that these goods are initially sourced from China, by a Canadian manufacturer, and imported to the USA by Blue Bird. **For a value of goods of $39k we paid $28k in tariffs, or effectively 70% rate**. The breakdown is as follows:

| | | |
|---|---|---|
| 10016092 | | |
| CN/HK EO 20% DUTY | | |
| 9903.01.24          1,633 KG | | 20% |
| ARTICLE OF CHINA,US NTE 20(F) | | |
| 9903.88.03 | | 25% |
| DERIV STL, NT16(L),(M) FTZ PFS | | |
| 9903.81.93 | | 25% |

**9903.01.24 NEW: Additional duties on products of China and Hong Kong** pursuant to the International Emergency Economic Powers Act (IEEPA): For products of China and Hong Kong entered **on or after March 4, 2025**, heading **9903.01.24** provides for an **additional 20 percent ad valorem tariff** and applies in addition to all other applicable duties, taxes, fees, exactions, and charges, including those of headings1 under section 301 of the Trade Act of 1974 (19 U.S.C. 2411); *For products of China and Hong Kong entered* **on or after February 5, 2025, and prior to March 4, 2025**, *previous heading 9903.01.20 provided for* **an additional 10 percent ad valorem tariff (the 10% was replaced by the 20% on March 4, 2025)**

**9903.88.03 OLD - Previous China tariffs at 25% since 2018**, we have been covering these since then, they are not part of the current calculation on price increase.

**9903.81.93 NEW - 25% tariffs on Steel:** The **President issued Proclamation 10896** "Adjusting Imports of Steel into the United States," (Steel Presidential Proclamation) on February 10, 2025, imposing specified rates of duty on imports of steel. In Proclamation 10896, the President authorized and directed the Secretary of Commerce to publish modifications to the **Harmonized Tariff Schedule of the United States (HTSUS)** so that it conforms to the amendments and effective dates in the proclamation. The duties set out in the annex to this document are effective with respect to certain products that are entered for consumption, or withdrawn from warehouse for consumption, **on or after 12:01 a.m. Eastern Time on March 12, 2025**.

Thanks,



*Albert Burleigh*
VP, North America Bus Sales
Blue Bird
3920 Arkwright Rd. Ste. 200
Macon, Georgia 31210
Cell 478.919.7311/Fax 478.822.3552
Albert.Burleigh@blue-bird.com

Exhibit B to Declaration of Elizabeth Hayes
Page 2 of 3

PAPERLESS

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 03/31/2025

## ENTRY SUMMARY

| 1. Filer Code/Entry Number 97G-0353710-6 | 2. Entry Type 01 ABI/A | 3. Summary Date 03/28/25 CBA | 4. Surety Number 001 | 5. Bond Type 8 | 6. Port Code 3801 | 7. Entry Date 03/18/25 |
|---|---|---|---|---|---|---|
| 8. Importing Carrier DLQN | | 9. Mode of Transport 30 | 10. Country of Origin CN   CHINA | | | 11. Import Date 03/18/25 |
| 12. B/L or AWB Number DLQN 002084 | | 13. Manufacturer ID XOMOBCLI7540ONT | 14. Exporting Country CA   CANADA | | | 15. Export Date 03/18/25 |
| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | | 20. U.S. Port of Unlading 3801 | |
| 21. Location of Goods/G.O. Number H726 | 22. Consignee Number 58-081315600 | | 23. Importer Number 58-081315600 | | 24. Reference Number | |

| 25. Ultimate Consignee Name *(Last, First, M.I.)* and Address | 26. Importer of Record Name *(Last, First, M.I.)* and Address |
|---|---|
| BLUE BIRD BODY COMPANY Street: 3920 ARKWRIGHT RD SUITE 200 | BLUE BIRD BODY COMPANY Street: 3920 ARKWRIGHT RD SUITE 200 |
| Destination: GA           Customer Reference # DLQN002084 City: MACON                  State: GA Zip: 31210-1779 | City: MACON                  State: GA Zip: 31210-1779 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars       Cents |
| | | 9 PKGS | | | | |
| 001 | 10016092 CN/HK EO 20% DUTY 9903.01.24 ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 DERIV STL, NT16(L),(M) FTZ PFS 9903.81.93 OTH AIR HEATERS.N/ELEC HEATED 7322.90.0015 | 1,633 KG | 50.00 NO 1,469.70 KG | $39,333 C $800 N | 20% NEW 25% 2018 25% NEW FREE | $7,866.60 $9,833.25 $9,833.25 $0.00 |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | $136.25 |
| | Totals for Invoice SO-0350580 | | Invoice Value 39,333.00 USD | +/- MMV | Exchange 1.00000 | Entered Value 39,333.00 USD |

| Other Fee Summary *(for Block 39)* | | 35. Total Entered Value | **CBP USE ONLY** | | | TOTALS |
|---|---|---|---|---|---|---|
| 499 - MPF | $136.25 | $ 39,333 Total Other Fees $ 136.25 | A. LIQ Code REASON CODE | B. Ascertained Duty C. Ascertained Tax | | 37. Duty $27,533.10 38. Tax |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | | D. Ascertained Other | | 39. Other $136.25 |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

| | E. Ascertained Total | 40. Total $27,669.35 |
|---|---|---|

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name *(Last, First, M.I.)*      Title Jose M. Guerrero | Signature | Date 03/18/25 |
|---|---|---|

| 42. Broker/Filer Information Name*(Last, First, M.I.)* and Phone Number Transplace Mexico, LLC 13166 South Unitec Drive Laredo, TX 78045  9562291448 | 43. Broker/Importer File Number 0353710 / DLQN002084 |
|---|---|

CBP Form 7501 (5/22)

Exhibit B to Declaration of Elizabeth Hayes   Page 1 of 1
Page 3 of 3



Office of State Procurement
112 Administration Building
50 Sherburne Avenue
St. Paul, MN 55155
Voice: 651.296.2600
Fax: 651.297.3996

March 21, 2025

Ms. Linda Kimber
Clarey's Safety Equipment
1725 Hwy 14 E.
Rochester, MN 55904

Dear Ms. Kimber:

The following document is enclosed for you to complete and return:

- Amendment No. 4 to SWIFT Contract No. 191518, Release No. S-852(5).

- Contractor is required to furnish annual Contract usage data (usage reports) by March 31, 2025, at the following email address: jeffrey.combs@state.mn.us. Contract usage reports must consist of the total dollars spent by State agencies.  A final usage report is required at the expiration or termination the Contract. Failure to provide usage reports may result in contract cancellation. This term survives the expiration or termination of the Contract.

---

Please sign and return **all documents**, **via email**, to
**Jeffrey Combs at jeffrey.combs@state.mn.us** by **March 25, 2025**.

---

If the Amendment is not properly executed it will be returned to you. Upon receipt of the properly executed document, and after signatures are obtained from the appropriate State authorities, a copy of the completed Amendment will be sent to your company.

If you have any questions, please feel free to contact me.

Sincerely,

*Jeffrey Combs*

Jeffrey Combs
AMS
Enclosure

---

Persons with a hearing or speech disability may contact us by dialing 711 or 1.800.627.3529

Exhibit C to Declaration of Elizabeth Hayes
Page 1 of 3

**AMENDMENT NO. 4 TO CONTRACT NO. 191518, RELEASE NO. S-852(5)**

**THIS AMENDMENT** is by and between the State of Minnesota, acting through its commissioner of Administration ("State"), and Clarey's Safety Equipment, 1725 Hwy 14 E., Rochester, MN 55904 ("Contractor").

**WHEREAS**, the State has a Contract with the Contractor identified as Contract No. 191518, May 1, 2021 through February 28, 2025 ("Contract"), to provide Air Quality and Sound Level (Dosimeter) Safety Equipment; and

**WHEREAS**, Minn. Stat. § 16C.03, subd. 5, affords the commissioner of Administration, or delegate pursuant to Minn. Stat. § 16C.03, subd. 16, the authority to amend contracts; and

**WHEREAS**, the terms of the Contract allow the State to amend the Contract as specified herein, upon the mutual agreement of the Office of State Procurement and the Contractor in a fully executed amendment to the Contract.

**NOW, THEREFORE,** it is agreed by the parties to amend the Contract as follows:

1. That Contract No. 191518 is extended through February 28, 2026. The Original Contract and any previous amendments are incorporated into this amendment by reference.

2. The Exhibit D: Price Schedule for Honeywell Analytics RAE Portable Gas 2022 Price List – US, dated October 15, 2022, is DELETED in its entirety and REPLACED with the Honeywell RAE Portable Gas 2025 Price List – US, dated November 15, 2024, which is attached and incorporated herein.

3. The Exhibit D: Price Schedule - RKI Premier Portables: Price List, dated July 15, 2022 is DELETED in its entirety and REPLACED with Exhibit D: Price Schedule - RKI Premier Portables: 2024 Price List, dated March 1, 2024, which is attached and incorporated herein.

4. The Exhibit D: Price Schedule - Environics, Inc. 2023 Chempro Price List dated April 2023 is DELETED in its entirety and REPLACED with Exhibit D: Price Schedule - Environics, Inc. 2025 Chempro Price List which is attached and incorporated herein.

5. The Exhibit D: Price Schedule Honeywell, Portable Gas Detection Price List USD dated 2022, is DELETED in its entirety and REPLACED with Exhibit D: Price Schedule Honeywell, Portable Gas Detection Price List USD dated November 15, 2024, which is attached and incorporated herein.

6. Up to 5% tariff surcharge pass-through mark-up will be allowed on RAE Systems and BW Technologies by Honeywell. The Contractor must identify the applicable tariff surcharge as a separate line item on both the quote and invoice. In addition, the Contractor must submit third-party documentation from the supplier in writing to the State's Authorized Representative or delegate and the Ordering Entity. The Contractor must document a clear correlation between the surcharge amount and the third-party documentation.

   If a tariff surcharge is lessened or removed at any time, the Contractor must contact the State's Authorized Representative or delegate and the Ordering Entity in writing and the tariff surcharge is to be removed immediately from any applicable pending or future orders.

7. All other terms, conditions and specifications remain the same.

This Amendment is effective beginning March 1, 2025 or upon the date that the final required signatures are obtained, whichever occurs later, and shall remain in effect through contract expiration, or until the Contract is canceled, whichever occurs first.

Except as herein amended, the provisions of the Original Contract and all previous amendments between the parties hereto are expressly reaffirmed, are incorporated by reference, and remain in full force and effect.

Exhibit C to Declaration of Elizabeth Hayes
Page 2 of 3

**IN WITNESS WHEREOF,** the parties have caused this Amendment to be duly executed intending to be bound thereby.

| | |
|---|---|
| **1. CLAREY'S SAFETY EQUIPMENT**<br>The Contractor certifies that the appropriate person(s) have executed this Amendment on behalf of the Contractor as required by applicable articles, bylaws, resolutions, or ordinances.<br><br>By: _Linda Kimber_<br>     Signature<br><br>     _Linda Kimber_<br>     Printed Name<br><br>Title: _Controller_<br><br>Date: _3/24/25_<br><br>By: _____<br>     Signature<br><br>     _____<br>     Printed Name<br><br>Title: _____<br><br>Date: _____ | **2. OFFICE OF STATE PROCUREMENT**<br>In accordance with Minn. Stat. § 16C.03, subd. 3.<br><br>By: _Jeffrey Combs_<br>     Docusigned by:<br>     E445CDC352C8431...<br><br>Title: _Acquisition Management Specialist / Buyer_<br><br>Date: _3/25/2025_<br><br>**3. COMMISSIONER OF ADMINISTRATION**<br>Or delegated representative.<br><br>By: _Dustin Burns_<br>     A675920D149D441...<br><br>Date: _3/25/2025_ |

Exhibit C to Declaration of Elizabeth Hayes<br>Page 3 of 3



Office of State Procurement<br>
112 Administration Building<br>
50 Sherburne Avenue<br>
St. Paul, MN 55155<br>
Voice: 651.296.2600<br>
Fax: 651.297.3996

April 11, 2025

Michaela Nagy
Busch Systems International Inc.
81 Rawson Avenue
Barrie ON Canada L4N 6E5

Dear Ms. Nagy,

The following document is enclosed for you to complete and return:

- Amendment to SWIFT Contract No 211305, Release No. W-212(5)

- Amendment No. 3 – Attachment A: Price Schedule effective April 11, 2025

- Amendment No. 3 – Exhibit D: Pricing

> Please sign and return the documents, **VIA DocuSign or Email** to Nicole Fuller at the following email address: **Nicole.Fuller@mn.state.us**, by **April 14, 2025**.

If the Amendment is not properly executed, it will be returned to you. Upon receipt of the properly executed document, and after signatures are obtained from the appropriate State authorities, a copy of the completed Amendment will be sent to your company.

If you have any questions, please feel free to contact me.

Sincerely,

*Nicole Fuller*

Nicole Fuller
Buyer II
Enclosure

---

**AMENDMENT NO. 3 TO CONTRACT NO. 211305 RELEASE NO. W-212(5)**

**THIS AMENDMENT** is by and between the State of Minnesota, acting through its Commissioner of Administration ("State"), and Busch Systems International Inc., 81 Rawson Avenue, Barrie ON Canada L4N 6E5 ("Contractor").

**WHEREAS**, the State has a Contract with the Contractor identified as Contract No. 211305, April 1, 2024, through March 31, 2025 ("Contract"), to provide Waste Recycling Containers and Sort Stations; and

**WHEREAS**, Minn. Stat. § 16C.03, subd. 5, affords the Commissioner of Administration, or delegate pursuant to Minn. Stat. § 16C.03, subd. 16, the authority to amend contracts; and

**WHEREAS**, the terms of the Contract allow the State to amend the Contract as specified herein, upon the mutual agreement of the Office of State Procurement and the Contractor in a fully executed amendment to the Contract.

**NOW, THEREFORE,** it is agreed by the parties to amend the Contract as follows:

1. That Contract No. 211305 is extended through March 31, 2026.The Original Contract and any previous amendments are incorporated into this amendment by reference.

2. The Sample Contract, Exhibit D: Pricing has been <u>DELETED</u> in its entirety and <u>REPLACED</u> with Amendment No. 3 – Exhibit D: Pricing. The following language is added under section 1.2 Tariffs:

    1.2 Tariffs.

    1.2.1. Applicability. When an imported contracted product value is above $800 or the current posted De Minimis value on the U.S. Customs and Border Protection website on any one shipment, the Contractor may quote the applicable tariff for those products identified under the current Price Schedule as a separate line item. If the quote does not include the tariff, the tariff shall not be invoiced.

    1.2.2. Tariff Rate. The amount invoiced for the tariff shall be less than or equal to the amount paid to U.S. Customs and Border Protection for the products purchased based on Country of Origin and applicable HTS Code. The amount of the tariff passed onto the ordering entity shall not exceed 25% of the Amendment No. 3 – Attachment A: Price Schedule. Shipping & handling costs must be removed when applying the cost of the Tariff. An itemized statement must be provided upon request of the state showing the product cost, shipping and handling, and the calculation of any applicable tariff including the Tariff Rate applied.

    1.2.3. Potential Tariff Increases. In the event tariff rates increase beyond the "not to exceed" limit defined herein for a period of more than 30 calendar days, the Contractor may request the State's contract manager to review proposed price increases caused by increasing or additional imposed tariffs with third-party supporting documentation. Additional price increases are not authorized without a mutually agreed upon and duly executed amendment.

        1.2.3.1 Harmonized Tariff Schedule (HTS) Codes. The Contractor must provide third-party documentation in the form of a supplier letter, invoice, bill of lading or other state approved document to verify imposed tariffs passed onto the Contractor. Applicable HTS Codes must be noted for the State to verify any documentation presented.

3. The current Price Schedule is <u>DELETED</u> in its entirety and <u>REPLACED</u> with Amendment No. 3 – Attachment A: Price Schedule, which is attached and incorporated herein. Updates to the Price Schedule includes deletions of discontinued items and the additions of new products.

    3.1 Columns G - J are added to identify line items that are eligible to include imposed tariff costs along with their applicable Country of Origin and HTS Code.

4. All other terms and conditions remain unchanged.

This Amendment is effective beginning April 11, 2025, or upon the date that the final required signatures are obtained, whichever occurs later, and shall remain in effect through contract expiration, or until the Contract is canceled, whichever

occurs first.

Except as herein amended, the provisions of the Contract between the parties hereto are expressly reaffirmed and remain in full force and effect.

**IN WITNESS WHEREOF**, the parties have caused this Amendment to be duly executed intending to be bound thereby.

**1. BUSCH SYSTEMS INTERNATIONAL INC.**
The Contractor certifies that the appropriate person(s) have executed this Amendment on behalf of the Contractor as required by applicable articles, bylaws, resolutions, or ordinances.

By: _Michaela Nagy_
    Signature
    1AA037EBFBF84A6...
    Michaela Nagy
    Printed Name

Title: Contracts Specialist

Date: 4/11/2025

**2. OFFICE OF STATE PROCUREMENT**
In accordance with Minn. Stat. § 16C.03, subd. 3.

By: _Cassandra Jensen_
    4C68808DA69D46B...

Title: Acquisition Management Specialist / Buyer

Date: 4/14/2025

**3. COMMISSIONER OF ADMINISTRATION**
Or delegated representative.

By: _Justin Patrick_
    D85170F9A8854F3...

Date: 4/14/2025

# Amendment No. 3 – Attachment A: Price Schedule

### Effective April 11, 2025

### Busch Systems International Inc.

### Contract Number 211305

## Tier 1 Products

| Product | Model | Size | Color | Discount Quantity | Price | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
|---|---|---|---|---|---|---|---|---|---|
| Waste or Recycling Container | Aristata Select | 15 gallon | Composite & Steel designer style single stream waste container w/hinged lid & full opening. Includes label & rigid liner. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $409.70 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select | 30 gallon | Composite & Steel designer style two stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $615.60 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select | 45 gallon | Composite & Steel designer style three stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners**. Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $763.72 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select XL | 28 gallon | Composite & Steel designer style single stream XL waste container w/hinged lid & full opening. Includes label & rigid liner. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $636.18 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select XL | 56 gallon | Composite & Steel designer style two stream XL waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $819.75 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select XL | 84 gallon | Composite & Steel designer style three stream XL waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Slate** | Different container types can be combined to reach MOQ. | $1,040.98 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Premium | 15 gallon | Composite & Steel designer style single stream waste container w/hinged lid & full opening. Includes label & rigid liner. **Color: Mid-Summer Flame** | Different container types can be combined to reach MOQ. | $486.30 MOQ: 25 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Premium | 30 gallon | Composite & Steel designer style two stream waste container w/hinged lid. Full & recycling openings. Includes | Different container types can be combined to reach MOQ. | $671.25 | No | Canada (CA) | 9403.60.8 | n/a |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Container | | | labels & rigid liners. **Color: Mid-Summer flame** | to reach MOQ. | MOQ: 4 units | | | | |
| Waste or Recycling Container | Aristata Premium | 45 gallon | Composite & Steel designer style three stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Mid-Summer Flame** | Different container types can be combined to reach MOQ. | $832.70 <br><br> MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Elite | 15 gallon | Composite & Steel designer style single stream waste container w/hinged lid & full opening. Includes label & rigid liner. **Color: Western Breeze** | Different container types can be combined to reach MOQ. | $486.30 <br><br> MOQ: 25 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Elite | 30 gallon | Composite & Steel designer style two stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Western Breeze** | Different container types can be combined to reach MOQ. | $671.25 <br><br> MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Elite | 45 gallon | Composite & Steel designer style three stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Western Breeze** | Different container types can be combined to reach MOQ. | $832.70 <br><br> MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Boka Double | 52 gallon | Stainless Steel two stream locking recycling & waste container. Includes labels & bag retention ring. | Different container types can be combined to reach MOQ. | $1,756.11 <br><br> MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Boka Triple | 78 gallon | Stainless Steel three stream locking recycling & waste container. Includes labels & bag retention ring. | Different container types can be combined to reach MOQ. | $2,404.34 <br><br> MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Evolve Cube | 50 gallon | LDPE Bodies w/ABS brushed pewter lids - body color black. Multiple opening styles. Includes opening labels. | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | $482.31 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste or Recycling Container | Evolve Cube Slim | 23 gallon | LDPE Bodies w/ABS brushed pewter lids - body color black. Multiple opening styles. Includes opening labels. | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | $369.38 | No | Canada (CA) | 3926.90.9 | n/a |

| Waste or Recycling Container | Evolve Cube Waste or Recycling Container | 50 gallon | LDPE Bodies w/ABS brushed pewter lids - body colors: grey, blue, green. Multiple opening styles. Includes opening labels. | n/a | $539.20 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste or Recycling Container | Evolve Cube Slim Waste or Recycling Container | 23 gallon | LDPE Bodies w/ABS brushed pewter lids - body colors: grey, blue, green. Multiple opening styles. Includes opening labels. | n/a | $397.50 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste or Recycling Container | Spectrum Cube | 24 gallon | Powder-coated steel square recycling or waste container. Includes body, lid, rigid liner, label. Multiple opening styles. Color: silver lid, white, blue, green, black or grey body | n/a | $339.30 | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Spectrum Cube Slim | 10 gallon | Powder-coated steel rectangular recycling or waste container. Includes body, lid, rigid liner, label. Color: silver lid, white, blue, green, black or grey body | n/a | $293.80 | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Spectrum Ellipse | 22 gallon | Powder-coated steel elliptical recycling or waste container. Includes body, lid, rigid liner, label. Multiple opening styles. Color: silver lid, white, blue, green, black or grey body | n/a | $398.80 | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Spectrum Ellipse Slim | 8 gallon | Powder-coated steel elliptical recycling or waste container. Includes body, lid, rigid liner, label. Full opening. Color: silver lid, white, blue, green, black or grey body | n/a | $342.50 | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Spectrum Cube XL | 32 gallon | Powder-coated steel square recycling or waste container. Includes body, lid, rigid liner, label. Multiple opening styles. Color: silver lid, white, blue, green, black or grey body | n/a | $477.30 | Yes | Canada (CA) | 9403.20.0 | Up to 25% |

## Tier 2 Products

| Products | Model | Size | Color | Discount Quantity | Price | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Waste or Recycling Container | Aristata Select | 15 gallon | Composite & Steel designer style single stream waste container w/hinged lid & full opening. Includes label & rigid liner. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $409.70 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
|---|---|---|---|---|---|---|---|---|---|
| Waste or Recycling Container | Aristata Select | 30 gallon | Composite & Steel designer style two stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $615.60 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select | 45 gallon | Composite & Steel designer style three stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $763.72 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select XL | 28 gallon | Composite & Steel designer style single XL stream waste container w/hinged lid & full opening. Includes label & rigid liner. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $636.18 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select XL | 56 gallon | Composite & Steel designer style two stream XL waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. **Color: Slate/Glacier** | Different container types can be combined to reach MOQ. | $819.75 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Select XL | 84 gallon | Composite & Steel designer style three stream XL waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. Color: **Slate** | Different container types can be combined to reach MOQ. | $1,040.98 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Premium | 15 gallon | Composite & Steel designer style single stream waste container w/hinged lid & full opening. Includes label & rigid liner. Color: **Mid-Summer Flame** | Different container types can be combined to reach MOQ. | $486.30 MOQ: 25 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Premium | 30 gallon | Composite & Steel designer style two stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. Color: **Mid-Summer Flame** | Different container types can be combined to reach MOQ. | $671.25 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Premium | 45 gallon | Composite & Steel designer style three stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. Color: **Mid-Summer Flame** | Different container types can be combined to reach MOQ. | $832.70 MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Elite | 15 gallon | Composite & Steel designer style single stream waste container w/hinged lid & full opening. Includes label & | Different container types can be combined to reach MOQ. | $486.30 | No | Canada (CA) | 9403.60.8 | n/a |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Container | | | rigid liner. Color: **Western Breeze** | to reach MOQ. | MOQ: 25 units | | | | |
| Waste or Recycling Container | Aristata Elite | 30 gallon | Composite & Steel designer style two stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. Color: **Western Breeze** | Different container types can be combined to reach MOQ. | $671.25 — MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Aristata Elite | 45 gallon | Composite & Steel designer style three stream waste container w/hinged lid. Full & recycling openings. Includes labels & rigid liners. Color: **Western Breeze** | Different container types can be combined to reach MOQ. | $832.70 — MOQ: 4 units | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Courtside Single | 32 gallon | Powder-coated Steel single stream station with front door. Includes label, rigid liner, casters and food tray collection area. Color: grey with black accents | Different container types can be combined to reach MOQ. | $1,401.85 — MOQ: 2 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Courtside Double | 64 gallon | Powder-coated Steel two stream station with front door. Includes label, rigid liner, casters and food tray collection area. Color: grey with black accents | Different container types can be combined to reach MOQ. | $1,634.80 — MOQ: 2 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Sessanta Double | 64 gallon | Composite and steel station for office cafeterias, restaurants, food courts w/ front doors. Two stream. Order with sign frame or tray holder option. Color: slate body, grey top | Different container types can be combined to reach MOQ. | $1,213.76 — MOQ: 2 | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Sessanta Triple | 69 gallon | Composite and steel station for office cafeterias, restaurants, food courts w/ front doors. Three stream. Order with sign frame or tray holder option. Color: slate body, grey top | Different container types can be combined to reach MOQ. | $1,269.73 — MOQ: 2 | No | Canada (CA) | 9403.60.8 | n/a |
| Waste or Recycling Container | Summit Double | 30 gallon | Powder-coated steel two stream recycling & waste station with front doors, rigid liners, labels. Flat or sloped top with rectangular openings. Color: grey body, silver lid. | Different container types can be combined to reach MOQ. | $1,364.30 — MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Summit Triple | 45 gallon | Powder-coated steel three stream recycling & waste station with front doors, rigid liners, labels. Flat or sloped top with rectangular openings. Color: grey body, | Different container types can be combined to reach MOQ. | $1,677.70 | Yes | Canada (CA) | 9403.20.0 | Up to 25% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | …ng …g … silver lid. | | MOQ: 4 units | | | | |
| Waste or Recycling Container | Summit Double XL | 64 gallon | Powder-coated steel two stream recycling & waste station with front doors, rigid liners, labels. Flat or sloped top with rectangular openings. Color: grey body, silver lid. | Different container types can be combined to reach MOQ. | $1,824.79 <br><br> MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Summit Triple XL | 96 gallon | Powder-coated steel three stream recycling & waste station with front doors, rigid liners, labels. Flat or sloped top with rectangular openings. Color: grey body, silver lid. | Different container types can be combined to reach MOQ. | $2,361.80 <br><br> MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Mezzo Double | 30 gallon | Powder-coated steel two stream recycling & waste station with hinged lids, rigid liners, labels. Flat top with rectangular openings. Color: white body, black, blue, or green lids. | Different container types can be combined to reach MOQ. | $1,078.30 <br><br> MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Mezzo Triple | 45 gallon | Powder-coated steel three stream recycling & waste station with hinged lids, rigid liners, labels. Flat top with rectangular openings. Color: white body, black, blue, or green lids. | Different container types can be combined to reach MOQ. | $1,234.63 <br><br> MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Waste or Recycling Container | Mosaic Single | 32 gallon | Aluminum-HDPE-Sintra single stream waste or recycling container w/four body surfaces that can be labelled. Includes colored lid, labels, rigid liner and stock signs. | Different container types can be combined to reach MOQ. | $397.76 <br><br> MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |
| Waste or Recycling Container | Mosaic Double | 32 gallon | Aluminum-HDPE-Sintra two stream waste or recycling container w/four body surfaces that can be labelled. Includes colored lid, labels, rigid liner and stock signs. | Different container types can be combined to reach MOQ. | $754.95 <br><br> MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |
| Waste or Recycling Container | Mosaic Triple | 32 gallon | Aluminum-HDPE-Sintra three stream waste or recycling container w/four body surfaces that can be labelled. Includes colored lid, labels, rigid liner and stock signs. | Different container types can be combined to reach MOQ. | $ 1,136.88 - <br><br> MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |

| Products | Model | Size | Color | Discount Quantity | Price | | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
|---|---|---|---|---|---|---|---|---|---|---|
| Hanging Basket with Lid | BC1500 | .75 gallon | Heavy Duty HD Plastic - color green. Stock-stamped or plain lid. **100% PCR Content** | Different container types can be combined to meet minimum order. | $7.49 | Minimum Order: 5 | No | Canada (CA) | 3926.90.9 | n/a |
| Hanging Basket with Lid | BC1500 | .75 gallon | Heavy Duty HD Plastic - color black. Stock-stamped or plain lid **100% PCR Content** | Different container types can be combined to meet minimum order | $7.49 | Minimum Order: 5 | No | Canada (CA) | 3926.90.9 | n/a |

## Tier 3 Products

| Products | Model | Size | Color | Discount Quantity | Price | | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 Quart | Depends on options chosen | 14 quarts | HDPE rectangular deskside recycling or waste baskets. Colors: blue, green, grey, black **100% PCR Content** | Different container types can be combined to reach MOQ. | $6.05 | MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |
| 28 Quart | Depends on options chosen | 28 quarts | HDPE rectangular deskside recycling or waste baskets. Colors: blue, green, grey, black **100% PCR Content** | Different container types can be combined to reach MOQ. | $7.45 | MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |
| 41 Quart | Depends on options chosen | 41 quarts | HDPE rectangular deskside recycling or waste baskets. Colors: blue, green, grey, black **100% PCR Content** | Different container types can be combined to reach MOQ. | $11.75 | MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |
| Battery Recycler | Depends on options chosen | 2.25 gallon | HDPE rectangular desk/countertop container for collection of small batteries for recycling. With hinged lid that has a hole for battery deposit and carry handle. Pre-stamped. Colors: brown or natural w/orange. | Different container types can be combined to reach MOQ. | $15.80 | MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |
| Deskside Recycling Bin | BC1001 | 3 gallon | HDPE low profile rectangular deskside recycling bin. Pre-stamped. Colors: blue, green, grey | Different container types can be combined to reach MOQ. | $7.24 | MOQ: 20 units | No | Canada (CA) | 3926.90.9 | n/a |
| Kitchen Composter | KC2000 | 2.25 gallon | HDPE rectangular countertop container for collection of organics for composting. With hinged lid and carry handle. Colors: green. **100% PCR Content** | Different container types can be combined to reach MOQ. | $14.30 | MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kitchen Composter | KC2000VF | 2.25 gallon | HDPE rectangular countertop container for collection of organics for composting. With hinged vented lid, filter cage, filter and carry handle. Colors: green. **100% PCR Content** | Different container types can be combined to reach MOQ. | $16.90<br><br>MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |
| Multi-Recycler | Depends on options chosen | 6 gallon | HDPE basket style stackable recycling bin with handle. Pre-stamped. Colors: blue, red, green | Different container types can be combined to reach MOQ. | $12.80<br><br>MOQ: 5 units | No | Canada (CA) | 3926.90.9 | n/a |
| Multi-Recycler - Yellow | Depends on options chosen | 6 gallon | HDPE basket style stackable recycling bin with handle. Pre-stamped. Color: yellow | Different container types can be combined to reach MOQ. | $13.10<br><br>MOQ: 5 units | No | Canada (CA) | 3926.90.9 | n/a |
| PDC | Depends on options chosen | 9 gallon | HDPE Personal Document Container with locking, slotted lid for desk-side/under-desk collection of confidential documents for shredding etc. Color: grey | n/a | $46.81 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 15 gallon | HDPE Single Unit Mountable (No extrusion). Color: grey or white | n/a | $82.46 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 15 gallon | HDPE Single w/wall bracket (extrusion). Color: grey or white | n/a | $110.29 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 30 gallon | HDPE Double w/wall bracket (extrusion). Color: grey or white | n/a | $218.50 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 45 gallon | HDPE Triple w/wall bracket (extrusion). Color: grey or white | n/a | $318.60 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 60 gallon | HDPE Quad w/wall bracket (extrusion). Color: grey or white | n/a | $410.50 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 15 gallon | HDPE Single w/wall bracket and Sign Extrusions. Color: grey or white | n/a | $171.20 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 30 gallon | HDPE Double w/wall bracket and Sign Extrusions. Color: grey or white | n/a | $277.70 | No | Canada (CA) | 3926.90.9 | n/a |

| Rise Recycling or Waste Bin | Depends on options chosen | 45 gallon | HDPE Triple w/wall bracket and Sign Extrusions. Color: grey or white | n/a | $394.20 | No | Canada (CA) | 3926.90.9 | n/a |
| Rise Recycling or Waste Bin | Depends on options chosen | 60 gallon | HDPE Quad w/wall bracket and Sign Extrusions. Color: grey or white | n/a | $503.30 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher XL | Depends on options chosen | 32 gallons | HDPE Waste Watcher XL 30" Body only.  Stock colors: Grey, Black, Blue, Green | n/a | $108.98 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher XL | Depends on options chosen | 24 gallons | HDPE Waste Watcher XL 24" Body only. Stock colors: Grey; **MOQ for Black, Blue, Green** | n/a | $107.60 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher XL | Depends on options chosen | 28 gallons | HDPE Waste Watcher XL 27" Body only.  Stock colors: Grey; **MOQ for Black, Blue, Green** | n/a | $107.60 | No | Canada (CA) | 3926.90.9 | n/a |
| Diaper Pail | Depends on options chosen | 7 gallons | HDPE diaper pail w/vented lid, filter cage & filter. Color: white | n/a | $53.59 | No | Canada (CA) | 3926.90.9 | n/a |
| Diaper Pail | Depends on options chosen | 14 gallons | HDPE diaper pail w/vented lid, filter cage & filter. Color: white | n/a | $63.25 | No | Canada (CA) | 3926.90.9 | n/a |
| Smart Sort | Depends on options chosen | 22 gallon | HDPE waste or recycling container with angled lid and shaped opening. Color: grey body & lid w/black, blue or green opening | n/a | $101.44 | No | Canada (CA) | 3926.90.9 | n/a |
| Outlaw | Depends on options chosen | 50 gallon | 100% Post Consumer Recycled HDPE Bodies w/ABS brushed pewter look lids - body color black or blue.  Two opening style options. | Different container types can be combined to reach MOQ. | $326.50  MOQ 4 units | No | Canada (CA) | 3926.90.9 | n/a |

## Tier 4 Products

| Products | Model | Size | Color | Discount Quantity | Price | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
|---|---|---|---|---|---|---|---|---|---|
| Waste Watcher | Quad system 30" | 23 gallon per stream | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | | $569.20 | No | Canada (CA) | 3926.90.9 | n/a |
| Euro Waste or Recycling Container | Depends on options chosen | 36 gallon | LDPE round waste or recycling container with integral caNopy and locking front door. Includes rigid liner and label. Color: greystone | Different container types can be combined to reach MOQ. | $ 760.04 -  MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |

| Expression Waste & Recycling Container | Depends on options chosen | Single - 45 gallon Double - 40 gallon | LDPE square waste and recycling container with integral caNopy and locking front door. Single or two stream capacity. Includes opening inserts, rigid liners and labels. Colors: Greystone. Stocked or custom body signage available at additional cost. | Different container types can be combined to reach MOQ. | $905.02 / MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |
|---|---|---|---|---|---|---|---|---|---|
| Octo Standard | Depends on options chosen | 32 gallon | LDPE single stream waste or recycling container w/eight body surfaces that can be labelled. Includes colored lid, labels and rigid liner. Colors: Greystone body with blue, green or black lid | Different container types can be combined to reach MOQ. | $429.60 / MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |
| Octo CaNopy | Depends on options chosen | 32 gallon | LDPE single stream waste or recycling container w/eight body surfaces that can be labelled. Includes domed lid with front opening, labels and rigid liner. Colors: Greystone body with blue, green or black trim. | Different container types can be combined to reach MOQ. | $500.28 / MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |
| Toronto Single | Depends on options chosen | 32 gallon | Powder-coated round heavy duty steel mesh recycling or waste container with rigid liner. Color: black body, blue or black liner | Different container types can be combined to reach MOQ. | $1,311.64 / MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Toronto Double | Depends on options chosen | 45 gallon | Powder-coated round heavy duty steel mesh recycling or waste container with two rigid liners. Color: black body, blue and black liners | Different container types can be combined to reach MOQ. | $ 1,429.50 - / MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Portland Single | Depends on options chosen | 45 gallon | Powder-coated round heavy duty steel recycling or waste container with rigid liner. Color: silver body, blue or black lid and liner. | Different container types can be combined to reach MOQ. | $1,200.25 / MOQ: 4 units | Yes | Canada (CA) | 9403.20.0 | Up to 25% |
| Renegade | Depends on options chosen | 50 gallon | 100% Post Consumer Recycled HDPE Body, and CaNopy with open sides. Color black or blue. Two opening style options. | Different container types can be combined to reach MOQ. | $232.48 / MOQ 4 units | No | Canada (CA) | 3926.90.9 | n/a |
| Curbside TRUE 14 Blue | Depends on options chosen | 14 gallon | HDPE rectangular curbside recycling container. Color: blue | Different container types can be combined to reach MOQ. | $13.10 / MOQ: 10 units | No | Canada (CA) | 3926.90.9 | n/a |

| Curbside TRUE 18 Blue | Depends on options chosen | 18 gallon | HDPE rectangular curbside recycling container. Color: blue | Different container types can be combined to reach MOQ. | $14.88 | No | Canada (CA) | 3926.90.9 | n/a |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | MOQ: 10 | | | | |
| Super Sorter 2-in-1 | Depends on options chosen | 64 gallon | LDPE rectangular two stream unit with angled hinged lid, rigid liners, two stamped openings of desired configuration. Color: greystone or sandstone | Different container types can be combined to reach MOQ. | $873.50 | No | Canada (CA) | 3926.90.9 | n/a |
| | | | | | MOQ: 4 units | | | | |
| Super Sorter 3-in-1 | Depends on options chosen | 96 gallon | LDPE rectangular three stream unit with angled hinged lid, rigid liners, two stamped openings of desired configuration. Color: greystone or sandstone | Different container types can be combined to reach MOQ. | $1,129.30 | No | Canada (CA) | 3926.90.9 | n/a |
| | | | | | MOQ: 4 units | | | | |
| Uptown Double | Depends on options chosen | 64 gallon | LDPE two stream station with sloped top, front door, rigid liners, two colored shaped openings of desired configuration. Color: greystone | Different container types can be combined to reach MOQ. | $1,348.39 | No | Canada (CA) | 3926.90.9 | n/a |
| | | | | | MOQ: 4 units | | | | |
| Wave Single or Double | Depends on options chosen | 40 gallon | LDPE rectangular single or two stream unit with hinged lid, rigid liners, one or two stamped openings of desired configuration. Color: greystone | | $682.53 | No | Canada (CA) | 3926.90.9 | n/a |
| Wire Event Container Pack of 2 | Depends on lids chosen | 32 gallon | Galvanized steel wire frame with HD plastic lid. Wire frames are stackable for storage. Two different lid openings. | | $341.00/pack | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Wire Event Container Pack of 5 | Depends on lids chosen | 32 gallon | Galvanized steel wire frame with HD plastic lid. Wire frames are stackable for storage. 5 x one type of lid opening. | | $350.56/pack | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Waste Watcher | Quad system 23" | 16 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | | $578.00 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher | Triple system 30" | 23 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | n/a | $426.90 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher | Triple system 23" | 16 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | n/a | $434.10 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher | Double 30" | 23 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | n/a | $284.60 | No | Canada (CA) | 3926.90.9 | n/a |

| Waste Watcher | Double 23" | 16 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | n/a | $289.40 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher | Single 30" | 23 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | n/a | $142.30 | No | Canada (CA) | 3926.90.9 | n/a |
| Waste Watcher | Single 23" | 16 gallon | HD plastic- color: grey bodies. Includes bodies, standard lids, sign frames, signs, lid labels | n/a | $144.70 | No | Canada (CA) | 3926.90.9 | n/a |
| Billi Box | Single 16" | 7 Gallon | HD plastic- color: grey, black, green, blue. Includes body, lid, frame opening insert label | n/a | $19.60<br><br>MOQ 5 units | No | Canada (CA) | 3926.90.9 | n/a |
| Billi Box | | 10 gallon | HD plastic-color: grey, black, green, blue. Includes body, lid, frame opening insert and label | n/a | $31.20<br><br>MOQ 5 units | No | Canada (CA) | 3926.90.9 | n/a |
| Signage Kits | all models | all sizes | all finishes | n/a | Sign Frame & Sign for Waste Watcher 35.66 / Billi Box Labels 1.00 | No | Canada (CA) | 3926.90.9 & 4911.99.6 | n/a |

## Busch Systems Accessories

| Products | Model | Size | Color | Discount Quantity | Price | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
|---|---|---|---|---|---|---|---|---|---|
| Bag Hooks | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Doors | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Signage Pins | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Blank Labels | Billi Box, Evolve | depends on selection | Single Label | 1/ea | $5.00 | No | Canada (CA) | 3919.90.9 | n/a |
| Blank Labels | Waste Watcher | depends on selection | Single Label | 1/ea | $5.00 | No | Canada (CA) | 3919.90.9 | n/a |
| CaNopy Lid | Toronto or Portland Dome for outdoor containers | | Single unit | 1/ea | $220.11<br><br>MOQ: 4 units | No | Canada (CA) | 3926.90.9 | n/a |
| Casters | Aristata | | Kit of 4 casters | 1/ea | $130.20 ea. | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Casters | Aristata XL Single and Two Steam Containers | | Kit of 4 casters | 1/ea | $147.80 ea. | Yes | Canada (CA) | 8716.90.5 | Up to 25% |

| Casters | Aristata XL Triple Steam Containers | | Kit of 4 casters | 1/ea | $219.10 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
|---|---|---|---|---|---|---|---|---|---|
| Caster Kit | Mosaic | | Kit of 4 casters | 1/ea | $25.90 | No | Canada (CA) | 3923.10.0 | n/a |
| Casters | Spectrum containers | | Kit of 4 casters | 1/ea | $48.76 | No | Canada (CA) | 3923.10.0 | n/a |
| Connector Kit Connects 2 Evolve units together | Evolve | Grey | Single unit | 1/ea | $68.31 | No | Canada (CA) | 3926.90.9 | n/a |
| Connector Kit | Mosaic | | Single Kit | 1/ea | $80.40 | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Connector Kit | Renegade Connector Kit | | Single Kit | 1/ea | $7.90 | No | Canada (CA) | 3926.90.9 | n/a |
| Connector Kit Connects 2 Waste Watcher units together | Waste Watcher | Grey | Single Unit | 1/ea | $15.66 | No | Canada (CA) | 3926.90.9 | n/a |
| Dollies | Waste Watcher Single powder coated steel frame with 4 wheels | Grey | Single unit | 1/ea | $108.15 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Dollies | Waste Watcher Double powder coated steel frame with 4 wheels | Grey | Single set of two | 1/ea | $199.50 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Dollies | Waste Watcher | Grey | Single set of three | 1/ea | $284.80 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Dollies | Waste Watcher | Grey | Single set of four | 1/ea | $375.11 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Extra Bodies 30" Body only HDPE 23 gallon | Waste Watcher | Grey, Black, Blue, Green | Single Unit | 1/ea | $75.40 | No | Canada (CA) | 3926.90.9 | n/a |
| Extra Bodies 27" Body only HDPE 20 gallon | Waste Watcher | Grey, Black, Blue, Green | Single Unit | 1/ea | $77.80 | No | Canada (CA) | 3926.90.9 | n/a |
| Extra Bodies 24" Body only HDPE 16 gallon | Waste Watcher | Grey, Black, Blue, Green | Single Unit | 1/ea | $77.80 | No | Canada (CA) | 3926.90.9 | n/a |

| Extra Lids | Waste Watcher Standard Lid HDPE | Grey, Black Blue, Green | Single unit | 1/ea | $35.70 | No | Canada (CA) | 3926.90.9 | n/a |
|---|---|---|---|---|---|---|---|---|---|
| Extra Lids | Waste Watcher Solid Lift | Grey, Black Blue, Green | Single unit | 1/ea | $47.20 | No | Canada (CA) | 3926.90.9 | n/a |
| Extra Lids | Waste Watcher Vented Lift | Grey, Black Blue, Green | Single unit | 1/ea | $52.90 | No | Canada (CA) | 3926.90.9 | n/a |
| Extra Lids | Waste Watcher Swing | Grey, Black Blue, Green | Single unit | 1/ea | $52.80 | No | Canada (CA) | 3926.90.9 | n/a |
| Hard ground mount kit | Euro, Expression, Galaxy containers | | 1 Kit | 1/ea | $11.80 | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Set of 2 Dolly | Waste Watcher XL | Grey | Single set of 2 | 1/ea | $204.20 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Set of 3 Dolly | Waste Watcher XL | Grey | Single set of 3 | 1/ea | $301.20 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Set of 4 Dolly | Waste Watcher XL | Grey | Single set of 4 | 1/ea | $379.80 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Sign Frame | Aristata-double | Steel | Single unit | 1/ea | $124.20 | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Sign Frame | Aristata-triple | Steel | Single unit | 1/ea | $142.20 | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Sign Frame | Evolve | depends on selection | Single, with stock sign | 1/ea | $89.02 | Yes | Canada (CA) | 7326.90.8 | Up to 25% |
| Sign Frames | Waste Watcher | depends on selection | Single, with stock sign | 1/ea | $31.20 | No | Canada (CA) | 3926.90.9 & 4911.99.6 | n/a |
| Single Dolly | Waste Watcher XL | Grey | Single Unit | 1/ea | $112.20 | Yes | Canada (CA) | 8716.90.5 | Up to 25% |
| Solid Lift Lid – Full rectangular opening with lift lid | Waste Watcher XL | Grey, Black, Blue, Green | 1 Lid | 1/ea | $57.11 | No | Canada (CA) | 3926.90.9 | n/a |

| Standard Lid- multiple opening styles | Waste Watcher XL | Grey, Black, Blue, Green | 1 Lid | 1/ea | $44.90 | No | Canada (CA) | 3926.90.9 | n/a |
| Stock Labels | Billi Box, Evolve, Waste Watcher | depends on selection | Single Label | 1/ea | $1.00 | No | Canada (CA) | 3919.90.9 | n/a |
| Stock Labels | Waste Watcher | depends on selection | Single Label | 1/ea | $1.00 | No | Canada (CA) | 3919.90.9 | n/a |
| Vented Lift Lid- HDPE. Full rectangular opening with vented lift led and filter | Waste Watcher XL | Grey, Black, Blue, Green | 1 Lid | 1/ea | $68.08 | No | Canada (CA) | 3926.90.9 | n/a |
| Wheels | Evolve | depends on selection | Pack of four | 1/ea | $25.90 | No | Canada (CA) | 3923.10.0 | n/a |
| Lid Tether | Renegade Outdoor CaNopy Tether | | Single Kit | 1/ea | Included with purchase of bin | n/a | Canada (CA) | n/a | n/a |
| Body Sign Narrow | Mosaic | | Custom single sign | 1/ea | To be Quoted | No | Canada (CA) | 3926.90.9 | n/a |
| Body Sign Wide | Mosaic | | Custom single sign | 1/ea | To be Quoted | No | Canada (CA) | 3926.90.9 | n/a |

## Busch Systems Services

| Service Item | Count (each) | Discount Quantity | Price | Eligible for Tariff Invoicing? | Country of Origin | HTS Code | Tariff Rate - Percentage of Sell Price (Not to exceed) |
|---|---|---|---|---|---|---|---|
| Customized Labels | 1 label | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | No | Canada (CA) | 3919.90.9 | n/a |
| Additional Signage | 1 sign | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | No | | 3926.90.9 & 4911.99.6 | n/a |
| Customized Signs | 1 sign | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | No | | 3926.90.9 & 4911.99.6 | n/a |
| Custom Stamping per plate | 1 plate | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | n/a | n/a | n/a | n/a |
| Custom Stamping per side | 1 stamp fee | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | Up to $350.00 | n/a | n/a | n/a | n/a |

| Custom Colors | Per project | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | n/a | n/a | n/a | n/a |
|---|---|---|---|---|---|---|---|
| Extra holes | Per container | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | n/a | n/a | n/a | n/a |
| Label Application | Per container | Project, standardization, or order-specific discounts at $5,000 and $10,000 etc. may be available. Please contact your Busch rep. | To be quoted | n/a | n/a | n/a | n/a |

**Amendment No. 3 – Exhibit D: Pricing**

1. **Contract Pricing.**

   1.1    **In General.** Prices listed take into consideration all inherent costs of providing the requested goods and services. The Contractor agrees to pay any and all fees, including, but not limited to: duties, custom fees, permits, brokerage fees, licenses and registrations, government taxes, overhead, profit, parking permits, proper disposal of materials, insurance payments. The State will not pay any additional charges beyond the price(s) listed, unless otherwise provided for by law or expressly allowed by the Contract. Prices listed within Exhibit D are maximum prices. These maximum prices shall remain firm for the initial term of the Contract. The Price List may not include any additional terms or conditions. A unit price and a total for the quantity must be stated for each item quoted. Prices must be quoted in United States currency. Any increase to Contract pricing requires a duly executed amendment to this Contract. Contractor may provide lower pricing at its discretion without requiring a duly executed amendment to the Contract.

   **1.2 Tariffs.**

   1.2.1. Applicability. When an imported contracted product value is above $800 or the current posted De Minimis value on the U.S. Customs and Border Protection website on any one shipment, the Contractor may quote the applicable tariff for those products identified under the current Price Schedule as a separate line item. If the quote does not include the tariff, the tariff shall not be invoiced.

   1.2.2. Tariff Rate. The amount invoiced for the tariff shall be less than or equal to the amount paid to U.S. Customs and Border Protection for the products purchased based on Country of Origin and applicable HTS Code. The amount of the tariff passed onto the ordering entity shall not exceed 25% of the Amendment No. 3 – Attachment A: Price Schedule. Shipping & handling costs must be removed when applying the cost of the Tariff. An itemized statement must be provided upon request of the state showing the product cost, shipping and handling, and the calculation of any applicable tariff including the Tariff Rate applied.

   1.2.3. Potential Tariff Increases. In the event tariff rates increase beyond the "not to exceed" limit defined herein for a period of more than 30 calendar days, the Contractor may request the State's contract manager to review proposed price increases caused by increasing or additional imposed tariffs with third-party supporting documentation. Additional price increases are not authorized without a mutually agreed upon and duly executed amendment.

   1.2.3.1 Harmonized Tariff Schedule (HTS) Codes. The Contractor must provide third-party documentation in the form of a supplier letter, invoice, bill of lading or other state approved document to verify imposed tariffs passed onto the Contractor. Applicable HTS Codes must be noted for the state to verify any documentation presented.

**Price Schedule(s)**.
The following price schedule(s) are hereby attached and incorporated into this Exhibit D as follows:

   2.1 Exhibit D Price Schedule

3. **Prompt Payment Terms.**
Contractor's payment terms are Net 30.

4.   **Label Services.** Price of container and sorting stations must include label services as specified in Exhibit C: Specifications, duties, and scope of work.

5.   **Delivery.** Contractor must deliver the ordered goods 15 calendar days after receipt of order (ARO) or an alternate calendar date as specified in Exhibit C: Specifications, Duties and Scope of Work 6.1.

6.   **Transportation.**
All prices must be FOB Destination, prepaid and allowed (with freight included in the price), to the ordering entity's receiving dock or warehouse, or as otherwise instructed on the purchase order by the ordering entity. In those situations, in which the "deliver-to" address has no receiving dock or agents, the Contractor must be able to deliver to the person specified on the purchase order.

7.   **Taxes.**
Do not add sales tax to the prices being offered. State Agencies hold a Direct Payment Authorization Letter which is used to pay applicable taxes directly to the Department of Revenue. Contractors may go to http://www.revenue.state.mn.us to learn about the applicable sales tax (search "Fact Sheet 142").

**AMENDMENT NO. 7 TO CONTRACT NO. 218090, RELEASE NO. P-949(5)**

**THIS AMENDMENT** is by and between the State of Minnesota, acting through its Commissioner of Administration ("State"), and St. Croix Recreation Fun Playgrounds, Inc., 1826 Tower Drive W, Stillwater, MN 55082 ("Contractor").

**WHEREAS**, the State has a Contract with the Contractor identified as Contract No. 218090, October 1, 2022, through September 30, 2025 ("Contract"), to provide park and playground equipment and installation; and

**WHEREAS**, Minn. Stat. § 16C.03, subd. 5, affords the Commissioner of Administration, or delegate pursuant to Minn. Stat. § 16C.03, subd. 16, the authority to amend contracts; and

**WHEREAS**, the terms of the Contract allow the State to amend the Contract as specified herein, upon the mutual agreement of the Office of State Procurement and the Contractor in a fully executed amendment to the Contract.

**NOW, THEREFORE,** it is agreed by the parties to amend the Contract as follows:

1. That Contract No. 218090 is revised to allow, at maximum, a 9% tariff surcharge pass-through markup for National Recreation Systems 2025 pricing. The Contractor must identify the applicable tariff surcharge for National Recreation Systems products as a separate line item on both the quote and invoice. In addition, the Contractor must submit third party documentation from National Recreation Systems in writing to the ordering entity. The Contractor must document a clear correlation between the surcharge amount and the third party documentation.

   If the tariff surcharge is lessened or removed at any time, the Contractor must contact the State's Authorized Representative or delegate, and the ordering entity in writing, and the tariff surcharge is to be removed immediately from any applicable pending or future orders for National Recreation Systems products.

2. All other prices, terms, and conditions remain the same.

This Amendment is effective upon the date that the final required signatures are obtained, and shall remain in effect through contract expiration, or until the Contract is canceled, whichever occurs first.

Except as herein amended, the provisions of the Contract between the parties hereto are expressly reaffirmed and remain in full force and effect.

**IN WITNESS WHEREOF**, the parties have caused this Amendment to be duly executed intending to be bound thereby.

| 1. **ST. CROIX RECREATION FUN PLAYGROUNDS, INC.** | 2. **OFFICE OF STATE PROCUREMENT** |
|---|---|
| The Contractor certifies that the appropriate person(s) have executed this Amendment on behalf of the Contractor as required by applicable articles, bylaws, resolutions, or ordinances. | In accordance with Minn. Stat. § 16C.03, subd. 3. |
| By: _Christopher W Johnsen_ <br> Signature <br> Christopher W Johnsen <br> Printed Name | By: _Mandy Flum_ <br> 7CAB8F3CB31B47F... |
| | Title: Buyer III |
| Title: President | Date: 4/3/2025 |
| Date: 1/April/2025 | 3. **COMMISSIONER OF ADMINISTRATION** |
| By: _____ <br> Signature | Or delegated representative. <br> By: _Mary Nelson_ <br> 863E73E349BE4C3... |
| Printed Name | Date: 4/3/2025 |
| Title: _____ | |
| Date: _____ | |

| | |
|---|---|
| **From:** | Jannett, Luke (ADM) |
| **To:** | Doran, Andy (ADM) |
| **Subject:** | FW: HPE QUOTES - U.S. TARIFF PRICE INCREASES |
| **Date:** | Tuesday, April 29, 2025 1:33:00 PM |
| **Attachments:** | image006.png |
| **Importance:** | High |

**From:** Jessica Fredrickson <jess.fredrickson@highpointnetworks.com>
**Sent:** Wednesday, March 12, 2025 12:45:30 PM
**To:** Jaeger, Brent (MNIT) <brent.jaeger@state.mn.us>
**Subject:** HPE QUOTES - U.S. TARIFF PRICE INCREASES

> **This message may be from an external email source.**
> Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

Hi Brent; I know we have several quotes out there, so wanted you to be aware of this!

Effective today, HPE has implemented a price increase due to the impact of U.S. tariffs. HPE is going through *all 'active' quotes* right now updating the pricing to reflect this increase. Their plan is to update them all by Friday 3/14.

If we order after they touch the quote, there will be an increase. I have no idea by how much.
They are going through these as I type, so when they will touch yours is unknown. [VERY hard to plan, I know]

If you are ready to order it would be in our best interest to get this in today, if possible, to avoid any price increases.

The situation is fluid, so I will keep you posted as I learn more!
Let me know your thoughts.

Thank you! -Jess

**Jessica Fredrickson**
Account Manager, High Point Networks
**p:** 952-715-3491
**e:** jess.fredrickson@highpointnetworks.com
**w:** www.highpointnetworks.com