IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,

        Plaintiffs,

        v.

DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,

        Defendants.

Case No.  1:25-cv-00077-GSK-TMR-JAR

DECLARATION OF ROBERT JAROS

Page 1 -   DECLARATION OF ROBERT JAROS – *Oregon, et al. v. Trump, et al.*

I, Robert Jaros, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the Office of the State Controller (OSC) for the State of Colorado, and information I learned from OSC personnel whose work I rely upon and who have assisted me in gathering this information from our institutions.

2.     I am employed by the State of Colorado as the Colorado State Controller. The OSC is a state government office, housed within the Department of Personnel & Administration and responsible for managing the finances and financial affairs of the State of Colorado.

3.     My duties as State Controller include coordinating all procedures for financial administration and financial controls, including establishing accounting forms, records, and procedures for all state agencies, as well as other duties and functions established in C.R.S. § 24-30-201 *et seq.*

4.     In my capacity as Controller, I am responsible for overseeing the following units within the Office of State Controller: Reporting and Analysis, Internal Audit, Central Payroll, Central Accounting, Colorado Operations Resource Engine (CORE) Operations, Purchasing and Contracts, Grants, and Risk Management. I lead a staff of 106 OSC employees, who perform duties that include preparing all State financial reports, paying employees, paying contractors, running the State's financial, budgeting and payroll systems, approving price agreements and contracts, developing policies and procedures and providing statewide oversight for financial reporting, procurement, payroll, vendor management, grants administration , and risk management.

5.     In recent months, one of my responsibilities has become the monitoring, reporting, and budget adjustments for contracts procured across the state at its agencies, higher education

Page 2 -     DECLARATION OF ROBERT JAROS

institutions, and other State entities that have been impacted by tariffs imposed by the current Presidential administration.

**A. Institutes of Higher Education**

6.      Multiple institutions of higher education around the state have reported that their purchasing and procurement departments are in the process of addressing change orders and price increases related to bids and ongoing contracts. In order to monitor the rapidly changing nature of these developments, institutions including the University of Colorado, Colorado State University, and the Colorado School of Mines are monitoring and tracking the budgetary impact of tariffs in instances where the vendor or merchant identifies tariff-specific changes to costs or expenses. Doing so requires special analysis given that, despite the significant impact across institution budgets, contracts and associated communications related to tariffs must be analyzed and negotiated on a near contract-by-contract and vendor-by-vendor basis.

7.      In the case of Colorado State University, several equipment contracts have already been impacted. In the regular course of its operations, Colorado State University (CSU) routinely purchases many goods that originate from sources outside the United States. These goods include specialized equipment for scientific work that must meet particular specifications and standards for the research group. Such equipment is often available only from a few sources, all of which are foreign, and often requires an order date several months in advance of delivery.

8.      For example, on January 15, 2025, CSU purchased high power diode laser components from Coherent NA, Inc (Coherent) for its Advanced Beam Laboratory. According to the documentation and my understanding, Coherent is based in the United States, but the product at issue originates from Germany. Following the enactment of the tariffs, the vendor notified CSU that it will only process the order if CSU agrees to pay the tariffs in effect at the time of

Page 3 -    DECLARATION OF ROBERT JAROS

import. In doing so, the vendor cited the shifting nature of the tariffs (then between 10% and 20%, depending on the day), and stated: "This is not something that we [Coherent] have any control over. This is not something that we can absorb, that charge has to be passed on to the customer." The fact that vendors, much less the State, are unable to even determine what tariffs will be in effect in the immediate future underscores the degree of uncertainty imposed on State procurement efforts as a result of the new, ever-shifting tariff regime.

9.      Appended as **Attachment 1 is** a true copy of email correspondence between CSU and Coherent.

10.     Similarly, CSU is attempting to purchase a Hafnium sputtering target used for coating optics from a Chinese company, Changsha Advanced Engineering Materials, LTD (Changsha). The initial quote for the equipment was for $36,564. However, the vendor informed CSU on April 16 and 17, 2025 that it will only process the order once CSU agrees to pay the tariffs in effect at the time of the import, which the vendor estimated at that time "could be as high as 245%." If imposed at that rate, CSU's cost for this equipment would increase by $43,717.

11.     Appended as **Attachment 2** is a true copy of email correspondence between CSU and Changsha and the initial quote.

12.     As another example, CSU is attempting to purchase electric switchgear equipment from Canadian company Myers Powers Products Inc (Myers). This equipment plays a crucial role in distributing electricity from a source to various loads across campus and is worth over $1.5 million according to a proposal provided on April 11, 2025. The vendor estimated a lead time for the equipment of as much as 76 weeks, and could not estimate possible tariffs at that point in time. As a result, CSU was forced to agree when signing the contract in late April 2025

Page 4 -    DECLARATION OF ROBERT JAROS

to an open encumbrance without limit for this order due to the critical nature of the purchase (reflected in the escalation clause). This uncertainty has already complicated CSU's budgeting process and will continue to do so until delivery.

13.     Appended as **Exhibit 3** is a true copy of purchase order, proposal, and execution documentation related to this project.

14.     The President's tariffs accordingly impose financial harm to Colorado State University by increasing the cost of procurement.

**B. Department of Personnel & Administration (DPA)**

15.     The Department of Personnel & Administration (DPA) provides a range of services to state government agencies to enable these entities to focus their resources on delivering quality services to Coloradans. DPA collaborates with employees, agencies, vendors, and Coloradans to develop innovative, cost-effective solutions that further the State's ability to conduct its business. In the regular course of its procurement operations, DPA routinely purchases many goods that originate from outside the United States.

16.     In addition to standard procurement contracts, DPA also utilizes State Price Agreements, which are contracts for goods and services that are commonly purchased by multiple state agencies and/or local governments. State Price Agreements allow for streamlined procurement of common items by satisfying requirements of the Colorado Procurement Code without requiring additional solicitation.

17.     Among other examples, DPA uses State Price Agreements to procure office supplies for State agencies. Under this arrangement, the State has a contract with ODP Business Solutions, and individual agencies spend their own budget against the contract as needed to procure a wide range of items subject to the State Price Agreement.

Page 5 -    DECLARATION OF ROBERT JAROS

18.     On February 26, 2025, ODP Business Solutions informed DPA that in response to the newly announced tariffs imposed on China, it would be "implementing a price adjustment on those products sourced from China." It further explained that "all price adjustments for affected products will be calculated based on the tariff's specific impact on each product's customer selling price" and attached a list of the "impacted core list SKUs" for the office supplies State Price Agreement.

19.     This list specified price increases caused by the tariffs for over 7800 items subject to the State Price Agreement. Several examples include: a 48x36 glass dry erase board, formerly priced at $225.42, increased to $247.96 (a 10% increase); a high back mesh chair, formerly priced at $342.08, increased to $376.29; (also a 10% increase); and black printer toner, formerly priced at $166.47, increased to $183.12 (also a 10% increase).

20.     Although the final cost of these increases remains to be determined given the open-ended nature of procurements made via State Price Agreements, DPA Procurement Officials believe that these new prices caused by the tariffs will increase the cost of this contract by $350,000–$400,000 over the remaining two years of the State Price Agreement. These costs will only rise if tariffs are further increased.

21.     Appended as **Attachment 4** is a true copy of correspondence from ODP Business Solutions notifying DPA of the price increases caused by the tariffs.

22.     The State Price Agreement for office supplies purchases is just one of many such agreements that will be impacted by the tariffs. DPA has already received indication that other Price Agreements will also be subjected to price increases, including ones in place for the procurement of body armor. Body armor is of course mission-essential to the safety of law

Page 6 -     DECLARATION OF ROBERT JAROS

enforcement officers across Colorado, and the State puts the utmost importance on ensuring that it has a ready supply of this equipment.

23.     The President's tariffs accordingly impose a financial harm to DPA—and the State—by increasing the cost of procurement.

**C. History Colorado State Historical Fund Restoration Project**

24.     The History Colorado State Historical Fund awards grants for significant buildings, structures, objects, districts, or archaeology sites, or for preservation of historic resources in Colorado. Among other things, these grants fund historic restoration projects, which regularly require the purchase of goods that originate from outside the United States.

25.     For example, the History Colorado State Historical Fund awarded a grant to an entity who engaged a contractor to perform restoration repairs at a historic house of worship in southeastern Colorado that is designated as a location of social importance to the community by History Colorado and included on the National Register of Historic Places. Summit Sealants and Restoration was contracted to complete a restoration and to install protective glazing on the church's historical stained glass windows. This project required the use of lead came, which is used to fabricate stained glass. The project was originally slated to cost $181,915.

26.     Six months after submitting its original bid, Summit Sealants and Restoration informed the grantee who informed History Colorado that its lead came vendor was impacted by the recently imposed tariffs. The vendor did not provide further information on the country of origin for the product at issue. As a result of this tariff being imposed on the project's vendors, the price of the bid increased by $3,700.

Page 7 -    DECLARATION OF ROBERT JAROS

27.     Appended as **Attachment 5** is a true copy of the Change Order submitted by Summit Sealants and Restoration Services to History Colorado detailing the price increase caused by the tariffs.

28.     The President's tariffs accordingly impose a financial harm to History Colorado by increasing the cost of essential services and construction.

**D. Department of Local Affairs–Fort Lyon Supportive Residential Community Roof Repair Project**

29.     Colorado's Department of Local Affairs (DOLA) serves as the primary interface between the State and local communities. Among DOLA's myriad functions, it provides funding for the Fort Lyon Supportive Residential Community, which provides recovery-oriented transition for homeless individuals at a repurposed correctional facility. In addition to funding the services provided at the facility, DOLA funds the maintenance and facilities management required to ensure that it can continue providing essential support to vulnerable populations.

30.     For example, DOLA recently awarded a bid to repair roofing at the Fort Lyon Supportive Residential Community following a severe hail damage event.

31.     The contractor, 7 Summit Exteriors, was engaged to install metal roofing, shingle roofing, and to replace broken tiles. Their bid needed approval by the insurance carrier prior to contracting. Between the bid award and the contract approval, DOLA received correspondence declaring an increase on roofing materials.

32.     In each of the instances described above, vendors were express and transparent in naming the recently-enacted tariffs as the cause of the price increase passed on to the State. However, in other instances, it has been my experience that vendors offer more vague language referring to recent market volatility to justify the price increase. In some instances, the location of the vendors or the source material indicated what country's tariffs would apply. In others, the

Page 8 -    DECLARATION OF ROBERT JAROS

vendors were less forthcoming with those details. All of this further complicates vendor negotiations and detracts from officers' procurement efforts because they must follow up with these vendors to obtain more specific information about the increases.

33.    For example, returning to the DOLA roofing contract, after the winning bid had been selected, 7 Summits Exteriors notified DOLA that it was submitting "revised price estimates due to April 1st, 2025 supplier increases." Two of 7 Summits Exteriors' suppliers increased their prices, citing general market factors. ABC Supply Co. Inc. explained that "extreme volatility in the market" required it to apply a 10% price increase to all existing orders, and warned that "we could see up to 25% increases in the next few months." Similarly, Viking Metals increased the price of its panels by 9-25%, and explained that its trims, fasteners, secondary framing, and accessories "may be increased accordingly," citing "significant volatility" in both global and domestic raw materials markets and "price increases from all of our major suppliers of steel, paint, and coatings." As a result of these supplier price increases, 7 Summits Exteriors' revised bid for the roofing project increased by over $110,000.

34.    Appended as **Attachment 6** is a true copy of the revised bid from 7 Summits Exteriors, along with correspondence from its suppliers explaining the price increases.

**E. The President's constantly shifting tariff policy impairs OSC's ability to accurately budget for its yearly costs**

35.    To ensure responsible financial planning, the Colorado General Assembly sets a budget every year for the next fiscal year. Setting a reliable budget is an important aspect of protecting the public funds.

36.    The OSC books (meaning enters) the budget approved by the General Assembly in the State's financial system for each agency and institution of higher education.  The budget includes line item detail for each funding source.

Page 9 -    DECLARATION OF ROBERT JAROS

37.     The President's repeated imposition, modification, suspension, and threatening of various tariffs has created substantial uncertainty regarding the expected cost of a wide range of goods and services.

38.     Small cost fluctuations alone create budgeting challenges. For example, the Colorado State budget for fiscal year 2025-26 is $44 billion. An unexpected 5 to 10 percent increase in costs will result in over-expenditures of $2 million to $4 million, requiring action by agencies, the OSC, and the General Assembly. The State of Colorado Constitution requires that the State have a balanced budget, so agencies must cut costs to remain within their budget. The individual line item budgets will need to be constantly revised as tariffs change.   As a result, the budget will no longer be a reliable financial and internal control.

39.     Agencies and institutions of higher education will need to amend their agreements with their contractors and subrecipients. This will cause increased workload and challenge in monitoring grants and contracts with different price levels. These challenges will persist for planned and future projects, should circumstances persist.

40.     Tariffs result in higher prices of goods and services resulting in a slowdown in economic growth. Reduced economic activity will result in reduced income tax and sales tax revenue. To maintain a balanced budget, the State will need to cut expenses to compensate for the decline in State revenue. These reductions will drive additional workload and reduced reliability on the budget as well as negatively impact the services the State is able to provide residents.

41.     I am confident that I could provide upon request additional examples of increased financial and time burdens imposed on the state of Colorado as a result of the tariffs' increases to

Page 10 -  DECLARATION OF ROBERT JAROS

the costs of products purchased by the State, its agencies, and its higher education institutions to provide public services to the State's residents and visitors.

42.     Due to the scope of tariffs, the administrative cost of reviewing each transaction to determine what portion was tariffed and what tariffs apply, the State's time and cost of negotiating a reasonable reimbursement with the vendor would be substantial.

43.     The President's use of emergency powers to repeatedly impose and change tariffs harms the ability of State agencies and institutions of higher education to accurately plan their budgets for the upcoming fiscal year.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 6, 2025, at Denver, Colorado.**

Robert Jaros
Digitally signed by Robert Jaros
Date: 2025.05.06 12:42:33
-06'00'

Robert Jaros, State Controller, State of Colorado

Page 11 -  DECLARATION OF ROBERT JAROS

# Attachment 1

Exhibit 1 to Declaration of Robert Jaros
Page 1 of 4

Phone: 970 491 7751

On Apr 14, 2025, at 9:53 AM, Stuart,Jeb
<Jeb.Stuart@colostate.edu> wrote:

Thanks Aaron,

CSU is reviewing internally and I will follow up as soon as possible.

Jeb Stuart
Scientific Sourcing Specialist
Colorado State University
|  P: (970) 491-6194  |
***Please join our informational sessions on Doing Business with
CSU. Sessions held monthly***
<image001.png>

---

**From:** Aaron Johnson <Aaron.Johnson@coherent.com>
**Sent:** Friday, April 11, 2025 11:58 AM
**To:** Stuart,Jeb <Jeb.Stuart@colostate.edu>; Douglas Jahn
<Douglas.Jahn@coherent.com>
**Cc:** Bullis,Ryan <Ryan.Bullis@colostate.edu>; Yost,Dylan
<Dylan.Yost@colostate.edu>; Loeser,Krysta
<Krysta.Loeser@colostate.edu>
**Subject:** RE: Purchase Order 937172 Colorado State University Quote
COHR-335604-1

** Caution: EXTERNAL Sender **
Hi Jeb,

Thanks for getting back to me.  I do have one correction, as things are
becoming more clear (again, it didn't really matter to anyone where
the product was made until this week).  This product actually
originates from Germany, which could potentially have a different
tariff rate than either Thailand or Singapore.

Unfortunately I cannot quote a fixed dollar amount or guarantee a
maximum tariff rate, since this is entirely out of our control.  With the
constant changes by the US government over the past week there is a
lot of uncertainty on what will happen in 16 weeks when this product
is ready to ship.  It could be 10% like it is today, it could be 20% like it
was on Monday (EU had a reciprocal tariff of 20% until the 90 day

Exhibit 1 to Declaration of Robert Jaros
Page 2 of 4

pause earlier this week) or it could (hopefully) go away completely by then.  This is not something that we have any control over.  This is not something that we can absorb, that charge has to be passed on to the customer.

So to answer the other part of your question, we can absolutely accept the PO as it is.  Section 2 clause c of the previously negotiated terms and conditions says that the Buyer is responsible for any taxes or duties, which is what this ultimately is.  Rather than accepting the order and potentially surprising you with a tariff fee added to your final invoice, we are being a good partner and reaching out to let you know about the potential charges ahead of time, as at the time the order was placed neither of us could have guessed that things would go this way.  So we will wait to process the order until you can figure out how you want to handle this from your side.

I look forward to hearing back from you.

Best Regards,

Aaron

**Aaron Johnson**
Senior Field Sales Engineer
Scientific Sales

m: 408-892-8232
e:   aaron.johnson@coherent.com

<image002.png>

www.coherent.com

**From:** Stuart,Jeb <Jeb.Stuart@colostate.edu>
**Sent:** Friday, April 11, 2025 9:41 AM
**To:** Aaron Johnson <Aaron.Johnson@coherent.com>
**Cc:** Bullis,Ryan <Ryan.Bullis@colostate.edu>; Yost,Dylan <Dylan.Yost@colostate.edu>; Loeser,Krysta <Krysta.Loeser@colostate.edu>
**Subject:** [EXTERNAL]: RE: Purchase Order 937172 Colorado State University Quote COHR-335604-1

Exhibit 1 to Declaration of Robert Jaros
Page 3 of 4

Hi Aaron,

Thanks for your email. The only way CSU can accept a possible increase under PO 937172 is to have an exact dollar value to review or have language stating the tariff amount cannot exceed 10% of the product value based on CSU not being able to accept an unknown encumbrance amoint. Please let me know if either is possible or if Coherent can accept the PO as is, so we can work out next steps?

**Jeb Stuart**
Scientific Sourcing Specialist
Colorado State University
|  P: (970) 491-6194  |
***Please join our informational sessions on Doing Business with CSU. [procurement.colostate.edu] Sessions held monthly***

<image001.png>

---

**From:** Aaron Johnson <Aaron.Johnson@coherent.com>
**Sent:** Thursday, April 10, 2025 5:28 PM
**To:** Stuart,Jeb <Jeb.Stuart@colostate.edu>
**Cc:** Bullis,Ryan <Ryan.Bullis@colostate.edu>
**Subject:** RE: Colorado State University Quote COHR-335604-1

**\*\* Caution: EXTERNAL Sender \*\***
Hello Jeb, and Ryan,

Circling back to this Verdi order, as it has not yet been booked in our system.  Due to the recent administrative actions regarding tariffs, we need to point out that we are quoting DDP terms as a courtesy to the customer, so we remain importer of record and you do not need to contract with a customs broker in order to get the laser through the customs process, but we cannot be responsible for any tariffs.  As this is a product of Singapore (I think I mistakenly listed Thailand, as it didn't really matter for us until this week) the import tariff is currently at 10%, but final charges will be determined on the day the product is imported (could be 0% by then, or could be higher than 10%, but there is no guarantee either way).  In order to book and schedule this order, I just need an email confirmation from you that CSU understands that they are responsible for any import duties.  We will add those duties to the invoice as a separate line item once the product ships and the invoice is generated.

Please let me know if you have any questions.

Exhibit 1 to Declaration of Robert Jaros
Page 4 of 4

# Attachment 2

Exhibit 2 to Declaration of Robert Jaros
Page 1 of 5



---

**From:** Peter Jiang <sales@aemdeposition.com>
**Sent:** Thursday, April 17, 2025 7:23 PM
**To:** Stuart,Jeb <Jeb.Stuart@colostate.edu>
**Subject:** Re: Colorado State University Quote 20250213CSU

**\*\* Caution: EXTERNAL Sender \*\***

Dear Stuart. jeb,

The HS code is 8112390010.
Tariffs could be as high as 245%, presenting substantial challenges for importers.

Best Regards,

Peter Jiang
CEO

**Changsha Advanced Engineering Materials Limited**

C3-1725, Building C1-C4,
Forte Financial Center, No. 751 Xiaoxiang North Road,
Yuelu District, Changsha, Hunan 410013
China
Tel: +86-0731-89578196-811
    +86-18175985920
Skype: peter.jiang81
www.aemdeposition.com
Email: sales@aemdeposition.com

On Thu, Apr 17, 2025 at 11:52 PM Stuart,Jeb <Jeb.Stuart@colostate.edu> wrote:

> Thanks Peter,
>
> Do you have an estimate for duties and tariffs for the Hafnium target and if not an HTS code?
>
> **Jeb Stuart**
> Scientific Sourcing Specialist

Exhibit 2 to Declaration of Robert Jaros
Page 2 of 5

Colorado State University
|  P: (970) 491-6194  |
***Please join our informational sessions on Doing Business with CSU. Sessions held monthly***

 PROCUREMENT SERVICES
COLORADO STATE UNIVERSITY

---

**From:** Peter Jiang <sales@aemdeposition.com>
**Sent:** Wednesday, April 16, 2025 7:59 PM
**To:** Stuart,Jeb <Jeb.Stuart@colostate.edu>
**Subject:** Re: Colorado State University Quote 20250213CSU

**== Caution: EXTERNAL Sender ==**

Dear Stuart. jeb,

Sorry, we cannot accept post-payment. U.S. policies toward China are changing too rapidly, and hafnium targets are quite expensive. We cannot afford to take on such a high risk.

Best Regards,

Peter Jiang
CEO

**Changsha Advanced Engineering Materials Limited**

C3-1725, Building C1-C4,
Forte Financial Center, No. 751 Xiaoxiang North Road,
Yuelu District, Changsha, Hunan 410013
China
Tel: +86-0731-89578196-811
     +86-18175985920
Skype: peter.jiang81
www.aemdeposition.com
Email: sales@aemdeposition.com

On Wed, Apr 16, 2025 at 10:10 PM Stuart,Jeb <Jeb.Stuart@colostate.edu> wrote:

  Hello Changsha Advanced Engineering Materials,

Exhibit 2 to Declaration of Robert Jaros
Page 3 of 5

I hope all is well. I work in Procurement at Colorado State University and received a purchase request for the attached quote. Based on the date of the quote can I get an updated version with the below as shipping address so I can review for a purchase order? CSU issues a purchase order as guarantee with net 30 day payment terms is this acceptable to Changsha Advanced Engineering Materials?

Colorado State University
Attn Carmen Menoni
200 West Lake Street
1320 Campus Delivery
Fort Collins , CO  80523-1320
United State

Thank you,

Jeb Stuart
Scientific Sourcing Specialist
Colorado State University
|  P: (970) 491-6194  |
***Please join our informational sessions on Doing Business with CSU. Sessions held monthly***



Exhibit 2 to Declaration of Robert Jaros
Page 4 of 5



Web: www.aemdeposition.com
Email: sales@aemdeposition.com
Tel: +86-731-84472418

# Quotation

Changsha Advanced Engineering Materials Limited
Building 1, No. 31, Yinshan Road
Yuelu District, Changsha, Hunan 410013
China

| | |
|---|---|
| Quote # | 20250213CSU |
| Date | 2/13/2025 |
| Valid for | 30 days |

This Quote Has Been Prepared For:

Colorado State University
3831 HARBOR WALK LANE, Carmen Menoni
United States
Contact:  Carmen S. Menoni
Tel: +1 9704918659
Email:    carmen.menoni@colostate.edu

| | |
|---|---|
| D.A.P | Carmen Menoni, United States |
| Payment Terms | WT, in advance |
| Lead Time | 5-6 weeks |
| Shipping Method | UPS or DHL or FedEx |
| Transport Time | 5-8 days |

| Item | Description | Quantity | Unit | Price (USD) | Total (USD) |
|---|---|---|---|---|---|
| 1 | Hafnium Sputtering Targets (Hf)<br>Purity: 99.95%, Zr<0.5%<br>Size: 14" diameterx 0.25" thickness | 1 | pc | $  36,304.00 | $   36,304.00 |
| | | | | Subtotal | $  36,304.00 |
| | | | | Shipping | $      260.00 |
| | | | | **Total** | **$  36,564.00** |

Please reference this Quote number when placing your order.
Unless otherwise stated, the above quotation reflects standard tolerances, practices, terms and conditions of
Advanced Engineering Materials

Exhibit 2 to Declaration of Robert Jaros
Page 5 of 5

# Attachment 3

Exhibit 3 to Declaration of Robert Jaros
Page 1 of 38



**COLORADO STATE UNIVERSITY**
— S Y S T E M —
Colorado State University • Colorado State University-Pueblo • CSU-Global Campus

Colorado State University
Procurement Services
(970) 491-5105

Colorado State University-Pueblo
Procurement Services
(719) 549-2355

| Purchase Order | | |
|---|---|---|
| Purchase Order Date | PO/Reference No. | Revision No. |
| **Apr 29, 2025** | **914490** | **0** |
| **Purchaser Information** | | |
| Requestor Name | Jeanette E Nicodemus | |
| Requestor Email | jeanette.nicodemus@colostate.edu | |
| Requestor Phone | +970 5682833 | |

**Order acceptance instructions:**

**PO Terms & Conditions: https://procurement.colostate.edu/purchase-order-terms-and-conditions/**

| Supplier Information | | Delivery Information | |
|---|---|---|---|
| Myers Power Products Inc | | **Delivery Address** | |
| | | Colorado State University | |
| Address | 2950 E Philadelphia St | Name | Brown, Tanner Alan |
| City/State/Zip | Ontario, CA 91761 | ContactEmail | Jeanette.Nicodemus@colostate.edu |
| Fax | +1 909-923-1806 | Phone | 970-568-2833 |
| F.O.B. | | Building | FACILITIES MANAGEMENT NORTH - Rm 000 |
| Payment Terms | | | |
| | | 6030-1 | |
| | | 200 West Lake Street | |
| | | 6030 Campus Delivery | |
| | | Fort Collins, CO 80523-6030 | |
| | | United States | |
| | | ShipTo Address Code | 6030-1 |
| | | **Delivery Information** | |
| | | Delivery | |
| | | Expedite | No |
| | | Ship Via | Best Carrier-Best Way |

| Shipping Instructions | |
|---|---|
| Note to Supplier | (1) Executed Purchase Proposal Revsion #9 |
| Attachments for supplier | |
| Myers Power Produ... | |
| Supplier Terms and Conditions | |

Exhibit 3 to Declaration of Robert Jaros
Page 2 of 38

Line Item Details: **Total lines ordered 1**

| Line No. | Product Description | | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 of 1 | PROJECT: REPLACE PITKIN S EAST SWITCHGEAR - PROJECT #: 21-031 - FURNISH AND DELIVER GENERAL PURPOSE POWER DISTRIBUTION CENTER, MEDIUM VOLTAGE METAL-CLAD SWITCHGEAR, 48VDC BATTERY SYSTEM & FIELD SERVICES PER PROPOSAL 50032-TX1 Rev 9 | | | LOT | 1,503,042.00 USD | 1 LOT | 1,503,042.00 USD |
| | Taxable | No | | | | | |
| | Capital Expense | No | | | | | |
| | PO Clauses | Refer below | | | | | |
| | | | | | Total | | **1,503,042.00 USD** |

| Purchasing Information | |
|---|---|
| Contract | *no value* |
| Quote number | |
| Purchasing Agent | Greg Smith (970) 491-5105 |
| | Colorado State University |
| 970-491-5105 | *no value* |

| Billing Address | |
|---|---|
| Company | COLORADO STATE UNIVERSITY |
| Phone | 970-491-1429 |
| ACCOUNTS PAYABLE | |
| 6003 CAMPUS DELIVERY | |
| FORT COLLINS, CO 80523-6003 | |
| United States | |

### PO Terms

There are no clauses associated with this Purchase Order.

Exhibit 3 to Declaration of Robert Jaros
Page 3 of 38



# Power Delivery Solutions for . . .

## Utility        Oil & Gas        Industrial        Transit



## 50032-TX1 Rev 9
## Pitkin East Switchgear Replacement

**April 11, 2025**
**Gregory Smith**
Gregory.Smith@colostate.edu

**Prepared For:**

**CSU**

Prepared By:  Donald Norris / 713.644.8182 / dnorris@mielectric.com

## The Myers Power Products Family of Companies









## Empowering Energy Since 1946



Exhibit 3 to Declaration of Robert Jaros
Page 4 of 38



## Commercial Summary

**Base Price includes the following equipment & services**        $  1,503,042USD

- Climate Controlled, 41' x 15' x 10'h ID Power Distribution Center
- HVAC System with no Redundancy
- Smoke Detectors with alarm contacts
- 48VDC Battery System
- Medium Voltage Metal-Clad Switchgear
- Training
- Field Services – Offloading and Installation Supervision only.
- Engineering, Design, Project Management, O&M Manuals, and Technical Literature

**Optional Adders:**

| | | |
|---|---|---|
| Circuit Breaker Elements for Future and Cap Bank feeder | $ | 29,674 USD |
| State Certification | $ | 64,299 USD |

*Bonds of any type are not included in our proposal unless specifically noted above.*

*Sales Tax is Not Included and shall be borne by Buyer if applicable*

**Estimated Freight Pricing as follows:**

- Estimated as FOB Destination, Freight Prepaid and Charge per Domestic Terms.
- Offloading, craneage, traffic control etc. is not included.
- Fuel Prices are subject to change based on time of shipment.
- Delivery is based on **Free and clear unfettered access by common carrier and any/all necessary traffic control to be secured by the customer.  Freight charges in excess of this estimate below shall be borne by Buyer; surcharges and excess charges beyond the control of Supplier shall be borne by Buyer.**

**Freight to (Fort Collins, CO) estimated at**            **$56,250 USD (Included in above Price)**

**Bid Validity**
30 Days

**Estimated Delivery**
*Standard Lead Times:*
Approval Drawings* 16-20 weeks ARO
Customer Approval: 2 weeks
Estimated Delivery 52-56 weeks ARAD

*Actual lead times may vary based on factory loading at time of order*

*\* Initial submittals shall be based solely on the scope of work provided at time of quotation; no Request For Information (RFI) or revised drawings will be accepted, reviewed or considered during the initial submittal process. Any RFI's, updated drawings or change orders will ONLY be considered after initial approval of submittals based on those provided at time of quotation.*

**MYERS**
*Power Products, Inc.*

## Progress Payments (payable per unit)

| | | |
|---|---|---|
| 1) | 15% | Upon Submission of Submittals |
| 2) | 15% | Approval of Submittals |
| 3) | 25% | Release for Purchasing of Material |
| 4) | 45% | Shipment Upon Receipt of CSU Written Notification of Funds Availability |
| | | (Payment Predicated on Photographic Evidence from Myers of Equipment Ready to Ship) |

## Terms of Payment

Net 30 Days - Progress Payment Terms Apply – Pending Credit Verification; No Retentions Allowed; No Cash / Early Pay Discounts

## Purchase Order

Purchase Order shall be addressed to Myers Power Products, Inc.

## Factory Location

Myers Power Products has three (3) factory locations (Ontario, CA, Beaumont, TX, North Canton, OH) Final Factory location will be determined at time of PO which will be based on current shop loadings from each facility.

## Customer Inspection and Factory Acceptance Testing

- Customer inspection and Factory FAT of equipment at Myers Power Products, Inc. is included in the quoted base price.

## Escalation - Material, Delay & Storage

**Escalation:** All orders are subject to potential escalation ordered after the expiration of this quotation or; if shipped later than originally quoted or; in the event of force majeure or unforeseen market pressures caused by delays in the supply chain or; delays in the shipping schedule requested or caused by customer or customers end-user or; due to events otherwise outside of the control of supplier.

**Customer Delay:** Should customer place a purchase order on hold, or delay any critical path item (e.g. drawing approval, owner furnished equipment arrival, acceptance testing delay, shipment, etc.), price escalation may apply, as determined by the company at the time of delay and/or release from hold.

**Storage:** Should storage be required and unless included in the above quoted scope of work, storage costs shall be based on space availability and on the full purchase order value including all change orders; customer shall be required to insure such equipment while in storage and customer shall name Supplier (Myers) as an additional insured and shall provide proof thereof while in storage; Customer shall be required to pay for all equipment in full as if supplied to the job site after 30 days of storage; storage fees shall be in addition to and are not included in sell price.

Pricing and delivery detailed in this proposal is based on current costs and lead times for the quoted scope of work and pursuant only to the quoted scope. Pricing and lead times for all future orders (including options quoted in this proposal, but not selected at time of order) may increase after the expiration date of this proposal; lead times shall be adjusted to factory loading at time of receipt of order.

## Documentation Control

Shall be per Myers standard procedures and protocols unless specified otherwise herein.

Exhibit 3 to Declaration of Robert Jaros
Page 6 of 38



## Project Documentation

Myers Power Products, Inc. standard engineering documentation includes the following where applicable:

General:
- – Equipment Data Sheets
- – Bill of Materials and nameplate information
- – Recommended Startup and Spare parts

Mechanical:
- – Plan, arrangement, front and sectional views
- – Equipment weight and anchoring locations
- – Center of gravity and lifting details for E-Houses/PDC's

Electrical:
- – Single line and three-line diagrams
- – Protection and relay control schematics for electrically operated devices
- – AC/DC distribution and equipment utility diagrams (space heater circuits, lighting, small power, etc)
- – Wiring Diagrams
- – Panel and cable schedules

## Warranty Period

Extended warranty 18 months after delivery. Myers Power Products, Inc. standard terms and conditions of sale shall apply.

## LD's / Backcharges

Myers Power Products, Inc. does not accept any Liquidated Damages or Back Charges

## For FBO Equipment (Furnished by others)

Myers Power Products, Inc. is to be provided a current Certificate of Insurance and shown as additional insured prior to our company receiving any/all customer furnished material. The Certificate of Insurance is due two (2) weeks after order placement; however, prior to our receipt of FBO (furnished by others) material. If FBO material is shipped to Myers prior to our receipt of the Certificate of Insurance showing Myers Power Products, Inc. as additional insured, the material will be turned away at the dock.

## Other Terms and Conditions

Unless otherwise noted, Myers Power Products, Inc. standard Terms & Conditions or those applicable to a signed and active Master Service Agreement (MSA) apply to the scope of work outlined in this proposal, including equipment, services, pricing, availability, etc. If additional Terms & Conditions are required, the company reserves the right to update any or all aspects of the proposed scope of work.



## General Purpose Power Distribution Center

Configuration Details

| Nominal Dimensions | Ft. | In. |
|---|---|---|
| Length | 41 | 0 |
| Width | 15 | 0 |
| Ceiling Height | 10 | 0 |

| Nominal Overall Exterior Dimensions | Ft. | In. |
|---|---|---|
| Length | 41 | 0 |
| Width | 15 | 0 |
| Height | 12 | 3 |
| SQFT | 615.0 | |
| Estimated Empty Weight | 53,177 | lbs. |
| Estimated Equipment Weight | 41,085 | lbs. |
| Estimated Total Weight | 94,262 | lbs. |

Design Information

| | |
|---|---|
| Location | North America |
| Elevation | > 3200 ft. |
| Installation | Concrete Slab |
| Area Classification | General Purpose Non-Hazardous |
| Roof Load - IBC (Latest Revision) in psf | 35 |
| Ceiling Load - IBC (Latest Revision) in psf | 20 |
| Floor Loading - DL + LL in psf | 250 |
| Wind Load - IBC (Latest Revision) in mph, Exp C min | 125 |
| Seismic | Per applicable IBC Code |
| Base Deflection | L/240 |
| Roof Slope | Center Peak Roof 1/4 inch per foot slope |
| Estimated Interior Heat Load (Watts) | 13,283 |
| Construction Type | Interlocking - Onshore |

Engineering / Calculation Requirements

| Standard drawing package which includes the following: |
|---|
| Elevation Views |
| Base Detail |
| Floor Plan View |
| Electrical Plan View |
| Cable Tray Plan View |
| HVAC Details |
| AC Electrical Details |
| DC Electrical Details |
| Miscellaneous Details |
| Floor Cutout Detail |
| Grounding Plan View |



| Lift Lug Detail | yes |
|---|---|
| Structural PE Calculations & Drawings | yes |
| Electrical PE Stamped Drawings | no |
| Center of Gravity Design Calculations | yes |
| Foundation Load Chart | yes |
| Anchoring Calculations | no |

Inspections
     Water Test                            no
     Welding Inspection             no
     NRTL / UL Label              none

HVAC Design Information
     Exterior Design Temperatures     105     ° F (Summer)
                                      -30     ° F (Winter)
     Interior Design Temperatures     80      ° F (Max)
                                      55      ° F (Min)
     HVAC Redundancy            none

Construction
     Perimeter channels           MC12 x 35.0     Structural "C" ASTM-36
     Cross Beam                 C10 x 15.30     Structural "C" ASTM-36
     Flat Bar                   As Required
     Pre-Galvanized Structural Steel Upgrade     no
     Floor Plate                0.25      in. hot rolled steel plate
     Lift Lugs                  Yes

Material - Walls, Ceiling & Roof
     A60 Galvanneal Sheet Metal     11 gauge     Exterior Walls
     A60 Galvanneal Sheet Metal     14 gauge     Interior Liners
     A60 Galvanneal Sheet Metal     11 gauge     Roof
     A60 Galvanneal Sheet Metal     14 gauge     Ceiling
     A60 Galvanneal Sheet Metal     14 gauge     Interior partition Wall
     Interior Partition Wall           3.75     ft.

Finish
Paint Colors
     Skid-Floor                 Customer Choice
     Skid-Base                Customer Choice
     Exterior Walls             Customer Choice
     Exterior Roof             Customer Choice
     Interior Liners and Ceiling     White
     HVAC Units               MFG Standard

50032-TX1 CSU – Pitkin East Switchgear Replacement | Rev. #9– April 11, 2025     5
Exhibit 3 to Declaration of Robert Jaros
Page 9 of 38



**Insulation**

| Location | Type | Rating |
|---|---|---|
| Walls (Cavity) | Rigid Board, flame spread less than 25 | R-26.2 |
| Roof (Cavity) | Rigid Board, flame spread less than 25 | R-30 |
| Floor | Spray Foam, flame spread less than 25 | R-38 w/1/2" gypsum board |

Electrical Design Parameters

| Interior Conduit Type | EMT |
|---|---|
| Exterior Conduit Type | RGS |
| Wire Type | THHN (B/W/G) |
| Perimeter Internal Wireway (6"x 6") | yes |
| Perimeter Ground Bus (1/4" x 2" Copper Bar) | 1/4x2 Bare Copper Bar Ground Loop mounted on wall just above the floor |
| Lighting Level - @ 3' Above Floor (Foot Candles) | 30 |
| Interior Lighting Fixture Type | LED |

Accessories

| Belly Pans | no |
|---|---|
| Cable Tray | no |
| Gutters & Downspouts | no |

**Personnel / Equipment Doors**

2        4080 DOOR KIT GALVANIZED
- UL or NRTL Listed, 3 Hour Fire Rating
- DKS 1654   4080 16GA GALVANIZED DOOR
- CUSTOM 4080 14GA GALVANIZED FRAME WITH 12" TRANSOM
- CR801 ALUM CLOSER
- SH140US32D SPRING HINGE
- BB31-4.5X4.5US32D HINGE
- 9800EO36US32D RIM EXIT
- NESC9800US26D ESCUTHEON TRIM
- 806 DOOR SWEEP

Rear Access Doors

14        Equipment Doors

Door Accessories

2        Door Window 12"x 12"  (View Area)
- Window Frame Kit 12"x12"

Cutouts

20        Floor cutouts with 12 Gauge Galvanized Cover plate
2        HVAC Wall cutout
1        Exhaust Fan Wall cutout

**MYERS**
**Power Products, Inc.**

Grounding

| | |
|---|---|
| 1 | 1/4x2 Bare Copper Bar Ground Loop 3" mounted on wall just above the floor |
| 4 | SS ground pad |
| 9 | Ground Drops from Ground Loop to Small Equipment |
| | • Ground Circuit (Sized as required ≤ #8) Copper Wire |
| 2 | Ground Drops from Ground Loop to Large Equipment |
| | • Ground Circuit 4/0 Bare Copper Cable |
| 2 | Ground Drops from Ground Loop to Ground Pads |
| | • Ground Circuit 4/0 Bare Copper Cable |

Equipment Installation Only

| | |
|---|---|
| 12 | Sections, 15kV Switchgear |
| 1 | MV Breaker Test Cabinet |
| 1 | Battery System (Battery Rack, Charger, Disconnect) |

***Batteries will ship directly to jobsite from battery manufacturer facility and installed by others***

Interior Lighting

| | |
|---|---|
| 5 | Premium LED Wraparound Fixture, 48", 4000 Lumen, 120V, 4000K    Metalux #4WSNLED-LD4-40SL-F-UNV-L840-CD-U |
| | 72   3/4 in dia. EMT Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |
| 2 | Combination Emergency Light / Exit Sign    Sure-lite # LPX70RWH-DH |
| | 20   3/4 in dia. EMT Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |

Switches & Receptacles

| | |
|---|---|
| 3 | 1-way switch NEMA 5-20R, 20 amp, 125v, spec grade  Leviton # 1201-I |
| | 30   3/4 in dia. EMT Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |
| 2 | 3-way switch NEMA 5-20R, 20 amp, 125v, spec grade  Leviton # 1203-I |
| | 20   3/4 in dia. EMT Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |
| 4 | GFCI duplex receptacle, NEMA 5-20R, 20 amp, 125v, spec grade    Leviton # 7899-R |
| | 40   3/4 in dia. EMT Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |
| 2 | Outdoor GFI duplex receptacle, NEMA 5-20R, 20 amp, 125VAC |
| | 20   3/4 in dia. RGS Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |

Exterior Lighting

| | |
|---|---|
| 2 | 20W, 120V, LED - Outdoor Fixture    Lumark |
| | • With Internal Photocell |
| | 20   3/4 in dia. RGS Conduit (FT) |
| | 1   #12 awg THWN-THHN Power Circuit |

Exhibit 3 to Declaration of Robert Jaros
Page 11 of 38

**MYERS**
**Power Products, Inc.**

## Automatic Transfer Switches

1      CH Automatic Transfer Switch
       Wall Mount, Open type, Switched neutral.
       200A, 120/240V, 1PH, 3W, 3P, 60HZ.
       With standard features: 1, 2, 3, 4, 5j, 6b, 7, 12c, 12d, 12g, 12h, 14l,
       14m, 15e, 15f, 23a, 26p, 32f, 42
       DEV. ATS
       20     2 in dia. EMT Conduit (FT)
       2      4/0 awg THWN-THHN Power Circuit

## AC Panelboards

1      CH Panelboard
       AC Panel Board Type 1 Surface Mount, 30 Circuits
       225A, 120/240VAC, 1PH, 3W, 10KAIC
       1 - 200A/2P ED Main breaker at top
       2 - 90A/2P BAB Branch breaker
       2 - 35A/2P BAB Branch breaker
       2 - 30A/2P BAB Branch breaker
       4 - 30A/1P BAB Branch breaker
       2 - 20A/2P BAB Branch breaker
       10 - 20A/1P BAB Branch breaker
       BOX: 42"H x 20"W x 5.75"D
       10     2 in dia. EMT Conduit (FT)
       1      4/0 awg THWN-THHN Power Circuit

## DC Panelboards

1      Ch Panelboard
       DC Panelboard Type 1 Surface mount, 42 Circuits
       225A, 125V Operated @48VDC, 2W, 10KAIC
       1 - 200A/2P FD Main breaker at top
       1 - 80A/2P GHB Branch breaker
       0 - 70A/2P GHB Branch breaker
       1 - 50A/2P GHB Branch breaker
       13 - 30A/2P GHB Branch breaker
       3 - 20A/2P GHB Branch breaker
       6 - 1P GHB Branch provision
       BOX: TBD
       10     1 in dia. EMT Conduit (FT)
       1      #2 awg THWN-THHN Power Circuit



**HVAC Units**

2        Bard 4 ton, 208/230/1/60, 10kW heat
         Each unit shall consist of the following features:
         A)    Built in disconnect switch
         B)    (9kW Heat for 6 ton and smaller) (15kW Heat for 7.5 ton and larger)
         C)    High pressure switch
         D)    Low pressure switch
         E)    Compressor anti-short cycle timer
         F)    Fan cycle switch for low ambient to 20° F
         G)    Set of NO contacts for customer alarm
         H)    Phase monitor for three phase units
         I)    Copper tube, Aluminum fins on both coils
         J)    2" Pleated Filter
         K)    Brushed aluminum supply air register
         L)    Brushed aluminum return air filter grille
         M)    Electronic auto changeover thermostat
         20    3/4 in dia. EMT Conduit (FT)
         2     #6 awg THWN-THHN Power Circuit
2        External Disconnect
         20    3/4 in dia. EMT Conduit (FT)
         2     #8 awg THWN-THHN Power Circuit

**Exhaust Fans**

1        10" Shutter Mount Exhaust Fan                          Dayton  1HLA1
         • 600cfm @ 0.0 SP
         10    3/4 in dia. EMT Conduit (FT)
         1     #10 awg THWN-THHN Power Circuit

**Fire Detection**

2        Photoelectric Detector with alarm contacts             Gentex  9123TF
         20    3/4 in dia. EMT Conduit (FT)
1        Indoor Horn/Strobe                                     Notifier  P2R
         10    3/4 in dia. EMT Conduit (FT)
         2     #12 awg THWN-THHN Power Circuit
2        20 lb. CO2 Handheld Fire Extinguisher                  Ansul   431556 aluminum

**Control Wiring**                                             Destination
13       #14-2 cond. Type TC cable                             Estimated control terminations

**Interconnect Power Wiring (Single Cond.) - (Conduit)**      Destination
2        #12 awg THWN-THHN Power Circuit                       FROM SWGR TO METER SOCKETS
         20    3/4 in dia. EMT Conduit (FT)
1        #10 awg THWN-THHN Power Circuit                       FROM AC PNL TO BATTERY CHARGER
         10    3/4 in dia. EMT Conduit (FT)
1        1/0 awg THWN-THHN Power Circuit                       FROM DC PNL TOP BATTERIES
         10    1.25 in dia. EMT Conduit (FT)

**MYERS**
**Power Products, Inc.**

Misc.
| | |
|---|---|
| 1 | Structural PE Stamped drawings |
| 1 | Center of Gravity Design Calculations |
| 1 | Foundation Load Chart |
| 1 | 36"X24" Utility Table - Foldable |
| 1 | Gravity Fed Eyewash Station- Wall Mounted 6 gal |
| 2 | Meter Socket Form 9S |

**Myers Power Products, Inc. standard PDC FAT**

Integrated Power Distribution Center
Physical Inspection
• Verify all equipment is installed per project documentation.
• Verify all equipment has proper nameplates.
• Verify cutouts match plans and that wire ways are acceptable.
• Verify gutters and cable trays are properly installed.
• Verify that all equipment is properly grounded and building ground bus and pads are installed correctly.
• Verify internal PDC power connections are installed correctly per drawings (conductor size, routing, labeling, and termination).
• Review insulation resistance and/or voltage withstand test reports for power cabling.
• Apply voltage to equipment and perform a functional test on each piece of equipment provided.
• Provide a continuity check on Myers Power Products, Inc. provided cables
• **Owner furnished equipment (OFE) and/or vender supplied equipment shall not be energized during standard FAT.

Building Utilities and Subsystems
HVAC
• Verify that HVAC is the proper size and nameplate information per project documentation.
• Verify that power conductors and control circuit and are terminated correctly.
• Verify HVAC operation.

Lighting and Receptacles
• Verify that all receptacles operate and are connected to the proper circuits.
• Verify all interior lights and switches operate and are connected to the proper circuits.
• Verify all emergency lights operate and are connected to the proper circuits.
• Verify all exterior lights operate and are connected to the proper circuits.
• Verify photo detector(s) and building lighting contactor box operate and are connected to the proper circuits.

Panel boards
• Verify that the correct breakers are present and are sized per project documentation.
• Verify wiring is sized correctly.
• Verify panel schedule is installed and correct.
• Verify panel terminations.

Exhibit 3 to Declaration of Robert Jaros
Page 14 of 38



- Verify branch circuits are operational.
- Verify transformer(s) are the proper size and nameplate information per project documentation.

UPS and DC Power Systems (If applicable)
- Verify that the correct breakers are present and are sized per project documentation.
- Verify wiring is sized correctly.
- Verify UPS and DC system topology.
- Verify that battery charger input voltage and output voltage when applicable.

Communications (If applicable)
- Verify connectivity of communication network.
- *Verify data transfer across communication network.



# Medium Voltage Metal-Clad Switchgear (5-27KV)

1.0    SCOPE

This scope of supply includes the basic design and functional features for medium voltage metal-clad switchgear with vacuum circuit breakers as outlined herein and as further described in accompanying sections of this proposal.

2.0    STANDARDS/REFERENCES

The metal-clad switchgear and all components shall be manufactured and tested in accordance with the latest applicable standards of NEMA SG-4 and SG-5, and IEEE C37.20.2.

3.0    GENERAL DESIGN FEATURES/RATINGS

The switchgear shall have a voltage rating of 15KV with breakers and auxiliary compartments are described in the bill of materials of this proposal. The switchgear is supplied in one high and two high configurations with indoor sections that are typically 95" x 36" wide. Depth of the equipment is adjusted to the application. End dress panels are provided on each end of the lineup. The switchgear is designed for operation on a 13,200V, three phase, three wire, 60 hertz system. The circuit breakers are designed with vacuum technology and incorporate a spring-operated mechanism.

Switchgear Ratings

| | |
|---|---|
| Rated Maximum Voltage | 15KV |
| Operating Voltage | 13,200V |
| Main Bus Continuous Rating | 1200 Amps |
| Basic Impulse Level | 95KV BIL |
| Control Bus AC/DC Voltage (nominal) | 48VDC |
| Circuit Breaker Continuous Rating | 1200 Amps |
| Circuit Breaker Interrupting | 25KA |
| Breaker Interrupting Time | 3 cycles. |

Temperature rise of the switchgear will meet the intent of latest revisions of ANSI C37.20.2 for metal clad switchgear.

4.0    BILL OF MATERIALS

### Pitkin East Medium Voltage Switchgear - 13.2kV - 1200A - 25Ka

**Unit No. 1 - Future Capacitor Bank Feeder/Data Line Compartment**

| | |
|---|---|
| 0 | Eaton VCP-WC Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers |

**MYERS**
*Power Products, Inc.*

| | |
|---|---|
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

**Unit No. 2 - Future City Line Incomer**

| | |
|---|---|
| 0 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 1 | Voltage Transformer Drawout Tray w/porcelain supports |
| 3 | Voltage Transformers |
| 3 | Current Transformers - Relaying Class |
| 3 | Current Transformers - Metering Class |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Device 86 Lockout Relay |
| 1 | Device 86 Healthy Circuit Light |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Set, power cabling and supports for VT auxiliary |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

**Unit No. 3 - Feeder E and Control Power Transformer Auxiliary**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 1 | Control Power Transformer Primary Fuse Drawout Tray with porcelain supports |
| 2 | Control Power Transformer Primary Fuses |
| 1 | Control Power Transformer, 37.5kVA, single phase, 13200V-120/240VAC |

**MYERS**
*Power Products, Inc.*

| | |
|---|---|
| 1 | Control Power Transformer Secondary Breaker |
| 1 | Control Power Transformer Key Interlock |
| 3 | Current Transformers - Relaying Class |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Set, power cabling and supports for CPT auxiliary |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |
| 1 | CPT Indicating Light |

**Unit No. 4 - North Tie Feeder**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

**Unit No. 5 - Future Feeder**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |

**MYERS**
*Power Products, Inc.*

| | |
|---|---|
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

**Unit No. 6 - Bus Tie**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers - Relaying Class |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 4 | ABB Test Switch |
| 2 | Device 86 Lockout Relay |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |
| 1 | Remote Automation Controller, Schweitzer SEL-3530 |

**Unit No. 7 - Feeder C**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |

**MYERS**
**Power Products, Inc.**

1   Cabinet Thermostat
1   Cabinet Interior Light and Switch
1   Cabinet Duplex Outlet

**Unit No. 8 - South Tie Feeder**
1   Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle
1   Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports
1   Eaton VCP-W MOC and TOC Switch
3   Current Transformers
1   Schweitzer SEL-751A relay
1   Circuit Breaker Control Switch
2   Circuit Breaker Status Lights
2   ABB Test Switch
1   Set, arc flash detection fiber optic and/or point sensors
3   Station Class Lightning Arrestors
1   Section, indoor, metal-clad vertical housing
1   Section, 1200A main copper silverplated insulated buswork
1   Set, bus components for 1200A breaker compartment
1   Cabinet Space Heater
1   Cabinet Thermostat
1   Cabinet Interior Light and Switch
1   Cabinet Duplex Outlet

**Unit No. 9 - Feeder G and Control Power Transformer Auxiliary**
1   Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle
1   Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports
1   Eaton VCP-W MOC and TOC Switch
1   Control Power Transformer Primary Fuse Drawout Tray with porcelain supports
2   Control Power Transformer Primary Fuses
1   Control Power Transformer, 37.5kVA, single phase, 13200V-120/240VAC
1   Control Power Transformer Secondary Breaker
1   Control Power Transformer Key Interlock
3   Current Transformers - Relaying Class
1   Schweitzer SEL-751A relay
1   Circuit Breaker Control Switch
2   Circuit Breaker Status Lights
2   ABB Test Switch
1   Set, arc flash detection fiber optic and/or point sensors
3   Station Class Lightning Arrestors
1   Section, indoor, metal-clad vertical housing
1   Section, 1200A main copper silverplated insulated buswork
1   Set, bus components for 1200A breaker compartment
1   Set, power cabling and supports for CPT auxiliary
1   Cabinet Space Heater
1   Cabinet Thermostat
1   Cabinet Interior Light and Switch

Exhibit 3 to Declaration of Robert Jaros
Page 20 of 38

**MYERS**
**Power Products, Inc.**

| | |
|---|---|
| 1 | Cabinet Duplex Outlet |
| 1 | CPT Indicating Light |

**Unit No. 10 - Future Feeder**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

**Unit No. 11 - City Line Incomer**

| | |
|---|---|
| 1 | Eaton VCP-W Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 1 | Voltage Transformer Drawout Tray with porcelain supports |
| 3 | Voltage Transformers |
| 3 | Current Transformers - Relaying Class |
| 3 | Current Transformers - Metering Class |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Device 86 Lockout Relay |
| 1 | Device 86 Healthy Circuit Light |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor, metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Set, power cabling and supports for VT auxiliary |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

Exhibit 3 to Declaration of Robert Jaros
Page 21 of 38

**MYERS**
**Power Products, Inc.**

### Unit No. 12 - Capacitor Bank Feeder

| | |
|---|---|
| 1 | Eaton VCP-WC Breaker Element, 15kV 1200A 25kA 3 cycle |
| 1 | Eaton VCP-W Breaker Compartment Kit, 1200A, with polyester supports |
| 1 | Eaton VCP-W MOC and TOC Switch |
| 3 | Current Transformers |
| 1 | Schweitzer SEL-751A relay |
| 1 | Circuit Breaker Control Switch |
| 2 | Circuit Breaker Status Lights |
| 2 | ABB Test Switch |
| 1 | Set, arc flash detection fiber optic and/or point sensors |
| 3 | Station Class Lightning Arrestors |
| 1 | Section, indoor metal-clad vertical housing |
| 1 | Section, 1200A main copper silverplated insulated buswork |
| 1 | Set, bus components for 1200A breaker compartment |
| 1 | Cabinet Space Heater |
| 1 | Cabinet Thermostat |
| 1 | Cabinet Interior Light and Switch |
| 1 | Cabinet Duplex Outlet |

### System Components

| | |
|---|---|
| 1 | Set, circuit breaker standard accessories |
| 1 | Circuit breaker lift truck and lifting yoke |
| 1 | Pendant style remote breaker control station |
| 12 | Door-mounted receptacle to accept breaker remote control station umbilical |
| 1 | Circuit breaker test cabinet |
| 1 | Circuit breaker test jumper |
| 1 | Circuit breaker electrical levering-in device |
| 2 | Test Plug |

## 5.0 FACTORY TESTING

5.1 The control circuits shall be tested at the normal voltage per ANSI and IEEE standards as applicable.

NOTE: There will be no medium voltage applied and the testing will be conducted in the low voltage test area.

## 6.0 ENGINEERING DATA PROVIDED

Myers Power Products, Inc. standard engineering document packages depict the equipment as specified and ordered. Standard drawing packages from Myers Power Products, Inc. shall be provided.

Exhibit 3 to Declaration of Robert Jaros
Page 22 of 38



## 48VDC Battery System

1)    GNB Absolyte GP Series 20 Year VRLA Lead Calcium with absorbed glass matt electrolyte stabilization.

125VDC 20 Year VRLA (AGM) Lead Calcium Station Battery sized per the below parameters:

Number of Cells: 24                         Minimum Temperature: 77 °F
Number of Jars: 24                          Design Margin: 1.10
Final volts per cell: 1.75 vpc (average)      Aging Factor: 1.25
Parallel Strings: 1

Profile: Step Load
Step 1: 198.5 amps for 1 minutes
Step 2: 6.5 amps for 478 minutes
Step 3: 198.5 amps for 1 minutes
Random Amp: N/A
Random Time: N/A
Total Time: 480 minutes
AH Removed: 58.40

Battery:
Model: 90G-09

Specific Gravity: 1.300
C8 Rating to 1.75ECV @ 77f: 344Ah
C8 Rating to 1.75ECV @ 77f: 36.12Ah
% of Requirement: 126.26%

Number of Cells: 24
Number of Jars: 24
Number of Plates: 9

System Weight: 1584 bs.
System Number: 1 Stack | 4 High

System Dimensions:
Length 26.19 in
Width 23.56 in
Height 34.12 in

Battery String Information:
Float vDC: 54.24 vDC Nominal Float (2.26vDC per cell)
Max vDC: 56.4.8 vDC Nominal Equalize (Equalize not recommended for VRLA product)

Electolyte Volume
Per cell: 1.01 gal

Exhibit 3 to Declaration of Robert Jaros
Page 23 of 38



Per string: 24.24 gal. (24 cells in the string)

Heat Generation@ 6.5-amp discharge:
Discharge: 187 Watts/hr/string
Float: 5 Watts/hr

Hydrogen Evolution:
at Volts per Cell: 2.25
at Temperature: 77.00 °F
Per String: 0.0006 cu. Ft. per hour (24 cells in the string)

Cell Resistance & Short Circuit:
Short Circuit Current: 2594 max. amps. Maximum calculated Short Circuit Current in Amperes
Cell Resistance: 0.000771 ohms. Resistance expressed in ohms, for Cell + 1 Connector.
Optional Jar: Flame retardant, UL94 V-0/28% L.O.I.
Safety Vent: Safety valve consisting of a pressure release vent and flame arrester. 3-10 psi opening
pressure, self-resealing.
Terminals: Solid copper insert

2)      Spill Containment System:
Enviroguard Hawk System – HWK-27-30
Length 30 in.
Width 27 in.
Weight 29 lbs

3)      Primax P4600 Series 1Φ Charger
120v 1Ph input | 48VDC 20-amp output | Single Charger Configuration

Charger capacity calculations: 1.1 X 58.4Ah removed/8 hr. recharge + 6.5 amps continuous  = 14.53 amps.
Use 20-amp charger.

Model: P4600T-1-125-20   (T designates Battery Eliminator Filtration)
Input=120 Volts +10/-12%, 1 Phase, 60 Hertz, 19 A
Output voltage=48 VDC Nominal:    Min VDC: 5.76    Max VDC: 57.6
Output current=20 Amp Nominal:    Min IDC: 0    Max IDC: 20
Input circuit breaker=30A - 120V ac - 10KA IC
Output circuit breaker=25A - 48V dc - 10KA IC
CABINET = 50-ARM 350-1, 30Hx17Wx12D (in) 762Hx431.8Wx304.8D (mm) 16GA/1.5mm STEEL, GREY ANSI
61 NEMA1,  IP20,Weight 100lbs/45kg

Dimensions and Weight Single Charger
Height 30 in
Width 17 in
Depth 12 in
Weight 161 lbs
Floor Mount | top cable entry



Heat Loss 563 Btu/Hr. or .16 kW at 100% charger capacity
Input Amps required @ 120V – 19 amps.



## Field Service

Scope:                      Offloading and Assembly Supervision only

Number of Techs:     1 tech to supervise for 2 days.

## Training

Scope:                      Will provide personnel & equipment to perform (1) day of on-site training


**Power Products, Inc.**

## Clarifications, Comments, and Exceptions

NOTE:  THE FOLLOWING CLARIFICATIONS, COMMENTS AND EXCEPTIONS MUST BE ACKNOWLEDGED AND RESOLVED IN WRITING PRIOR TO ANY PROJECT AWARD.

<u>Rev.9:</u>
1.   Price Adjustment Update.
2.   *Due to the recent increase in Tariffs, prices are subject to change for new and existing orders, if applicable. There may also be impacts to the supply chain for raw material and components, which may further impact our ability to ship orders in a timely manner. Myers Power Products, Inc. will do everything in our power to maintain the best pricing and shipment schedules pursuant to Market conditions during these uncertain times*

<u>Rev. 8:</u>
1.   Price Refresh Update.

<u>Rev. 7:</u>
1.   Price Refresh and Progress Payment Changes. No changes to the BOM have been made.

<u>Rev. 6:</u>
1.   Price Refresh only. No changes to the BOM have been made.

<u>Rev. 5:</u>
1.   Price Refresh only. No changes to the BOM have been made.

<u>Rev. 4:</u>
1.   Per Teams meeting on 7/12/23, the following changes have been made:
     o   MV Switchgear quoted identical to lineup previously sold Except for the sections for the Future and Cap Bank feeder sections that are offered as prepared spaces.
     o   Future and Cap Bank feeder breakers are offered as an adder.
     o   Some changes were made to PDC to match previously sold one.
     o   State Certification was not required on previous order but has been provided this time as an optional adder if needed.
     o   Field testing has been removed.
2.   Note that HVAC units will be shipped separately and will require field installation by others.

Rev. 3:
1.   Per Invitation to Negotiate #ITN-2023-066-GS and Section 26 13 13P dated 4.6.2023, the following changes have been made:
     o   Per 2.2.C.2: Doors changed to 4070 (48"x 84").
     o   Per 2.2.D.4: An indoor horn/strobe has been included.
     o   Per 2.2.D.3: 2 3-way switches for emergency lighting have been included.
     o   Per 2.2.D.5: An additional switch to control photocell has been added.
     o   A preliminary schedule has been added. Note that an award date has not been provided. Myers has assumed start date.  Actual lead times may vary based on factory loading at the time of order.

Exhibit 3 to Declaration of Robert Jaros
Page 27 of 38

**MYERS**
*Power Products, Inc.*

Rev. 2:

1. The following changes were made based on previous PDC and switchgear sold to CSU.
   o Switchgear quoted as 1-high breaker sections.
   o Battery Section in switchgear has been removed. Batteries housed in the PDC battery compartment.
   o PDC dimensions resized per dimensions provided.


**Power Products, Inc.**

Rev. 1:

1.  As requested in email dated 2/27/23, the following changes have been made:
    - PDC resized per specifications.
    - Switchgear lineup changed to a 2-high configuration.
2.  Independent Services Contract: If we are awarded the contract and services are required, we will negotiate those terms at that time.

Rev. 0:

Power Distribution Center (PDC)

1.  Reference Specification Section 26 13 13P dated 12.7.2022.
    a.  Par. 1.8.B: O&M Manuals submitted 30 days after shipment in digital form.
    b.  Par. 2.2.B.1: Insulation per BOM.
    c.  Par. 2.3.A: Rear section of the SWGR is of welded design. The front section of the Switchgear is of bolted design.
    d.  Par. 2.18: Exception taken to heat pump. Myers is offering a variable capacity air conditioner with electric strip heat. Units are rated to operate from -40ºF to +131ºF.
2.  UL listed/labeled components will be supplied where possible.  No 3rd Party Certifications are included in base price.
3.  All Power Distribution Center load weights and dimensions are approximations for quotation purposes only.  Actual load weights and dimensions must be verified by structural calculations.
4.  Control and Power wiring is included as detailed in our proposal. Additional circuits can be provided upon receipt of detailed information for an additional cost.
5.  If required, an equipment interconnect wiring/cable list will be produced for subsequent use in the field. In the event of interfacing with customer equipment (whether internally installed CFEs or interfaces with external equipment), all pertinent information for such interfaces must be provided by the customer in the form of either customer provided wiring diagrams or wiring/cable schedules. The information to be included shall include source, destination, terminal#, wire/cable size, wire/cable type, and tagging requirements.  If the information provided is not complete prior to release to manufacturing an adder will be provided to account for additional engineering resources to help determine the correct interconnect requirements.
6.  If structural PE calculations are included in our proposal, please note the following: Preliminary calculations are provided for the approval process. Calculations sealed by the P.E. will be furnished after customer's final approval and release for construction. Any changes to the PEC affecting layout or design will result in added cost.
7.  Customer Furnished Equipment (CFE): All CFE will be addressed during the project kickoff along with a schedule and letter submitted for due dates. At that time, all information (Drawings, Dimensions, Heat/Loss, Interconnect, Storage Requirements) regarding any CFE being issued by purchaser, to be installed by Myers Power Products, Inc. is required. If any information related to CFE is received after the release to manufacturing, Myers Power Products, Inc. has the right to place the project on hold, review the supplied information and issue a schedule revision and/or change order for incorporation of the delinquent information if capacity allows. Similarly, if the information required to properly install, wire, interconnect or test the CFE is not provided in a clear concise manner thereby requiring additional time to extract, extrapolate or coordinate with external parties to obtain relevant, applicable and pertinent information, Myers Power Products, Inc. reserves the right to issue a schedule revision and/or change order for such additional time. All CFE needs to be labeled and sent per instructions. If

**MYERS**
***Power Products, Inc.***

shipments cannot be identified at Myers Power Products, Inc. receiving department, all trucks will be rerouted back to shipper until proper documentation is complete.
8. Due to hazardous cargo considerations, batteries will ship directly to the jobsite from the battery manufacturer facility for installation in the field by others. Additional cost may ensue if battery storage is required.

Medium Voltage Switchgear
1. Reference Specification Section 26 13 13P
   a. Paragraph 2.7.B. – Relays and controls are quoted to match the previous project supplied to CSU in 2018.
   b. Paragraph 2.9 – Current transformers with C800 accuracy class are not available, as these CTs are too large to fit around the circuit breaker primary bushings. C400 accuracy class CTs are quoted where only one set of CTs are required. C200 accuracy class CTs are quoted where more than one set of CTs are required, as the mounting space on the circuit breaker primary bushings limit the physical size of current transformers that can be positioned on the bushings.

Battery System
1. Battery systems sized per switchgear loads.
2. A Certified Production Test Data per NEMA PE-5 is provided. Production test data report submitted before shipment.
3. Approval drawings in PDF supplied via email.

Training:
1. Attendees will utilize the manufacturer's O&M Manuals.
2. One day, one 8hr. session is included. Any more days or sessions will incur a change order.
3. Not included are:
   - Video recording of training sessions.
   - Testing and commissioning.

General
1. Initial submittals shall be based on this quotation and the information provided at time of quotation.
2. Standard Myers Power Products, Inc. inspection and test procedures will be performed on all Myers Power Products, Inc. furnished equipment in an ISO 9001 certified facility. Myers Power Products, Inc. standard documentation package is quoted.
3. Commissioning and two-year spare parts list will be finalized after BOM acceptance.
4. Welding will be per AWS D1.1.
5. Material origins were not specified and shall be determined by Myers Power Products, Inc. and our sub-vendors.
6. Drawings shall be provided in electronic (.DWG & .PDF) format, or B-Size 11x17" prints.
7. Customer shall be responsible for any applicable taxes or fees.
8. Seller shall not be responsible for any failure to perform, or delay in performance of, its obligations resulting from the COVID-19 pandemic or any future epidemic.
9. Our proposal is based on the above bill of material. Any items, material or work, which are not specifically addressed in this quotation are not included. Changes can be provided if required for an additional cost.

Exhibit 3 to Declaration of Robert Jaros
Page 30 of 38

COLORADO STATE UNIVERSITY
GENERAL CONDITIONS
INVITATION FOR BID / DOCUMENTED QUOTE

1. This solicitation is governed by the following General Conditions and the Colorado State University Procurement Rules. Responding to this solicitation constitutes acceptance of these General Conditions. The CSU Procurement Rules, which can be viewed at http://www.purchasing.colostate.edu/pages/documents/ProcurementRules8-24-09.pdf, may differ from the State of Colorado Procurement Code and Rules. All inquiries regarding this solicitation should be directed to: Colorado State University, Office of Procurement Services, 6010 Campus Delivery, Fort Collins, CO 80523-6010; 970-491-5105.

2. The bidder agrees to comply with all applicable state and federal laws relating to discrimination and unfair employment practices.

3. The bidder certifies that prices and other terms in the Bid or Quote have been arrived at independently without consultation, communication, agreement with or knowledge of the contents of a Bid or Quote by any other competing bidder other than prices or terms gained through price lists or catalogs made available to the public by a competing bidder.

4. Bidders are expected to examine CSU provided drawings, specifications, schedule of delivery and all instructions associated with this solicitation; failure to do so will be at the bidder's risk.

5. Each bidder shall furnish all information required by the solicitation; the unit price for each item bid must be shown and a total for each item bid must be entered. In case of error in the extended price, the unit price prevails. Failure to provide requested information may result in disqualification.

6. Specifications are provided to identify the product/service required and to establish an acceptable quality level. Bids or Quotes for products/services of equal quality and usability will normally be considered unless otherwise stated in the solicitation. The University will be the sole judge in determining "equals" in regard to price, quality and performance.

7. All products shall be new and of the manufacturer's current model unless otherwise specified.

8. Intentionally omitted.

9. Colorado State University reserves the right to reject any and all Bids or Quotes and to waive formalities pursuant to the bidding, and to accept any portion of a Bid or Quote or all items bid, if deemed in the best interest of Colorado State University.

10. This Invitation for Bid or Documented Quote does not obligate the University to pay any costs incurred in the preparation or the submission of such solicitation, or to purchase or contract for materials or services from such Invitation for Bid or Documented Quote if not in the best interests of Colorado State University in the sole judgment of the University.

11. Treatment of any Confidential Information submitted in response to this solicitation will be governed by the Colorado State University Procurement Rules.

12. A contract or purchase order will be awarded to the responsive and responsible bidder whose bid, conforming to the Invitation for Bid or Documented Quote, will be most advantageous to Colorado State University, price and other factors considered. Any purchase order issued as a result of this solicitation will be governed by the CSU Purchase Order Terms and Conditions (attached to the solicitation). Any contract executed between CSU and the successful bidder must contain certain required provisions for doing business with the State of Colorado, labeled "Special Provisions" (attached to the solicitation). The Special Provisions are required by law to be contained in every state contract without modification or exception. NOTWITHSTANDING ANY OTHER PROVISION CONTAINED IN THE SOLICITATION, QUOTE OR BID, OR ANY CONTRACT DOCUMENT ARISING FROM THIS SOLICITATION, THE UNIVERSITY IS PROHIBITED BY COLORADO LAW FROM AGREEING TO "INDEMNIFY," "DEFEND," OR "HOLD THE CONTRACTOR HARMLESS" WITH RESPECT TO THIRD-PARTY CLAIMS THAT MAY BE BROUGHT AGAINST THE CONTRACTOR, WHERE PROVEN THE CONTRACTOR WAS AT FAULT. NO EXCEPTIONS TO THIS PROHIBITION ARE POSSIBLE AND ANY DOCUMENT PURPORTING TO CREATE SUCH INDEMNITY OBLIGATIONS SHALL BE REJECTED.

13. No Bid shall be withdrawn for a period of 30 days subsequent to the submission of bids without the consent of the Colorado State University, Department of Procurement and Contracting Services.

14. In its acceptance of any Bid or Quote, the University is relying on the delivery date and/or installation as material and basic to its acceptance, unless otherwise indicated. In the event of seller's failure to deliver, the University reserves the right to cancel its purchase order or contract, or any part thereof. Seller shall not be responsible for any failure to perform, or delay in performance of its obligations resulting from the COVID-19 pandemic or any future pandemic.

15. In the event any item to be sold or delivered hereunder is covered by any patent, copyright, trademark, or application therefor, the seller will indemnify and hold harmless the University from directly related, verifiable costs, expenses, and reasonable attorney's fees on account of any claims, legal actions, or judgements on account of manufacturer, sale, or use of such item in violation, infringement or the like of rights, under such patent, copyright, trademark, or application.

16. It is the responsibility of the bidder to ensure that the Bid or Quote, signed by an individual authorized to bind the bidder, arrives by the date and time and at the place indicated on the Invitation for Bid or Documented Quote. LATE BIDS WILL NOT BE ACCEPTED OR CONSIDERED. Receipt of a Documented Quote by the submission date and time is not an absolute criterion in determining responsiveness and Quotes received prior to the time of award may be considered, at the discretion of the University. The bidder is responsible for submitting its response to either an Invitation for Bid or Documented Quote as directed by the solicitation.

17. The bid or quoted price shall be exclusive of any federal, state or local taxes from which Colorado State University is exempt. Our Federal Excise Tax Exemption Certificate of Registry Number is 84-730-123K. Our Colorado State and Local Sales Tax Exemption Number is 98-02381.

Exhibit 3 to Declaration of Robert Jaros
Page 31 of 38

18. ANTI-KICKBACK ACT of 1986.  Bidder represents that they have not provided or attempted to provide any kickback to any employee or agent of Colorado State University.  All reports of possible kickbacks shall be submitted in writing to the Internal Auditing Department, Colorado State University System, Fort Collins, CO 80523-0019.  Reports may also be made by telephone to 970- 491-6176.

19. Insurance.  If required by the solicitation, the Contractor shall obtain and maintain at all times during the performance of any contract or purchase order, insurance as specified. If insurance requirements are not specified in the solicitation, the Contractor represents that at the time of acceptance of any contract or purchase order, the Contractor maintains comprehensive general liability insurance in an amount not less than $1,000,000, combined single limit; worker's compensation insurance as required by law; and automobile liability insurance for all vehicles to be used by Contractor in the performance of the specified work. Upon request, Contractor shall provide proof of such coverages. Self-insurance programs do not meet the state's or the University's insurance requirements unless the Contractor provides satisfactory evidence of a loss reserve fund of not less than the minimum coverage amount specified in the solicitation, plus excess liability coverage as appropriate to the industry; financial statements of the business; and proof of Department of Labor certification of self-insurance program for worker's compensation.

20. SMALL, WOMEN-OWNED, AND MINORITY-OWNED PARTICIPATION.  It is the policy of the University to contribute to the establishment, preservation, and strengthening of small businesses and businesses owned by women, minorities, veteran, service-disabled veterans, and disadvantaged small business concerns, and to encourage their participation in State procurement activities. The University encourages Contractors to provide for participation of these businesses through subcontracts or other contractual opportunities in connection with the performance of the contract awarded under this solicitation. Submission of a report of past efforts to utilize the goods and services of such businesses and plans for involvement on this contract are not required, but may be considered by the evaluation committee reviewing the proposals.

21. Cooperative Purchasing. It is the intent of this solicitation and any resulting Agreement to allow for cooperative purchasing. Accordingly, any public body (to include government/state agencies, political subdivisions, etc.), cooperative purchasing organizations, public or private health or educational institution, or any University related foundation may access the Agreement if authorized by the Selected Supplier(s). The Selected Supplier(s) will notify the University in writing of any participating entities who were denied access to this Agreement and why. Participation in this cooperative procurement is strictly voluntary. If authorized by the Selected Supplier(s), the Agreement may be extended to the entities indicated above to purchase goods and services in accordance with the Agreement. As a separate contractual relationship, the participating entity will place its own orders with the Selected Supplier(s) and will fully and independently administer its use of the Agreement to include contractual disputes, invoicing and payments without direct administration from the University. No modification of the Agreement or execution of a separate agreement is required to participate; however, the participating entity and the Selected Supplier(s) may modify the terms and conditions of the Agreement to accommodate specific governing laws, regulations, polices, and business goals required by the participating entity. Any such modification will apply solely between the participating entity and the Selected Supplier(s). The Selected Supplier(s) will notify the University in writing of any such entities accessing the Agreement. The Selected Supplier(s) will provide semi-annual usage reports for all entities accessing the Agreement. The University will not be held liable for any costs or damages incurred by any other participating entity as a result of any authorization by the Selected Supplier(s) to extend the Agreement. It is understood and agreed that the University is not responsible for the acts or omissions of any entity and will not be considered in default of the Agreement no matter the circumstances. Use of the Agreement does not preclude any participating entity from using other agreements or competitive processes as needed.

Exhibit 3 to Declaration of Robert Jaros
Page 32 of 38

SPECIFIC FOR MYERS POWER PRODUCTS

PURCHASE ORDER TERMS AND CONDITIONS

**FOR PURCHASE OF GOODS**

1. This Purchase Order constitutes the entire contract between the Board of Governors of the Colorado State University System, acting by and through Colorado State University or Colorado State University-Pueblo (both Institutions referred to hereafter as "University"), and the named Vendor. The terms and conditions set forth herein may not be altered, deleted or added to without the express written consent of the University. Any terms and conditions contained in any attachment or other extraneous document shall be null and void unless expressly accepted by the University. Commencement of performance by Vendor constitutes agreement to the terms and conditions set forth herein regardless of whether or not Vendor has countersigned this Purchase Order.

2. Payment: To ensure prompt payment, mail invoices in duplicate for each shipment.  Invoices not mailed as directed may delay payment or become lost.  Reference the purchase order number on the invoice(s) and mail invoice(s) to the appropriate institution:  Colorado State University, Accounts Payable, 6003 Campus Delivery, Fort Collins, CO 80523 or Colorado State University-Pueblo, Accounts Payable, 2200 N. Bonforte Blvd., Administration Building Room #212, Pueblo, CO 81001. The University's standard payment term is Net 30.  Cash Discount Period (if applicable) will start from date of receipt of acceptable invoice or from date of receipt of acceptable merchandise at destination, whichever is the later.

3. The laws of the State of Colorado, U.S.A., shall govern in connection with the formation, performance and the legal enforcement of this purchase order.  Further, Procurement Rules established by each University, available at http://procurement.colostate.edu/policy/documents/CSU%20Proc%20Rules.pdf for Colorado State University or https://www.csupueblo.edu/purchasing/_doc/procurement-rules-2019.pdf, govern this procurement. Unless otherwise specified in the solicitation or this order, venue for any judicial action arising out of or in connection with this purchase order shall be in the county wherein the applicable University is located. Vendor shall exhaust administrative remedies as set forth in the Procurement Rules, prior to commencing any judicial action against the University. All references in this purchase order to the Uniform Commercial Code shall mean the Uniform Commercial Code as adopted by the State of Colorado at Title 4, C.R.S., as amended.

4. None of the terms or specifications stated in this purchase order may be added to, superseded or otherwise altered except in writing, signed by an authorized procurement representative of either University.  Each shipment received by the University from Vendor shall be deemed to be only upon the terms contained in this purchase order and any signed contract of the parties, notwithstanding any terms that may be contained in any acknowledgement, invoice form or other document of Vendor and notwithstanding the acceptance or payment by the University.

5. This purchase order is an acceptance of your offer as summarized in your quotation.  When this purchase order is an offer to buy, your acceptance must show promised delivery date and method of shipping including routing and names of carriers.  This purchase order shall not be deemed valid unless it is executed by a Purchasing Agent for either University.  The University shall have no responsibility or liability for products or services delivered or performed prior to proper execution hereof.

6. Please advise Purchasing Agent immediately if you cannot make complete shipment to arrive on your promised delivery date as noted, or if services cannot be commenced or completed as promised.
   a. Acknowledgement of purchase order (if required) must be signed and returned.
   b. Your acknowledgement must show expected shipping date and method of shipping. Routing and names of carriers to be provided prior to shipping.
   c. In the event of Vendor's failure to deliver specifically for reasons not related to any delays caused by the University, upon advanced written notice, the University reserves the right to cancel its purchase order or contract. In the event the delay to deliver is not the sole fault of the Seller, Seller's Cancellation Policy, attached herein, shall apply.

7. This order is made of the following express terms:
   a. Goods are subject to University inspection upon arrival.
   b. Goods rejected due to failure to meet specifications, either when shipped or due to defects or damage in transit, may be returned to you for credit, and are not to be replaced except upon receipt of written instructions from the University. Seller shall make all transportation arrangements for the return of any goods. Free and unfettered access by common carrier shall be secured by the University.
   c. Additional charges for packing will not be accepted.
   d. A packing list must accompany each shipment.
   e. Intentionally Omitted
   f. Shipments must be F.O.B., Colorado State University, Fort Collins, Colorado or F.O.B., Colorado State University-Pueblo, Pueblo, Colorado unless otherwise specified on this order.  If permission is given to prepay freight and charge separately, original freight bill must accompany invoice.
   g. Colorado State University (CSU) and Colorado State University-Pueblo (CSU-P), agencies of the State of Colorado, are by statute exempt from state and local taxes.  CSU Exemption Number is 98-02381and its Federal Excise Tax Exemption Certificate of Registry #84-730123K is on file with the Internal Revenue Service, Ogden,

Exhibit 3 to Declaration of Robert Jaros
Page 33 of 38

Utah. CSU-P Exemption Number is 98-00585 and its Federal Excise Tax Exemption Certificate of Registry #84-0517947 is on file with the Internal Revenue Service, Denver, Colorado.

8. Vendor certifies that it meets prevailing wage rates in its area and warrants compliance with the provisions of the Davis-Bacon Act when applicable.

9. Quality.  The University will be the sole judge in determining "equals" with regard to quality, price and performance.  All products delivered shall be newly manufactured and of the manufacturer's current model, unless otherwise specified.

10. Safety Information.  All chemicals, equipment and materials proposed and/or used in the performance of this purchase order must conform to the standards required by the Occupational Safety and Health Act of 1970.  Bidders must furnish Safety Data Sheets (SDS) for any regulated chemicals, equipment or hazardous materials at the time of delivery.

11. Rights in Data, Documents, and Computer Software or Other Intellectual Property. Unless otherwise agreed in writing, any software, research, reports, studies, data, photographs, negatives or other documents, drawings or materials delivered by Vendor in the performance of its obligations under this purchase order shall be the exclusive property of the University.  The ownership rights described herein shall include, but not be limited to, the right to copy, publish, display, transfer, prepare derivative works, or otherwise use the works.

12. Indemnification. The Vendor shall indemnify, save and hold harmless the Board of Governors of the Colorado State University System acting by and through Colorado State University and Colorado State University-Pueblo, divisions of the State of Colorado, their employees and agents, against actual claims, damages, liability and court awards including verifiable, directly related costs, expenses, and reasonable attorney fees incurred as a result of any act or omission by the Vendor, or its employees, agents, subcontractors or assignees pursuant to the terms of this purchase order. In the event any article sold or delivered under this purchase order is covered by any patent, copyright, trademark, or application therefore, the vendor will indemnify and hold harmless the Board of Governors of the Colorado State University System acting by and through Colorado State University and Colorado State University-Pueblo, divisions of the State of Colorado, from actual liability, verifiable and directly related cost, expenses and reasonable attorney's fees incurred on account of any claims, legal actions, or judgments arising out of manufacture, sale or use of such article in violation, infringement or the like of rights under such patent, copyright, trademark or application.

13. Termination.  Termination for Default/Cause.

   a. Except as otherwise agreed, the Uniform Commercial Code shall govern in the case of transactions in goods. In the case of services, if the Vendor refuses or fails to timely perform any of the provisions of this purchase order, with such diligence as will ensure its completion within the time specified in this purchase order, as mutually agreed between the Parties, the Purchasing Agent may notify the Vendor in writing of the non-performance, and if commence to cure is not within the time specified, such Agent may terminate the Vendor's right to proceed with the work or such part of the work as to which there has been delay or a failure to properly perform. The Vendor shall continue performance of the purchase order to the extent it is not terminated and may be liable for excess reasonable, verifiable and mutually agreed costs incurred in procuring similar goods or services elsewhere. Payment for completed services performed and accepted shall be at the purchase order price. Acceptance shall occur within five (5) days after delivery.

   b. In the case of remedies exercised under this paragraph for services, or analogous remedies exercised under the Uniform Commercial Code for transactions in goods, upon advanced written notice and agreement by the Vendor, the University may withhold amounts due to the Vendor as reasonably necessary and as mutually agreed between the University and Vendor to reimburse the University for excess costs incurred in curing, completing or procuring similar goods and services.

   c. The Vendor shall not be in default by reason of any failure in performance of this purchase order in accordance with its terms if such failure arises out of acts of God; acts of the public enemy; acts of the State and any governmental entity in its sovereign or contractual capacity; fires; floods; epidemics; quarantine restrictions; strikes or other labor disputes; freight embargoes; or unusually severe weather; provided, however, that such causes may entitle the University to terminate this order for convenience. In the event of termination, CSU shall pay vendor for all work in-process or completed prior to termination pursuant to the Vendor's Cancellation Policy included with this proposal. In no case will the payment exceed the value of the purchase order.

   d. If after rejection, revocation, or other termination of the Vendor's right to proceed under the provisions of the Uniform Commercial Code (in the case of transactions in goods) or this clause (in the case of services), it is determined for any reason that the Vendor was not in default under the provisions of this clause, or that the delay was excusable, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to the termination for convenience clause.

14. Termination for Convenience.

   a. Cancellation Prior to Contract Formation. When this purchase order is not accepted by written acknowledgment, this purchase order may be canceled by written notice to the Vendor prior to beginning of performance of services.

   b. Termination after Contract Formation. Unless otherwise agreed in writing, in addition to the rights and remedies governing transactions in goods under the Uniform Commercial Code, the Purchasing Agent may, when the interests of the University so require, terminate this purchase order in whole or in part, for the convenience of the University. The Purchasing Agent shall give written notice of the termination to the Vendor specifying the part of the purchase order terminated and when termination becomes effective. Upon receipt of the notice of termination, the Vendor shall incur no further obligations except to the extent necessary to mitigate costs of performance. In the case of

services or specially manufactured goods, the University shall pay reasonable settlement expenses, the contract price or rate for supplies and services delivered and accepted, the reasonable costs of performance on unaccepted supplies and services, and a reasonable profit for that unaccepted work, in accordance with the cost principles promulgated under each University's respective Procurement Rules, as amended. In the case of existing goods, the University shall pay reasonable settlement expenses, the contract price for goods delivered and accepted, reasonable costs incurred in preparation for delivery of the undelivered goods, and a reasonable profit for that preparatory work. The amount of the termination liability under this paragraph shall not exceed the amount of the purchase order price plus a reasonable cost for settlement expenses. The Vendor agrees to submit a termination proposal as well as reasonable supporting documentation, cost and pricing data upon request of the Purchasing Agent. Vendors Cancellation Policy is attached for review and acceptance. CSU will confirm acceptance of Vendor's Cancellation Policy prior to the start of Work under this agreement.

15. Receipt of merchandise, services or equipment in response to this order shall result in authorized payment on the part of the University. However, it is to be understood that final acceptance, which such final acceptance shall not exceed 90 days after delivery of equipment, is dependent upon completion of all applicable required inspection procedures. Should the service rendered or merchandise furnished fail to meet all inspection requirements, the University reserves the right to reject all or some of the goods and services or exercise any other remedies provided by law during the warranty period. Vendor shall be notified in writing within 24 hours of such rejections with reason for rejection.

16. Assignment and Successors. Neither the Vendor or CSU shall assign rights or delegate duties under this purchase order or subcontract any part of the performance required under the purchase order, without the express written consent of the other Party, which shall not be unreasonably withheld. This purchase order shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns. In the event of assignment of accounts receivable, Seller shall notify the University in writing.

17. All provisions and remedies of the Uniform Commercial Code relating to both implied and expressed warranties are herewith referred to and made part of this agreement.

18. All parties to this purchase order agree that the representatives named herein are, in fact, bona fide and possess full and complete authority to bind said parties.

19. Compliance with Laws. Vendor agrees to comply with all applicable federal and state laws, regulations and policies, as amended, including those regarding discrimination, unfair labor practices, anti-kick-back and collusion.

20. Sensitive Data: To the extent Vendor comes in contact with individual personal data owned or otherwise held by the University as a result of performing under the purchase order ("Data"); Vendor agrees to use such Data, if at all, only to the extent required to perform its obligations under this purchase order and to abide by the requirements of any federal, state and local laws that address the protection and/or use of such Data.

21. Americans with Disabilities Act (ADA) Requirements. If this purchase order includes the provision of university services to the public, the Vendor shall, in addition to any other requirements under Title 11 of the Americans with Disabilities Act, comply with the requirements of the Americans with Disabilities Act regarding the accessibility of the University's services and programs, as an explicit requirement. The Vendor assures that, at all times during the performance of this purchase order, no qualified individual with a disability shall, by reason of that disability, be excluded from participation in, or be denied benefits of, services, programs, or activities performed by the Vendor for the benefit of the University.

22. Vendor acknowledges that providing goods and services under this purchase order is subject to compliance with laws that relate to the export of technical data or equipment, such as International Traffic in Arms Regulations ("ITAR") and/or Export Administration Act/Regulations ("EAR"). Vendor agrees to comply with all such laws, regulations and orders as currently in effect or hereafter amended. Vendor shall not disclose any export-controlled information, or provide any export-controlled equipment or materials to the University without prior written notice. In the event that the University agrees to receive such export-controlled information, equipment or materials, Vendor shall (i) include the Export Control Classification Number (ECCN) or ITAR notice on the packing documentation, and (ii) send an electronic copy of the ECCN number and packing documentation to the Office of the General Counsel at Colorado State University or Colorado State University - Pueblo.

23. Fund Availability; Federal Funds Contingency. Financial obligations of the University, as a division of the State of Colorado, payable after the current fiscal year are contingent upon funds for that purpose being appropriated, budgeted and otherwise made available. If this purchase order is funded in whole or in part with federal funds, this purchase order is subject to and contingent upon the continuing availability of federal funds for the purposes hereof. If this purchase order contemplates the purchase of goods to be delivered in a single installment, the University represents that it has set aside sufficient funds to make payment under this purchase order in accordance with its term.

24. Vendor Offset. Pursuant to CRS 24-30-202.4, as amended, the State Controller may withhold payment for debts owed to state agencies under the vendor offset intercept system for: (a) unpaid child support debt or child support arrearages; (b) unpaid balance of tax, accrued interest, or other charges specified in Article 21, Title 39, CRS; (c) unpaid loans due to the Student Loan Division of the Department of Higher Education; (d) owed amounts required to be paid to the unemployment compensation fund; and (a) other unpaid debts owing to the state or any agency thereof, the amount of which is found to be owing as a result of final agency determination or reduced to judgment as certified by the State Controller. In the event University must withhold payments for debts owed under this provision, University will notify Vendor in advance of withholding as early as possible.

PURCHASE ORDER TERMS AND CONDITIONS FOR PURCHASE OF GOODS                    Revised September 23, 2021

Exhibit 3 to Declaration of Robert Jaros
Page 35 of 38

25. Insurance. The Vendor shall obtain and maintain at all times during the term of this purchase order, insurance as specified in the solicitation or order. If insurance requirements are not specified in the solicitation or order, the Vendor represents that at the time of acceptance of this order the Vendor maintains comprehensive general liability insurance in an amount not less than $1,000,000, combined single limit; worker's compensation insurance as required by law; and automobile liability insurance for all vehicles to be used by Vendor in the performance of services under this order. Upon request, Vendor shall provide proof of such coverages. Self-insurance programs do not meet the state's or the University's insurance requirements unless the Vendor provides satisfactory evidence of a loss reserve fund of not less than the minimum coverage amount specified in the solicitation, plus excess liability coverage as appropriate to the industry; financial statements of the business; and proof of Department of Labor certification of self-insurance program for worker's compensation.

26. INDEPENDENT CONTRACTOR.  4 CCR 801-2.  Vendor shall perform its duties hereunder as an independent contractor and not as an employee.  Neither Vendor nor any agent or employee of Vendor shall be or shall be deemed to be an agent or employee of the university.  Vendor shall pay when due all required employment taxes and income taxes and local head taxes on any monies paid by the university pursuant to this contract.  Vendor acknowledges that Vendor and its employees are not entitled to unemployment insurance benefits unless Vendor or a third party provides such coverage and that the University will not pay for or otherwise provide such coverage.  Vendor shall have no authorization, express or implied, to bind the University to any agreement, liability or understanding, except as expressly set forth herein.  Vendor shall provide and keep in force workers' compensation (and provide proof of such insurance when requested by the University) and unemployment compensation insurance in the amounts required by law and shall be solely responsible for its acts and those of its employees and agents.

27. PUBLIC CONTRACTS FOR SERVICES. CRS §8-17.5-101. [*Not Applicable to agreements relating to the offer, issuance, or sale of securities, investment advisory services or fund management services, sponsored projects, intergovernmental agreements,  or information technology services or products and services*] Vendor certifies, warrants, and agrees that it does not knowingly employ or contract with an illegal alien who will perform work under this contract and will confirm the employment eligibility of all employees who are newly hired for employment in the United States to perform work under this contract, through participation in the E-Verify Program or the Department program established pursuant to CRS §8-17.5-102(5)(c), Vendor shall not knowingly employ or contract with an illegal alien to perform work under this contract or enter into a contract with a subcontractor that fails to certify to Vendor that the subcontractor shall not knowingly employ or contract with an illegal alien to perform work under this contract. Vendor (a) shall not use E-Verify Program or Department program procedures to undertake pre-employment screening of job applicants while this contract is being performed, (b) shall notify the subcontractor and the university within three days if Vendor has actual knowledge that a subcontractor is employing or contracting with an illegal alien for work under this contract, (c) shall terminate the subcontract if a subcontractor does not stop employing or contracting with the illegal alien within three days of receiving the notice, and (d) shall comply with reasonable requests made in the course of an investigation, undertaken pursuant to CRS §8-17.5-102(5), by the Colorado Department of Labor and Employment.  If Vendor participates in the Department program, Vendor shall deliver to the university a written, notarized affirmation, affirming that Vendor has examined the legal work status of such employee, and comply with all of the other requirements of the Department program. If Vendor fails to comply with any requirement of this provision or CRS §8-17.5-101 et seq., the University may terminate this purchase order for breach and, if so terminated, Vendor shall be liable for damages.

28. PUBLIC CONTRACTS WITH NATURAL PERSONS. CRS §24-76.5-101. Vendor, if a natural person eighteen (18) years of age or older, hereby swears and affirms under penalty of perjury that he or she (a) is a citizen or otherwise lawfully present in the United States pursuant to federal law, (b) shall comply with the provisions of CRS §24-76.5-101 et seq., and (c) has produced one form of identification required by CRS §24-76.5-103 prior to the effective date of this purchase order.



# Cancellation Policy

An order may be canceled by the purchaser only upon the written notice and upon payment to the company of reasonable and proper cancellation charges. The expenses to be covered by these charges would include an unrecoverable cost incurred by the company. In addition, a one-time charge will be made to compensate for lost profits, disruptions in schedules, planned production and other indirect costs. It is recognized that it is impossible to determine exactly these indirect costs. As such, it is agreed that the one-time charge is acceptable and proper. Total cancellation charges will be calculated as follows:

**Order Entry:**

After receipt of an order at the factory and order processing, but prior to the start of engineering, there will be a one-time 5 percent charge, with a minimum of $1,000.00 for any one order.

**Release for Engineering:**

After an order has been released for engineering, there will be a one-time 10 percent charge for cancellation plus any actual costs incurred including vendor cancellation charges, engineering labor expended plus costs associated with engineering overhead, selling, general and administrative expenses.

**Release for Manufacture:**

After an order has been released for manufacture and scheduled for production, there will be a one-time 10 percent charge for cancellation plus any actual costs incurred including, but not limited to, vendor cancellation charges, all materials received or expended, shop and engineering labor plus costs associated with manufacturing and engineering overhead, selling, general and administrative expenses.

**Cancellation Scheduled as follows:**

- **5% of Contract Value After Receipt of Order**
- **Plus 10% After Release to Engineering for Submittals**
- **Plus 50% After Release to Purchasing**
- **Plus 25% After Release to Production**
- **Up to 100% of Contract Value based on POC (percentage of completion)**

In addition to the above charges, a reasonable profit of 10 percent will be allowed and payable against all identified costs incurred by the time of cancellation. Cancellation costs will be due and payable within 30 days of submittal of a proper invoice for such costs. Any amount not paid within 30 days will be subject to late charges of 1 percent per month for each fraction of a month that payment is received late at MPP.

Exhibit 3 to Declaration of Robert Jaros
Page 37 of 38

**IN WITNESS WHEREOF, THE PARTIES HERETO HAVE EXECUTED THIS AMENDMENT**

*Persons signing for Contractor hereby swear and affirm that they are authorized to act on Contractor's behalf and acknowledge that Colorado State University is relying on their representations to that effect and accept personal responsibility for any and all damages the University may incur for any errors in such representation.

| CONTRACTOR: | STATE OF COLORADO |
|---|---|
| Myer's Power Products Inc. | **Jared Polis, GOVERNOR** Board of Governors of the Colorado State University System, acting by and through Colorado State University |

By: _PATRICE dAVEZAN_
    pATRICE dAVEZAN (Apr 25, 2025 14:48 PDT)

Name: pATRICE dAVEZAN

Title: Director, Contracts Management

Date: Apr 25, 2025

By: _B. Offal_
    Brendan Hanlon (Apr 28, 2025 09:08 MDT)

Name: Brendan Hanlon

Title: Vice President for University Operations

Date: Apr 28, 2025

**REQUIRED APPROVALS:**

By: _Sandra Sheahan_

Name: Sandy Sheahan

Title: AVP of Facilities Operations

Account No: _____

**LEGAL REVIEW**
Philip J. Weiser, Attorney General

By: _Brian Anderson_
    Brian Anderson (Apr 22, 2025 11:08 MDT)

Brian Anderson, Esq.
Associate Legal Counsel
Office of the General Counsel

**ALL EXPENDITURE CONTRACTS REQUIRE APPROVAL by the UNIVERSITY CONTROLLER**

CRS §24-30-202 and University policy require the University Controller to approve all expenditure contracts. This Amendment is not valid until signed and dated below by the University Controller or delegate. Contractor is not authorized to begin performance until such time. If Contractor begins performing prior thereto, the University is not obligated to pay Contractor for such performance or for any goods and/or services provided hereunder.

**COLORADO STATE UNIVERSITY CONTROLLER**

By: _David Ryan_
    David Ryan (Apr 29, 2025 00:31 MDT)

Date: Apr 29, 2025

Exhibit 3 to Declaration of Robert Jaros
Page 38 of 38

# Attachment 4

Exhibit 4 to Declaration of Robert Jaros
Page 1 of 3

4/30/25, 8:34 AM                          State.co.us Executive Branch Mail - Fwd: Tariff Impact and Price Adjustments



**Chapman - DPA, John <john.chapman@state.co.us>**

---

## Fwd: Tariff Impact and Price Adjustments

---

**Swift - DPA, Brian** <brian.swift@state.co.us>                          Mon, Apr 28, 2025 at 11:14 AM
To: John Chapman - DPA <john.chapman@state.co.us>

Passing your way.


Regards,
Brian Swift
**State Procurement Administrator**
State Purchasing and Contracts Office



1525 Sherman St., Denver, CO 80203
brian.swift@state.co.us   |   www.colorado.gov/osc/spo

With Canary for State Price Agreements, you can now provide feedback on the suppliers that you've worked with!
Please visit our Canary for State Price Agreements webpage for more information.


---------- Forwarded message ---------
From: **OfficeDepot PricingCompliance** <OfficeDepotPricingCompliance@officedepot.com>
Date: Wed, Feb 26, 2025 at 3:21 PM
Subject: Tariff Impact and Price Adjustments
To: brian.swift@state.co.us <brian.swift@state.co.us>



2/26/2025

Dear Brian Swift,

As you may be aware, the U.S. government has announced that it will be imposing tariffs on goods imported from China, Mexico, and Canada. These tariffs will increase the cost of the products from these countries, and we simply are unable to absorb the entire financial burden.

Therefore, effective on March 1, 2025, we will be implementing a price adjustment on those products sourced from China. All price adjustments for affected products will be calculated based on the tariff's specific impact on each product's customer selling price. Attached to this letter is a list of your impacted core list SKUs.

Going forward, we will continuously monitor the imposition of any additional tariffs on products imported from Canada and Mexico, as well as on any other country supplying products to our business, and as a result, we may need to make further price adjustments as may be necessary.

Please know that we are actively exploring ways to mitigate the financial impact of these tariffs and as always, despite these extreme global economic challenges, our commitment to providing you with high-quality products and exceptional service remains unwavering. We believe that these price adjustments are critical to ensuring both the continued sustainability of our business as well as our ability to deliver the utmost value you expect from ODP Business Solutions.

Your service representative will be reaching out with additional details and information so please let them know should you have questions. We appreciate your understanding as we navigate this situation.

Exhibit 4 to Declaration of Robert Jaros
Page 2 of 3

Thank you for your valued partnership,

**Tom Riccio**
SVP of Sales
ODP Business Solutions

***CONFIDENTIALITY NOTICE: The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system.

TArifFs2025NA

**2 attachments**



**Logo.jpg**
5K

 **NASPO State of Colorado +1% - 1459 - 2025 Tariffs.xlsx**
368K

Exhibit 4 to Declaration of Robert Jaros
Page 3 of 3

# Attachment 5

Exhibit 5 to Declaration of Robert Jaros
Page 1 of 5



**SUMMIT**
RESTORATION • INSULATION
WATERPROOFING • STONE

| **DENVER OFFICE** | **MAIN OFFICE/ACCOUNTING** | **SEATTLE OFFICE** |
|---|---|---|
| 2000 W. Quincy Ave | 2450 N. Townsend Ave | 4210 B St NW, Ste A |
| Englewood, CO 80110 | Montrose, CO 81401 | Auburn, WA 98001 |
| P: 720-389-8633 | P: 970-240-5971 | P: 253-243-6172 |
| F: 720-242-9276 | F: 970-240-0951 | F: 253-243-6194 |

April 11, 2025                              Email:    geoffry@formworksdesigngroup.com

Formworks Design Group                     Re:    ▮▮▮▮▮▮▮▮▮▮
P.O. Box 476 | Eastlake, CO 80614                 LEADED GLASS PANEL CHANGE ORDER

We are providing this Change Order for review and approval. All work will be performed as directed by the FormWorks+ Design Group. All materials will be installed in accordance with the manufacturer's written recommendations.

## Leaded Glass Panel Material Change Order

Due to the most recent tariffs imposed on our vendors, we are providing this Change Order for review and approval. Denver Art Glass has notified Summit that the cost of the lead came is affected and therefore is requesting additional funding.

## Change Order Total:                                    $3,700.00

Upon review and approval Summit Sealants and Restoration Services Inc. will submit all necessary schedules, mock-ups, samples, technical data sheets etc.

Sincerely,

*Derek L. Cole*

Summit Sealants and Restoration Services Inc.

Derek L. Cole
Project Manager
970-964-8056
derekc@summitsealants.com

April 11, 2025                                                                 *Page: 1/1*

*"AT THE TOP OF THE INDUSTRY IN THE WESTERN UNITED STATES FOR OVER 20 YEARS"*

Exhibit 5 to Declaration of Robert Jaros
Page 2 of 5



<u>**DENVER OFFICE**</u>

2000 W. Quincy Ave
Englewood, CO 80110
P: 720-389-8633
F: 720-242-9276

<u>**MAIN OFFICE/ACCOUNTING**</u>

2450 N. Townsend Ave
Montrose, CO 81401
P: 970-240-5971
F: 970-240-0951

<u>**SEATTLE OFFICE**</u>

4210 B St NW, Ste A
Auburn, WA 98001
P: 253-243-6172
F: 253-243-6194

September 19, 2024

Email: ███████████@gmail.com



Re: ███████████ PHASE 5 -WINDOW RESTORATION AND PROTECTIVE GLAZING

In accordance with Formworks design group request to perform Historic Restoration repairs at the above-mentioned property, we are providing our proposal for review and approval. All work will be performed as directed by the Formworks design group. All materials approved and specified will be installed in accordance with the manufacturer written recommendations.

**Task A: East Monumental and Select North and East Window Restoration**       **$95,881.00**

- East Sanctuary Monumental #113, North and East tilt windows #'s 105, 106, 107 and 111.
- Coordinate with DAG for stained glass panel restoration. Frame and Sash restoration follow Preservation Brief 9. Glass panel restoration from DAG included in line-item pricing.

**Task B: East Monumental and Select North and East Window Protective Glazing**       **$25,133.00**

- East Sanctuary Monumental #113, North and East tilt windows #'s 105, 106, 107 and 111.
- ¼" Clear Tempered protective glazing including venting foam tape.

**General Conditions**                                                    **$38,345.00**

**Bonding**                                                                **$5,484.00**

**Overhead & Profit**                                                     **$17,072.00**

**Total for all line items listed above**                               **$181,915.00**

---

*September 19, 2024*                                                      *Page: 1/3*

**"AT THE TOP OF THE INDUSTRY IN THE WESTERN UNITED STATES FOR OVER 20 YEARS"**

Exhibit 5 to Declaration of Robert Jaros
Page 3 of 5



**DENVER OFFICE**
2000 W. Quincy Ave
Englewood, CO 80110
P: 720-389-8633
F: 720-242-9276

**MAIN OFFICE/ACCOUNTING**
2450 N. Townsend Ave
Montrose, CO 81401
P: 970-240-5971
F: 970-240-0951

**SEATTLE OFFICE**
4210 B St NW, Ste A
Auburn, WA 98001
P: 253-243-6172
F: 253-243-6194

**\*\*\* ADD/ALTERNATE\*\*\***                                                    **$6,378.00**
Owner Funded Glass panel restoration with religious iconography/connotation, #113 Bottom
Center.

**Total for all line items listed above including Alternate**          **$188,293.00**

**Recommended to include a contingency minimum of 10%.**
The proposed work is to be completed during regular working hours M-F, 7:00 am – 3:30 pm.

Payment Terms: "Net 30 Days. Price is valid for 30 days."
This proposal is proprietary and confidential, intended only for the recipients addressed above.

Due to the rapid change in cost associated with materials and labor Summit Sealants reserves the
right to adjust the pricing accordingly. Pricing is based on current material costs and labor rates.
Any change in pricing will be executed with a written Change Order and authorized prior to
execution.

General Exclusions: Adequate- water, power, sanitation, staging/laydown area, notifying
tenants/public of noise associated with work, landscaping, temporary storage, uninterrupted
access to work location, Removal or replication of any interior furnishings, including window
treatments and coverings, multiple mobilizations/demobilizations, Fencing, abatement, Parking,
any scope of work outside of what is mentioned in this proposal.



**DENVER OFFICE**
2000 W. Quincy Ave
Englewood, CO 80110
P: 720-389-8633
F: 720-242-9276

**MAIN OFFICE/ACCOUNTING**
2450 N. Townsend Ave
Montrose, CO 81401
P: 970-240-5971
F: 970-240-0951

**SEATTLE OFFICE**
4210 B St NW, Ste A
Auburn, WA 98001
P: 253-243-6172
F: 253-243-6194

Summit Sealants and Restoration Services Inc. proposal is based on its review of the Form+Works Construction Documents Dated March 26, 2024 and on our experience in the industry performing similar scopes of work. Should work reveal hidden problems or defects, changes may be required in the scope of work with additional costs associated with this new work.

Upon review and approval, Summit Sealants and Restoration Services Inc. will submit all necessary schedules, mock-ups, samples, technical data sheets etc.

Sincerely,
Summit Sealants and Restoration
**Derek Cole**
Project Manager
970-964-8056
derekc@summitsealants.com

*"AT THE TOP OF THE INDUSTRY IN THE WESTERN UNITED STATES FOR OVER 20 YEARS"*

Exhibit 5 to Declaration of Robert Jaros
Page 5 of 5

# Attachment 6

Exhibit 6 to Declaration of Robert Jaros
Page 1 of 9

**7 SUMMITS**
*Exteriors*

**7 Summits Exteriors, DBA: 7 Summits Roofing LLC**

Ft Lyon Hail Damage Roofing Repairs – P051036          melani.burcham@state.co.us          720-668-9377

4775 Suite 104 Centennial Blvd; Colorado Springs, CO 80907

Phone: (719) 432-8619 FAX: (719) 447-0606 EMAIL: geoffb@7summitsexteriors.com

We hereby submit revised price estimates due to April 1ˢᵗ 2025  supplier increases for the Fort Lyon Supportive Residential Community:

| | | | |
|---|---|---|---|
| Colorado Department of Local Affairs | Melani Burcham | **PROPOSAL** | 4-1-25 |
| **PROPOSAL SUBMITTED TO:** | | **EMAIL:     CONTACT:** | **PHONE:**          **DATE** |

**SCOPES OF WORK:**

- **Shingle Roofs (2286 sq)**
  - Replace shingle roofs per scope of work detailed by UBS in pre-bid documents: $1,310,306.00
- **Metal Roofs (Corrugated, Standing Seam, R-Panel)**
  - Install metal roofs per scope of work detailed by UBS in pre-bid documents: $531,020.00
- **Tile Repair (4206 tiles to repair)**
  - Replace broken Ludowici tiles on buildings as detailed by UBS in the pre-bid documents: $159,333.00
- **Flat Roofs (110 sq)**
  - Replace the low slope roofs per scope of work detailed by UBS in the pre-bid documents $348,000.00

Taxes are not included.

Anything not included in the UBS scope of work will be excluded from contract.

All work will be done according to the manufacturer's specifications and procedures. All work will have a 1-yr. workmanship warranty per the warranty requirements as published by the Colorado Department of Local Affairs

**Base Estimate as Written in UBS Scope of work as of April 1ˢᵗ, 2025. Includes all material, labor, overhead and profit:**

**Two Million Three Hundred and Forty Eight Thousand, Six Hundred and Fifty Nine Dollars and Zero Cents ($2,348,659.00)**

Payment Terms: Materials Billed when Purchased and on Site, remaining billing as written in DBB contract with 10% retainage held until final completion.

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from the above specifications involving extra costs will be charged accordingly. Not responsible for roof leaks in areas other than those worked on.  Under no circumstance is 7 Summits Roofing and Exteriors responsible for existing damages to the building, its contents or roof deck.

Accepted By:

_____          _____ Date_____

**Geoffrey Bray**. Vice President Residential and Steep Slope
Roofing

Exhibit 6 to Declaration of Robert Jaros
Page 2 of 9

SPECIAL CONDITIONS:  The following provisions are incorporated into the foregoing proposal (the "Proposal") by this reference:

1.) Either party may request additions and/or alterations to the Proposal.  Any such proposed alterations and/or modification must be in writing and approved by both parties in order to be binding.

2.) Any work not included within this Proposal will be performed only upon written work order approved by both parties at the additional cost of $90.00 per hour for labor and materials and/or other costs plus 15%.

4.) Any HVAC condenser units that have Freon lines going through the roof through pitch pans or some type of flashing box must have the existing sealant cleaned and new sealant applied as a part of the re-roofing process.  Rarely, but occasionally, these Freon lines are damaged or weak resulting in breakage and/or loss of the Freon causing problems for the unit.  This is an inevitable result of this cleaning process and both parties agree that if this happens it will be the owner or building tenant's responsibility to have these lines and any resulting consequences repaired at no cost to 7 Summits Roofing.

5.) The customer agrees to pay 7 Summits Roofing upon receipt of their invoice.  Invoices due, which are unpaid, shall bear interest from the date payment is due, at the rate of 14% per annum, simple interest.  Payment shall be considered to be in default 30 days after the date of the invoice, unless otherwise specified in writing.

6.) In the event the customer's account is in default, the customer agrees to pay all reasonable attorney fees, court costs or cost of collection incurred by 7 Summits Roofing in connection with this Proposal.

CUSTOMER AWARENESS:

1.) Before job commencement, it is the customer's responsibility to remove all breakable objects from interior walls and to cover all interior items where previous leaks have occurred.

2.) A precautionary walk-through of the building will be necessary, and is strongly recommended, by contractor and owner's representative, prior to the commencement of work, in order to ensure protection of all breakable objects and possible leak areas.

WORK/MATERIAL NOT INCLUDED:

1.) Repair of roof for damage caused by others or catastrophic damage due to natural catastrophe are not encompassed by the work in this Proposal.

2.) Other than those items specifically described in the foregoing Proposal, no corrections, replacement, or repair of any structural defects, vents, or mechanical equipment, or any electric related work including any required disconnection and re-connection of existing roof top equipment will accommodate the new roofing installation.

All roofing removed and job site waste will be removed from site and disposed of in an EPA State approved landfill

Exhibit 6 to Declaration of Robert Jaros
Page 3 of 9



571 Colorado Springs CO
2675 Akers Dr.
Colorado Springs, CO 80922-1502
719-380-9911

February 21st, 2025

To our valued Customers,

Due to manufacturer's price increases and extreme volatility in the market, ABC Supply will have a 10% increase as of April 1st, 2025. This increase will apply to all new and existing orders. All existing orders that are shipped prior to this date will be honored, however any orders placed but not shipped will be subject to the price increase. Future increases are possible and we could see up to 25% increases in the next few months. Please consider factoring these increases into your quotes moving forward. We thank you for your business and look forward to working with you in the future.

Regards,

Jake Hayden

Office: 719-380-9911

Fax: 719-380-9907

Cell:719-243-4574

Jake.hayden@abcsupply.com

2675 Akers Dr.

Colorado Springs, CO 80922

Exhibit 6 to Declaration of Robert Jaros
Page 4 of 9



1120 Elkton Dr. Suite H
Colorado Springs, CO 80907
O: 719-203-4803
vikingmetalsoffice@gmail.com                    www.vikingmetalsupply.com

Date: March 14, 2025

To: Valued Viking Metals Customer

Re: Price Increase - Effective March 16, 2025

Dear Valued Customer,

We appreciate and value your continued trust in Viking Metals and thank you for your partnership. Although Viking Metals only deals in domestic steel, both the global and domestic markets for raw materials have experienced significant volatility since the beginning of 2025. In recent weeks, we have received price increases from all of our major suppliers of steel, paint, and coatings. Furthermore, ongoing inflation pressures on lumber, packaging, maintenance and labor have further impacted costs. Despite our efforts to mitigate these increases, it has been become necessary to to implement a price adjustment to ensure we maintain the service, reliability and quality we strive to provide to our customers.

**Effective on all orders received after March 16th, 2025:**

• Panels: Increase of 9-25%

• Trims, fasteners, secondary framing, and accessories: May be increased accordingly

Viking Metals is committed to transparency, and will continue to keep our customers informed of any other developments or changes. If you have any questions regarding these adjustments, please feel free to reach out to your sales representative or the Viking Metals office for any additional details.

We profoundly appreciate your understanding and support. Viking Metals is committed to our slogan: "Our mission is to deliver top-notch metal products to our customers at a competitive price, accompanied by exceptional service, setting a unique standard unmatched by any other company in the industry." And we look forward to our continuing partnership.

Sincerely,

Justin Evenson
Owner of Viking Metals

Exhibit 6 to Declaration of Robert Jaros
Page 5 of 9

4/28/25, 12:21 PM                           State.co.us Executive Branch Mail - Materials Budget Follow-up

 **STATE OF COLORADO**                    Burcham - DOLA, Melani <melani.burcham@state.co.us>

---

## Materials Budget Follow-up

7 messages

---

**Burcham - DOLA, Melani** <melani.burcham@state.co.us>          Thu, Apr 3, 2025 at 10:58 AM
To: Geoff Bray <geoffb@7summitsroofing.com>
Cc: Tana Lane - DPA <tana.lane@state.co.us>

Hi Geoff,

After reviewing your documentation, we have found that the materials increase to the budget does not have manufacturer or supplier documentation to support this price increase.

It is possible you have sent this to DOLA. Will you please resend if that is the case? I have lost some things in our staffing change over the past week.

Thank you,
Melani
--
**Melani Burcham, MA**
**Acting Campus Manager**
**Office of Homeless Initiatives**
She/Her | They/Them*

*Learn more about why my pronouns are displayed here

**Hours M-F 8-4:30**
**Upcoming out of office -** May 12-13, June 13 & 16

*We're Hiring!* We're excited to expand the Division of Housing team. Click here for our newest job postings.

 **COLORADO**
**Department of Local Affairs**
Division of Housing

1313 Sherman St., Room 320 Denver, CO 80203
melani.burcham@state.co.us | P 720-668-0377 | www.colorado.gov/dola

*- Click here to sign-up for DOH email notifications.*

*Under the Colorado Open Records Act (CORA), all messages sent by or to me on this state-owned e-mail account may be subject to public disclosure.*

---

**Geoff Bray** <geoffb@7summitsroofing.com>                      Thu, Apr 3, 2025 at 11:27 AM
To: Burcham DOLA Melani <melani.burcham@state.co.us>
Cc: Tana Lane DPA <tana.lane@state.co.us>

Hi Melani,

Yes, I previously sent them to Brett, but I would be happy to pass them along this afternoon.
Sincerely,

Geoff

---

Exhibit 6 to Declaration of Robert Jaros
Page 6 of 9

On Apr 3, 2025, at 10:58 AM, Burcham - DOLA, Melani <melani.burcham@state.co.us> wrote:

[Quoted text hidden]

---

**Burcham - DOLA, Melani** <melani.burcham@state.co.us>                    Thu, Apr 3, 2025 at 12:57 PM
To: Geoff Bray <geoffb@7summitsroofing.com>
Cc: Tana Lane DPA <tana.lane@state.co.us>

Thank you, Geoff

[Quoted text hidden]
[Quoted text hidden]

---

**Geoff Bray** <geoffb@7summitsroofing.com>                    Thu, Apr 3, 2025 at 1:50 PM
To: "Burcham - DOLA, Melani" <melani.burcham@state.co.us>
Cc: Tana Lane DPA <tana.lane@state.co.us>

Hi Melani and Tana,

Please see the attached documents from our two suppliers addressing the April 1st price increases we are using for the Ft Lyons project.  In the case of the Viking Metals letter, their increase was effective on March 16th.

Thank you!

**Geoff Bray**
Vice President of Residential Roofing

C: 719-757-0708
O: 719-432-8619



---

**From:** Burcham - DOLA, Melani <melani.burcham@state.co.us>
**Sent:** Thursday, April 3, 2025 12:57 PM
**To:** Geoff Bray <geoffb@7summitsroofing.com>
**Cc:** Tana Lane DPA <tana.lane@state.co.us>
**Subject:** Re: Materials Budget Follow-up

[Quoted text hidden]

---

**2 attachments**

📄 **ABC Supply Increase notice 4.1.2025.pdf**
82K

Exhibit 6 to Declaration of Robert Jaros
Page 7 of 9

4/28/25, 12:21 PM                     State.co.us Executive Branch Mail - Materials Budget Follow-up

**PRICE INCREASE NEWSLETTER - Viking Metals.pdf**
172K

---

Geoff Bray <geoffb@7summitsroofing.com>                     Thu, Apr 3, 2025 at 1:56 PM
To: "Burcham - DOLA, Melani" <melani.burcham@state.co.us>
Cc: Tana Lane DPA <tana.lane@state.co.us>

Hello,

My apologies, I just received the following communication from ABC Supply this morning. It addresses the current market and updates on how prices could be volatile in the future with short notice. Obviously, the outcomes of this communication are not in effect just yet, but these increases would be on top of our current increase. It underscores the importance for us to move quickly to secure pricing.

Thank you.

**Geoff Bray**
Vice President of Residential Roofing

C: 719-757-0708
O: 719-432-8619



---

**From:** Geoff Bray <geoffb@7summitsroofing.com>
**Sent:** Thursday, April 3, 2025 1:50 PM
**To:** Burcham - DOLA, Melani <melani.burcham@state.co.us>

[Quoted text hidden]

[Quoted text hidden]

---

**ABC Supply Tarrif Notification.pdf**
47K

---

Burcham - DOLA, Melani <melani.burcham@state.co.us>                     Mon, Apr 7, 2025 at 8:31 AM
To: Geoff Bray <geoffb@7summitsroofing.com>
Cc: Tana Lane DPA <tana.lane@state.co.us>

Hi Geoff-

Wanted to provide you with status on this contract. I sent your additional information on to our insurance adjuster. I am hoping to hear back from him today. I'll keep you posted.

[Quoted text hidden]
[Quoted text hidden]

---

Geoff Bray <geoffb@7summitsroofing.com>                     Mon, Apr 7, 2025 at 8:34 AM
To: "Burcham - DOLA, Melani" <melani.burcham@state.co.us>

Exhibit 6 to Declaration of Robert Jaros
Page 8 of 9

Good morning! Thank you! Looking forward to getting this thing moving.


GEoff

[Quoted text hidden]

Exhibit 6 to Declaration of Robert Jaros
Page 9 of 9