IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>        Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>DECLARATION OF JEANETTE MOY<br><br>(In support of Plaintiffs' Motion for Preliminary Injunction) |

I, Jeanette Moy, declare as follows:

    1.    I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge and records kept in the ordinary course of business at New York's Office of General Services (OGS).

    2.    I am the Commissioner of OGS. As Commissioner, I oversee and manage agency operations that include the management and leasing of real property owned by the State of New York, design and build of such properties, the contracting of goods, services and technology on behalf of the State, and the delivery of broad scope critical services for New York State agencies.

Page 1 -   DECLARATION OF JEANETTE MOY

3. OGS was established in 1960 to provide essential support services for the operations of the New York State government. Since its inception, OGS has developed expertise in centralizing critical support and service functions leading to a cost-effective government. Among other things, OGS is the centralized procurer of many major goods and services for New York State agencies and authorized users. OGS facilitates and administers approximately 1,500 centralized procurement contracts for goods, services, and technology needed by state agencies, municipal governments, and educational institutions. OGS also performs architectural, engineering, and construction management services for buildings statewide.

4. On April 2, 2025, President Trump signed Executive Order 14257, 90 Fed. Reg. 15041 (the "Worldwide Tariff Order"). The Worldwide Tariff Order imposed a 10% tariff on most imports to the United States, effective April 5, and additional "reciprocal" tariffs on 57 countries, effective April 9. The President revised the additional "reciprocal" tariffs on April 3.

5. On February 1, 2025, President Trump issued Executive Order 14193, 90 Fed. Reg. 9113 (the "Canada Tariff Order") and Executive Order 14194, 90 Fed. Reg. 9117 (the "Mexico Tariff Order"). The Canada and Mexico Tariff Orders, as amended later by the President, impose a 25% additional tariff on imports from Canada and Mexico. The President has now modified these tariffs twice, including by exempting some products from Mexico and Canada from additional tariffs and temporarily reducing the tariff rate for fertilizer from Canada and Mexico and energy from Canada to the 10% rate implemented through the Worldwide Tariff Order, as amended.

6. The President has imposed, paused, and reimposed an escalating series of tariffs on goods from China. On February 1, 2025, President Trump issued the first round of these through Executive Order 14195, 90 Fed. Reg. 9121 (the "China Tariff Order"). Currently, the China Tariff Order and Worldwide Tariff Order, as amended, impose a 145% tariff rate for imports from China (except for electronics, steel, aluminum, automotive, copper,

Page 2 -   DECLARATION OF JEANETTE MOY

pharmaceutical, lumber, certain minerals, and energy products, among other products, which are only subject to a 20% rate under the China Tariff Order).

7. The imposition of these tariffs threatens severe economic consequences for New York State.

8. When President Trump imposed tariffs on Canada, the Ontario and Quebec Premiers threatened retaliatory tariffs on electricity to the U.S.[1] This would have severe consequences for New York. The State is facing capacity restraints and is more heavily reliant on Canadian hydropower than ever. Based on information from the New York Independent System Operator (NYISO), which manages New York's electric grid and its wholesale electric marketplace, New York State imported approximately 7.7 Terawatt-hours of Canadian electricity.[2] Canada is the number one foreign supplier of energy to the United States generally, including around 85% of U.S. electricity imports.[3] OGS anticipates that if Ontario or Quebec imposed restrictions on electricity exports to New York, prices would soar. New York cannot simply buy less electricity or buy electricity from other sources.

9. Canadian electricity generators located in Quebec and Ontario export electricity into the NYISO hourly, wholesale energy markets. New York State load-serving entities (LSEs), such as the six investor-owned utilities (IOUs) and OGS, purchase power directly from the same NYISO hourly, wholesale markets. These LSEs in turn provide electricity directly to end users, including households, businesses, and government agencies. Additionally, Hydro-Quebec, the

---

[1] Max Saltman, *Ontario premier threatens to 'shut off electricity completely' for US if trade war escalates*, CNN Business (Mar. 11, 2025), https://www.cnn.com/2025/03/10/business/canada-electricity-us-tariffs-doug-ford/index.html; The Canadian Press, *Quebec considering surcharge on electricity exports to 2 U.S. states amid trade war*, CTV News (Mar. 11, 2025), https://www.ctvnews.ca/montreal/article/quebec-considering-surcharge-on-electricity-exports-to-2-us-states-amid-trade-war/.

[2] New York Independent System Operator, *How Electricity Imports from Canada, Neighboring States Support Grid Reliability* (Mar. 24, 2025), https://www.nyiso.com/-/how-electricity-imports-from-canada-neighboring-states-support-grid-reliability.

[3] Government of Canada, Connect 2 Canada, *Powering our Nations*, https://connect2canada.com/canada-u-s-relationship/energy-and-the-environment/.

Page 3 -   DECLARATION OF JEANETTE MOY

electricity generation entity owned by the Province of Quebec, bids capacity into the NYISO Installed Capacity strip, monthly and through spot auctions. LSEs purchase Installed Capacity from the same auctions. There are no contracts that exist between Canadian generators and NY-based utilities or LSEs. All power flows through the NYISO markets. Imports of both electricity and installed capacity from these two Canadian provinces, particularly from Quebec, are significantly important to reducing electricity costs to consumers and for grid reliability through the capacity market.

10. The OGS NYISO purchasing program, which serves the 100 largest electrical accounts for 21 state agencies including OGS, averages roughly 680,000 megawatt-hours annually. OGS and other New York State agencies will need to pay far more for these electricity purchases if Canada increases the costs of its energy exports in response to President Trump's tariffs. Assuming a cost of 20 cents per kilowatt-hour,[4] which is close to the estimate of recent prices in New York State, and 680,000 megawatt-hours purchased annually, the OGS NYISO program would spend $136 million for a year. In that scenario, a 10% cost increase imposed by Canada in response to President Trump's tariff could thus impose a $13.6 million increase on OGS. In such a situation, we expect tariff costs to be built into the hourly price that the Canadian generators bid into the NYISO market where New York State purchases its electricity, so that state agencies will be subject to the higher prices being bid by the Canadian generators.

11. Outside of the construction context, if it is assumed that 50%-75% of the products purchased by New York are manufactured in a tariff-impacted nation and there is an estimated

---

[4] The New York State Energy Research and Development Authority (NYSERDA) has published approximate prices per kilowatt-hour in 2025 for New York State-wide commercial and residential usage.  For January of 2025, the approximate price for commercial purchasers (including OGS) was around $.20.  NYSERDA, *Monthly Average Retail Price of Electricity-Commercial* (last updated Apr. 9, 2025), https://www.nyserda.ny.gov/Energy-Prices/Electricity/Monthly-Avg-Electricity-Commercial. The approximate price for residential purchasers was $.24. NYSERDA, *Monthly Average Retail Price of Electricity-Residential* (last updated April 9, 2025), https://www.nyserda.ny.gov/Energy-Prices/Electricity/Monthly-Avg-Electricity-Residential.

Page 4 -   DECLARATION OF JEANETTE MOY

average total spend of $5 billion, a 25% tariff on Mexico and Canada and a 10% tariff on China will likely have a portfolio-wide impact of roughly +$106 million for New York State agencies.

12. In the construction context, OGS bid approximately $1 billion in 2024, with approximately half on labor and half on materials. Assuming OGS bids a comparable annual portfolio, if even only 37% of these materials are subject to tariffs at 25%, then the potential cost impact could be between $40 and $50 million to New York's projects within OGS' portfolio. In OGS's experience, these price increases rarely fully recover to pre-event levels. Consequently, the tariffs will likely have a long-term negative effect on project costs and, in turn, agency capital programs.

13. OGS anticipates that potential contractual impacts on active construction projects due to imposed tariffs would be similar to what New York experienced during COVID, when shutdowns depressed the construction market and delayed construction projects. Unlike during COVID, however, when New York was bidding projects in a soft and uncertain economy, there is no shortage of construction work today. Contractors are very busy despite higher interest rates.

14. In OGS' experience, when contractors experience financial impacts that are beyond their control, they will attempt to identify ways to mitigate their losses and request notices under the contract for relief which leads to fluctuating prices and delays caused by vendors adjusting to the higher risk. Accordingly, we anticipate receiving contractor requests across our portfolio, which includes over 170+ active construction projects, for contractual relief due to price increases, and also for extensions in contract duration and delay damages, especially if tariffs cause supply chain delays and/or the unavailability of specified products. Thus, the State faces significant uncertainty with respect to how much tariffs will cause costs to increase for construction, goods and services procured by the State, and the likely budgetary impacts. In addition, there is uncertainty around whether such increases will cause delays to receiving goods and supplies, and delays in the completion of projects, including delays caused when contractors submit change orders to the state for higher prices and longer timelines than originally agreed to.

Page 5 -    DECLARATION OF JEANETTE MOY

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 6, 2025, in Albany, New York

*[signature]*
_____
JEANETTE MOY