IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>      Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>DECLARATION OF AMY RAMSDELL<br><br>(In support of Plaintiffs' Motion for Preliminary Injunction) |

I, Amy Ramsdell, declare as follows:

    1.    I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the Oregon Department of Transportation, and information I learned from ODOT personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

    2.    I am the Delivery and Operations Division Administrator at ODOT. As the Delivery and Operations Division Administrator, I am responsible for the maintenance and operations of the highway as well as the delivery of our capital investment program. In this role, I oversee maintenance and capital projects that require a variety of equipment and materials.

3. We are responsible for the state highways and administer the duties and functions described in ORS chapter 366 as delegated to the Director and the Division by the Oregon Transportation Commission.

4. In the regular course of its operations, ODOT routinely purchases many goods that originate from sources outside the United States. Examples include our equipment for maintenance such as our snow blows and snow blowers, traffic signal components, bridge bearings, steel, etc. In order to repair our roadways and bridges, we hire contractors who also procure a variety of materials and equipment. Items that we have identified that are potentially subject to tariffs include our snow blowers, which we purchase from Canada, fly ash which is utilized in concrete to improve its durability and sustainability, cement, bridge and traffic signal components. We have identified these through conversations with our contractors and maintenance and design teams. In discussions with one vendor that supplies our snow-blowers they indicated to staff that any tariffs added beyond the current 25 percent tariff we pay will be added to the cost of the equipment.

5. ODOT is currently setting its budgets for its Maintenance and Project Delivery programs. The budgeting process happens every two years within May and June. Our maintenance budgets cover labor, equipment and supplies. We break the available budget between our headquarters functions and 14 maintenance districts. This budget includes over 200 different labor categories and a wide variety of supplies from 10-yard vehicles, mowers, various types of de-icer, pesticides, paint and more. Our capital improvement plan covers the projects delivered through the federally mandated Statewide Transportation Investment Program required by 49 U.S.C. 5304(g). This is a four-year plan that is currently updated every two years. We program design and construction phases based upon our cost estimates the information available at the time of programming.

6. ODOT has a specified amount of funds granted by the legislature that it must efficiently distribute. Further, accurate budgeting is necessary to ensure responsible and fair spending across the department and its districts.

7. Increased tariffs are categorized as a risk to the project budget. There is a significant level of cost uncertainty that will require us to program fewer projects to set aside funds within our projects for the anticipated costs. The results of this could put the agency into a position where we either a) didn't set aside enough funds to pay for the increased costs and subsequently cancel projects or b) over-program the costs and potentially lose federal funding if we do not quickly reallocate the funding to projects on the wait list. Either one provides a level of uncertainty and risk to the capital improvement plan.

8. As part of the current budgeting process, ODOT is budgeting out for the purchase of two types of snow blowers, which are required for the removal of snow. The snow blowers are manufactured in Canada, and ODOT's vendor for snow blowers has recently indicated that it intends to pass on increased tariff costs. These snow blowers are specialty equipment that are not reasonably available from domestic manufacturers.

9. The first type of snow blower is a T-80 self-propelled blower, which was originally priced at $870,297. With the added cost of the 25 percent tariff levied against Canada, the blower will cost an additional $217,574.

10. The second type of snow blower is a D-65 "loader mounted blower," which can be affixed to the back of a truck. The original price for that blower was $289,362. The 25 percent tariff will add an additional $72,340 to the price.

11. There is further uncertainty about tariff costs due to the President's repeated use of his emergency powers to change tariff policies with very little notice and lead time. Additionally, it is not even clear what tariff rates will apply when ODOT ultimately purchases the snow blowers. That uncertainty impairs ODOT's ability to accurately budget its limited funding.

12. ODOT anticipates a large number of other procurement and services (including construction) will see increases in price due to passed-through tariff costs, because many of those goods and the materials used for services are sourced from outside of country. That will necessarily result in increased costs to ODOT for the same amount of procurement and services.

13. The increased costs due to tariffs will further impair ODOT by reducing the services it is able to provide. For example, to address the unexpected costs of increased tariffs for procurement, the most likely result is that ODOT will need to buy fewer units of a tariffed good, such as the snow blowers, which will reduce the level of service ODOT can provide to the public.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 6, 2025, at Salem, Oregon**

Amy RAMSDELL (May 6, 2025 13:58 PDT)

Amy Ramsdell