IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, AND THE STATE OF VERMONT, | Case No. 25-CV-77<br><br>DECLARATION OF JOSHUA ROOT, DEPUTY CHIEF COUNSEL AND CHIEF DATA OFFICER FOR THE MINNESOTA DEPARTMENT OF TRANSPORTATION |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES, | |
| Defendants. | |

I, Joshua Root, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business by the Minnesota Department of Transportation (MnDOT), and information I learned from various MnDOT personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2.     I am the Deputy Chief Counsel and Chief Data Officer. In my role, I oversee the records management, data dissemination, and general legal strategy for the agency's information management practices.

Page 1 -     DECLARATION OF JOSHUA ROOT

3.      The Minnesota Department of Transportation (MnDOT) is a multimodal transportation system entity responsible for planning, building, operating, and maintaining a safe, accessible, and reliable transportation network for the State of Minnesota. MnDOT's mission is to connect and serve all people in Minnesota through a safe, equitable, and sustainable transportation system.

4.      MnDOT's strategic direction focuses on maximizing the health of people, the environment, and the economy. The department's values include safety, service, equity, sustainability, innovation, and collaboration. MnDOT is committed to creating a comprehensive transportation system that serves Minnesotans now and into the future, including enhancing pedestrian safety, reducing greenhouse gas emissions, and cultivating a diverse transportation industry and workforce.

5.      MnDOT provides statewide construction and maintenance services for the State of Minnesota's state roads as generally authorized by Minnesota Statutes chapter 162.  MnDOT constructs new roads, ensures roads are travelable in various weather conditions, and manages roads throughout their life cycle.

6.      MnDOT has a duty to monitor roads using scientific and non-scientific tools, test construction materials, conduct research on road-related equipment or materials, and to improve the ability of people to get from one location to another by sharing operating conditions and options to complete trips.

7.      MnDOT annually expends $3 - $5 billion to conduct its work.  MnDOT expenditures include staff salaries, consultant or other professional services costs and hundreds of millions of dollars on tangible goods purchasing.   In the regular course of its operations, MnDOT routinely purchases many goods that happen to originate from sources outside the United States, be assembled outside the United States, or only exist in other countries. Tangible goods purchasing can be generically broken into three buckets: (i) electronic equipment, (ii) physical assets, and (iii) raw materials or commodities.

Page 2 -    DECLARATION OF JOSHUA ROOT

*Electronic Equipment*

8.    MnDOT purchases electronic equipment such as sensors, dynamic signs, cameras, computers, electronic cabinets, and voluminous other types of lights, cables, or technical equipment.  As required by state and federal procurement laws MnDOT utilizes the "low bid" contracting method to acquire the various goods it needs to meet the agency's mission.  Under that method, the lowest bidder related to an anticipated procurement is presumed to be the entity MnDOT will contract with for the goods.  MnDOT and the low bidder will typically enter into a contract for a duration of time with fixed costs for series of identified goods.  One example of this arrangement is over-road dynamic signs.  Over-road dynamic signs are large signs that exist above the travel lanes on a roadway and have the ability to change the message they convey.  Tolls, safety messages, lane conditions, warnings, are all examples of the types of things these signs are used for.  The signs come in a wide range of sizes and shapes but all generally contain some form of illumination to display information the travelling public would benefit from knowing.

9.    In 2024, MnDOT completed a request for proposal (RFP) for these types of signs and received multiple bidders.  The lowest bidder was a manufacturer in Canada.  The Canadian firm currently under contract has informed MnDOT prices will increase by 5% to 30% depending on the sign.  In analyzing the alternative low bidders to the last RFP, the alternative bidders to the contract solicitations had prices in their proposals that were up to 350% higher than the low bidder Canadian firm.  Attached as Exhibit A is an accurate analysis of the 2024 RFP responses for dynamic sign pricing.  The analysis defines the specific type of sign the current vendor costs as well as the two other proposing vendors costs for those same items.  The analysis was completed for the purpose of picking which vendor was the lowest bidder based on the type and volume of sign MnDOT procures and identifies each vendors pricing above the lowest price.

Page 3 -   DECLARATION OF JOSHUA ROOT

10.    The bid result analysis demonstrating the bid prices for all proposers. Given the anticipated price increases, MnDOT now has three options: (i) find a mechanism to pay the prices which exceed the contract allowance; (ii) enforce the contract assuming the vendor breaches its contractual obligation; or (iii) switch to a higher priced vendor.

11.    In any scenario, MnDOT will be spending more money to acquire the same items as a result of the tariffs placed on the Canadian manufacturer.  The outcome of a contractual dispute is very uncertain, and its most likely outcome is a mediated increase in our contractual prices.  A higher-priced, US-based vendor—or simply paying the tariff related increases—all result in higher costs for MnDOT, and they result in higher costs without a designated source for MnDOT to cover the difference in price.  The tariff-related increased costs are not theoretical as the agency has, over the last decade purchased approximately 40 dynamic signs per year (since 2015 MnDOT has never purchased fewer than 10 and has never purchased more than 92).  This year MnDOT expects to be a bit higher than our 10-year average with about 50 signs expected. There are several large construction projects underway which require them as well as several replacement signs needed in locations where the older sign has malfunctioned and is beyond repair.

12.    Additionally, under the electronic equipment category are the communication tools utilized by MnDOT and other first responders.  The Allied Radio Matrix for Emergency Response (ARMER) is a statewide radio network managed by MnDOT.  The radio network is a series of 335 towers in every corner of Minnesota with specialized equipment which makes it possible for first responders to communicate with their various departments.  Significantly this system also allows everyone one to talk to each other.  MnDOT had the tragic need to test the functionality of this system in 2007 when a large bridge collapsed in Minnesota and there were Emergency Medical Services, Minneapolis Firefighters, Minneapolis Police, State Troopers, United State Coast Guard and various other federal partners all on the same network communicating with each other at the same time.

Page 4 -    DECLARATION OF JOSHUA ROOT

13.     The statewide ARMER network has hundreds of components that regularly reach the end of their lifespan. Each of these components can only be sourced from selected specialists and the components come from around the world.  The consumable nature of the vast network, the criticality of the network being operational, and the cost of having additional components on hand means this is one of the first tariff impacts MnDOT has received invoices for.  There is not an option of going to a different vendor, the components are extremely specialized with very few vendors and in most instances there is only one source as the market does not support competition.  MnDOT cannot pick a Beta tape for VHS player. The tariffs on the purchases invoiced to date are generally 20% higher than the same item prior to the tariff increases. Attached as Exhibit B are true copy of invoices received for various radio components. These documents clearly identify the country of origin for the component and the amount of additional tariff costs.   Also Attached as Exhibit C is a price quotation from a vendor for actual products with the anticipated tariff impacts for the items MnDOT needs to keep the ARMER system operations.

14.     The multinational nature of the products MnDOT receives raises additional concerns about how likely the products will be received at all let alone within the timeline promised, will the products be double tariffed (directly or indirectly), will the logistics firms be able to manage the changing tariff landscape to ensure accurate accounting. Attached as Exhibit D is a true copy of the type of communication MnDOT has received from various vendors who anticipate increased costs related to tariff changes.  The impact those changes will have on our contractual relationship and what the conditions of those changes will have on MnDOT's purchases.

***Physical Assets***

15.     MnDOT also purchases large, high cost, pieces of equipment.  These physical assets are typically complex multicomponent items.  Plow trucks are a prime example. MnDOT purchases approximately 57 plow trucks a year.  Each truck begins as a chassis.  The chassis is

Page 5 -    DECLARATION OF JOSHUA ROOT

the building block of a truck (basically the engine and the part a person rides in bolted onto the undercarriage on which the tires are mounted). MnDOT receives the chassis and then adds plow systems, computer systems, dump truck beds, radio networks, sensors, cameras, GPS equipment, and many other pieces of technology.

16.     Plow construction is an iterative process where numerous components are installed from various manufacturers over many weeks. Each item is from a different vendor and is itself made of many components.

17.     MnDOT has been informed that the 57 plow chassis we have scheduled for build this year will have a price increase of $3,000.00 per unit. There are likely additional increases for the technology or steel however those stages are later in the build process an no costs have been shared with MnDOT.

***Raw Materials***

18.     Raw materials and commodities are the third category of tariff-related price impacts. Raw materials consist of cement, fly ash, steel, glass beads, and the many types of materials that go into the creation of roads and bridges.

19.     The two most significant commodities purchased by MnDOT are fuel and salt. Of these two, salt is currently the most variable. Most salt in Minnesota is sourced from within the United States; however, northern Minnesota has existing agreements with vendors that purchase from Canadian mines. MnDOT also uses specific salt in the road pre-treatment brine process. As with all specialty purchases, the availability from a vendor impacts the source location and the requirement to adhere to a low bid purchase may require sourcing from outside of the United State. As with most commodities salt is subject to broad price influences typically impacted by exchanges. However, when the salt is ultimately sent from Canada, there will now also be an added tariff costs. MnDOT typically buys salt in the summer months with delivery at the convenience of the supplier, so hard costs have not been determined but early indications from typical sources are that the low bid provider expects 15%-25% increases.

Page 6 -    DECLARATION OF JOSHUA ROOT

20.     The President's tariffs accordingly impose a financial harm to MnDOT by increasing the cost of procurement.

**Executed on May 6, 2025, at Minneapolis, Minnesota**

Joshua
Root

Digitally signed by
Joshua Root
Date: 2025.05.06
13:08:03 -05'00'

_____
Joshua Root

Page 7 -    DECLARATION OF JOSHUA ROOT

| DYNAMIC SIGN TYPE | | Current Vendor | Bidder B | | Bidder C | |
|---|---|---|---|---|---|---|
| W18C3-20  (walk in 18ft color 3 line) | each | $60,000.00 | $65,754.00 | 109.59% | $63,085.00 | 105.14% |
| W18C4-20  (walk in 18ft color 4 line) | each | $76,000.00 | $78,461.00 | 103.24% | $75,185.00 | 98.93% |
| W24C3-20  (walk in 24ft color 3 line) | each | $78,000.00 | $78,814.00 | 101.04% | $76,985.00 | 98.70% |
| W30C3-20  (walk in 30ft color 3 line) | each | $99,750.00 | $91,950.00 | 92.18% | $90,285.00 | 90.51% |
| W30C4-20  (walk in 30ft color 4 line) | each | $129,000.00 | $112,052.00 | 86.86% | $113,285.00 | 87.82% |
| W40C3-20  (walk in 40ft color 3 line) | each | $141,000.00 | $126,606.00 | 89.79% | $128,185.00 | 90.91% |
| W40C4-20  (walk in 40ft color 4 line) | each | $182,000.00 | $154,596.00 | 84.94% | $158,885.00 | 87.30% |
| | | | | | | |
| F8C1-20  (front access 8ft color 1 line) | each | $15,500.00 | $42,250.00 | 272.58% | $24,285.00 | 156.68% |
| F8C2-20  (front access 8ft color 2 line) | each | $22,500.00 | $36,627.00 | 162.79% | $30,385.00 | 135.04% |
| F14C1-20  (front access 14ft color 1 line) | each | $21,000.00 | $49,250.00 | 234.52% | $30,585.00 | 145.64% |
| F14C2-20  (front access 14ft color 2 line) | each | $35,100.00 | $47,941.00 | 136.58% | $41,385.00 | 117.91% |
| F14C3-20  (front access 14ft color 3 line) | each | $50,400.00 | $52,460.00 | 104.09% | $48,185.00 | 95.61% |
| F18C1-20  (front access 18ft color 1 line) | each | $24,200.00 | $51,900.00 | 214.46% | $39,585.00 | 163.57% |
| F18C2-20  (front access 18ft color 2 line) | each | $42,400.00 | $52,696.00 | 124.28% | $49,785.00 | 117.42% |
| F18C3-20  (front access 18ft color 3 line) | each | $60,600.00 | $58,044.00 | 95.78% | $56,585.00 | 93.37% |
| | | | | | | |
| R8C1-20   (rear access 8ft color 1 line) | each | $13,000.00 | $45,250.00 | 348.08% | $33,385.00 | 256.81% |
| R8C2-20   (rear access 8ft color 2 line) | each | $20,100.00 | $39,701.00 | 197.52% | $38,785.00 | 192.96% |
| R14C1-20  (rear access 14ft color 1 line) | each | $20,000.00 | $53,750.00 | 268.75% | $39,285.00 | 196.43% |
| R14C2-20  (rear access 14ft color 2 line) | each | $31,700.00 | $52,213.00 | 164.71% | $48,885.00 | 154.21% |
| R14C3-20  (rear access 14ft color 3 line) | each | $44,800.00 | $57,509.00 | 128.37% | $55,485.00 | 123.85% |
| R18C1-20  (rear access 18ft color 1 line) | each | $22,800.00 | $56,750.00 | 248.90% | $41,885.00 | 183.71% |
| R18C2-20  (rear access 18ft color 2 line) | each | $38,400.00 | $57,764.00 | 150.43% | $52,985.00 | 137.98% |
| R18C3-20  (rear access 18ft color 3 line) | each | $52,000.00 | $63,286.00 | 121.70% | $60,685.00 | 116.70% |
| | | | | | | |
| ILCS  (4 foot high by 4 foot wide) | each | $9,250.00 | $31,900.00 | 344.86% | $23,185.00 | 250.65% |
| ILCS  (5 foot high by 5 foot wide) | each | $13,300.00 | $34,200.00 | 257.14% | $26,385.00 | 198.38% |
| | | | | | | |
| SIGN CONTROLLER | each | $4,600.00 | $4,100.00 | 89.13% | $4,385.00 | 95.33% |
| COLOR DISPLAY MODULE | each | $750.00 | $660.00 | 88.00% | $735.00 | 98.00% |

| | | | | | | |
|---|---|---|---|---|---|---|
| ILCS COLOR DISPLAY MODULE | each | $750.00 | $660.00 | 88.00% | $585.00 | 78.00% |
| TRAINING | Per occu | $4,200.00 | $4,000.00 | 95.24% | $3,390.00 | 80.71% |
| COMMISSIONING PER WALK-IN SIGN | each | $850.00 | $900.00 | 105.88% | $1,495.00 | 175.88% |
| COMMISSIONING PER NON-WALK-IN SIGN | each | $700.00 | $900.00 | 128.57% | $1,495.00 | 213.57% |
| COMMISSIONING TRIP | each | $3,200.00 | $1,500.00 | 46.88% | $1,695.00 | 52.97% |
| STATIC SIGN MOUNT | Ln FT | $195.00 | $400.00 | 205.13% | $385.00 | 197.44% |

**DigiKey**

701 Brooks Ave. South
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

**Invoice # 111416537**
**Completed Salesorder USD $**

| Bill To: | MN DOT & COMM<br>3487 HADLEY AVE N<br>OAKDALE MN 55128 | Ship To: | GERALD SCHWARTZ<br>MN DOT SW RADIO COMM<br>7694 INDUSTRIAL PARK RD<br>ATTN RADIO<br>BAXTER MN 56425-8266 |
|---|---|---|---|

| Purchase Order: | 3000812760 |
|---|---|
| Salesorder / Packlist: | 91834272 / PL1 |
| Account: | 3311 |
| Customer: | 15858179 |
| Payment Terms: | Net 30 Days |
| Shipping Method: | XGT |
| Tracking #: | 452445515550 |

| Buyer: | KELLY LEPINSKI<br>STATE OF MN/DEPARTMENT OF TRANSPORTATION<br>STATEWIDE RADIO COMMUNICATIONS<br>3487 HADLEY AVE N<br>OAKDALE MN 55128-3307 | Ship From: | DIGI-KEY ELECTRONICS<br>701 BROOKS AVE. SOUTH<br>P.O. BOX 677<br>THIEF RIVER FALLS MN 56701-0677 |
|---|---|---|---|

*R-615204*
*4.9.25*
*KL.*

| Order Source: | Order Date: | Invoice Date: | Ship Date: | Document Date: |
|---|---|---|---|---|
| INTERNET | 31-Mar-2025 | 31-Mar-2025 | 31-Mar-2025 | 31-Mar-2025/AUTO |

| Line Item | Ordered | Cancelled | Shipped | Item Number/ Description | Unit Price USD $ | Amount USD $ |
|---|---|---|---|---|---|---|
| 1 | 10 | 0 | 10 | PART: 123-A-M04/4-SF-ND          DESC: CONN MOD PLUG 4P4C UNSHIELDED<br>MFG : Assmann WSW Components / A-MO 4/4-SF<br>COO : CHINA                    ECCN: EAR99          HTSUS: 8536.69.8000<br>ROHS3 COMP REACH UNAFFECTED Jun-2024<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com<br>Section 301 Tariff | 0.22200 | 2.22<br><br>0.22 |
| 2 | 10 | 0 | 10 | PART: 123-A-M06/6-F50-ND          DESC: CONN MOD PLUG 6P6C UNSHIELDED<br>MFG : Assmann WSW Components / A-MO 6/6-F50<br>COO : CHINA                    ECCN: EAR99          HTSUS: 8536.69.8000<br>ROHS3 COMP REACH UNAFFECTED Jun-2024<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com<br>Section 301 Tariff | 0.18900 | 1.89<br><br>0.19 |
| 3 | 5 | 0 | 5 | PART: 1873-1030-ND          DESC: DESOLDER BRAID ROSIN 0.055" 5'<br>MFG : Techspray / 1809-5F<br>COO : UNITED STATES OF AMERICA    ECCN: EAR99          HTSUS: 7413.00.5000<br>ROHS3 COMP REACH UNAFFECTED Jun-2022 | 4.38000 | 21.90 |

| | |
|---|---|
| Sales Amount | 26.01 |
| Tariff Amount | 0.41 |
| Total Sales and Tariff | 26.42 |
| Shipping charges applied | 6.99 |
| ** Charges subtotal ** | 33.41 |
| Total due - Pay from this invoice | 33.41 |
| | USD $ |

Tax Exempt

DUNS No: 05 760 2120 FEI No: 41-1234968 Any applicable sales tax not collected on this invoice is the responsibility of the customer.

**DigiKey**

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

| Ship Method: | XGT | 272/A4C9 | Packlist # | 1 |
| Customer PO: | | 3000812760 | | AUTO |

Sold To:
KELLY LEPINSKI
STATE OF MN/DEPARTMENT OF TRANSPORTATION
STATEWIDE RADIO COMMUNICATIONS
3487 HADLEY AVE N
OAKDALE MN 55128-3307

Ship To:
GERALD SCHWARTZ
MN DOT SW RADIO COMM
7694 INDUSTRIAL PARK RD
ATTN RADIO
BAXTER MN 56425-8266

Sales Order:       91834272
Invoice:          111416537
Order Date:       31-Mar-2025
Document Date:    31-Mar-2025
Shippable Items:   3

THE ORDER IS COMPLETE

| Ordered | Line Item | Location | Item Number / Description | Shipped | Backordered |
|---------|-----------|----------|---------------------------|---------|-------------|
| 10 | 1 | | PART: 123-A-MO4/4-SF-ND      DESC: CONN MOD PLUG 4P4C UNSHIELDED    ECCN: EAR99<br>MFG#: A-MO 4/4-SF      HTSUS: 8536.69.8000    CAGE: C3189<br>MFG : Assmann WSW Components<br>ROHS3 COMP    REACH UNAFFECTED Jun-2024<br>COO: CHINA      LOT QTY: 10      DATE CODE: Aug-2022 LOT CODE: 22325016576100010000<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com<br><br>QTY: | 10 | 0 |
| 10 | 2 | | PART: 123-A-MO6/6-FS0-ND      DESC: CONN MOD PLUG 6P6C UNSHIELDED    ECCN: EAR99<br>MFG#: A-MO 6/6-FS0      HTSUS: 8536.69.8000    CAGE: C3189<br>MFG : Assmann WSW Components<br>ROHS3 COMP    REACH UNAFFECTED Jun-2024<br>COO: CHINA      LOT QTY: 10      DATE CODE: Aug-2024 LOT CODE: 24355016716000030000<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com<br><br>QTY: | 10 | 0 |
| 5 | 3 | | PART: 1873-1030-ND      DESC: DESOLDER BRAID ROSIN 0.055" 5'   ECCN: EAR99<br>MFG#: 1809-5F      HTSUS: 7413.00.5000    CAGE: 21267<br>MFG : Techspray<br>ROHS3 COMP    REACH UNAFFECTED Jun-2022<br>COO: UNITED STATES OF AMERICA    LOT QTY: 5      DATE CODE: Oct-2023 LOT CODE: 23303<br>QTY: | 5 | 0 |

General - WEB ORDER ID: 355932476

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.

RECEIVED
4/8/25



91834272, 1, 111416537

# DigiKey

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

Ⓑ

**Invoice # 111416534**
**Completed Salesorder USD $**

| | | |
|---|---|---|
| **Bill To:** MN DOT & COMM<br>3487 HADLEY AVE N<br>OAKDALE MN 55128 | **Ship To:** GERALD SCHWARTZ<br>MN DOT SW RADIO COMM<br>7694 INDUSTRIAL PARK RD<br>ATTN RADIO<br>BAXTER MN 56425-8266 | Purchase Order: 3000812760<br>Salesorder / Packlist: 91834271 / PL1<br>Account: 3311<br>Customer: 15858179<br>Payment Terms: Net 30 Days<br>Shipping Method: MPG<br>Tracking #: 9405530109355127151866 |
| **Buyer:** KELLY LEPINSKI<br>STATE OF MN/DEPARTMENT OF TRANSPORTATION<br>STATEWIDE RADIO COMMUNICATIONS<br>3487 HADLEY AVE N<br>OAKDALE MN 55128-3307 | **Ship From:** E-Z-HOOK<br>5108 AZUSA CANYON ROAD<br>IRWINDALE CA 91706-0000 | *R—615205*<br>*4-9-25*<br>*K.L.* |

| Order Source: | Order Date: | Invoice Date: | Ship Date: | Document Date: |
|---|---|---|---|---|
| INTERNET | 31-Mar-2025 | 01-Apr-2025 | 01-Apr-2025 | 01-Apr-2025/AUTO |

| Line Item | Ordered | Cancelled | Shipped | Item Number/ Description | Unit Price USD $ | Amount USD $ |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 1 | PART: 461-1164-ND          DESC: MINI HOOK TO MINI HOOK 16" 10PC<br>MFG : E-Z-Hook / 604XR-18-S<br>COO : UNITED STATES OF AMERICA     ECCN: EAR99     HTSUS: 8544.42.9090<br>ROHS NONC REACH UNAFFECTED Jan-2022<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com | 76.50000 | 76.50 |

| | |
|---|---|
| Sales Amount | 76.50 |
| Shipping charges applied | 10.50 |
| ** Charges subtotal ** | 87.00 |
| Total due - Pay from this invoice | 87.00 |
| | USD $ |
| Tax Exempt | |

**ACH/Wire Tran:**
Digi-Key Electronics
Northern State Bank
201 East Third Street
Thief River Falls MN 56701

Swift Code: NSBTUS44
Account #: 11-596-7
ABA No: 091216146

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.

DUNS No: 05760 2120 FEI No: 41-1234968 Any applicable sales tax not collected on this invoice is the responsibility of the customer.

Exhibit B to Declaration of Joshua Root    Page 1 of 2
Page 3 of 18



– PICK TICKET –

E-Z-HOOK DIV TEKTEST INC
5108 AZUSA CANYON ROAD
IRWINDALE, CA 91706
FAX: 626-446-0972
626-446-6175

| ORDER NO. | DATE | CUSTOMER NO. | PAGE |
|-----------|------|--------------|------|
| 94290 | 03/31/25 | 000000318500 | |

CUSTOMER PO NUMBER          JOB NO.
3000812760

SHIP VIA          SHIP DATE          SHIPPING INSTRUCTIONS
USPS MAIL         A.S.A.P.           SHIP ON 04/14/2025 OR SOONER
                                     SM FLAT RATE BOX

TERMS             WHSE. LOCATION
NET 30 DAYS       ARCADIA

BILL TO:                             SHIP TO:
DIGI-KEY MP                          MN DOT SW RADIO COMM
701 BROOKS AVENUE SOUTH             7694 INDUSTRIAL PARK RD
INVOICE ON https://auth.digikey.com/   ATTN GERALD SCHWARTZ RADIO
THIEF RIVER FALLS, MN 56701         BAXTER, MN 56425-8266
USA                                 USA

| QTY. ORDERED | REQ. DATE | ITEM NUMBER/DESCRIPTION | UOM | PICK SEQ. | QTY. TO SHIP | QTY. PICKED |
|---|---|---|---|---|---|---|
| | | ***Warning: Duplicate Picking Ticket*** | | | | |
| 1.00 | 03/31/25 | 604XR-18-S | EA | | 1.00 | .1... |
| | | SET,10, 1 EA 10 COLORS | | | | |
| | | DIGKEY PART# 461-1164-ND | | | | |
| | | All Line Items Picked | | | | |

RXD 4-7-2025

Shipped

APR 9 1 2025

E-Z-Hook

MISCELLANEOUS CHARGES          FREIGHT CHARGES
       .00                            .00



# MINNESOTA  Purchase Order

**Transportation Department**
**Statewide Radio Communications**

| CHANGE ORDER | | | Dispatch Via Email |
|---|---|---|---|
| Purchase Order T7901-3000812760 | Date 03/31/2025 | Revision 1 - 04/09/2025 | Page 1 of 2 |
| Payment Terms Net 30 | Freight Terms FOB Destination, Prepd & Add | Ship Via GROUND | Event ID |
| Buyer Lepinski,Kelly J | Phone 651/366-4407 | Currency USD | Agency Reference 445789 |

**Supplier:**
0000202529
DIGI KEY CORP
521 1ST ST E
THIEF RIVER FLS MN 56701-0677
United States

**Ship To:**
MNDOT SW RADIO COMM
BAXTER
BAXTER
7694 INDUSTRIAL PARK RD
BAXTER MN 56425-8266
United States

**Attention:**
See Detail Below

**Bill To:**
MNDOT SW RADIO COMM OAKDALE
OAKDALE
3487 HADLEY AVE N (4W)
OAKDALE MN 55128-3307
United States

Replenishment Option: Standard

| Tax Exempt? Line - Sch | Item/Description Mfg Item ID | Tax Exempt ID: Manufacturer Name | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1 - 1 | Digi key #461-1164-ND Mfr# 604XR-18-S MINI HOOK TO MINI HOOK 18" 10PC | | 1.0000 | EA | 76.50000 | 76.50 | 03/31/2025 |
| | 445789 Bax | | | | | | |

| | | MISC | 10.91 |
|---|---|---|---|
| | Attention: Gerald Schwartz | | |
| | Schedule Total | | 87.41 |
| | Item Total | | 87.41 |

| 2 - 1 | Digi-key # 123-A-MO4/4-SF-ND MFR# A-MO 4/4-SF CONN MOD PLUG 4P4C UNSHIELDED | | 10.0000 | EA | 0.22200 | 2.22 | 03/31/2025 |
|---|---|---|---|---|---|---|---|
| | 445789 Bax | | | | | | |

| | | FREIGHT | 0.60 |
|---|---|---|---|
| | Attention: Not Specified | | |
| | Schedule Total | | 2.82 |
| | Item Total | | 2.82 |

| 3 - 1 | Digi Key # 123-A-MO6/6-F50-ND Mrf#A-MO 6/6-F50 CONN MOD PLUG 6P6C UNSHIELDED | | 10.0000 | EA | 0.18900 | 1.89 | 03/31/2025 |
|---|---|---|---|---|---|---|---|
| | 445789 Bax | | | | | | |

| | | FREIGHT | 0.51 |
|---|---|---|---|
| | Attention: Not Specified | | |
| | Schedule Total | | 2.40 |
| | Item Total | | 2.40 |

| 4 - 1 | Digi-key # 1809-5F MFR# 809-5F DESOLDER BRAID ROSIN 0.055" 5 Techspray | | 5.0000 | EA | 4.38000 | 21.90 | 03/31/2025 |
|---|---|---|---|---|---|---|---|
| | 44579 Bax | | | | | | |

| | | FREIGHT | 5.88 |
|---|---|---|---|
| | Attention: Not Specified | | |
| | Schedule Total | | 27.78 |
| | Item Total | | 27.78 |

**Issuer certifies that funds have been encumbered and appropriate approvals have been obtained.**

**Issued By:**
*Kelly J Lepinski*

# MINNESOTA  Purchase Order

**Transportation Department**
**Statewide Radio Communications**

| CHANGE ORDER | | | Dispatch Via Email |
|---|---|---|---|
| **Purchase Order**<br>T7901-3000812760 | **Date**<br>03/31/2025 | **Revision**<br>1 - 04/09/2025 | **Page**<br>2 of 2 |
| **Payment Terms**<br>Net 30 | **Freight Terms**<br>FOB Destination,<br>Prepd & Add | **Ship Via**<br>GROUND | **Event ID** |
| **Buyer**<br>Lepinski,Kelly J | **Phone**<br>651/366-4407 | **Currency**<br>USD | **Agency Reference**<br>445789 |

**Supplier:**
0000202529
DIGI KEY CORP
521 1ST ST E
THIEF RIVER FLS MN 56701-0677
United States

**Ship To:**
MNDOT SW RADIO COMM
BAXTER
BAXTER
7694 INDUSTRIAL PARK RD
BAXTER MN 56425-8266
United States

**Attention:**
See Detail Below

**Bill To:**
MNDOT SW RADIO COMM OAKDALE
OAKDALE
3487 HADLEY AVE N (4W)
OAKDALE MN 55128-3307
United States

**Tax Exempt?**           **Tax Exempt ID:**

**Replenishment Option:** Standard
**Total PO Amount**            120.41

1. Show the purchase order number on invoice and all tags, packages and correspondence.
2. This purchase order incorporates by reference all terms, conditions, and specifications in the Contract.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Contract.
3. If this purchase order is awarded from a solicitation, it incorporates by reference all terms, conditions and specifications of the Sample Contract attached to the SWIFT Event.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Sample Contract.
4. All deliveries hereunder shall comply with all applicable State of Minnesota and Federal laws.
5. Invoicing must match line items on the purchased order.
6. DO NOT COLLECT SALES TAX on this order unless instructed to do so on this Purchase Order or the solicitation document. Effective July 1, 1995, Minnesota State agencies use a Direct Pay Authorization to pay the applicable sales and use tax directly to the Department of Revenue under Minnesota Tax ID 4405717. The Department of Revenue does not require State agencies to complete the ST3 Form with this order.
7. Payment terms are Net 30 unless a discount is offered for early payment.

**Issuer certifies that funds have been encumbered and appropriate approvals have been obtained.**

**Issued By:**
*Kelly J Lepinski*

**DigiKey**

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

**Invoice # 111737153**
**Completed Salesorder USD S**

| Bill To: | MN DOT & COMM<br>3487 HADLEY AVE N<br>OAKDALE MN 55128 | Ship To: | MNDOT SW RADIO<br>SW RADIO COMM ST CLOUD<br>MNDOT<br>3725 12TH ST N<br>PETER NIERENGARTEN<br>SAINT CLOUD MN 56303-2107 |
|---|---|---|---|

| Buyer: | KELLY LEPINSKI<br>STATE OF MN/DEPARTMENT OF TRANSPORTATION<br>STATEWIDE RADIO COMMUNICATIONS<br>3487 HADLEY AVE N<br>OAKDALE MN 55128-3307 | Ship From: | DIGI-KEY ELECTRONICS<br>701 BROOKS AVE. SOUTH<br>P.O. BOX 677<br>THIEF RIVER FALLS MN 56701-0677 |
|---|---|---|---|

| | |
|---|---|
| Purchase Order: | 3000814538 |
| Salesorder / Packlist: | 92028280 / PL1 |
| Account: | 3311 |
| Customer: | 15858179 |
| Payment Terms: | Net 30 Days |
| Shipping Method: | XGT |
| Tracking #: | 454109991879 |

R-616144
4.17.25
K.L.

| Order Source: | Order Date: | Invoice Date: | Ship Date: | Document Date: |
|---|---|---|---|---|
| INTERNET | 10-Apr-2025 | 10-Apr-2025 | 10-Apr-2025 | 10-Apr-2025/AUTO |

| Line Item | Ordered | Cancelled | Shipped | Item Number/ Description | Unit Price USD $ | Amount USD $ |
|---|---|---|---|---|---|---|
| 1 | 10 | 0 | 10 | PART: 732-61802524823-ND          DESC: CONN D-SUB PLUG 25POS SOLDER CUP<br>MFG : Wurth Elektronik / 61802524823<br>COO : CHINA                    ECCN: EAR99          HTSUS: 8536.69.8000<br>ROHS3 COMP REACH UNAFFECTED Nov-2024<br>Section 301 Tariff | 2.13300 | 21.33<br><br>2.13 |
| 2 | 10 | 0 | 10 | PART: WM1030-ND               DESC: CONN PLUG HSG 2POS VERT DUAL<br>MFG : Molex / 0039013023<br>COO : UNITED STATES OF AMERICA    ECCN: EAR99      HTSUS: 8536.69.8000<br>ROHS3 COMP REACH UNAFFECTED Jul-2017<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com | 0.28400 | 2.84 |
| 3 | 25 | 0 | 25 | PART: WM2500-ND               DESC: CONN PIN 18-24AWG CRIMP TIN<br>MFG : Molex / 0039000041<br>COO : UNITED STATES OF AMERICA    ECCN: EAR99      HTSUS: 8536.90.4000<br>ROHS3 COMP REACH UNAFFECTED Jul-2017<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com | 0.12160 | 3.04 |
| 4 | 6 | 0 | 6 | PART: WM1927-ND               DESC: CONN RCPT HSG 2POS 10.00MM<br>MFG : Molex / 0428160212<br>COO : INDIA                    ECCN: EAR99          HTSUS: 8536.69.8000<br>ROHS3 COMP REACH UNAFFECTED Jul-2017<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com | 1.52000 | 9.12 |

DUNS No: 05 760 2120 FEI No: 41-1234968 Any applicable sales tax not collected on this invoice is the responsibility of the customer.

Exhibit B to Declaration of Joshua Root
Page 7 of 18

**DigiKey**

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

**Invoice # 111737153**
**Completed Salesorder USD $**

| Line Item | Ordered | Cancelled | Shipped | Item Number/ Description | Unit Price USD $ | Amount USD $ |
|---|---|---|---|---|---|---|
| 5 | 12 | 0 | 12 | PART: WM9167CT-ND      DESC: CONN SOCKET 8AWG CRIMP GOLD<br>MFG : Molex (VA) / 0428150032<br>COO : UNITED STATES OF AMERICA    ECCN: EAR99      HTSUS: 8536.90.4000<br>ROHS3 COMP REACH UNAFFECTED Jul-2017<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com | 1.27200 | 15.26 |
| 6 | 6 | 0 | 6 | PART: CP-1453-ND      DESC: CONN RCA PLUG MONO 2COND<br>CUST: ROC-95177-3<br>MFG : Same Sky (Formerly CUI Devices) / RCP-021<br>COO : TAIWAN, PROVINCE OF CHINA    ECCN: EAR99      HTSUS: 8536.69.8000<br>ROHS3 COMP REACH UNAFFECTED Jan-2021 | 1.58000 | 9.48 |
| 7 | 5 | 0 | 5 | PART: APP-001-15AMP-ND      DESC: AUTO PWR PLUG 12V 15A W/LED BLK<br>MFG : MPD (Memory Protection Devices) / APP-001-15AMP-<br>COO : TAIWAN, PROVINCE OF CHINA    ECCN: EAR99      HTSUS: 8536.69.8000<br>ROHS COMP REACH UNAFFECTED Jan-2023 | 5.42000 | 27.10 |

|  |  |
|---|---|
| Sales Amount | 88.17 |
| Tariff Amount | 2.13 |
| Total Sales and Tariff | 90.30 |
| Shipping charges applied | 6.99 |
| ** Charges subtotal ** | 97.29 |
| Total due - Pay from this invoice | 97.29 |
|  | USD $ |

Tax Exempt

**ACH/Wire Trans:**

Digi-Key Electronics
Northern State Bank
201 East Third Street
Thief River Falls MN 56701

**Swift Code:** NSBTUS44
**Account #:** 11-596-7
**ABA No:** 091216146

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.

| Box | Ship Method | Tracking | Weight | Line Item | Part | Quantity |
|---|---|---|---|---|---|---|
| 1 | XGT | 454109991879 | 0.60 kgs / 1 lbs 5 oz | 1 | 732-61802524823-ND | 10 |
|  |  |  |  | 2 | WM1030-ND | 10 |
|  |  |  |  | 3 | WM2500-ND | 25 |
|  |  |  |  | 4 | WM1927-ND | 6 |

DUNS No: 05 760 2120 FEI No: 41-1234968 Any applicable sales tax not collected on this invoice is the responsibility of the customer.

**DigiKey**

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

| Ship Method: | XGT | 280/A7U9 | Packlist # | 1 |
| Customer PO: | | 3900814538 | | AUTO |

Sold To:
KELLY LEPINSKI
STATE OF MN/DEPARTMENT OF TRANSPORTATION
STATEWIDE RADIO COMMUNICATIONS
3487 HADLEY AVE N
OAKDALE MN 55128-3307

Ship To:
MNDOT SW RADIO
SW RADIO COMM ST CLOUD
MNDOT
3725 12TH ST N
PETER NIERENGARTEN
SAINT CLOUD MN 56303-2107

| Sales Order: | 92028280 |
| Invoice: | 111737153 |
| Order Date: | 10-Apr-2025 |
| Document Date: | 10-Apr-2025 |
| Shippable Items: | 7 |

THE ORDER IS COMPLETE

| Ordered | Line Item | Location | Item Number / Description | | | Shipped | Backordered |
|---|---|---|---|---|---|---|---|
| 10 | 1 | | PART: 732-61802524823-ND<br>MFG#: 61802524823<br>MFG : Würth Elektronik<br>ROHS3 COMP    REACH UNAFFECTED Nov-2024<br>COO: CHINA    LOT QTY: 10<br>QTY: | DESC: CONN D-SUB PLUG 25POS SOLDER CUP<br>HTSUS: 8536.69.8000<br><br><br>DATE CODE: Nov-2022 LOT CODE: H63020012248009 | ECCN: EAR99<br>CAGE: 86P22 | 10 | 0 |
| 10 | 2 | | PART: WM1036-ND<br>MFG#: 0039013023<br>MFG : Molex<br>ROHS3 COMP    REACH UNAFFECTED Jul-2017<br>COO: UNITED STATES OF AMERICA    LOT QTY: 10<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com<br><br>QTY: | DESC: CONN PLUG HSG 2POS VERT DUAL<br>HTSUS: 8536.69.8000<br><br><br>DATE CODE: Feb-2025 LOT CODE: N61480878 | ECCN: EAR99<br>CAGE: 1UX99 | 10 | 0 |
| 25 | 3 | | PART: WM2508-ND<br>MFG#: 0039000041<br>MFG : Molex<br>ROHS3 COMP    REACH UNAFFECTED Jul-2017<br>COO: UNITED STATES OF AMERICA    LOT QTY: 25<br>Mercury: Cert on File. For more information contact Environmental@DigiKey.com<br><br>QTY: | DESC: CONN PIN 18-24AWG CRIMP TIN<br>HTSUS: 8536.90.4000<br><br><br>DATE CODE: Feb-2025 LOT CODE: N61734867 | ECCN: EAR99<br>CAGE: 1UX90 | 25 | 0 |
| 6 | 4 | | PART: WM1927-ND<br>MFG#: 0428169212<br>MFG : Molex<br>ROHS3 COMP    REACH UNAFFECTED Jul-2017<br>COO: INDIA    LOT QTY: 1 | DESC: CONN RCPT HSG 2POS 10.00MM<br>HTSUS: 8536.69.8000<br><br><br>DATE CODE: Oct-2024 LOT CODE: N61102171 | ECCN: EAR99<br>CAGE: 1UX99 | 6 | 0 |

**DigiKey**

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

| Ship Method: | XGT | 280/A7U9 | Packlist # | 1 |
|---|---|---|---|---|
| Customer PO: | | 3000814538 | | AUTO |

| Ordered | Line Item | Location | Item Number / Description | Shipped | Backordered |
|---|---|---|---|---|---|
| | | Location | | | |
| | | | COO: INDIA              LOT QTY: 5        DATE CODE: Oct-2024 LOT CODE: 861182171 | | |
| | | | Mercury: Cert on File. For more information contact Environmental@DigiKey.com | | |
| | | | QTY: | | |
| 12 | 5 | | PART: WM9167CT-ND                          DESC: CONN SOCKET 8AWG CRIMP GOLD    ECCN: EAR99 | 12 | 0 |
| | | | MFG#: 0428150032                           HTSUS: 8536.90.4000                   CAGE: 1UX99 | | |
| | | | MFG : Molex (VA) | | |
| | | | ROHS3 COMP      REACH UNAFFECTED Jul-2017 | | |
| | | | COO: UNITED STATES OF AMERICA    LOT QTY: 12      DATE CODE: Oct-2022 LOT CODE: 000847908346 | | |
| | | | Mercury: Cert on File. For more information contact Environmental@DigiKey.com | | |
| | | | QTY: | | |
| 6 | 6 | | PART: CP-1453-ND                           DESC: CONN RCA PLUG MONO 2COND       ECCN: EAR99 | 6 | 0 |
| | | | CUST: ROC-95177-3                          HTSUS: 8536.69.8000                   CAGE: 8FVV8 | | |
| | | | MFG#: RCP-021 | | |
| | | | MFG : Same Sky (Formerly CUI Devices) | | |
| | | | ROHS3 COMP      REACH UNAFFECTED Jan-2021 | | |
| | | | COO: TAIWAN, PROVINCE OF CHINA    LOT QTY: 6       DATE CODE: Mar-2025 LOT CODE: 2518 | | |
| | | | QTY: | | |
| 5 | 7 | | PART: APP-001-15AMP-ND                     DESC: AUTO PWR PLUG 12V 15A W/LED BLK ECCN: EAR99 | 5 | 0 |
| | | | MFG#: APP-001-15AMP                        HTSUS: 8536.69.8000                   CAGE: 65249 | | |
| | | | MFG : MPD (Memory Protection Devices) | | |
| | | | ROHS COMP      REACH UNAFFECTED Jan-2023 | | |
| | | | COO: TAIWAN, PROVINCE OF CHINA    LOT QTY: 5       DATE CODE: Feb-2025 LOT CODE: 4640697 | | |
| | | | QTY: | | |

General - WEB ORDER ID: 356241402

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.

Received ~~received~~ 4-14-25

Peter Nierengarten

 MINNESOTA  Purchase Order



## Transportation Department
## Statewide Radio Communications

**Dispatch Via Email**

| Purchase Order T7901-3000814538 | Date 04/10/2025 | Revision | Page 1 of 3 |
| Payment Terms Net 30 | Freight Terms FOB Destination, Prepd & Add | Ship Via GROUND | Event ID |
| Buyer Lepinski,Kelly J | Phone 651/366-4407 | Currency USD | Agency Reference 447054 |

**Supplier:**
0000202529
DIGI KEY CORP
521 1ST ST E
THIEF RIVER FLS MN 56701-0677
United States

**Ship To:**
MNDOT SW RADIO COMM ST CLOUD
ST CLOUD
3725 12TH ST NORTH
ST CLOUD MN 56303-2107
United States

**Attention:**
See Detail Below

**Bill To:**
MNDOT SW RADIO COMM OAKDALE
OAKDALE
3487 HADLEY AVE N (4W)
OAKDALE MN 55128-3307
United States

| Tax Exempt? Line - Sch | Item/Description Mfg Item ID | Tax Exempt ID: | Manufacturer Name | Replenishment Option: Standard Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|---|
| 1 - 1 | DIGIKEY P/N 732-61802524823-ND MFG P/N 61802524823 Wurth Elektronik D-Sub Standard Connectors WR-DSUB Male 25Pin Solder Bucket 447054 St Cl | | | 10.0000 | EA | 2.13300 | 21.33 | 04/10/2025 |

FREIGHT        1.69
MISC          2.13
Attention: Peter Nierengarten
Schedule Total      25.15

Item Total        25.15

| 2 - 1 | DIGIKEY P/N WM1030-ND MFG P/N 39-01-3023 MOLEX 2 CIRCUIT PLUG HOUSING 447054 St Cl | | | 10.0000 | EA | 0.28400 | 2.84 | 04/10/2025 |

FREIGHT        0.23
Attention: Not Specified
Schedule Total       3.07

Item Total         3.07

| 3 - 1 | DIGIKEY P/N WM2500-ND MFG P/N 39-00-0041 MOLEX WIRE HEADER MALE PIN 447054 St Cl | | | 25.0000 | EA | 0.12160 | 3.04 | 04/10/2025 |

FREIGHT        0.26
Attention: Not Specified
Schedule Total       3.30

Item Total         3.30

| 4 - 1 | DIGIKEY P/N WM1927-ND MFG P/N 0428160212 MOLEX CONN RCPT HSG 2POS 10.00MM 447054 St Cl | | | 6.0000 | EA | 1.52000 | 9.12 | 04/10/2025 |

FREIGHT        0.72

| Issuer certifies that funds have been encumbered and appropriate approvals have been obtained. | Issued By: *Kelly J Lepinski* |

 **MINNESOTA** Purchase Order



### Transportation Department
### Statewide Radio Communications

| | | | Dispatch Via Email |
|---|---|---|---|
| Purchase Order T7901-3000814538 | Date 04/10/2025 | Revision | Page 2 of 3 |
| Payment Terms Net 30 | Freight Terms FOB Destination, Prepd & Add | Ship Via GROUND | Event ID |
| Buyer Lepinski,Kelly J | Phone 651/366-4407 | Currency USD | Agency Reference 447054 |

**Supplier:**
0000202529
DIGI KEY CORP
521 1ST ST E
THIEF RIVER FLS MN 56701-0677
United States

**Ship To:**
MNDOT SW RADIO COMM ST CLOUD
ST CLOUD
3725 12TH ST NORTH
ST CLOUD MN 56303-2107
United States

**Attention:**
See Detail Below

**Bill To:**
MNDOT SW RADIO COMM OAKDALE
OAKDALE
3487 HADLEY AVE N (4W)
OAKDALE MN 55128-3307
United States

Tax Exempt?          Tax Exempt ID:

Replenishment Option: Standard
Attention: Not Specified

| | | |
|---|---|---|
| Schedule Total | | 9.84 |
| Item Total | | 9.84 |

| 5 - 1 | DIGIKEY P/N WM9167CT-ND MFG P/N 0428150032 MOLEX CONN SOCKET 8AWG CRIMP GOLD | 12.0000 | EA | 1.27200 | 15.26 | 04/10/2025 |
|---|---|---|---|---|---|---|

447054 St Cl

| | | |
|---|---|---|
| FREIGHT | | 1.21 |
| Attention: Not Specified | | |
| Schedule Total | | 16.47 |
| Item Total | | 16.47 |

| 6 - 1 | DIGIKEY P/N CP-1453-ND MFG P/N RCP-021 SAME SKY CONN RCA PLUG MONO 2 CONDUCTOR | 6.0000 | EA | 1.58000 | 9.48 | 04/10/2025 |
|---|---|---|---|---|---|---|

447054 St Cl

| | | |
|---|---|---|
| FREIGHT | | 0.75 |
| Attention: Not Specified | | |
| Schedule Total | | 10.23 |
| Item Total | | 10.23 |

| 7 - 1 | DIGIKEY P/N APP-001-15AMP-ND MFG P/N APP-001-15AMP MPD AUTO PWR PLUG 12V 15A W/LED BLK | 5.0000 | EA | 5.42000 | 27.10 | 04/10/2025 |
|---|---|---|---|---|---|---|

447054 St Cl

| | | |
|---|---|---|
| FREIGHT | | 2.13 |
| Attention: Not Specified | | |
| Schedule Total | | 29.23 |
| Item Total | | 29.23 |

| Total PO Amount | | 97.29 |
|---|---|---|

1. Show the purchase order number on invoice and all tags, packages and correspondence.
2. This purchase order incorporates by reference all terms, conditions, and specifications in the Contract.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Contract.

**Issuer certifies that funds have been encumbered and appropriate approvals have been obtained.**

**Issued By:**
*Kelly J Lepinski*

# DigiKey

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

**Invoice # 111900013**
**Completed Salesorder USD $**

| | |
|---|---|
| **Bill To:** MN DOT & COMM<br>3487 HADLEY AVE N<br>OAKDALE MN 55128 | **Ship To:** MICAH SPINELLI<br>SW RADIO COMM<br>101 HOOVER RD N<br>VIRGINIA MN 55792-3412 |
| **Buyer:** KELLY LEPINSKI<br>STATE OF MN/DEPARTMENT OF TRANSPORTATION<br>STATEWIDE RADIO COMMUNICATIONS<br>3487 HADLEY AVE N<br>OAKDALE MN 55128-3307 | **Ship From:** DIGI-KEY ELECTRONICS<br>701 BROOKS AVE. SOUTH<br>P.O. BOX 677<br>THIEF RIVER FALLS MN 56701-0677 |

| | |
|---|---|
| Purchase Order: | 3000815560 |
| Salesorder / Packlist: | 92129478 / PL1 |
| Account: | 3311 |
| Customer: | 15858179 |
| Payment Terms: | Net 30 Days |
| Shipping Method: | XGT |
| Tracking #: | 454755149489 |

*(handwritten: A - 616953  4·24·25  K.L.)*

| Order Source: | Order Date: | Invoice Date: | Ship Date: | Document Date: |
|---|---|---|---|---|
| INTERNET | 16-Apr-2025 | 16-Apr-2025 | 16-Apr-2025 | 16-Apr-2025/AUTO |

| Line Item | Ordered | Cancelled | Shipped | Item Number/ Description | Unit Price USD $ | Amount USD $ |
|---|---|---|---|---|---|---|
| 1 | 20 | 0 | 20 | PART: PB309-ND<br>MFG : TE Connectivity Potter & Brumfield Relays / T9ASSD22-24    DESC: RELAY GEN PURPOSE SPDT 20A 24V<br>COO : CHINA          ECCN: EAR99          HTSUS: 8536.41.0050<br>ROHS3 COMP REACH AFFECTED Jan-2021<br>Section 301 Tariff | 5.56000 | 111.20<br><br>24.46 |

| | |
|---|---|
| Sales Amount | 111.20 |
| Tariff Amount | 24.46 |
| Total Sales and Tariff | 135.66 |
| ** Charges subtotal ** | 135.66 |
| Total due - Pay from this invoice | 135.66 |
| | USD $ |

Tax Exempt

**ACH/Wire Tran:**
Digi-Key Electronics
Northern State Bank
201 East Third Street
Thief River Falls MN 56701

**Swift Code:** NSBTUS44
**Account #:** 11-596-7
**ABA No:** 091216146

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.

DUNS No: 05 760 2120 FEI No: 41-1234968 Any applicable sales tax not collected on this invoice is the responsibility of the customer.

Page 1 of 2

Exhibit B to Declaration of Joshua Root
Page 13 of 18

**DigiKey**

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

| Ship Method: | XGT | 478/A2CF | | Packlist # | 1 |
|---|---|---|---|---|---|
| Customer PO: | | 3000815560 | | | AUTO |

Sold To:
KELLY LEPINSKI
STATE OF MN/DEPARTMENT OF TRANSPORTATION
STATEWIDE RADIO COMMUNICATIONS
3487 HADLEY AVE N
OAKDALE MN 55128-3307

Ship To:
MICAH SPINELLI
SW RADIO COMM
101 HOOVER RD N
VIRGINIA MN 55792-3412

| Sales Order: | 92129478 |
|---|---|
| Invoice: | 111900013 |
| Order Date: | 16-Apr-2025 |
| Document Date: | 16-Apr-2025 |
| Shippable Items: | 1 |
| THE ORDER IS COMPLETE | |



| Ordered | Line Item | Location | Item Number / Description | | | Shipped | Backordered |
|---|---|---|---|---|---|---|---|
| 28 | 1 | | PART: PB309-ND | DESC: RELAY GEN PURPOSE SPDT 20A 24V | ECCN: EAR99 | 28 | 0 |
| | | | MFG#: T9AS5D22-24 | HTSUS: 8536.41.0050 | CAGE: 77342 | | |
| | | | MFG : TE Connectivity Potter & Brumfield Relays | | | | |
| | | | ROHS3 COMP        REACH AFFECTED Jan-2021 | | | | |
| | | | COO: CHINA          LOT QTY: 28 | DATE CODE: Jan-2022 LOT CODE: 3S065908143394 | | | |
| | | | QTY: | | | | |

General - WEB ORDER ID: 356405001

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.

CERTIFICATE OF COMPLIANCE:
The Digi-Key or supplier direct ship products included in the above shipment were purchased from the original manufacturer or through the manufacturer's authorized distribution. The original manufacturer warrants and certifies that the products they produce meet their specifications. Test reports (chemical, physical, electrical, etc.) supporting their certification are on file (either at Digi-Key, the supplier or in the plant of the manufacturer) and will be made available upon request. This document is evidence of Conformity that this shipment meets the requirements of Digi-Key's Quality Management System and/or Purchase Order requirements agreed on between the customer and Digi-Key. This certification is valid only to the original customer and is not transferable.

*Pam Aaland*

Pam Aaland, Senior Manager, Customer Resolution - Americas

*All transactions with DigiKey, including its affiliates, are subject to DigiKey's Terms of Use and Conditions of Order.*

*Micah Smith*
4-22-25

 MINNESOTA    Purchase Order



### Transportation Department
### Statewide Radio Communications

Dispatch Via Email

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| T7901-3000815560 | 04/16/2025 | | 1 of 1 |
| Payment Terms | Freight Terms | Ship Via | Event ID |
| Net 30 | FOB Destination, Prepd & Add | GROUND | |
| Buyer | Phone | Currency | Agency Reference |
| Lepinski,Kelly J | 651/366-4407 | USD | 447910 |

**Supplier:**
0000202529
DIGI KEY CORP
521 1ST ST E
THIEF RIVER FLS MN 56701-0677
United States

**Ship To:**
MNDOT SW RADIO COMM
VIRGINIA
VIRGINIA
101 NORTH HOOVER RD
VIRGINIA MN 55792-3412
United States

**Attention:**
Micah Spinelli

**Bill To:**
MNDOT SW RADIO COMM OAKDALE
OAKDALE
3487 HADLEY AVE N (4W)
OAKDALE MN 55128-3307
United States

Replenishment Option: Standard

| Tax Exempt? Line - Sch | Item/Description Mfg Item ID | Tax Exempt ID: | Manufacturer Name | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|---|
| 1 - 1 | PB309-ND T9AS5D22-24 TE Connectivity Potter & Brumfield Relays RELAY GEN PURPOSE SPDT 20A 24V | | | 20.0000 | EA | 5.56000 | 111.20 | 04/16/2025 |
| | 447910 Vir | | | | | | | |

| | |
|---|---|
| MISC | 24.46 |
| Schedule Total | 135.66 |
| Item Total | 135.66 |
| Total PO Amount | 135.66 |

1. Show the purchase order number on invoice and all tags, packages and correspondence.
2. This purchase order incorporates by reference all terms, conditions, and specifications in the Contract.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Contract.
3. If this purchase order is awarded from a solicitation, it incorporates by reference all terms, conditions and specifications of the Sample Contract attached to the SWIFT Event.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Sample Contract.
4. All deliveries hereunder shall comply with all applicable State of Minnesota and Federal laws.
5. Invoicing must match line items on the purchased order.
6. DO NOT COLLECT SALES TAX on this order unless instructed to do so on this Purchase Order or the solicitation document. Effective July 1, 1995, Minnesota State agencies use a Direct Pay Authorization to pay the applicable sales and use tax directly to the Department of Revenue under Minnesota Tax ID 4405717. The Department of Revenue does not require State agencies to complete the ST3 Form with this order.
7. Payment terms are Net 30 unless a discount is offered for early payment.

| Issuer certifies that funds have been encumbered and appropriate approvals have been obtained. | Issued By: *Kelly J Lepinski* |
|---|---|

# DigiKey

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

**Invoice # 110428414**
**Completed Salesorder USD $**

| Bill To: | MN DOT & COMM<br>3487 HADLEY AVE N<br>OAKDALE MN 55128 | Ship To: | JOE SIKES<br>SW RADIO COMM<br>2055 LILAC DR N<br>SW RADIO<br>MINNEAPOLIS MN 55422-4038 |
| --- | --- | --- | --- |

| Purchase Order: | 3000807136 |
| --- | --- |
| Salesorder / Picklist: | 91215860 / PL1 |
| Account: | 3311 |
| Customer: | 15858179 |
| Payment Terms: | Net 30 Days |
| Shipping Method: | XGT |
| Tracking #: | 446162869785 |

| Buyer: | KELLY LEPINSKI<br>STATE OF MN/DEPARTMENT OF TRANSPORTATION<br>STATEWIDE RADIO COMMUNICATIONS<br>3487 HADLEY AVE N<br>OAKDALE MN 55128-3307 | Ship From: | DIGI-KEY ELECTRONICS<br>701 BROOKS AVE. SOUTH<br>P.O. BOX 677<br>THIEF RIVER FALLS MN 56701-0677 |
| --- | --- | --- | --- |

*R - 609707*
*2-27-25*
*K.L.*

| Order Source: | Order Date: | Invoice Date: | Ship Date: | Document Date: |
| --- | --- | --- | --- | --- |
| INTERNET | 24-Feb-2025 | 24-Feb-2025 | 24-Feb-2025 | 24-Feb-2025/AUTO |

| Line Item | Ordered | Cancelled | Shipped | Item Number/ Description | Unit Price USD $ | Amount USD $ |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 14 | 0 | 14 | PART: A144221-ND                    DESC: CONN RCPT HSG MULTI-BEAM 2POS<br>MFG : TE Connectivity AMP Connectors / 1600798-2<br>COO : CHINA                ECCN: EAR99              HTSUS: 8538.90.6000<br>ROHS3 COMP REACH NOT AVAILABLE Jan-2021<br>Section 301 Tariff | 6.29643 | 88.15 |
|  |  |  |  |  |  | 8.82 |
| 2 | 30 | 0 | 30 | PART: A108864CT-ND                    DESC: CONTACT BLADE SCKT PWR 12-16AWG<br>MFG : TE Connectivity AMP Connectors (VA) / 1-1600961-8<br>COO : CHINA                ECCN: EAR99              HTSUS: 8536.90.4000<br>ROHS3 COMP REACH UNAFFECTED Jun-2023<br>Section 301 Tariff | 1.92800 | 57.84 |
|  |  |  |  |  |  | 5.78 |
| 3 | 30 | 0 | 30 | PART: A107484-ND                    DESC: SECONDARY LOCK PWR RECEP MBXL<br>CUST: DUL-158780-3<br>MFG : TE Connectivity AMP Connectors / 1600903-1<br>COO : CHINA                ECCN: EAR99              HTSUS: 8538.90.6000<br>ROHS COMP REACH NOT AVAILABLE Jan-2021<br>Section 301 Tariff | 0.25520 | 7.66 |
|  |  |  |  |  |  | 0.77 |

|  |  |
| --- | --- |
| Sales Amount | 153.65 |
| Tariff Amount | 15.37 |
| Total Sales and Tariff | 169.02 |
| ** Charges subtotal ** | 169.02 |
| Total due - Pay from this invoice | 169.02 |
|  | USD $ |

Tax Exempt

DUNS No: 05 760 2120 FEI No: 41-1234968 Any applicable sales tax not collected on this invoice is the responsibility of the customer.

Exhibit B to Declaration of Joshua Root
Page 16 of 18          Page 1 of 2

# DigiKey

701 Brooks Ave South,
PO Box 677
Thief River Falls, MN 56701-0677
USA

www.digikey.com
Global Customer Support
1-800-344-4539 or 218-681-6674

| Ship Method: | XGT | 860/A949 | Packlist # | 1 |
|---|---|---|---|---|
| Customer PO: | 3000807136 | | | AUTO |

**Sold To:**
KELLY LEPINSKI
STATE OF MN/DEPARTMENT OF TRANSPORTATION
STATEWIDE RADIO COMMUNICATIONS
3487 HADLEY AVE N
OAKDALE MN 55128-3307

**Ship To:**
JOE SIKES
SW RADIO COMM
2055 LILAC DR N
SW RADIO
MINNEAPOLIS MN 55422-4038

| | |
|---|---|
| Sales Order: | 91215860 |
| Invoice: | 110428414 |
| Order Date: | 24-Feb-2025 |
| Document Date: | 24-Feb-2025 |
| Shippable Items: | 3 |

THE ORDER IS COMPLETE

| Ordered | Line Item | Location | Item Number / Description | | | Shipped | Backordered |
|---|---|---|---|---|---|---|---|
| 14 | 1 | | PART: A144221-ND | DESC: CONN RCPT HSG MULTI-BEAM 2POS | ECCN: EAR99 | (14) Rcvd | 0 |
| | | | MFG#: 1600798-2 | HTSUS: 8538.90.6000 | CAGE: 00779 | | |
| | | | MFG : TE Connectivity AMP Connectors | | | | |
| | | | ROHS3 COMP    REACH NOT AVAILABLE Jan-2021 | | | | |
| | | | COO: CHINA    LOT QTY: 14 | DATE CODE: Oct-2020  LOT CODE: 314957847 | | | |
| | | | QTY: | | | | |
| 30 | 2 | | PART: A108864CT-ND | DESC: CONTACT BLADE SCKT PWR 12-16AWG | ECCN: EAR99 | (30) Rcvd | 0 |
| | | | MFG#: 1-1600961-8 | HTSUS: 8536.90.4000 | CAGE: 00779 | | |
| | | | MFG : TE Connectivity AMP Connectors (VA) | | | | |
| | | | ROHS3 COMP    REACH UNAFFECTED Jun-2023 | | | | |
| | | | COO: CHINA    LOT QTY: 30 | DATE CODE: Nov-2023  LOT CODE: 23446M | | | |
| | | | QTY: | | | | |
| 30 | 3 | | PART: A107484-ND | DESC: SECONDARY LOCK PWR RECEP MBXL | ECCN: EAR99 | (30) Rcvd | 0 |
| | | | CUST: DUL-158780-3 | HTSUS: 8538.90.6000 | CAGE: 00779 | | |
| | | | MFG#: 1600903-1 | | | | |
| | | | MFG : TE Connectivity AMP Connectors | | | | |
| | | | ROHS COMP    REACH NOT AVAILABLE Jan-2021 | | | | |
| | | | COO: CHINA    LOT QTY: 30 | DATE CODE: Jan-2024  LOT CODE: 200229088144 | | | |
| | | | QTY: | | | | |

General - WEB ORDER ID: 354920785

* These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.



received
2/26/25

 **MINNESOTA** Purchase Order



**Transportation Department**
**Statewide Radio Communications**

Dispatch Via Email

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| T7901-3000807136 | 02/24/2025 | | 1 of 2 |
| **Payment Terms** Net 30 | **Freight Terms** FOB Destination, Prepd & Add | **Ship Via** GROUND | **Event ID** |
| **Buyer** Lepinski,Kelly J | **Phone** 651/366-4407 | **Currency** USD | **Agency Reference** 441263 |

**Supplier:**
0000202529
DIGI KEY CORP
521 1ST ST E
THIEF RIVER FLS MN 56701-0677
United States

**Ship To:**
MNDOT SW RADIO COMM GV
GOLDEN VALLEY
2055 NORTH LILAC DR
ATTN DOOR 7
GOLDEN VALLEY MN 55422-4038
United States

**Attention:**
See Detail Below

**Bill To:**
MNDOT SW RADIO COMM OAKDALE
OAKDALE
3487 HADLEY AVE N (4W)
OAKDALE MN 55128-3307
United States

| Tax Exempt? Line - Sch | Item/Description Mfg Item ID | Tax Exempt ID: | Manufacturer Name | Replenishment Option: Standard Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|---|
| 1 - 1 | DigiKey# A144221-ND Manufacture# 1600798-2 CONN RCPT HSG MULTI-BEAM 2POS 441263 GV | | | 14.0000 | EA | 6.29643 | 88.15 | 02/24/2025 |
| | | | | MISC **Attention: Joe Sikes** | | | 8.82 | |
| | | | | Schedule Total | | | 96.97 | |
| | | | | Item Total | | | 96.97 | |
| 2 - 1 | DigiKey # A108864CT-ND - Cut Tape (CT) Manufacture # 1-1600961-8 CONTACT BLADE SCKT PWR 12-16AWG 441263 GV | | | 30.0000 | EA | 1.92800 | 57.84 | 02/24/2025 |
| | | | | MISC **Attention: Not Specified** | | | 5.79 | |
| | | | | Schedule Total | | | 63.63 | |
| | | | | Item Total | | | 63.63 | |
| 3 - 1 | DigiKey # A107484-ND Manufacturer # 1600903-1 SECONDARY LOCK PWR RECEP MBXL 441263 GV | | | 30.0000 | EA | 0.25520 | 7.66 | 02/24/2025 |
| | | | | MISC **Attention: Not Specified** | | | 0.76 | |
| | | | | Schedule Total | | | 8.42 | |
| | | | | Item Total | | | 8.42 | |
| | | | | **Total PO Amount** | | | 169.02 | |

1. Show the purchase order number on invoice and all tags, packages and correspondence.
2. This purchase order incorporates by reference all terms, conditions, and specifications in the Contract.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Contract.
3. If this purchase order is awarded from a solicitation, it incorporates by reference all terms, conditions and specifications of the Sample Contract attached to the SWIFT Event.
In case of a conflict in terms, the order of precedence shall be: First this P.O. and second the Sample Contract.

**Issuer certifies that funds have been encumbered and appropriate approvals have been obtained.**

**Issued By:**
*Kelly J Lepinski*



# Quotation

| Customer | | Information | |
|---|---|---|---|
| **Customer** | | **Information** | |
| MNDOT SW RADIO COMM OAK | | Quote Number | 2124562 |
| 3487 HADLEY AVENUE N (4W) | | Quote Date | 04/18/2025 |
| SAINT PAUL MN  55128 | | Customer No. | 131417 |
| USA | | Currency | USD |
| | | Validity Start Date | 04/18/2025 |
| **Ship-To-Party** | | Validity End Date | 05/18/2025 |
| MNDOT SW Radio | | Sales Rep | JASON DARDA |
| Jon Thompson | | Customer Name | |
| 2505 Transportation Rd | | Customer Email | |
| WILLMAR MN  56201 | | Customer Phone | |
| USA | | | |

## Header Information

**Terms of payment:**    Net due in 30 days
**\*\* PAYMENT TERMS ARE SUBJECT TO CHANGE PENDING CREDIT APPROVAL \*\***
**Incoterms:**              FOB PPD Destination

Kelly Lepinski
Mn/Dot Statewide Radio
651 366 4407
kelly.lepinski@state.mn.us

EQUIPMENT LEAD TIME IS 5-10 BUSINESS DAYS
QUOTE INCLUDEs FREIGHT
APPLICABLE TAXES ARE BASED ON THE ACTUAL SHIP TO ADDRES

| Item | Material Number / Cat. Num / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 10 | F1403411/ ASSY RC 101 NETWORK ALL FLASHHEAD | 16  EA | 33.90 | 542.40 |
| 20 | F1403412/ ASSY RC 102 NETWORK FH 306 307 308 | 16  EA | 33.90 | 542.40 |
| 30 | F8288200/ ASSY COUPLING AND TRIGGER TRANSFORMERS | 10  EA | 143.51 | 1,435.10 |
| 40 | FT0-FLSH-310/ Flash Tube PC310 Replaces OEM | 5  EA | 348.50 | 1,742.50 |
| 50 | FT0-FLSH-312/ Flash Tube PC312 Replaces OEM | 5  EA | 348.50 | 1,742.50 |
| 60 | F1884301/ ASSY TUBE SOCKET & INSERT FH 324 | 12  EA | 25.62 | 307.44 |

*Item 70 on next page*

**SPX Aids to Navigation**
332 Nichol Mill Lane
Franklin, TN 37067 USA
Phone: 615-503-2000
Fax:615-261-2600
TAX ID: 88-3567996

Exhibit C to Declaration of Joshua Root    Page 1 of 2
Page 1 of 2

# S P X
## AIDS TO NAVIGATION

# Quotation

**Quote Number** 2124562    **Quote Date** 04/18/2025    **Customer No.** 131417

| Item | Material Number / Cat. Num / Description | Quantity | Unit Price | Amount |
|------|------------------------------------------|----------|------------|--------|
| 70 | 91000260/ OBS-Tariffs | 1  EA | | |
| | | | Tariffs291.70/ 1 EA | 291.70 |

| | | |
|---|---|---|
| | Tariffs | 291.70 |
| | Freight | 30.00 |
| | Net Before Tax | 6,634.04 |
| | Total Tax | |
| | **Final amount:** | 6,634.04 |

ACCEPTANCE:

By execution below, or by sending a Purchase Order referencing this proposal, the undersigned accepts this proposal to furnish equipment and/or services on this schedule subject to the

SPX Aids to Navigation ("SPX AtoN") Terms and Conditions of Sale (the "SPX AtoN Terms"), which are incorporated by reference herein and shall solely and exclusively govern this transaction, and authorizes SPX AtoN to proceed with the procurement and fabrication of this equipment.  Our acceptance and performance of any order is expressly conditioned upon your acceptance of the SPX AtoN Terms and your agreement to be bound by and comply with them.  Any conflicting or additional terms or conditions set forth in a Purchase Order or other document from you are expressly rejected and not binding upon SPX AtoN.

Signature _____    Date _____

Requested Ship Date: _____

**SPX Aids to Navigation**
332 Nichol Mill Lane
Franklin, TN 37067 USA
Phone: 615-503-2000
Fax:615-261-2600
TAX ID: 88-3567996

Exhibit C to Declaration of Joshua Root    Page 2 of 2
Page 2 of 2

**Rob Gorman**
VP, GM
SPX Aids to Navigation

m: +1.913.406.6452
e: rob.gorman@spx.com



April 11, 2025

Dear Valued Customer,

I'm reaching out to share an important update regarding our pricing policy considering ongoing and newly implemented government trade actions. Recent tariffs taking effect in Q1 2025—primarily impacting materials imported from Canada, Mexico, China, and other countries—have introduced significant cost pressures across the global supply chain.

While SPX has absorbed some of these cost increases, the scale and scope of these trade measures now require us to implement corresponding pricing adjustments. In the near term, this includes a line-item surcharge on all invoices for products and sub-assemblies containing affected components. These adjustments will be applied as of the effective date of the applicable government orders.

Going forward, this policy will also apply to any future tariffs or trade remedies imposed by the U.S. or foreign jurisdictions. Our intent is to communicate with any changes as quickly and transparently as possible. Where feasible, we will provide tariff classifications and support documentation.

We understand the challenges these developments pose and deeply appreciate your support and partnership. Please feel free to contact your sales representative or reach out to me directly with any questions.

Thank you again for your continued trust in SPX Aids to Navigation. We remain committed to working closely with you as we adapt to the evolving global trade environment.

Sincerely

_____
Rob Gorman
VP, GM
SPX AtoN

Exhibit D to Declaration of Joshua Root
Page 1 of 1