IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>DECLARATION OF GREGORY SHABRAM<br><br>(In support of Plaintiffs' Motion for Preliminary Injunction) |

I, Gregory Shabram, declare as follows

     1.    I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the University of Oregon, and information I learned from university personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

     2.    I am the Chief Procurement Officer at the University of Oregon. As the Chief Procurement Officer, I oversee all transactions for non-construction related goods and services purchased by the University.

3. In this role I manage a team authorized by University of Oregon Policy to sign contracts and issue purchase orders for goods and services, including goods and equipment manufactured overseas and then delivered directly to the University.

A. **Tariff impacts to specially ordered scientific equipment**

4. In the regular course of its operations, the University of Oregon routinely purchases many goods that originate from sources outside the United States. One category of those goods is specially ordered scientific equipment. The following is an example of purchased equipment that has been impacted by tariffs.

5. First, the University of Oregon's Center of Optics purchased a cryogenic single photon counting detector system from ID Quantique, Inc., a company based in Switzerland. The University issued the purchase order on November 8, 2024, at which time there was no tariff against imports from Switzerland.

6. IDQ shipped the cryogenic system from Switzerland on April 8, and the cryogenic system arrived on April 10. At arrival, the tariff rate for imports from Switzerland was 10 percent.

7. For import purposes, the value of the cryogenic system was $185,798. As the importer of record, the University was assessed an import duty of $18,579, which was paid on its behalf by its customs broker to allow release and delivery of the cryogenic system.

8. Attached as **Exhibit A** is a true copy of the entry summary provided by the U.S. Customs and Border Protection to the University's customs broker for the cryogenic system.

9. That is only one example of tariffs that the University expects to pay under the tariff orders issued by the President. Attached as **Exhibit B** is a spreadsheet of large purchases currently in process that will likely be subject to those new tariffs, should they remain in place. For each of those purchases, the tariffs are an unexpected additional cost that the University could not reasonably expect when it initially budgeted for those items.

10. As indicated in that spreadsheet, many of the goods involved in those purchases have not yet arrived at a port of entry. It is likely, either because the University of Oregon is the importer of record, or because vendor will pass on costs to the University of Oregon, that the University of Oregon will be required to pay the new tariff costs to have U.S. Customs and Border Protection release those goods.

11. The purchases described in **Exhibit B** are only a selection of the purchases that will be impacted by tariffs. The university is still assessing the impact of tariffs and expects to identify additional similar purchases in the coming months.

12. For some of those purchases, the substantial increase in costs due to tariffs will require departments to identify additional funds to ensure delivery of the purchased items.

13. For example, the University's Materials Science Institute is purchasing a transmission electron microscope from Corrected Electron Optical Systems GmbH, a German manufacturer. The purchase price of the equipment is about $1 million. At the current 10 percent tariff levied against goods from Germany, the import duty will be about $100,000. The Materials Science Institute is still attempting to identify funding to cover those additional tariff costs.

**B.     The President's constantly shifting tariff policy impairs the University of Oregon's ability to accurately budget for critical research equipment and other goods for Fiscal Year 2026.**

14. To ensure responsible financial planning, each department at the University of Oregon sets a budget every fiscal year. These budgets are used, not only to ensure fiscal responsibility, but also to apply for grants from both public and private sources to fund this critical research equipment.

15. The University is currently setting the budget for Fiscal Year 2026 and University researchers are regularly applying for grants based on that budget.

16. The President's repeated imposition, modification, suspension, and threatening of various tariffs has created substantial uncertainty regarding the expected cost of a wide range of

goods and services making it much harder allocate resources and make investments in the University's research equipment and represent budgets accurately when applying for grants.

17. For example, the University of Oregon's Robert and Beverly Lewis Center for Neuroimaging is a core service that operates two MRI machines used by many University researchers conduct research in humans. These MRI machines are made by Siemens in Germany. One of these MRI machines is reaching its end of life. The Lewis Center makes long-term investments in these machines, expecting them to support research over more than a decade. The lead time for a new MRI machine is at least three to six months. Given the variability and uncertainly in the President's tariff policies, the Lewis Center is unable to budget for this purchase and may need to operate a reduced capacity if the end-of-life MRI machine is decommissioned. Such a reduction in capacity would slow University researchers' ability to conduct their research and meet the requirements of their grant contracts.

18. The President's use of emergency powers to repeatedly impose and change tariffs thus makes it difficult for the university to accurately plan its budgets for research equipment for the upcoming fiscal year. To account of the uncertainty of future tariff costs, the university and its departments will need to increase the amount of funding set aside for tariff contingencies. As a result, the university will necessarily need to reduce investments in some research equipment, reducing the capabilities and productivity of our researchers.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 5, 2025, at Eugene, Oregon**

*[Signature]* Digitally signed by Greg Shabram
Date: 2025.05.05 13:04:52 -07'00'

Gregory Shabram
Chief Procurement Officer
University of Oregon



ACE  Version: 001.00
HBS

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE  03/31/2025

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date | 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| 9PS   1163908-9 | 01 ABI/A | 04/10/2025 | 054 | 8 | 2910 | 04/10/2025 |
| 8. Importing Carrier | 9. Mode of Transport | | 10. Country of Origin | | 11. Import Date | |
| LH | 40 | | CH | | 04/10/2025 | |
| 12. B/L or AWB No. | 13. Manufacturer ID | | 14. Exporting Country | | 15. Export Date | |
| 02035564605 | CHIDQSA3CAR | | CH | | 04/08/2025 | |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | | 20. U.S. Port of Unlading | |
| 02035564605 | 04/10/2025 | | | | 3029 | |
| 21. Location of Goods/G.O. No. | 22. Consignee No. | | 23. Importer No. | | 24. Reference No. | |
| WBU8 FLT: 490 | SAME | | 46-472780000 | | | |

25. Ultimate Consignee Name and Address

City                State OR   Zip

26. Importer of Record Name and Address
UNIVERSITY OF OREGON
1505 FRANKLIN BLVD

City EUGENE              State OR   Zip 97403

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars   Cents |
| 001 | M 02035564605  H 4001150333 INVOICE 00001 OTHR N/EL INST:USING OPT R 9903.01.25 9027.50.8060 | 179 | 17NO | NOT RELATED  2 CTN  175798 C426 | 10% 0.3464% | 17579.80 608.96 |
| | MERCHANDISE PROCESSING FEE | | | ------- 175798 CARRIED FORWARD | | ---------- 18188.76 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| MPF      499     634.62 | $ 185,798.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty  18579.80 |
| | Total Other Fees $ 634.62 | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other  634.62 |
| | | | E. Ascertained Total | 40. Total  19214.42 |

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the be of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| Clearpoint International | A.I.F. | | 04/10/2025 |
| 42. Broker/Filer Information (Name, address, phone number) Clearpoint International 1111 Corporate Center Drive # 103 Monterey Park, CA  91754  310-488-8458 | | 43. Broker/Importer File No. 1163908 | |

CBP Form 7501 (5/22)

EDITRADE                                   RECORD

Exhibit A to Declaration of Gregory Shabram
Page 1 of 2

Page: 2

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 03/31/2025

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**ENTRY SUMMARY CONTINUATION SHEET**

| 1. Filer Code/Entry No. |
|---|
| 9PS  1163908-9 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars   Cents |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | |
| | BROUGHT FORWARD | | | 175798 | | 18188.76 |
| 002 | AIR COMPRESRS,TURBO/SPR CHARGE 9903.01.25 | | | | | |
| | 8414.80.0500 | 10 | 1NO | 10000 C24 | 10% | 1000.00 |
| | MERCHANDISE PROCESSING FEE | | | | 0.3464% | 34.64 |
| | TOTAL EV INV. 00001 | 185798.00 | | | | |
| | | | TEV$ | 185798 | | 19223.40 |

EDITRADE                          RECORD                    CBP Form 7501 (5/22)

Exhibit A to Declaration of Gregory Shabram
Page 2 of 2

| Contract/ PO Date | Contractor | PCS Number | Value/Budget | Description | Department | Originating Country | Ad Varlorem Rates | On Pause Rate | HTS Code | Estimated Anticipated Additional | Exception | Date of Entry | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/19/2024 | Corrected Electron Optical Systems GmbH | 600000-05818 | $1,044,095.00 | Transmission Electron Microscope Energy Filtering and Imaging Device | Research - Materials Science Institute | Germany | 20% | 10% | 9012.90.00 | $104,409.50 | No | N/A | Dept has not yet identifed funding for all of additional tariff costs. |
| 4/14/2025 | Andor Technology / Oxford Instruments America Inc | 600000-06465-PO | $20,718.00 | ZL41 5.5 CaneraLink | Research - Materials Science Institute | Northern Ireland/UK | 20% | 10% | 8525.80.40 | $2,071.80 | No | N/A | |
| N/A | N/A | 110400-01742-PO | $357,510.00 | Reactive Ion Etcher | Knight Campus | Japan | 24% | 10% | 8486.20.00 | $35,751.00 | Maybe | N/A | Awarded, but PO has not been issued. |
| 11/21/2024 | ID Quantique Inc. | 600000-06214-PO | $182,733.00 | Superconducting Nanowire Single Photon Detector System | Research - Center for Optical Molecular & Quantum Science | Switzerland | 31% | 10% | 9027.50.8060 | $18,273.30 | | 4/10/2025 | Paid to clear customs 4/14/2025 |
| N/A | N/A | 600000-06340-RFP | $473,700.00 | Sputtering System | Research - Materials Science Institute | Canada | | 10% | | $47,370.00 | Unclear | N/A | Awarded but PO has not been isued. |
| N/A | N/A | 110400-01721-RFQ | $73,860.00 | Stylus Profilometer | Knight Campus | | | 10% | | $7,386.00 | | N/A | |
| N/A | N/A | 110400-01724-RFP | $375,000.00 | Direct Write Lithography Tools | Knight Campus | | | 10% | | $37,500.00 | | N/A | |
| N/A | N/A | 110400-01727-RFP | $400,000.00 | Manual Mask Aligner | Knight Campus | | | 10% | | $40,000.00 | | N/A | |
| N/A | N/A | 110400-01735-RFQ | $200,000.00 | Semiconductor Parameter Analyzer | Knight Campus | | | 10% | | $20,000.00 | | N/A | |
| 4/15/2025 | Datrose, Inc. | 470000-00928-O (Am | $315,000.00 | Automated Package Locker System | UO Housing | China | 145% | 145% | Varies | $456,750.00 | No | N/A | Tariff rates to be at actuals when delivered and only for the components that have those charges. |
| | | | | | | | | | | **$769,511.60** | | | |