IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, AND THE STATE OF VERMONT,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>Defendants. | Case No. 1:25-cv-00077<br><br>DECLARATION OF TODD STROLE |

I, Todd Strole, declare as follows:

      1.     I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the Illinois Department of Natural Resources ("IDNR"), and information I learned from IDNR personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

      2.     I am the Assistant Director of IDNR. IDNR's mission is to manage, conserve and protect Illinois' natural, recreational, and cultural resources, further the public's understanding and appreciation of those resources, and promote the education, science, and

Page 1 -   DECLARATION OF TODD STROLE

public safety of Illinois' natural resources for present and future generations. In my role, I provide executive level oversight for the Department as part of a leadership team. My responsibilities include leadership and/or coordination with all aspects of the agency such as budget, human resources, legal, legislation, law enforcement, site management and natural resource management.

## A.  IDNR Annual Purchases

3.  In the regular course of its operations, IDNR makes annual purchases of a variety of goods that originate from sources outside the United States or which have component parts that originate from such sources.

4.  This year, IDNR will have to purchase drones, utility terrain vehicles (UTVs), Tractors, Lift Station parts, electronic parts (for HVAC, elevator, and other facility repairs), golf carts, cameras for multiple purposes, boats, automated external defibrillators (AEDs), radios and radar for law enforcement, excavators, multifunction printers, GPS units, parts for fire alarms, EV charging stations, and uniforms for staff and IDNR law enforcement. All of these products are imported or have component parts imported to the United States and are subject to the new tariffs.

5.  In addition, a significant part of IDNR's responsibilities is managing nearly 500,000 acres of land in Illinois which includes State Parks, State Fish and Wildlife Areas, State Recreational Areas, State Forests, and State Historic Sites. To carry out its land management tasks, IDNR purchases, and will have to purchase this year, numerous pieces of equipment containing small engines. This year, for example, IDNR will purchase mowers, chain saws, weed-eaters, leaf blowers, and pumps for fire protection and for spraying pesticides. Small engines and other component parts for equipment of this type are almost entirely manufactured overseas. This means that even when IDNR purchases this equipment domestically, the engines or other parts originate outside the United States and are subject to tariffs.

6.  The President's tariffs accordingly impose a financial harm on IDNR by increasing the cost of procurement.

Page 2 -   DECLARATION OF TODD STROLE

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 2, 2025, at Springfield, Illinois

_____
Todd Strole

Page 3 -   DECLARATION OF TODD STROLE