IN THE UNITED STATES COURT
OF INTERNATIONAL TRADE

| | |
|---|---|
| STATE OF OREGON; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR |

**DECLARATION OF KRISTINE WARD**

Pursuant to 28 U.S.C. § 1746, I, Kristine Ward, declare as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Arizona Department of Transportation (ADOT) as Deputy Director/Chief Financial Officer. ADOT provides highway infrastructure and transportation services for Arizona with the aim of safely connecting people and empowering Arizona's economy. Particularly, ADOT is responsible for planning, designing, constructing, maintaining, and operating the state's highway transportation system, and procures numerous goods and services to meet this responsibility. In addition, ADOT provides driver's license and

registrations services, is responsible for commercial vehicle enforcement and registration compliance, operates the Grand Canyon National Park Airport, and maintains the state fleet.

3. As ADOT's Chief Financial Officer, I oversee financial management services, budget and research, procurement and ADOT's information technology group. I oversee the financial administration of a significant portion of Arizona's transportation budget. This includes directing the financial management of Arizona's Five-Year Facilities Construction Program, ADOT's annual operating budget and the ADOT's debt portfolio.

4. ADOT is currently working to advance its 2025-2029 Strategic Plan. This strategic plan focuses on making significant enhancements in safety, mobility and connectivity in Arizona's transportation system, including implementing the State Transportation Board's $8.1 billion Five-Year Transportation Facilities Program.

5. If not reversed, the series of Executive Orders imposing tariffs that President Trump has issued will cause significant harm to ADOT's ability to serve the State of Arizona. At a minimum, the tariffs will increase costs, and likely have a chilling effect on Arizona's economy and the revenues supporting its transportation infrastructure.

6. Indeed, Arizona is already experiencing increasing costs as a result of the tariffs. As of April 21, 2025, ADOT has already received requests for price increases to pass on costs stemming from the tariffs to the State. One contractor has requested the maximum contractual increase available to it "due to the 20% increase in duty costs as stated in Executive Order 14228 of March 3, 2025." President Trump proclaimed Executive Order 14228 as "Further Amendment to Duties Addressing the Synthetic Opioid Supply Chain in the People's Republic of China."

7. Other vendors have informed ADOT that they anticipate increasing costs that will affect prices they charge the State. But, the extent of the impact of the tariffs is still to be determined due to the unpredictability of the President issuing tariffs and then pausing some of them for a certain period of time. However, even in preliminary conversations, contractors have indicated that ADOT should expect high increases in price. For example, an irrigation system supplier anticipates a 17% increase in prices for their materials coming from Israel.

8. Based on conversations with vehicle and heavy equipment suppliers, ADOT estimates that over 160 currently established operating and maintenance contracts could be impacted by the tariffs.

9. ADOT's budget for its operations, maintenance and capital program, are predicated on revenue forecasts. ADOT has a very robust forecasting methodology that has proven quite accurate over the years. The number of bridges repaired, the number of highway miles maintained, the number of safety improvements completed are bound by the amount of revenue available. The forecasts and subsequent revenues dictate the degree to which Arizona's transportation system will advance or decline.

10. The implementation of tariffs has introduced considerable uncertainty into ADOT's operations and financial forecasting. Inherent in any forecasting process, is a review of historical revenues and economic events. It has been nearly 100 years since the last time wide-spread tariffs were imposed. With no recent historical precedents to draw from, a highly interconnected global economy, and the reactions of impacted countries, U.S. industry, and consumers in question, accurately forecasting the revenue available for Arizona's transportation infrastructure is nearly impossible.

11. Arizona's highway maintenance program utilizes a wide range of materials that are impacted by tariffs. Although ADOT is working with existing contractors and vendors to assess the tariff impacts, what remains to be seen are the impacts to future solicitations and pricing as the tariffs become realized throughout the global economy.

12. As a result of the tariffs, ADOT must now grapple with the consequences of potentially not having adequate suppliers, and trying to figure out how to remediate impacts to overall bid pricing, and the ability of selected contractors to obtain essential materials and services to help ADOT complete its work, including to maintain and enhance Arizona's highway system.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 6, 2025, at Phoenix, Arizona.

_Kristine Ward_ (Digitally signed by Kristine Ward, Date: 2025.05.06 15:04:34 -07'00')

Kristine Ward, ADOT
Deputy Director/Chief Financial Officer