IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>        Defendants. | Case No.  1:25-cv-00077-GSK-TMR-JAR<br><br>DECLARATION OF JAKE ZELENKA<br><br>(In support of Plaintiffs' Motion for Preliminary Injunction) |

I, Jake Zelenka, declare as follows:

       1.     I am over the age of 18, competent to testify as to the matters herein, and testify based on personal knowledge, records kept in the ordinary course of business at the Oregon Water Resources Department, and information I learned from OWRD personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

       2.     I am the Fiscal Manager. As Fiscal Manager, I oversee the accounting, budgeting, and procurement activities of OWRD.

       3.     OWRD is the state agency tasked by law with managing the state's water resources, administering the state's water-rights programs, and enforcing the state's water laws.

OWRD's mission is to serve the public by practicing and promoting responsible water management.

4. To serve that purpose, OWRD employs and equips 23 watermasters across the state. Watermasters ensure the distribution of water in accordance with existing water rights, gather information and data to understand the state of water resources in their district, and investigate potential water-right violations and concerns.

5. It is essential that watermasters are properly equipped to carry out their duties. To that end, OWRD is currently purchasing stream measuring meters for watermasters. These meters are necessary for watermasters to accurately measure the amount of water in streams and rivers, as these supply water for diversion from streams.

6. The meters are required to replace existing and aging equipment or to provide to new staff. At this time, OWRD estimates that it will need to purchase two meters over the next few months.

7. Accurate measurement of water being diverted is required for the Department to evaluate whether regulation is required. Additionally, measurements of streamflow provide foundational data for quantifying water supplies.

8. The budget for purchasing meters was set based on pre-tariff price expectations. However, on April 7, 2025, the vendor for the equipment, which is supplied from Canada, indicated that it would need to increase prices by at least 7 percent due to the impacts of tariffs. An updated price agreement with the vendor was then signed on May 2, 2025. As a result, the cost of purchasing each meter will now be between $7,305 and $7,615 instead of the originally expected $6,070 to $6,545.

9. Even if the tariffs were declared unlawful, it would not be administratively feasible to recover the tariff surcharge from the vendor. OWRD is unable to force the vendor to challenge the tariff. And even if the vendor were to do so, OWRD would need to spend disproportionate resources to try to negotiate a reimbursement amount.

10. For those reasons, the tariffs will cause irreparable financial harm to OWRD.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

**Executed on May 7, 2025, at Salem, Oregon.**

Jake Zelenka
Digitally signed by Jake Zelenka
Date: 2025.05.07 10:44:30 -07'00'

Jake Zelenka