# EXHIBIT B

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

Before The Honorable Gary S. Katzmann, Judge, The Honorable Timothy Reif, Judge, The Honorable Jane A. Restani, Judge

| | |
|---|---|
| THE STATE OF OREGON, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00077 |

**ORDER**

Upon consideration of the motion of proposed *amicus curiae*, 148 Members of Congress, for leave to file a Brief of *Amicus Curiae* in Support of Plaintiffs, it is hereby:

**ORDERED** that the motion is granted; and it is further:

**ORDERED** that the proposed Brief of *Amicus Curiae* is accepted for filing; and it is further:

**ORDERED** that the movants be permitted to participate in these proceedings as *amici curiae*.

Dated: _____, 2025                      _____
New York, NY                                                                       JUDGE