IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>        Defendants. | Case No.  1:25-cv-00077-GSK-TMR-JAR<br><br>PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS |

Page 1 -   PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 1, Page 1 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## IEEPA TARIFFS

1. From February 1 to April 29, 2025, President Trump issued a series of executive orders (collectively, "IEEPA Tariff Orders"),[1] imposing, increasing, suspending, and modifying tariffs (collectively, "IEEPA Tariffs") on most imports worldwide, invoking the President's emergency powers under the International Emergency Economic Powers Act (IEEPA). These executive orders were further amended by Executive Order 14289 ("Addressing Certain Tariffs on Imported Articles"), 90 Fed. Reg. 18907 (April 29, 2025), which clarified that in general the tariffs are not "stacked," except that imports from China are subject to tariffs under both the China Tariff Order (based on a declared fentanyl emergency) and the Worldwide Tariff Order (based on a declared trade-deficit emergency).

2. Annual U.S. goods trade deficits have existed for several decades.

   a. In the Worldwide Tariff Order, President Trump found that "annual U.S. goods trade deficits" are "persistent." Executive Order 14257, 90 Fed. Reg. 15041, 15041 (April 2, 2025).

   b. The United States has run persistent current account deficits since the mid-1970s, meaning that imports of goods and services have consistently exceeded exports. (Hines Decl. ¶ 15.)

---

[1] Executive Order 14193 ("Imposing Duties To Address the Flow of Illicit Drugs Across Our Northern Border"), 90 Fed. Reg. 9113 (February 1, 2025) ("Canada Tariff Order"), as amended by Executive Order 14197, 90 Fed. Reg. 9183 (February 3, 2025) and Executive Order 14231, 90 Fed. Reg. 11785 (March 6, 2025); Executive Order 14194 ("Imposing Duties To Address the Situation at Our Southern Border"), 90 Fed. Reg. 9117 (February 1, 2025) ("Mexico Tariff Order"), as amended by Executive Order 14198, 90 Fed. Reg. 9185 (February 3, 2025) and Executive Order 14232, 90 Fed. Reg. 11788 (March 6, 2025); Executive Order 14195 ("Imposing Duties To Address the Synthetic Opioid Supply Chain in the People's Republic of China"), 90 Fed. Reg. 9121 (February 1, 2025) ("China Tariff Order"), as amended by Executive Order 14228, 90 Fed. Reg. 11463 (March 3, 2025) and Executive Order 14256, 90 Fed. Reg. 14899 (April 2, 2025); Executive Order 14257 ("Regulating Imports With a Reciprocal Tariff To Rectify Trade Practices That Contribute to Large and Persistent Annual United States Goods Trade Deficits"), 90 Fed. Reg. 15041 (April 2, 2025) ("Worldwide Tariff Order"), as amended by Executive Order 14259, 90 Fed. Reg. 15509 (April 8, 2025) and Executive Order 14266, 90 Fed. Reg. 15625 (April 9, 2025).

Page 2 -   PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

ATTACHMENT 1, Page 2 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

    c. In 2024, the United States ran a current account deficit of 3.1 percent of gross domestic product (GDP), which is typical of recent years. (Hines Decl. ¶ 15.)

    d. Wages and personal consumption have generally increased over the last decade. (Hines Decl. ¶¶ 10–13 & Figs. 3–7.)

    e. U.S. manufacturing has declined as a fraction of the U.S. economy over time, but this is a pattern that is typical of wealthy countries, and a reflection of structural transformations associated with technology changes and rising economic affluence. (Hines Decl. ¶ 18.) Total U.S. manufacturing employment has generally increased over the last 15 years. (Hines Decl. ¶ 20 & Fig. 10.)

3. The Worldwide Tariffs are unlikely to increase domestic wages and consumption. (Hines Decl. ¶¶ 39–40, 54–55; Marshall Decl., Ex. A (Federal Reserve, *Beige Book* (Apr. 2025).)

    a. Higher tariff levels have historically been associated with higher unemployment and declines in domestic output and productivity. (Hines Decl. ¶ 39.)

    b. The lost economic value caused by the much smaller 2018 tariffs were about half of the revenue collected. (Hines Decl. ¶ 40.) Deadweight loss rises with the square of the tariff rate. (*Id.*)

4. The tariff rates under the Worldwide Tariff Order are arbitrary.

    a. The baseline 10 percent tariff rate under the Worldwide Tariff Order applies without regard to how any particular country's trade practices threaten domestic U.S. industries. (Hines Decl. ¶ 24; Marshall Decl., Ex. C.)

    b. The "reciprocal" tariff rates imposed by the Worldwide Tariff Order are not responsive to any country's tariff rates. (Hines Decl. ¶¶ 28–31; Marshall Decl., Exs. B–D.)

Page 3 -   PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 1, Page 3 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

      c. The "reciprocal" tariff rates are calculated based on the ratio of net U.S. imports of goods from a country to gross U.S. imports from the same country. (Marshall Decl., Exs. B, D; Hines Decl. ¶ 28.) No accepted economic or trade theory supports that approach. (Hines Decl. ¶¶ 27–31; Marshall Decl., Exs. B–D.)

      d. The calculation also assumes without explanation that "offsetting exchange rates and general equilibrium effects are small enough to be ignored." (Hines Decl. ¶¶ 28–31.)

      e. President Trump has opined that "80 percent Tariff on China seems right!" (Second Declaration of Brian Simmonds Marshall, Ex. K.)

5. The tariffs imposed by the Worldwide Tariff Order are designed to achieve ends unrelated to a national emergency arising from suppressed domestic wages or consumption.

      a. President Trump has indicated that he has used and intends to use the Worldwide Tariff Order to induce other countries to negotiate with the United States on matters unrelated to trade or domestic industry. (*See* Second Marshall Decl., Exs. L–M).

      b. President Trump has repeatedly suggested that tariffs are effective because they bring in revenue, not because they increase domestic wages, consumption, or manufacturing. (*See* Marshall Decl., Exs. E–G.)

6. The Canada and Mexico Tariffs apply to almost all goods, regardless of their relationship to illicit drugs or drug-trafficking organizations. (*See* Executive Order 14193 ("Imposing Duties To Address the Flow of Illicit Drugs Across Our Northern Border"), 90 Fed. Reg. 9113 (February 1, 2025), as amended by Executive Order 14197, 90 Fed. Reg. 9183 (February 3, 2025) and Executive Order 14231, 90 Fed. Reg. 11785 (March 6, 2025); Executive Order 14194 ("Imposing Duties To Address the Situation at Our Southern Border"), 90 Fed.

Page 4 -    PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 1, Page 4 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Reg. 9117 (February 1, 2025), as amended by Executive Order 14198, 90 Fed. Reg. 9185 (February 3, 2025) and Executive Order 14232, 90 Fed. Reg. 11788 (March 6, 2025).)

7. President Trump reduced the Canada Tariff rates on potash from 25 percent to 10 percent without suggesting that the tariff or the adjustment to it might aid in preventing or reducing drug trafficking. (*See* Executive Order 14231, 90 Fed. Reg. 11785 (March 6, 2025).)

8. The China Tariff Order applies to almost all goods imported from China, regardless of their relationship to drug trafficking or other border security threats. (*See* Executive Order 14195 ("Imposing Duties To Address the Synthetic Opioid Supply Chain in the People's Republic of China"), 90 Fed. Reg. 9121 (February 1, 2025), as amended by Executive Order 14228, 90 Fed. Reg. 11463 (March 3, 2025) and Executive Order 14256, 90 Fed. Reg. 14899 (April 2, 2025).)

9. In 2024, the United States imported goods and services worth more than $4 trillion, representing 14 percent of the nation's GDP. (Hines Decl. ¶ 15.)

## INJURIES TO THE STATES

10. The imposition of the on-again, off-again IEEPA Tariffs has created economic uncertainty, hindering business investment and overall economic activity. (Hines Decl. ¶¶ 38–39.)

11. Tariffs directly affect the prices paid by state governments for imported goods and for goods that are produced domestically but rely on imported components. (Hines Decl. ¶ 48.)

12. Each year, the plaintiffs in this action ("the States") purchase a large number of items that are either imported from outside the United States and are subject to the IEEPA Tariffs or include imported component parts that are subject to the IEEPA Tariffs. (Hines Decl. ¶¶ 44–52, Tbls. 1, 2; *see, e.g.*, Emerson Decl. (Or.) ¶ 5; Strole Decl. (Ill.) ¶¶ 3–5; Hayes Decl. (Minn.) ¶¶ 3–7; Root Decl. (Minn.) ¶¶ 7–8, 12–13, 18–19; Jaros Decl. (Colo.) ¶¶ 7, 15, 24.)

Page 5 - PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

ATTACHMENT 1, Page 5 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

13. The IEEPA Tariffs are causing increases in prices of goods and materials on which the States rely.

   a. A department of the University of Oregon is purchasing a transmission electron microscope from a German manufacturer, which will be subject to an import duty of about $100,000 under the current 10 percent tariff levied against goods from Germany. (Shabram Decl. (Or.) ¶ 13.) That department is still attempting to identify funding to cover the additional tariff costs. (*Id.*)

   b. The University of Oregon is in the process of identifying high-value purchases that will be affected by tariffs, with the estimated impact at current tariff rates already at more than $769,500. (Shabram Decl. (Or.) ¶¶ 9, 11, Ex. B.)

   c. Vendors and suppliers who rely on imported components in making their own goods, are passing through the cost of the IEEPA Tariffs to the States. (*See, e.g.*, Ramsdell Decl. (Or.) ¶ 8 (Canadian snow blowers); Emerson Decl. (Or.) ¶ 5, 7 (Chinese scientific supplies and Swiss robotics systems); Ward Decl. (Ariz.) ¶ 7 (Israeli irrigation system supplies); Jaros Decl. (Colo.) ¶¶ 8 – 13, 18–22, Exs. 1–4 (German, Chinese, and Canadian scientific equipment and Chinese office supplies); Johnson Decl. (Ill.) ¶ 7 (Chinese and Mexican computer products); Moy Decl. (N.Y.) ¶ 10 (Canadian energy); Hayes Decl. (Minn.) ¶ 10, Ex. B (school buses with Chinese components); Root Decl. (Minn.) ¶¶ 8–9 (Canadian dynamic road signs).)

   d. Various state entities are or will be purchasing essential equipment for their services, for which passed-through tariff costs will result in the entity either purchasing fewer units or reducing other services. (Ramsdell Decl. (Or.) ¶¶ 12–13 (fewer purchases of tariffed goods such as snow blowers); Johnson Decl. (Ill.) ¶¶ 8–11 (delayed replacement of outdated computer equipment).)

Page 6 - PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

ATTACHMENT 1, Page 6 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

  e. In aggregate, the 12 plaintiff States will pay an estimated $1.6 billion in increased costs per year due to the IEEPA Tariffs. (Hines Decl. ¶ 52.)

14. Tariff costs that are passed through to the States by vendors and importers of record are administratively infeasible to recover.

  a. The Federal Reserve reports that businesses intend to raise prices in response to the IEEPA Tariffs. (Marshall Decl., Ex. A (Federal Reserve, *Beige Book* (Apr. 2025)); Hines Decl. ¶ 43.)

  b. The States make a large number of purchases each year and engage various service contractors for an array of purposes. (Emerson Decl. (Or.) ¶ 5; Strole Decl. (Ill.) ¶¶ 3–5; Hayes Decl. (Minn.) ¶¶ 3–7; Root Decl. (Minn.) ¶¶ 7–8, 12–13, 18–19, Ex. C.)

  c. Reviewing each purchase that is affected by the IEEPA Tariffs and negotiating with vendors and suppliers to attempt to recover passed-through tariff costs would be administratively infeasible and impose additional and irrecoverable costs to the States. (Zelenka Decl. (Or.) ¶ 9; Jaros Decl. (Colo.) ¶ 42; Hayes Decl. (Minn.) ¶ 18.)

  d. At least one supplier has asked its subsuppliers to keep calculations regarding tariff surcharges a trade secret. (Hayes Decl. (Minn.) ¶ 18.) Others have been "less forthcoming" with details regarding country-of-origin information for goods and materials. (Jaros Decl. (Colo.) ¶ 32.)

15. President Trump's invocation of IEEPA to repeatedly change national tariff policy creates ongoing uncertainty that hinders the States' ability to budget and to negotiate contracts. (Emerson Decl. (Or.) ¶ 7; Jaros Decl. (Colo.) ¶ 39; Johnson Decl. (Ill.) ¶¶ 15, 20–21.)

Page 7 -   PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

ATTACHMENT 1, Page 7 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

a. Through the IEEPA Tariff Orders, President Trump has repeatedly imposed, increased, suspended, and modified the IEEPA Tariffs. *See* IEEPA Tariff Orders.

b. By threatening to affect nearly all imports, the IEEPA Tariff Orders have created uncertainty across almost every aspect of the world economy. (Hines Decl. ¶¶ 38–43.)

c. The States' agencies and higher-education institutions set budgets to ensure responsible financial planning and spending. (Shabram Decl. (Or.) ¶ 14; Ramsdell Decl. (Or.) ¶ 6; Ward Decl. (Ariz.) ¶¶ 9–10; Jaros Decl. (Colo.) ¶¶ 35–36.)

d. The substantial uncertainty caused by the constantly changing IEEPA Tariffs impairs the States' ability to budget accurately, making the resulting budgets a less reliable fiscal control. (Shabram Decl. (Or.) ¶ 16; Emerson Decl. (Or.) ¶ 7; Jaros Decl. (Colo.) ¶ 38; Johnson Decl. (Ill.) ¶¶ 20–21.)

e. The uncertainty regarding what tariffs will apply at the time of import makes it difficult for the States' agencies and universities to obtain bids from vendors and contractors and to identify the true lowest bid. (*See, e.g.*, Emerson Decl. (Or.) ¶ 7; Johnson Decl. (Ill.) ¶¶ 12–13, 15–16, 20.)

f. The uncertainty regarding what tariffs will apply at the time of import undermines the States' ability to allocate resources, make investments, and apply for grants. (*See, e.g.*, Ramsdell Decl. (Or.) ¶ 11; Shabram Decl. (Or.) ¶¶ 16–18; Jaros Decl. (Colo.) ¶¶ 38–39; Ward Decl. (Ariz.) ¶¶ 9–10.)

Page 8 -   PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 1, Page 8 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

16. The IEEPA Tariffs require the States to incur additional and irrecoverable administrative costs.

   a. The States are engaging in additional negotiation required to address the unexpected costs of the IEEPA Tariffs, thus incurring additional and irrecoverable administrative costs. (Jaros Decl. (Colo.) ¶¶ 6, 12–13, 39–40, Ex. 3; Johnson Decl. (Ill.) ¶¶ 15 – 17.)

   b. The Illinois Department of Innovation and Technology has expended numerous work hours during the past months in assessing, reacting, and responding to unavailability and increased costs of needed products, and in attempting to find new ways to nonetheless obtain those products to continue to provide services to Illinois state agencies. (Johnson Decl. (Ill.) ¶ 17.)

17. Each of the IEEPA Tariff Orders affects the States.

   a. The Canada Tariff Order affects the States. (*E.g.*, Ramsdell Decl. (Or.) ¶ 8–10 (Canadian snow blowers); Jaros Decl. (Colo.) ¶¶ 12–13, Ex. 3 (Canadian electric switchgear equipment); Root Decl. (Minn.) ¶¶ 8–11, 19 (Canadian dynamic road signs and salt).)

   b. The Mexico Tariff Order affects the States. (*E.g.*, Johnson Decl. (Ill.) ¶ 7 (Mexican computer products).)

   c. The China Tariff Order and the later Worldwide Tariff Orders as it applies to China affect the States. (*E.g.*, Emerson Decl. (Or.) ¶ 5 (Chinese scientific supplies); Jaros Decl. (Colo.) ¶¶ 10–11, 18–22, Atts. 2, 4 (Chinese scientific equipment and office supplies); Johnson Decl. (Ill.) ¶ 7 (Chinese computer

Page 9 -   PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 1, Page 9 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

  products); Hayes Decl. (Minn.) ¶ 10, Ex. B (school buses with Chinese components).)

 d. The Worldwide Tariff Order affects the States. (*E.g.*, Emerson Decl. (Or.) 7 (Swiss robotics system); Ward Decl. (Ariz.) ¶ 7 (Israeli irrigation system supplies); Jaros Decl. (Colo.) ¶¶ 8–9, Att. 1 (German scientific equipment); Shabram Decl. (Or.) ¶ 13 (German transmission electron microscope).)

Page 10 - PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 1, Page 10 of 10
to Plaintiffs' Supplemental Brief
in Support of Summary Judgment

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000