IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT, | Case No.  1:25-cv-00077-GSK-TMR-JAR SECOND DECLARATION OF BRIAN SIMMONDS MARSHALL |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES, | |
| Defendants. | |

I, Brian Simmonds Marshall, declare under penalty of perjury as follows:

1.      I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case. I previously executed a declaration in this case which attached exhibits A–G.

2.      Each of the exhibits to this declaration were downloaded on May 12, 2025.

3.      Exhibit H to this declaration is the Joint Statement on U.S.-China Economic and Trade Meeting in Geneva (May 12, 2025), which was downloaded from https://www.whitehouse.gov/briefings-statements/2025/05/joint-statement-on-u-s-china-economic-and-trade-meeting-in-geneva/.

Page 1 -   SECOND DECLARATION OF BRIAN SIMMONDS MARSHALL – *Oregon, et al. v. Trump, et al.*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

3.      Exhibit I to this declaration is a Fact Sheet: President Donald J. Trump Secures a Historic Trade Win for the United States (May 12, 2025), which was downloaded from https://www.whitehouse.gov/fact-sheets/2025/05/fact-sheet-president-donald-j-trump-secures-a-historic-trade-win-for-the-united-states/.

4.      Exhibit J to this declaration is the Transcript of Chair Powell's Press Conference (May 7, 2025), which was downloaded from https://www.federalreserve.gov/mediacenter/files/FOMCpresconf20250507.pdf.

5.      Exhibit K to this declaration is a post of @realDonaldTrump on Truth Social (May 7, 2025), which was downloaded from https://truthsocial.com/@realDonaldTrump/posts/114477628854583525.

6.      Exhibit L to this declaration is a post of @realDonaldTrump on Truth Social (Apr. 8, 2025), which was downloaded from https://truthsocial.com/@realDonaldTrump/posts/114302499965852704.

7.      Exhibit M to this declaration is a post of @realDonaldTrump on Truth Social (Apr. 16, 2025), which was downloaded from https://truthsocial.com/@realDonaldTrump/posts/114347128422370864.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on May 13, 2025, in Portland, Oregon.

_____*s/ Brian Simmonds Marshall*_____
BRIAN SIMMONDS MARSHALL
Senior Assistant Attorney General

Page 2 -   SECOND DECLARATION OF BRIAN SIMMONDS MARSHALL – *Oregon, et al. v. Trump, et al.*

ATTACHMENT 2, Page 2 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

*The* WHITE HOUSE

BRIEFINGS & STATEMENTS

Joint Statement on U.S.-China Economic and Trade Meeting in Geneva

The White House

May 12, 2025

The Government of the United States of America (the "United States") and the Government of the People's Republic of China ("China"),

Recognizing the importance of their bilateral economic and trade relationship to both countries and the global economy;

Recognizing the importance of a sustainable, long-term, and mutually beneficial economic and trade relationship;

Reflecting on their recent discussions and believing that continued discussions have the potential to address the concerns of each side in their economic and trade relationship; and

Moving forward in the spirit of mutual opening, continued communication, cooperation, and mutual respect;

The Parties commit to take the following actions by May 14, 2025:

The United States will (i) modify the application of the additional ad valorem rate of duty on articles of China (including articles of the Hong Kong Special Administrative Region and the Macau Special Administrative Region) set forth in Executive Order 14257 of April 2, 2025, by suspending 24 percentage points of that rate for an initial period of 90 days, while retaining the  remaining ad valorem rate of 10 percent on those articles pursuant to the terms of said Order; and (ii) removing the modified additional ad valorem rates of duty on those articles imposed by Executive Order 14259 of April 8, 2025 and Executive Order 14266 of April 9, 2025.

China will (i) modify accordingly the application of the additional ad valorem rate of duty on articles of the United States set forth in Announcement of the Customs Tariff Commission of the State Council No. 4 of 2025, by suspending 24 percentage points of that rate for an initial period of 90 days, while retaining the remaining additional ad

ATTACHMENT 2, Page 3 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT H, Page 1 of 3
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

valorem rate of 10 percent on those articles, and removing the modified additional ad valorem rates of duty on those articles imposed by Announcement of the Customs Tariff Commission of the State Council No. 5 of 2025 and Announcement of the Customs Tariff Commission of the State Council No. 6 of 2025; and (ii) adopt all necessary administrative measures to suspend or remove the non-tariff countermeasures taken against the United States since April 2, 2025.

After taking the aforementioned actions, the Parties will establish a mechanism to continue discussions about economic and trade relations. The representative from the Chinese side for these discussions will be He Lifeng, Vice Premier of the State Council, and the representatives from the U.S. side will be Scott Bessent, Secretary of the Treasury, and Jamieson Greer, United States Trade Representative. These discussions may be conducted alternately in China and the United States, or a third country upon agreement of the Parties. As required, the two sides may conduct working-level consultations on relevant economic and trade issues.

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

ATTACHMENT 2, Page 4 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT H, Page 2 of 3
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR



Subscribe to The White House newsletter

| Your email | SIGN UP |

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



ATTACHMENT 2, Page 5 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT H, Page 3 of 3
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

*The* WHITE HOUSE

FACT SHEETS

Fact Sheet: President Donald J. Trump Secures a Historic Trade Win for the United States

The White House

May 12, 2025

**SECURING ANOTHER HISTORIC DEAL:** Today, on the heels of the brand-new deal with the United Kingdom, President Donald J. Trump reached an agreement with China to reduce China's tariffs and eliminate retaliation, retain a U.S. baseline tariff on China, and set a path for future discussions to open market access for American exports.

- Today, the United States issued the first joint statement on trade in many years with China after successful negotiations over the weekend in Geneva, Switzerland.

- Both parties affirmed the importance of the critical bilateral economic and trade relationship between both countries and the global economy.

- For too long, unfair trade practices and America's massive trade deficit with China have fueled the offshoring of American jobs and the decline of our manufacturing sector.

- In reaching an agreement, the United States and China will each lower tariffs by 115% while retaining an additional 10% tariff. Other U.S. measures will remain in place.

- Both sides will take these actions by May 14, 2025.

- This trade deal is a win for the United States, demonstrating President Trump's unparalleled expertise in securing deals that benefit the American people.

**CHINESE ACTIONS:** China will remove the retaliatory tariffs it announced since April 4, 2025, and will also suspend or remove the non-tariff countermeasures taken against the United States since April 2, 2025.

- China will also suspend its initial 34% tariff on the United States it announced on April 4, 2025 for 90 days, but will retain a 10% tariff during the period of the pause.

ATTACHMENT 2, Page 6 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT I, Page 1 of 4
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

**AMERICAN ACTIONS:** The United States will remove the additional tariffs it imposed on China on April 8 and April 9, 2025, but will retain all duties imposed on China prior to April 2, 2025, including Section 301 tariffs, Section 232 tariffs, tariffs imposed in response to the fentanyl national emergency invoked pursuant to the International Emergency Economic Powers Act, and Most Favored Nation tariffs.

- The United States will suspend its 34% reciprocal tariff imposed on April 2, 2025 for 90 days, but retain a 10% tariff during the period of the pause.

- The 10% tariff continues to set a fair baseline that encourages domestic production, strengthens our supply chains and ensures that American trade policy supports American workers first, instead of undercutting them.

- By imposing reciprocal tariffs, President Trump is ensuring our trade policy works for the American economy, addresses our national emergency brought on by our growing and persistent trade deficit, and levels the playing field for American workers and producers.

- Unlike previous administrations, President Trump took a tough, uncompromising stance on China to protect American interests and stop unfair trade practices.

**WORKING TOWARDS A REBALANCING:** When these changes come into effect, both nations agreed to establish a mechanism to continue important discussions about trade and economics.

- The U.S. goods trade deficit with China was $295.4 billion in 2024—the largest with any trading partner.

- Today's agreement works toward addressing these imbalances to deliver real, lasting benefits to American workers, famers, and businesses.

- As our nations continue these discussions, China will be represented by He Lifeng, Vice Premier of the State Council.

- The United States will be represented by Scott Bessent, Secretary of the Treasury, and Jamieson Greer, United States Trade Representative.

**ADDRESSING THE FENTANYL CRISIS:** The United States and China will take aggressive actions to stem the flow of fentanyl and other precursors from China to illicit drug producers in North America.

ATTACHMENT 2, Page 7 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT I, Page 2 of 4
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



Subscribe to The White House newsletter

| Your email | SIGN UP |
| --- | --- |

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

ATTACHMENT 2, Page 8 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT I, Page 3 of 4
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

WH.GOV

Copyright

Privacy



ATTACHMENT 2, Page 9 of 37
to Plaintiffs' Supplemental Brief
 In Support of Summary Judgment

EXHIBIT I, Page 4 of 4
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

May 7, 2025                  Chair Powell's Press Conference                  PRELIMINARY

## Transcript of Chair Powell's Press Conference
## May 7, 2025

CHAIR POWELL. Good afternoon.  My colleagues and I remain squarely focused on achieving our dual mandate goals of maximum employment and stable prices for the benefit of the American people.  Despite heightened uncertainty, the economy is still in a solid position. The unemployment rate remains low, and the labor market is at or near maximum employment. Inflation has come down a great deal but has been running somewhat above our 2 percent longer-run objective.

In support of our goals, today the Federal Open Market Committee decided to leave our policy interest rate unchanged.  The risks of higher unemployment and higher inflation appear to have risen, and we believe that the current stance of monetary policy leaves us well positioned to respond in a timely way to potential economic developments.  I will have more to say about monetary policy after briefly reviewing economic developments.

Following growth of 2.5 percent last year, GDP was reported to have edged down in the first quarter, reflecting swings in net exports that were likely driven by businesses bringing in imports ahead of potential tariffs.  This unusual swing complicated GDP measurement last quarter. Private domestic final purchases, or PDFP—which excludes net exports, inventory investment, and government spending—grew at a solid 3 percent rate in the first quarter, the same as last year's pace.  Within PDFP, growth of consumer spending moderated while investment in equipment and intangibles rebounded from weakness in the fourth quarter. Surveys of households and businesses, however, report a sharp decline in sentiment and elevated uncertainty about the economic outlook, largely reflecting trade policy concerns.  It remains to be seen how these developments might affect future spending and investment.

ATTACHMENT 2, Page 10 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 1 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

In the labor market, conditions have remained solid. Payroll job gains averaged 155 thousand per month over the past three months. The unemployment rate, at 4.2 percent, remains low and has stayed in a narrow range for the past year. Wage growth has continued to moderate while still outpacing inflation. Overall, a wide set of indicators suggests that conditions in the labor market are broadly in balance and consistent with maximum employment. The labor market is not a source of significant inflationary pressures.

Inflation has eased significantly from its highs in mid-2022 but remains somewhat elevated relative to our 2 percent longer-run goal. Total PCE prices rose 2.3 percent over the 12 months ending in March; excluding the volatile food and energy categories, core PCE prices rose 2.6 percent. Near-term measures of inflation expectations have moved up, as reflected in both market- and survey-based measures. Survey respondents, including consumers, businesses, and professional forecasters, point to tariffs as the driving factor. Beyond the next year or so, however, most measures of longer-term expectations remain consistent with our 2 percent inflation goal.

Our monetary policy actions are guided by our dual mandate to promote maximum employment and stable prices for the American people. At today's meeting, the Committee decided to maintain the target range for the federal funds rate at 4-1/4 to 4-1/2 percent and to continue reducing the size of our balance sheet.

The new Administration is in the process of implementing substantial policy changes in four distinct areas: trade, immigration, fiscal policy, and regulation. The tariff increases announced so far have been significantly larger than anticipated. All of these policies are still evolving, however, and their effects on the economy remain highly uncertain. As economic

ATTACHMENT 2, Page 11 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 2 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

conditions evolve, we will continue to determine the appropriate stance of monetary policy based on the incoming data, the outlook, and the balance of risks.

If the large increases in tariffs that have been announced are sustained, they are likely to generate a rise in inflation, a slowdown in economic growth, and an increase in unemployment. The effects on inflation could be short-lived—reflecting a one-time shift in the price level.  It is also possible that the inflationary effects could instead be more persistent.  Avoiding that outcome will depend on the size of the tariff effects, on how long it takes for them to pass through fully into prices, and, ultimately, on keeping longer-term inflation expectations well anchored.

Our obligation is to keep longer-term inflation expectations well anchored and to prevent a one-time increase in the price level from becoming an ongoing inflation problem.  As we act to meet that obligation, we will balance our maximum employment and price-stability mandates, keeping in mind that, without price stability, we cannot achieve the long periods of strong labor market conditions that benefit all Americans.

We may find ourselves in the challenging scenario in which our dual-mandate goals are in tension.  If that were to occur, we would consider how far the economy is from each goal, and the potentially different time horizons over which those respective gaps would be anticipated to close.  For the time being, we are well positioned to wait for greater clarity before considering any adjustments to our policy stance.

At this meeting, the Committee continued its discussions as part of our five-year review of our monetary policy framework.  We focused on inflation dynamics and the implications for our monetary policy strategy.  Our review includes outreach and public events involving a wide range of parties, including *Fed Listens* events around the country and a research conference next

week.  Throughout this process, we are open to new ideas and critical feedback, and we will take on board lessons of the last five years in determining our findings.  We intend to wrap up the review by late summer.

The Fed has been assigned two goals for monetary policy—maximum employment and stable prices.  We remain committed to supporting maximum employment, bringing inflation sustainably to our 2 percent goal, and keeping longer-term inflation expectations well anchored.  Our success in delivering on these goals matters to all Americans.  We understand that our actions affect communities, families, and businesses across the country.  Everything we do is in service to our public mission.  We at the Fed will do everything we can to achieve our maximum employment and price stability goals.  Thank you.  I look forward to your questions.

MICHELLE SMITH.  Steve.

STEVE LIESMAN.  Steve. Steve Liesman, CNBC. Thank you, Mr. Chair, for taking my question. A lot has happened since the last meeting. There have been tariffs put on, tariffs taken off, and meanwhile there was a bill advancing in Congress. And I just wonder if I could press you on the last part of your statement. Are you any closer now to deciding which side of the mandate is going to need urgent care first?

CHAIR POWELL.  Well, so as we noted in our statement, post-meeting statement, we've judged that the risks to higher employment and higher inflation have both risen. And this, by the way, of course, is compared to March. So that's what we can say. I don't think we can say, you know, which way this will shake out. I think there's a great deal of uncertainty about, for example, where tariff policies are going to settle out, and also when they do settle out, what will be the implications for the economy for growth and for employment? And I think it's too early to

know that. So I mean, ultimately we think our policy rate is in a good place to stay as we await further clarity on tariffs and ultimately our implications for the economy.

STEVE LIESMAN. Hearing you describe what you're looking for in terms of being able to make a decision, it sounded like that's a long-term process before you sound like you're going to be comfortable, or the Committee would be comfortable to act on what the data is telling you.

CHAIR POWELL. I don't think we know. You know, I think -- look where we are today, we have an economy that if you look through, you know, the sort of distortions in Q1 GDP, you've still got an economy that looks like it's growing at a solid pace. The labor market appears to be solid. Inflation is running just a bit above two percent. So, it's an economy that's been resilient and is in good shape, and our policy is sort of modestly or moderately restrictive. It's 100 basis points less restrictive than it was last fall. And so, we think that leaves us in a good place to wait and see. We don't think we need to be in a hurry. We think we can be patient. We're going to be watching the data. The data may move quickly or slowly, but we do think we're in a good position where we are to let things evolve and become clearer in terms of what should be the monetary policy response.

MICHELLE SMITH. Nick.

NICK TIMIRAOS. Nick Timiraos for The Wall Street Journal. Chair Powell, there's naturally a lot of [inaudible] around 2021 in supply shocks. But there are some who argue that the current situation has notable differences, energy costs are down, housing imbalances look nothing like they did four years ago, labor demand appears to be gradually cooling with wage growth running below four percent. What do you see right now that could nourish higher inflation beyond a rise in goods prices this year?

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

CHAIR POWELL.  I think the underlying inflation picture is good, it's what you see, which is inflation now running a bit above two percent. And we've had basically decent readings in housing services and non-housing services, which is a big part of it. So that part, I think is moving along well. But there's just so much that we don't know. I think -- and we're in a good position to wait and see, is the thing, we don't have to be in a hurry. The economy is -- has been resilient and is doing fairly well. Our policy is well positioned, the cost of waiting to see further are fairly low, we think. So that's what we're doing. And you know, we'll see the Administration is entering into negotiations with many countries over tariffs. We'll know more with each week and month that goes by where -- about where tariffs are going to land -- you know, land, and we'll know what the effects will be when we start to see those things. So, we think we'll be learning. I can't tell you how long it will take. But for now, it does seem like it's a fairly clear decision for us to wait and see and watch.

NICK TIMIRAOS.  So when you say that you don't need to be in a hurry, does that mean that -- could the outlook change in such a way that a change in your stance could be warranted as soon as your next meeting?

CHAIR POWELL. You know, as I said, we're -- we are comfortable with our policy stance. We think the right -- we're in the right place to wait and see how things evolve. We don't feel like we need to be in a hurry. We feel like it's appropriate to be patient. And you know, when things develop -- of course we have a record of -- we can move quickly when that's appropriate. But we think right now the appropriate thing to do is to wait and see how things evolve. There's so much uncertainty. If you talk to businesses, or market participants, or forecasters, everyone is just waiting to see how developments play out, and then we'll be able to make a better

Page 6 of 4

ATTACHMENT 2, Page 15 of 37
to Plaintiffs' Supplemental Brief
 In Support of Summary Judgment

EXHIBIT J, Page 6 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

assessment of what the appropriate path for a monetary policy is. So we're not in that place, and you know, as that develops -- and I can't really give you a timeframe on that.

MICHELLE SMITH.  Jonnelle.

JONELLE MARTE.  Jonnelle Marte with Bloomberg. So, many economists have been pricing in higher odds of a recession, and several are noting that it is more difficult for the Fed to cut rates preemptively, given the higher risks for higher inflation. So given the outlook, do you still see a path for a soft landing, and what does that look like?

CHAIR POWELL.  Well, let me say, I mean, so let's look back and see where we are. So, go through 2024 up to the day, we've had, you know, unemployment in the low fours for more than a year, we've had inflation coming down in the -- now in the mid to low twos, and we've had an economy growing at 2 and 1/2 percent. So that is the economy as we see it now. What looks likely, given the scope and scale of the tariffs, is that we will see the -- certainly the risk to higher inflation, higher unemployment have increased. And if that's what we do see, if -- you know, if the tariffs are ultimately put in place at those levels, which we don't know, then we will see -- we won't see further progress toward our goals, but we might see a delay in that. I think in the -- you know, in our thinking we would get -- we would never -- we never do anything but keep achieving those goals. But what we would -- at least for the next, let's say year, we would not be making progress toward those goals, again, if that is -- if that's the way the tariffs shake out. The thing is, we don't know that. There's so much uncertainty about the scale, scope, timing, and persistence of the tariffs. So that's that. In terms of preemption, you know, I think you can look back at the 2019 cuts, as preemptive. I wouldn't say that what we did last fall was at all preemptive. If anything, it was a little late. But 2019 we did cut three times. But situation was you had a weakening economy and you had inflation at 1.6 percent. So that's a situation where

you can move preemptively. Now we have inflation running above target. It has been above target for four years. It's not so far above target now. And we have an expectation conditional on what happens that will see upward pressure on inflation. If you look at where forecasters are, they're all forecasting an increase in inflation. So, it makes it -- and then we've also got, you know, forecasts of weakening in the economy and some have recession forecast. We don't make a -- publish a forecast about that, we don't publish a forecast that assesses how likely a recession is; but in any case, it's not a situation where we can be preemptive, because we actually don't know what the right response to the data will be until we see more data.

MICHELLE SMITH.  Colby.

COLBY SMITH.  Colby Smith with The New York Times. How much weakness does the Committee need to see, though, in the labor market and the economy more broadly to lower interest rates again? Is it about a certain increase in the unemployment rate over a period of time, or perhaps a certain number of negative monthly job reports? I mean, how are you making that assessment?

CHAIR POWELL.  You know, so first of all, we don't see that yet, right, we have 4.2 percent unemployment, good participation, wages behaving very well, participation, I mentioned, at a good level. So you know, with the labor market, we would look at the totality of the data. We'd look at the level of the unemployment rate, we'd look at the speed with which it's changing, we would look at the whole huge array of labor market data to get a sense of whether conditions are really deteriorating or not. And at the same time, we'd be looking at the other side of the mandate. We could be in a position of having to balance those two things, which is, of course, a very -- a difficult balancing judgment that we'd have to make.

ATTACHMENT 2, Page 17 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 8 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

COLBY SMITH. On that point about balancing, I mean, you've mentioned that the Committee would consider how far the economy is from each goal and the time it would take to kind of get back to that point. But what does that mean in practice? I mean, how much of that assessment will be rooted in a forecast versus data dependence?

CHAIR POWELL. It would be a combination of the two. I mean, let's just say this is a -- this would be a complicated and challenging judgment that we would have to make if -- and this is -- we're not in this situation, but the situation is if the two goals are intention. So, let's say that unemployment is moving up in an uncomfortable way and so is inflation, not the situation we're in, hypothetically; but we would look at how far they are from the goals, how far they're expected to be from the goals, what's the expected time to get back to their goals. We'd look at all those things and make a difficult judgment. And that's in our framework. It's always been in our thinking. You know, it's -- we haven't had -- we haven't faced that question in a very long time. And so, again, difficult judgment to make, and not one that we face today, and we may never face it. But you know, we have to be keeping it in our thinking now.

MICHELLE SMITH. Edward.

EDWARD LAWRENCE. Thank you, Edward Lawrence with Fox Business. So we had the CPI report that came out that showed month over month the first increase in inflation. In about three years, the jobs reporting said solid that we saw. At the same time, we have those new tariffs that we're living under. So given this, should the Federal Reserve be cutting rates at all this year?

CHAIR POWELL. You know, it's going to depend. I think you have to just take a step back and realize this is why we are where we are, is you know, we are going to need to see how this evolves. There are cases in which it would be appropriate for us to cut rates this year. There

May 7, 2025                 Chair Powell's Press Conference                 PRELIMINARY

are cases in which it wouldn't, and we just don't know. Until we know more about how this is

going to settle out and what the economic implications are for employment, for -- and for

inflation, I couldn't confidently say that I know what the appropriate path will be.

EDWARD LAWRENCE.  So following on that, just, you know -- so then how does

President Trump calling on you personally as well as the Federal Reserve to make rate cuts affect

your decision today and affect your job difficulty?

CHAIR POWELL.  Doesn't affect our doing our job at all. So we -- you know, we're

always going to do the same thing, which is we're going to use our tools to foster maximum

employment and price stability for the benefit of the American people. We're always going to

consider only the economic data, the outlook, the balance of risks, and that's it, that's all we're

going to consider. So it really doesn't affect either our job or the way we do it.

MICHELLE SMITH.  Howard.

HOWARD SCHNEIDER.  Hi, Howard Schneider with Reuters, and thanks for the time.

I'm wondering -- I mean, given the complexity about the first quarter GDP and what lies ahead,

I'm just wondering what your intuition tells you about the underlying direction of the economy

right now. Many of your colleagues have said they feel growth is slowing. If so, do you have any

sense of by how much, to what degree the slowdown may be? What does your gut tell you about

how things are evolving out there?

CHAIR POWELL.  My gut tells me that uncertainty about the path of the economy is

extremely elevated, [laughter] and that the downside risks have increased. The risk is -- as we

pointed out in our statement, the risks of higher unemployment and higher inflation have risen,

but they haven't materialized yet. They really haven't. They're not really not in the data yet, so

that -- and that tells me more than by intuition because I think it's obvious, actually, that the right

ATTACHMENT 2, Page 19 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 10 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

thing for us to do is that -- we're in a good place, our policy's in a very good place, and the right

thing to do is await further clarity. And I -- you know, there's -- usually things clarify and that the

appropriate direction becomes clear, that's what usually happens, right? Right now it's very hard

to say what that would be. In the meantime, the economy is doing fine. Our policy isn't -- you

know, it's not highly restrictive. It's somewhat restrictive. It's 100 basis points less restrictive than

it was in, you know, last summer. So, we think it's in a good place, and we think the appropriate

thing is for us to wait and see and get more clarity about the direction of the economy.

HOWARD SCHNEIDER.  Well, let me press you on this side of the economy being fine

right now, because reading the Beige Book very closely the last time around there was a lot of,

you know, negative stuff, negative sentiment that was in there. And I know that everybody's

looking at soft data right now. You mentioned it yourself that the sentiment's sour. But the Beige

Book was talking about, you know, the beginnings of layoffs in some industries, prices rising in

some places, and an awful lot of investment decisions being pushed to the sideline. Doesn't that

point to a slowdown?

CHAIR POWELL.  It may well. It just hasn't shown up yet. And you know, we all look at

all these sentiments and read many, many individual comments just to get a better feel. And you

know, businesses and households very broadly are concerned and, you know, postponing

economic decisions of various kinds. And yes, if that continues and nothing happens to sort of

alleviate those concerns, then you would expect that to begin to show up in economic data. It

wouldn't maybe show up overnight, but it would show up over weeks and months. And that may

be what happens, but it hasn't happened yet. And also, there are things that can happen that will

change that narrative. I mean, they haven't happened, but it's possible to imagine things. But in

the meantime, yes, we're watching it extremely carefully like everyone is, but don't see really

much evidence of it in the actual economic data yet. And by the way, consumers keep spending, credit card spending. It's -- you know, it's still a healthy economy, albeit one that is shrouded in some very downbeat sentiment on the part of people and businesses.

MICHELLE SMITH. Michael.

MICHAEL MCKEE.  Michael McKee. Michael McKee from Bloomberg Radio and Television. The Fed's been criticized recently by a former governor for what he calls "mission creep", you take on more problems, use more tools, and then end up building tools to deal with the fallout of those tools, which then makes it a given that you will act more aggressively in the future. Is that a fair critique, and is that something you would be looking at in your framework review?

CHAIR POWELL.  Sorry, say that critique again?

MICHAEL MCKEE.  That the Fed has been involved in mission creep, gets involved in using too many new tools to deal with problems and to go too far. Is that something that -- the critique was based around the fact that you get QE and QE and QE and –

CHAIR POWELL.  Oh, okay. Sure.

MICHAEL MCKEE. And went beyond the narrow confines of your mandate.

CHAIR POWELL.  So -- well, I mean, there are a couple -- that's not really beyond the confines of our mandate. I -- look, I would say this, we -- you know, we did things -- essentially we were on an emergency footing for a couple of years in the pandemic, and it's very fair and very welcome for people to look back over what we did and say, "Hey, you could have done this better and differently." And one thing we hear a lot is we could have explained the QE a little better. We did think we were explaining it in real time. I completely accept the thought that we could have explained it better. There's a lot of thinking that we went on too long with QE. I can

tell you that the reason we did was we were concerned that we didn't want a tightening of -- a sharp tightening in financial conditions at a time when we thought the economy was still vulnerable. And so we did hold on for a long time to QE. And we, of course, tapered and everything. And then we immediately went into QT and, you know, we've -- we're down a couple of trillion. But I get the -- that, you know, we certainly with the benefit of hindsight could have tapered earlier or faster. That's absolutely right. But this is all very welcome. You know, it's -- you know, we knew doing this in real time that we weren't going to get it perfect. And those kinds of, you know, after action kind of looks are essential. And we're doing the same thing in -- you know, in our review, so -- on some issues.

MICHAEL MCKEE.  There -- the other part of that critique is that you've taken on topics that are outside of the mandate, such as climate change and trying to ensure that certain groups are benefited by your economic policies in terms of employment, et cetera.

CHAIR POWELL.  So okay on climate, you've heard me say over and over again that we will not be climate policymakers and that our role on climate is a very, very narrow one. And I think that's what we've done. We've done really very little on climate. You can say that was -- that little bit that we've done was too much, but I wouldn't want to give any impression that, you know, we take -- that we've taken climate in and it's something that we're spending a lot of time and energy on. We're not. We have very, very narrow things. We did one thing, one guidance for the banks and then we did one -- a one-time stress analysis, climate stress analysis, and that's it. And you know, we dropped out of the network for being in the financial system. So, we didn't do much on climate, but -- and I do think -- and I've said this publicly several times, I think it's a real danger for us to try to take on a mandate like that, which is very narrow application to our work. And you know, the risk is if you go for things that are really not on your mandate, you

ATTACHMENT 2, Page 22 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 13 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

know, then why are you independent? You know, I think that's a very fair question. And I do think we've done a whole lot less on climate than some people seem to think we did. Anyway, that's what –

MICHAEL MCKEE.  Should you have taken on the question of bringing unemployment rates down for specific categories?

CHAIR POWELL.  We didn't do that. You know, we said -- what we said was that we never targeted any unemployment rate for individual, racial, or demographic groups. What we said was that maximum employment was a broad and inclusive goal. And I think what we meant by that was we're going to consider the totality of the country as we look at our maximum employment goal. Of course, we were never going to target on any individual group with that, but I think some people, you know, wanted to hear it that way. But that's not at all what we meant. But -- so that's just not a correct reading of our -- but I can see how, you know, maybe people found that confusing and, you know, we have to take that into consideration.

MICHELLE SMITH.  Jo Ling.

JO LING KENT.  Hi, Chair Powell, thanks for taking our question today. I'm Jo Ling Kent with CBS News. You've said wait and see, and the economy is doing fine today. But the impact of tariffs are already showing up at the ports. Businesses big and small are telling us that they feel it, and most importantly, consumers say they feel it. But the challenges are here. And there's no waiting and seeing. For Main Street, what is the breaking point? What would have to happen to prompt a rate cut specifically?

CHAIR POWELL.  Well, you know, so we really don't see in the data yet big economic effects. We see sentiment, their concerns that higher prices may be coming or things like that, but -- so people they're worried now about inflation -- they're worried about, you know, a shock from

the tariffs. But they really haven't -- that shock hasn't hit yet. Okay, so you know, we're going to be looking at not just the sentiment data, but also the real economic data as we assess what it is we should do. And remember, we're -- there will be two effects. One of them would be weakening economy, weakening economic activity which translates into higher unemployment, and the other would be potentially higher inflation. Again, to say it again, the timing, the scope, the scale, and the persistence of those effects are very, very uncertain. So, it's not at all clear what the appropriate response for monetary policy is at this time. And we're -- you know -- and by the way, our policy's in a good place so we think we can wait and move when it is clear what the right thing to do is; really not at all clear what it is we should do. So, people are feeling stress and concern, but unemployment hasn't gone up, job creation is fine, wages are in good shape. You know, people are not -- layoffs are -- people are not getting laid off at high levels. You know, initial claims for unemployment are not increasing, you know, in any kind of impressive way. So, the economy itself is still, you know, in solid shape.

JO LING KENT.  Just a quick follow-up, President Trump now says he does not plan to remove you as Chair. When you heard that, what did you think?

CHAIR POWELL.  I don't have anything more for you on that. I've pretty much covered that issue, thank you.

MICHELLE SMITH.  Chris.

CHRIS RUGABER. Hi, thank you, Chris Rugaber, Associated Press. Well, I just wanted to follow up. Earlier it sounded like you said it was unclear how the Fed -- you know, what kind of interest rate decisions you will make later this year. So does that -- you know, in March there was guidance that two cuts might happen, you know, two cuts were penciled in for this year. Is

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

that now -- that guidance from the last press conference, has that been overtaken by events at this point?

CHAIR POWELL. You know, we don't do a Summary of Economic Projections at every meeting, as you know. We do it every other meeting. And so this was the meeting when we didn't do it. And I -- you know, we don't also kind of poll people, so I really wouldn't want to try to make a specific projection for where we are relative to that. We will -- in six weeks, we have the June meeting and you'll have another SEP. I'm not going to hazard a guess here today what -- as to what it would be. Again, what I would say is that we think our policy rate is in a good place. We think it leaves us well positioned to respond in a timely way to potential developments. That's where we are; and that -- depending on the way things play out, that could include rate hikes -- sorry, rate cuts. You know, it could include us holding where we are. We just are going to need to see, you know, how things play out before we make those decisions.

CHRIS RUGABER. Great. And just to follow up on that, I mean, when you address the issue of how the Fed would handle both rising unemployment and rising inflation, how are you thinking about the fact that addressing one could exacerbate the other? So a rate cut to reduce unemployment could worsen inflation and vice versa, how does that -- how do you handle those challenges?

CHAIR POWELL. Well, you just captured the -- this is the issue with the two goals being in tension, it's a very challenging question. Now, there can be a case in which one goal is very far, one variable's very far from its goal, much farther than the other. And if so, you concentrate on that one. And frankly, that was the case -- well it wasn't a case where they were really in tension. But if you go back to 2022, it was very clear that we needed to focus on inflation. The labor market was also super tight so it wasn't really a tradeoff. You know, if -- I think you know

Page 16 of 4

ATTACHMENT 2, Page 25 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 16 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

what our framework document says. It says we'll look at how far each goal -- each variable is from its goal and also we'll factor in the time it would take to get there. So you know, that's going to be a -- potentially a very difficult judgment. But the data could break in a way that it's not. You know, I just don't think we know that. The data could easily favor one or the other. And right now there's no way to -- no need to make a choice and no real basis for doing so.

MICHELLE SMITH. Victoria.

VICTORIA GUIDA. Hi, Victoria Guida with Politico. I wanted to ask, Congress is currently debating spending cuts alongside expending -- extending the tax cuts. And I know you've talked many times about how the path of the debt is unsustainable. But given that we're also talking right now about the economy slowing, potentially even recession, I was just wondering is there a danger that spending cuts now could slow growth a lot more?

CHAIR POWELL. You know, we don't give Congress fiscal advice. I -- they're going to do -- we take what they do as a given and we put it in our models and in our assessment of the economy, so I wouldn't want to, you know, speculate on that. I mean, I think we do know that the debt is on an unsustainable level -- on an unsustainable path -- not on an unsustainable level, but an unsustainable path, and it's on Congress to figure out how to get us back on a sustainable path and, you know, it's not up to us to give them advice.

VICTORIA GUIDA. Well, do you think that they should take macroeconomic conditions into account as they look at this?

CHAIR POWELL. I think they don't need my advice and our advice on how to do fiscal policy any more than we need their advice on monetary policy.

MICHELLE SMITH. Andrew.

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

ANDREW ACKERMAN. Thanks, Mr. Chairman, Andrew Ackerman with The Washington Post. In your Jackson Hole comments last year, you said you would not welcome further cooling in labor market conditions. The unemployment rate then was 4.2 percent, which is what it is now. Forecasters -- many forecasters now predict a higher jobless rate. How has your tolerance for weakening labor market conditions changed compared to a year ago?

CHAIR POWELL. So it was quite a different situation. What was happening last year is that over the space of six, eight, seven months, the unemployment rate went up by almost a full percentage point, and it was click, click, click, click, click each month. And you know, everywhere, people were talking about downside risks to the labor market. At the same time, payroll job numbers were getting softer and softer. So there was a really obvious concern about downside risk to the labor market. And so at Jackson Hole and then in September, you know, we wanted to address that forthrightly. We wanted to show that we were there for the -- I mean, we had been there for inflation for a couple of years and we wanted to show also that we're there for the labor market. And it was important that we send that signal. Fortunately, since then, the labor market has really -- and the unemployment rate have really been moving sideways at a level that is, you know, well in the range of mainstream estimates of maximum employment. So that concern has gotten a lot less. So you know, you're at 4.2 percent unemployment. I think we were in a very different situation. And now we have a situation where, you know, the risks to higher inflation and higher unemployment have both gone up, as we noted in our statement, and we've got to monitor both of those. We actually have a potential situation where there may be a tradeoff or tension between the two potentially. We don't have it yet, and we may not have it, but that's what we have, and that's why I think it's a very different situation.

Page 18 of 4

ATTACHMENT 2, Page 27 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 18 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

ANDREW ACKERMAN. I mean, I guess I want to follow up by asking how much of a rise in the jobless rate you would -- you could tolerate.

CHAIR POWELL. Yes, I can't give you a -- you know, a -- I'm not going to try to give you a specific number. I'll just say, we've got -- we have to now be looking at both variables and which of them is, you know, demanding -- if one of them is demanding our focus more than the other, that would tell us what to do with policies. They're more or less the -- you know, equally distant and equally -- or not distant, then we don't have to make that assessment. You know, the assessment is you wait. So I'm not going to try to be really specific about what we need to see in terms of the number. But if -- look, if we did see, you know, significant deterioration in the labor market, of course that's one of our two variables and we would look to be able to support that. You'd hope that it wasn't also coming at a time when inflation was getting very bad. And again, we're speculating here. We don't know this. We don't know any of these things. It's very hypothetical. We're just going to have to wait and see how the -- how it plays out.

ANDREW ACKERMAN. Thanks.

MICHELLE SMITH. Claire.

CLAIRE JONES. Claire Jones, Financial Times. In terms of getting some clarity, we've got some talks at the weekend in Geneva between the U.S. and China. A lot of economists are ask -- are attaching an awful lot of importance to how -- what we hear from those talks. How much importance are you attaching to them in terms of judging what will happen to the U.S. economy going forward? And just in a similar vein, you know, some economists are saying it's days, not weeks that we have until we start to put the U.S. economy at risk of seeing a sort of pandemic here with shortages and higher prices if we don't kind of soothe relations between the U.S. and China. So it would be good to have your view on that, too.

Page 19 of 4

ATTACHMENT 2, Page 28 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 19 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

CHAIR POWELL.  So you know, these are not talks that we're in any way involved in so I really can't comment directly on them. So but what I will say is this, you know, we had -- coming out of the March meeting, we -- the public generally had an assessment of where tariffs were going and then April 2 happened and it was really substantially larger than anticipated in the forecasts that I've seen and in our forecast. So and now we have a different -- we're in a new phase where -- it seems to be we're entering a new phase where the administration is entering into beginning talks with a number of our important trading partners. And that's -- that has the potential to change the picture materially or not. And so I think it's going to be very important how that shakes out. But I -- you know, we simply have to wait and see how it works out. It certainly could change the picture, and we're mindful of not trying to make conclusive judgments about what will happen at a time when the -- you know, when the facts are changing.

CLAIRE JONES. And just on the fallen ship and volumes from China over these tensions, I mean, do you share that concern that we could start seeing goods shortages and higher prices in the coming weeks if this isn't resolved very quickly?

CHAIR POWELL. You know, I don't want to get my -- we're not -- we shouldn't be involved even verbally in questions about the timing of these things. Yes, we're -- of course we follow all that data. We see the shipping data. We see all that. But ultimately, this is for the administration to do. This is -- you know, this is their mandate, not ours. And I know they're -- as you can see, they're, again, having -- beginning to have talks with many nations. And that has the potential to change the picture materially, so we'll just have to wait and see.

MICHELLE SMITH. Kosuke.

KOSUKE TAKAMI. Kosuke Takami with Nikkei. Thank you for doing this. The volume of imported goods increased significantly in the first quarter. But do you think the decision could

ATTACHMENT 2, Page 29 of 37                                                    EXHIBIT J, Page 20 of 25
to Plaintiffs' Supplemental Brief                                  to Second Declaration of Brian Simmonds Marshall
In Support of Summary Judgment                                          Case No. 1:25-cv-00077-GSK-TMR-JAR

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

cause a delay in the impact of tariff on inflation, and does this mean that it will take a longer time to reduce uncertainty?

CHAIR POWELL. The decision we made today? Which decision?

KOSUKE TAKAMI. So the future decisions. So the volume of imports –

CHAIR POWELL. Yes.

KOSUKE TAKAMI. Imported goods has increased significantly. So the impact of the imported inflation may delay. So what is the impact to – Okay. -- your future decision?

CHAIR POWELL. Okay, so I mean, I think we think that the -- you know, there was a big spike in imports, right, very big, historically large, really, and -- to beat tariffs and now that should actually reverse so that it's -- you know, it's the difference between -- it's exports minus imports, so -- and imports were huge and so then it conveyed a very negative contribution to U.S. GDP -- annualized GDP in the first quarter, as we all know. So that could in the second quarter be reversed so that we have, you know, an unusually large contribution to -- unusually positive. That's very likely as imports drop sharply. You could also have -- you know, very likely you'll have restatements of the -- of first quarter. It will turn out to consumer spending was higher. It will turn out that inventories were higher. And so you'll see those data revised up. It may actually go into the third quarter, too. And so I think it's going -- this whole process is going to a little bit make it harder to make a clean assessment of U.S. demand. I mentioned private domestic final purchases, which doesn't have inventories of government or – inventories, government. Anyway, it's a cleaner read on private demand, yes. But that, too, probably was flattered a little bit by -- you know, by strong demand for imports to be tariffed. So that might overstate. It's a really good reading, three percent PDFP in the first quarter. That might actually overstate. So it's not really going to -- I don't think it's going to affect our decisions. I will just say, though, that it's a little

Page 21 of 4

ATTACHMENT 2, Page 30 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 21 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

confusing and it's probably less confusing to us than it would be to the general public as we try to explain this. You know, it's complicated and, you know, GDP is sending a signal, PDFP is sending a signal. It's a little bit confusing. But I think we understand what's going and it's not really going to change things for us.

MICHELLE SMITH. Courtenay.

COURTENAY BROWN. Thank you, Courtenay Brown from Axios. I guess, you know, we talked about some of the indications of potential layoffs, price hikes, an economic slowdown, all being evident in the soft data. I'm curious why the Fed needs to wait for that to translate into hard data to, you know, make any type of monetary policy decision, especially if the hard data is not as timely or might be warped by tariff-related effects. Are you worried that the soft data might be some sort of false warning?

CHAIR POWELL. No. I mean, it's -- look, the -- look at the state of the economies. The labor market is solid, inflation is low. We can afford to be patient as things unfold. There's no real cost to our waiting at this point. Also, the sense of it is we're not sure what the right thing will be. You know, there should be some increase in inflation, there should be some increase in unemployment. Those call for different responses. And so until we know -- potentially call for different responses. And so you know, until we know more, we have the ability to wait and see. And it seems to be a pretty clear decision. Everyone on the committee supported waiting. And so that's why we're waiting.

COURTENAY BROWN. Just a very quick follow-up, there was this sort of vibe session, if you will, where the sentiments expressed in soft data did not translate into the hard economic data. Are you -- how are you thinking about that when interpreting some of the signs in the softer survey data?

CHAIR POWELL. You know, I think going back a number of years, the link between sentiment data and consumer spending has been weak. It's not been a strong link at all. On the other hand, we haven't had a move of this, you know, speed and size. So it wouldn't be the case that we're looking at this and just completely dismissing it. But it's another reason to wait and see. You're right that we had a couple of years during the pandemic where people were saying -- just very downbeat surveys and going out and spending money. So that can happen and that may happen to some degree here. We just don't know. This is an outsized change in sentiment, though, and so none of us are looking at this and saying that we're sure one way or the other. We're not.

MICHELLE SMITH. Matt.

MATT EGAN. Thanks, Chair Powell, Matt Egan with CNN. So you mentioned earlier that you're monitoring the shipping data. And we have seen in the shipping data that imports from China into the Port of Los Angeles have plunged. And that has raised concerns about potential shortages. What tools, if any, does the Fed have to ensure that prices and inflation expectations don't get out of hand if tariffs do cause significant supply chain disruptions?

CHAIR POWELL. I mean, we don't have, you know, the kind of tools that are good at dealing with supply chain problems. We don't have that at all. That's a job for the administration and for the private sector more than anything. You know, what we can do with our interest rate tool is we can support -- be more or less supportive of demand. And that's -- that would be a very inefficient way to try to fix supply chain problems. But you know, we don't see the inflation yet. We're of course reading the same stories and watching the same data as everybody else. And you know, right now we see inflation, you know, kind of moving sideways at a fairly low level.

MATT EGAN. If I can follow up on that, President Trump has indicated that he will likely name a replacement for you when your term as Chair expires next year. But your position

Page 23 of 4

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

on the Board runs through January 2028, I believe. Would you consider remaining on the Fed Board even if you're no longer Chair?

CHAIR POWELL. So I don't have anything for you on that. My whole focus is on -- and my colleagues' focus is all on, you know, trying to navigate this tricky passage we're in right now, trying to make the right decisions. You know, we want to make the best decisions for the people that we serve. That's what we think about day and night. And this is a challenging situation, and that's 100 percent of our focus right now.

MICHELLE SMITH. Let's go to Jennifer for the last question.

JENNIFER SCHONBERGER. Thank you so much, Chair Powell, Jennifer Schonberger with Yahoo Finance. Public records of your schedule so far this year show no meetings with President Trump. Past Presidents Obama, Bush, and Clinton have all met with Fed chairs. And you met with Trump during his first term. Why haven't you asked for a meeting yet with the President?

CHAIR POWELL. I've never asked for a meeting with any President; and I never will. It's not -- I wouldn't do that. There's never a reason for me to ask for a meeting. It's always been the other way.

JENNIFER SCHONBERGER. So would you want to meet with him if given the opportunity –

CHAIR POWELL. I have never -- --

JENNIFER SCHONBERGER. To get more information?

CHAIR POWELL. I never -- it's never an initiative that I take. It's always an initiative -- I -- you know, I don't think it's up to a Fed chair to seek a meeting with the President, although maybe some have done so. I've never done so, and I can't imagine myself doing that. It's -- I

Page 24 of 4

ATTACHMENT 2, Page 33 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment                    EXHIBIT J, Page 24 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR

May 7, 2025                    Chair Powell's Press Conference                    PRELIMINARY

think it's always -- comes the other way, a President wants to meet with you. But that hasn't happened.

JENNIFER SCHONBERGER. And if I could just ask one question on monetary policy; when it is time to cut rates, how will you determine how far down rates will have to come to try to keep a balance on the inflation mandate as employment weakens?

CHAIR POWELL. You know, I think once you have a direction -- a clear direction, you can make a -- we can make judgment about how fast to move and that kind of thing. So it's really the harder question is the timing, I think, and when will that become clear? And fortunately, as I mentioned, we have our policy in a good place, the economy's in a good place, and it's really appropriate, we think, for us to be patient and wait for things to unfold as we get more clarity about what we should do. Thanks very much.

ATTACHMENT 2, Page 34 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT J, Page 25 of 25
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR



← **Truth Details**
1018 replies

 **Donald J. Trump** ✓
@realDonaldTrump

80% Tariff on China seems right! Up to Scott B.

**3.77k** ReTruths    **19k** Likes                    May 09, 2025, 4:26 AM

ATTACHMENT 2, Page 35 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT K, Page 1 of 1
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR



← **Truth Details**
3514 replies

**Donald J. Trump** ✓
@realDonaldTrump

I just had a great call with the Acting President of South Korea. We talked about their tremendous and unsustainable Surplus, Tariffs, Shipbuilding, large scale purchase of U.S. LNG, their joint venture in an Alaska Pipeline, and payment for the big time Military Protection we provide to South Korea. They began these Military payments during my first term, Billions of Dollars, but Sleepy Joe Biden, for reasons unknown, terminated the deal. That was a shocker to all! In any event, we have the confines and probability of a great DEAL for both countries. Their top TEAM is on a plane heading to the U.S., and things are looking good. We are likewise dealing with many other countries, all of whom want to make a deal with the United States. Like with South Korea, we are bringing up other subjects that are not covered by Trade and Tariffs, and getting them negotiated also. "ONE STOP SHOPPING" is a beautiful and efficient process!!! China also wants to make a deal, badly, but they don't know how to get it started. We are waiting for their call. It will happen! GOD BLESS THE USA.

**11.8k** ReTruths    **57.8k** Likes                              Apr 08, 2025, 6:08 AM

ATTACHMENT 2, Page 36 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT L, Page 1 of 1
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR



## ← Truth Details
887 replies



**Donald J. Trump** ✓
@realDonaldTrump

Japan is coming in today to negotiate Tariffs, the cost of military support, and "TRADE FAIRNESS." I will attend the meeting, along with Treasury & Commerce Secretaries. Hopefully something can be worked out which is good (GREAT!) for Japan and the USA!

**5.06k** ReTruths   **27k** Likes                    Apr 16, 2025, 3:18 AM

ATTACHMENT 2, Page 37 of 37
to Plaintiffs' Supplemental Brief
In Support of Summary Judgment

EXHIBIT M, Page 1 of 1
to Second Declaration of Brian Simmonds Marshall
Case No. 1:25-cv-00077-GSK-TMR-JAR