ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General
SHIWON CHOE
CAROLYN F. DOWNS
ZELDA VASSAR
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703-5480
  E-mail:  Shiwon.Choe@doj.ca.gov
           Carolyn.Downs@doj.ca.gov
           Zelda.Vassar@doj.ca.gov
*Attorneys for the State of California and Gavin Newsom, in his official capacity as Governor of California*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **STATE OF OREGON, et al.,**<br><br>     Plaintiffs,<br><br>          v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>     Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>**STATE OF CALIFORNIA AND GOVERNOR GAVIN NEWSOM'S MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF** |

## INTRODUCTION

Pursuant to Rule 76 of the Rules of the United States Court of International Trade and the Court's inherent authority, proposed amici curiae the State of California and its Governor Gavin Newsom in his official capacity respectfully move for leave to file the attached Amici Curiae Brief. A copy of the proposed brief is attached to this motion, as permitted by Rule 76.

In support of their motion, proposed amici state as follows.

## INTERESTS OF AMICI CURIAE AND GROUNDS FOR LEAVE

Proposed amici curiae are the State of California and its Governor Gavin Newsom in his official capacity.

The State of California is the most populous State in the United States and represents the fourth-largest economy in the world, behind only the United States as a whole, China, and Germany. California produced a gross state product ("GSP") of over $4 trillion in 2024, accounting for 13.7% of the entire U.S. gross domestic product ("GDP"). California is the largest importer and second-largest exporter among U.S. states. In 2024, California's total merchandise trade reached $675 billion, accounting for close to 16% of GSP. Much of this trade flows through California's eleven public ports, two of which are the largest and busiest container ports in North America. California's ports process one-third of all exports and 40% of all containerized imports for the entire world, generating an estimated $9 billion in state and local tax revenue annually.

Because of California's outsize economic footprint, it is subject to outsize effects from the tariffs that President Trump has imposed and threatened to impose pursuant to the International Emergency Economic Powers Act ("IEEPA"). Proposed amici curiae California and Governor Newsom thus have a strong interest in the legal question of whether IEEPA does or does not authorize the imposition of tariffs.

1

Proposed amici curiae respectfully submit that they can provide the Court with additional perspectives that might assist the Court in addressing the legal question of whether IEEPA authorizes the imposition of tariffs. The Court has previously granted leave for scholars and private parties to file amicus briefs in a companion case addressing the legal question of whether IEEPA authorizes President Trump's tariffs. *See V.O.S. Selections, Inc. v. Trump*, No. 1:25-cv-00066-GSK-TMR-JAR (Ct. Int'l Trade), ECF Nos. 30, 43, 48. The State and Governor respectfully request that the Court grant leave for them to share their perspectives with the Court as well.

## CONCLUSION

For the foregoing reasons, proposed amici curiae the State of California and Governor Gavin Newsom in his official capacity respectfully request that the Court grant them leave to file the attached Amici Curiae Brief.

Dated: May 13, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
LARA HADDAD
Supervising Deputy Attorney General
ZELDA VASSAR
CAROLYN F. DOWNS
Deputy Attorneys General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for the State of California and Gavin Newsom, in his official capacity as Governor of California*