Rob Bonta
Attorney General of California
Thomas S. Patterson
Senior Assistant Attorney General
Lara Haddad
Supervising Deputy Attorney General
Shiwon Choe
Carolyn F. Downs
Zelda Vassar
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Shiwon.Choe@doj.ca.gov
   Carolyn.Downs@doj.ca.gov
   Zelda.Vassar@doj.ca.gov
*Attorneys for the State of California and Gavin Newsom, in his official capacity as Governor of California*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **STATE OF OREGON, et al.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**<br><br>    Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>**[PROPOSED] ORDER GRANTING STATE OF CALIFORNIA AND GOVERNOR GAVIN NEWSOM'S MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF** |

Upon consideration of the motion for leave of proposed amici curiae the State of California and Governor Gavin Newsom in his official capacity, it is hereby ORDERED that the motion is granted and that the State of California and Governor Gavin Newsom's Amici Curiae Brief is accepted for filing.

Dated: _____, 2025

_____
Judge of the U.S. Court of International Trade