FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 11

|                        |
| ---------------------- |
|         Plaintiff,     |
| v.                     |
|         Defendant.     |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as

for _____, _____, in this action

and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

_____.

Date: _____          _____
                                                     Attorney

                                                       _____
                                                             Firm

                                                       _____
                                                         Street Address

                                                       _____
                                                      City, State and Zip Code

                                                       _____
                                                        Telephone Number

                                                       _____
                                                          E-mail Address

FORM 11-2

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)