# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

Before The Honorable Gary S. Katzmann, Judge, The Honorable Timothy M. Reif, Judge, The Honorable Jane A. Restani, Judge

|  |  |
|---|---|
| THE STATE OF OREGON, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     *Defendants*. | **UNOPPOSED MOTION OF AMERICA FIRST LEGAL FOUNDATION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND SUMMARY JUDGMENT**<br><br>No. 1:25-cv-00077 |

Pursuant to Local Rules 7 and 76, America First Legal Foundation (AFL) respectfully requests that the Court grant leave to file the attached *amicus curiae* brief in support of Defendants' Opposition to Motion for Preliminary Injunction and Summary Judgment. The parties consent to this relief. The motion for leave to file should be granted for the following reasons:

1.    America First Legal Foundation is a nonprofit organization dedicated to promoting the rule of law in the United States and defending individual rights guaranteed under the Constitution and federal statutes. As

part of *Amicus*'s commitment to the rule of law, it seeks to ensure that courts have a concrete understanding of history and precedent when considering challenges to executive actions.

2.     Courts have "broad discretion" to permit participation by third parties as *amici curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). AFL offers additional arguments and precedent in support of Defendants, and also in response to *amici curiae* who filed in support of Plaintiffs. This additional analysis includes a detailed application of nondelegation principles—both under current caselaw and under an originalist framework—to the provisions of IEEPA. Undersigned counsel recently argued before the U.S. Supreme Court in a major nondelegation challenge that also involved revenue-raising, albeit in the much different context of domestic taxation. *See FCC v. Consumers' Rsch.*, No. 24-354 (U.S.).

3.     This brief is submitted in support of Defendants' response filed on May 16, 2025. Ordinarily, the Court requires *amicus* briefs to be filed on or before the date of the merits brief that the *amicus* supports, but this case has been moving extraordinarily quickly, and undersigned counsel was not formally retained for this project and admitted to this Court until May 16, 2025.

4.     All parties consent to the filing of this motion.

## CONCLUSION

For the forgoing reasons, AFL respectfully requests that the Court grant this motion and accept for filing the accompanying *amicus curiae* brief.

May 19, 2025                          Respectfully submitted,

                                      */s/ R. Trent McCotter*
                                      R. TRENT MCCOTTER
                                      BOYDEN GRAY PLLC
                                      800 Connecticut Ave. NW
                                      Suite 900
                                      Washington, DC 20006
                                      202-706-5488
                                      tmccotter@boydengray.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date, the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ R. Trent McCotter*

R. Trent McCotter