## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

Before The Honorable Gary S. Katzmann, Judge, The Honorable Timothy M. Reif, Judge, The Honorable Jane A. Restani, Judge

| | |
|---|---|
| THE STATE OF OREGON, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-00077 |

### ORDER

Upon consideration of the unopposed motion of proposed *amicus curiae* America First Legal Foundation for leave to file an *amicus curiae* brief in support of Defendants' Opposition to Motion for Preliminary Injunction and Summary Judgment, it is hereby:

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the proposed brief of America First Legal Foundation is accepted for filing; and it further

**ORDERED** that the movant be permitted to participate in these proceeding as *amicus*.

Dated: _____, 2025　　　　　　_____
New York, NY　　　　　　　　　　　　　　　JUDGE