IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAIN, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>    Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY WASHINGTON STATE AMICI CURIAE**

  Pursuant to Rule 76 of the Rules of the United States Court of International Trade and this Court's inherent authority, Washington State Amici Curiae, respectfully move for leave to file the attached amicus brief in support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 14.[1] The proposed amici—a broad coalition of public and private officials, businesses, and interests in the State of Washington—seek to offer the Court additional information about the harm caused by the IEEPA Tariffs in Washington state, which is one of the most trade-dependent states in the nation.

---

[1] The Court has construed this motion as one for summary judgment. ECF No. 18.

Plaintiffs and Defendants have represented that they consent to this motion for leave to file the proposed amicus brief.

## INTEREST OF AMICI CURIAE

The proposed amici curiae are a coalition of state and local officials, state legislators, labor unions, and business interests: Governor Bob Ferguson; Treasurer Mike Pellicciotti; State Senate Majority Leader Jamie Pedersen, Deputy Majority Leader Manka Dhingra, and Senators Noel Frame, Marko Liias, June Robinson, Jesse Salomon, Derek Stanford, Javier Valdez; State Representatives Joe Fitzgibbon and Chris Stearns; Seattle Mayor Bruce Harrell; Spokane Mayor Lisa Jo Brown; the Washington Economic Development Association, a trade association focused on economic development in Washington state whose members include economic development organizations, cities, counties, ports, tribes, businesses, education and community-based organizations that prioritize economic development; the International Association of Machinists and Aerospace Workers District 751; Iron Workers Local Union 86; Sheet Metal, Air, Rail & Transportation (SMART) Northwest Regional Council Local 66; Society of Professional Engineering Employees in Aerospace (SPEEA), IFPTE Local 2001; Teamsters Local 117; the Greater Everett Chamber of Commerce; Susan Yirku, Executive Director, Pacific County Economic Development Council; Man Wang, Executive Director, Washington State China Relations Council; and North Cascades Builders Supply (collectively, the "Washington State Amici"). The Washington State Amici support the Plaintiff States' position in this case that the IEEPA Tariffs at issue are unlawful. The Washington State Amici submit that their proposed brief will assist the Court's consideration of the pending motion for preliminary injunction, which the Court has construed as a motion for summary judgment. Because of the significant, ongoing harm caused by the unlawful tariffs, the Washington State Amici have a compelling interest in the expedited resolution of Plaintiffs' claims. As one of the most trade-dependent states in the nation, Washington—its state budget, its businesses, and the many participants in its economy—is already suffering harm from the Trump Administration's recently enacted tariffs. In the last year alone,

nearly $120 billion in exports and imports flowed through Washington ports, making Washington the 9th largest state exporter of goods in 2024 and a leader in global and international trade. With approximately 40 percent of jobs in Washington tied to trade, the tariffs imposed by the Trump Administration will have devastating impacts on Washington families and the Washington economy. In turn, the Governor's ability to respond to the State's emergencies and enact his policy goals and the prerogatives of the State's Legislature are frustrated by the economic impact of President Trump's tariffs.

## GROUNDS FOR LEAVE

This Court has discretion to permit the filing of amicus briefs when amici have "a sufficient 'interest' in the case and [its] brief is 'desirable' and discusses matters that are 'relevant to the disposition of the case.'" *Neonatology Associates, P.A. v. C.I.R.*, 293 F.3d 128, 128 (3d Cir. 2002) (Alito, J.); *see also* Fed. R. App. P. 29(a)(3)(B). Although the Rules of the Court of International Trade do not provide detailed requirements for amici participation, courts have routinely granted leave to file such briefs where amici (1) offer a unique or specialized perspective, (2) are not duplicative of the parties' arguments, and (3) may assist the court in deciding issues of public and constitutional importance. *See, e.g.*, *Nat'l Org. for Women, Inc. v. Scheidler*, 223 F.3d 615, 617 (7th Cir. 2000); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 138 (D.D.C. 2008).

This brief satisfies those criteria. It provides a novel perspective on the specific harms suffered by the Governor of Washington and numerous participants in Washington's economy, which underscore that the tariffs at issue are both arbitrary and harmful, and which weigh in support of granting both Plaintiffs' motion for a preliminary injunction and their request for ultimate relief. The Washington State Amici do not repeat the factual or legal arguments made by the parties. Instead, they provide additional context and support for the widespread and irreparable harms incurred as a result of the President's unilateral imposition of sweeping tariffs.

## CONCLUSION

For these reasons, the Washington State Amici respectfully request that the Court grant leave to file the attached amicus brief.

RESPECTFULLY SUBMITTED this 20th day of May, 2025.

        CORR CRONIN LLP

        *s/ Steven W. Fogg*
        Steven W. Fogg, WSBA No. 23528
        Kathryn C. M. Joy, WSBA No. 60056
        1015 Second Avenue, Floor 10
        Seattle, Washington 98104-1001
        Ph: (206) 625-8600
        Fax: (206) 625-0900
        sfogg@corrcronin.com
        kjoy@corrcronin.com

        *Counsel to Washington State Amici*