IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAIN, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETER R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00077-GSK-TMR-JAR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |

　　　　The Court, having considered the Motion for Leave submitted by the Washington State Amici, and finding good cause, now, therefore,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　The Washington State Amici's Motion for Leave to submit an amicus brief is granted;

　　　　2.　　The Proposed Amicus Brief submitted with the Washington State Amici's Motion for Leave is accepted for filing; and

　　　　3.　　The clerk is ordered to accept the Washington State Amici's Amicus Brief and enter the brief on the docket.

DATED this ___ day of _____, 2025.

                                                     _____

                                                     Judge