# United States Court of International Trade
## Honorable Gary S. Katzmann, Timothy M. Reif and Jane A. Restani

### Appearance Sheet

Docket No. 25-00077
Hearing
May 21, 2025
Courtroom 1
2:00 p.m.
Jurisdiction 1581(i)

The State of Oregon et al,

Plaintiffs,

v.

Donald J. Trump et al

Defendants.

---

### Counsel

**Plaintiff**
**Brian Simmonds Marshall**
Oregon Department of Justice
**Mark Ladov**
NYS Office of The Attorney General

**Also Attending**
**Dan Rayfield**
Attorney General of the State of Oregon
**Dustin Buehler**
Special Counsel to the Attorney General of the State of Oregon

**Defendant**
**Brett Shumate**
**Patricia McCarthy**
**Justin Miller**
**Sosun Bae**
U.S. Department of Justice