IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE STATE OF OREGON, THE STATE OF ARIZONA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF ILLINOIS, THE STATE OF MAINE, THE STATE OF MINNESOTA, THE STATE OF NEVADA, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, and THE STATE OF VERMONT, | Case No. 1:25-cv-00077-GSK-TMR-JAR |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his capacity as President of the United States; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protection; and THE UNITED STATES, | |
| Defendants. | |

**WASHINGTON STATE AMICI'S CONSENT MOTION FOR ERRATA**

Pursuant to Paragraph 4(d)(i) of Administrative Order No. 02-01 and Rule 7(b) of the Rules of this Court, the Washington State Amici respectfully move for an order allowing them to correct inadvertent errors contained in the Washington State Amici's Joint Brief in Support of Plaintiffs' Motion for Preliminary Injunction and Summary Judgment. Washington State Amici further request that the Court allow it to substitute the attached corrected version of its Joint Brief.

The minor errors that the Washington State Amici seek to correct are, first, the spelling of three amici's names, and second, italicization of a Latin phrase. To remedy these omissions, Washington State Amici added the following in the corrected motion:

1

| Page 1 | Iron Workers Union Local 86 |
|---|---|
| Page 7, Appendix | Pellicciotti |
| Page 9 | [italicizing "*noscitur a sociis*"] |
| Appendix | Northwest Regional Council |

The Washington State Amici regret any inconvenience this error may have cause the Court and the parties in this action.

Pursuant to Rule 7(b) of the Rules of this Court and Paragraph 4(d)(i) of Administrative Order No. 02-01, counsel for the Washington State Amici has consulted with counsel for Plaintiffs and counsel for Defendants regarding this motion. Counsel for Plaintiffs and for Defendants consent to the relief requested in this motion.

Dated: May 23, 2025

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Kathryn C. M. Joy, WSBA No. 60056
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600
Fax: (206) 625-0900
sfogg@corrcronin.com
kjoy@corrcronin.com

*Counsel to the Washington State Amici*