## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| *IN RE* TARIFFS COLLECTED IN RELIANCE ON INTERNATIONAL EMERGENCY ECONOMIC POWERS ACT (IEEPA) | Attached Schedule |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, it is hereby **ORDERED**:

The cases assigned to the three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani and listed on the attached Schedule, are reassigned to Judge Richard K. Eaton.   This Order does not apply to *Axle of Dearborn, Inc. v. Department of Commerce et al.* (1:25-cv-00091-3JP).

Dated: March 17, 2026           _/s/ Mark A. Barnett___
      New York, New York                Chief Judge

### ORDER OF STAY

In order to facilitate the administration of cases assigned to me that involve claims arising from, and seeking relief relating to, the imposition of tariffs in reliance on the International Emergency Economic Powers Act, it is hereby

**ORDERED** that the cases listed on the attached Schedule are stayed sua sponte, until further notice; and it is further

**ORDERED** that any party seeking to lift the stay on a case covered by this Order must provide good cause.

Dated: March 17, 2026           _/s/ Richard K. Eaton___
      New York, New York                Judge

1

| Schedule | | | | |
|---|---|---|---|---|
| 25-66 | 25-289 | 25-330 | 25-371 | 25-413 |
| 25-77 | 25-290 | 25-331 | 25-372 | 25-414 |
| 25-78 | 25-291 | 25-332 | 25-373 | 25-415 |
| 25-96 | 25-292 | 25-333 | 25-374 | 25-416 |
| 25-240 | 25-293 | 25-334 | 25-375 | 25-417 |
| 25-244 | 25-294 | 25-335 | 25-376 | 25-418 |
| 25-245 | 25-295 | 25-336 | 25-377 | 25-419 |
| 25-246 | 25-296 | 25-337 | 25-378 | 25-421 |
| 25-247 | 25-297 | 25-338 | 25-379 | 25-422 |
| 25-249 | 25-298 | 25-339 | 25-380 | 25-423 |
| 25-251 | 25-299 | 25-340 | 25-382 | 25-424 |
| 25-252 | 25-300 | 25-341 | 25-383 | 25-425 |
| 25-253 | 25-301 | 25-342 | 25-384 | 25-426 |
| 25-254 | 25-302 | 25-343 | 25-385 | 25-427 |
| 25-255 | 25-303 | 25-344 | 25-386 | 25-428 |
| 25-256 | 25-304 | 25-345 | 25-387 | 25-429 |
| 25-257 | 25-305 | 25-346 | 25-388 | 25-430 |
| 25-260 | 25-306 | 25-347 | 25-389 | 25-431 |
| 25-262 | 25-307 | 25-348 | 25-390 | 25-434 |
| 25-263 | 25-308 | 25-349 | 25-391 | 25-435 |
| 25-264 | 25-309 | 25-350 | 25-392 | 25-436 |
| 25-266 | 25-310 | 25-351 | 25-394 | 25-437 |
| 25-267 | 25-311 | 25-352 | 25-395 | 25-438 |
| 25-268 | 25-312 | 25-353 | 25-396 | 25-439 |
| 25-269 | 25-313 | 25-354 | 25-397 | 25-440 |
| 25-270 | 25-314 | 25-355 | 25-398 | 25-441 |
| 25-271 | 25-315 | 25-356 | 25-399 | 25-442 |
| 25-272 | 25-316 | 25-357 | 25-400 | 25-443 |
| 25-274 | 25-317 | 25-358 | 25-401 | 25-444 |
| 25-275 | 25-318 | 25-359 | 25-402 | 25-445 |
| 25-276 | 25-319 | 25-360 | 25-403 | 25-446 |
| 25-277 | 25-320 | 25-361 | 25-404 | 25-447 |
| 25-278 | 25-321 | 25-362 | 25-405 | 25-449 |
| 25-281 | 25-322 | 25-364 | 25-406 | 25-450 |
| 25-283 | 25-323 | 25-365 | 25-407 | 25-452 |
| 25-284 | 25-324 | 25-366 | 25-408 | 25-453 |
| 25-285 | 25-325 | 25-367 | 25-409 | 25-454 |
| 25-286 | 25-326 | 25-368 | 25-410 | 24-455 |
| 25-287 | 25-327 | 25-369 | 25-411 | 25-456 |
| 25-288 | 25-329 | 25-370 | 25-412 | 25-457 |

2

| Schedule | | | | |
|---|---|---|---|---|
| 25-458 | 25-513 | 25-565 | 25-614 | 25-655 |
| 25-459 | 25-514 | 25-566 | 25-615 | 25-657 |
| 25-460 | 25-515 | 25-567 | 25-616 | 25-658 |
| 25-461 | 25-516 | 25-568 | 25-617 | 25-659 |
| 25-462 | 25-517 | 25-570 | 25-618 | 25-660 |
| 25-464 | 25-521 | 25-571 | 25-619 | 25-661 |
| 25-465 | 25-522 | 25-572 | 25-620 | 25-662 |
| 25-466 | 25-524 | 25-573 | 25-621 | 25-663 |
| 25-467 | 25-527 | 25-574 | 25-623 | 25-664 |
| 25-468 | 25-528 | 25-576 | 25-624 | 25-665 |
| 25-469 | 25-531 | 25-577 | 25-625 | 25-666 |
| 25-470 | 25-532 | 25-578 | 25-626 | 25-668 |
| 25-471 | 25-533 | 25-580 | 25-627 | 25-669 |
| 25-472 | 25-534 | 25-581 | 25-628 | 25-670 |
| 25-474 | 25-535 | 25-583 | 25-629 | 25-671 |
| 25-475 | 25-536 | 25-584 | 25-630 | 25-672 |
| 25-477 | 25-537 | 25-585 | 25-631 | 25-673 |
| 25-480 | 25-538 | 25-586 | 25-632 | 25-674 |
| 25-481 | 25-539 | 25-587 | 25-633 | 25-676 |
| 25-482 | 25-541 | 25-588 | 25-634 | 25-677 |
| 25-483 | 25-542 | 25-589 | 25-635 | 25-678 |
| 25-484 | 25-543 | 25-590 | 25-636 | 25-679 |
| 25-487 | 25-544 | 25-591 | 25-637 | 25-680 |
| 25-488 | 25-545 | 25-592 | 25-638 | 25-681 |
| 25-490 | 25-546 | 25-594 | 25-639 | 25-682 |
| 25-491 | 25-547 | 25-595 | 25-640 | 25-683 |
| 25-492 | 25-548 | 25-600 | 25-641 | 25-685 |
| 25-493 | 25-549 | 25-601 | 25-642 | 25-687 |
| 25-494 | 25-550 | 25-602 | 25-643 | 25-688 |
| 25-495 | 25-551 | 25-603 | 25-644 | 25-689 |
| 25-496 | 25-552 | 25-604 | 25-645 | 25-690 |
| 25-497 | 25-553 | 25-605 | 25-646 | 25-691 |
| 25-500 | 25-554 | 25-606 | 25-647 | 25-692 |
| 25-504 | 25-555 | 25-607 | 25-648 | 25-693 |
| 25-507 | 25-557 | 25-608 | 25-649 | 25-695 |
| 25-508 | 25-558 | 25-609 | 25-650 | 25-698 |
| 25-509 | 25-560 | 25-610 | 25-651 | 25-699 |
| 25-510 | 25-561 | 25-611 | 25-652 | 25-700 |
| 25-511 | 25-562 | 25-612 | 25-653 | 25-701 |
| 25-512 | 25-564 | 25-613 | 25-654 | 25-702 |

3

| Schedule | | |
|---|---|---|
| 25-703 | 25-758 | 25-846 |
| 25-705 | 25-759 | 25-847 |
| 25-707 | 25-760 | 25-850 |
| 25-708 | 25-761 | 25-851 |
| 25-709 | 25-762 | 25-853 |
| 25-711 | 25-763 | |
| 25-714 | 25-764 | |
| 25-715 | 25-765 | |
| 25-716 | 25-766 | |
| 25-718 | 25-767 | |
| 25-719 | 25-768 | |
| 25-721 | 25-769 | |
| 25-722 | 25-770 | |
| 25-723 | 25-771 | |
| 25-725 | 25-772 | |
| 25-726 | 25-773 | |
| 25-727 | 25-774 | |
| 25-728 | 25-775 | |
| 25-729 | 25-777 | |
| 25-731 | 25-778 | |
| 25-732 | 25-780 | |
| 25-733 | 25-781 | |
| 25-734 | 25-782 | |
| 25-735 | 25-783 | |
| 25-736 | 25-784 | |
| 25-738 | 25-785 | |
| 25-741 | 25-786 | |
| 25-742 | 25-787 | |
| 25-743 | 25-788 | |
| 25-744 | 25-790 | |
| 25-745 | 25-791 | |
| 25-746 | 25-792 | |
| 25-747 | 25-801 | |
| 25-749 | 25-805 | |
| 25-750 | 25-808 | |
| 25-751 | 25-834 | |
| 25-753 | 25-835 | |
| 25-755 | 25-837 | |
| 25-756 | 25-838 | |
| 25-757 | 25-839 | |